**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Colin L. Powell
   2201 C Street
   Washington DC
   20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  WITNESS
B. Date of Delivery
C. Signature
   X _____ ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7003 2260 0004 7108 0365

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To: Colin L. Powell
Street, Apt. No.; or PO Box No. 2201 C. Street N W
City, State, ZIP+4 Washington, D C 20001

PS Form 3800, June 2002     See Reverse for Instructions

7003 2260 0004 7108 0365

---

06 0621

FILED
APR - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 2025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 2026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 2027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 2028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 2029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 2030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 2031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 2032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |
| 2033 | FIN MGT - INST RELATED | 222 | 20 | REGIONAL OFFICE |
| 2034 | FIN MGT - SHARED EXP | 522 | 20 | REGIONAL OFFICE |
| 2035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 2036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 2037 | REIMB TRAINING | 238 | 20 | REGIONAL OFFICE |
| 2038 | LABOR LAW ATTORNEYS | 502 | 20 | REGIONAL OFFICE |
| 2039 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 2040 | HUMAN RESOURCE SECURITY OFFICE | 221 | 20 | REGIONAL OFFICE |
| 2041 | LOCKSMITH/ARMORY OPER | 287 | 20 | REGIONAL OFFICE |
| 2042 | CONSOLIDATED LEGAL | 203 | 20 | REGIONAL OFFICE |
| 21C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 21L1 | RELOCATION - CO FUNDED | 176 | 21 | TRAINING CENTER |
| 21L7 | RELOCATION - TF FUNDED | 120 | 21 | TRAINING CENTER |
| 21MD | ACCTS REC - TRAVEL | 108 | 21 | TRAINING CENTER |
| 21ME | ACCTS REC - SALARY | 144 | 21 | TRAINING CENTER |
| 21MF | EMPLOYEE OFFSET | 463 | 21 | TRAINING CENTER |
| 21N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 21U7 | PROPERTY/PROCUREMENT | 157 | 21 | TRAINING CENTER |
| 21ZZ | ADM SAL ACCRUAL/DEFAULT | 199 | 21 | TRAINING CENTER |
| 2101 | MSTC OPERATIONS | 402 | 21 | TRAINING CENTER |
| 2102 | FINANCIAL MGMT TRAINING | 403 | 21 | TRAINING CENTER |
| 2103 | LEGAL TRAINING PROGRAM | 404 | 21 | TRAINING CENTER |
| 2104 | EMPLOYEE DEV ASST OFFICE | 405 | 21 | TRAINING CENTER |
| 2105 | MSTC COMPUTER SERVICES | 406 | 21 | TRAINING CENTER |
| 2106 | INSTRUCTIONAL TECH | 407 | 21 | TRAINING CENTER |
| 2107 | CURRICULUM DESIGN | 408 | 21 | TRAINING CENTER |
| 2108 | SPECIFIC DISC TRNG | 409 | 21 | TRAINING CENTER |
| 2109 | FLETC | 436 | 21 | TRAINING CENTER |
| 2110 | FOOD MANAGEMENT TRAINING | 438 | 21 | TRAINING CENTER |
| 2111 | STC ARTESIA OPERATION | 439 | 21 | TRAINING CENTER |
| 2112 | AFFIRMATIVE ACTION | 472 | 21 | TRAINING CENTER |
| 2113 | MSTC ADM MGMT | 402 | 21 | TRAINING CENTER |
| 2114 | FLETC ADM MGMT | 436 | 21 | TRAINING CENTER |
| 2115 | MSTC HRM DEPT | 414 | 21 | TRAINING CENTER |
| 22AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 22AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 22AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 22BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 22BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 22BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 22B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 22CL | CIVIL LAWSUIT ACTIONS | 171 | 22 | NATIONAL PROGRAMS |
| 22C3 | ITS S&E | 120 | 22 | NATIONAL PROGRAMS |
| 22C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 22E1 | CORRECTIONAL SERVICES | 115 | 22 | NATIONAL PROGRAMS |
| 22FD | NAT DRUG ABUSE PROG | 417 | 22 | NATIONAL PROGRAMS |
| 22FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 22F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 22G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 22G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 22L1 | RELOCATION - CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 22L2 | CHG DUTY-REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 22L3 | CHG DUTY-INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 22L4 | RELOCATION UNICOR | 498 | 22 | NATIONAL PROGRAMS |
| 22L5 | RELOCATION - TF ADMIN | 400 | 22 | NATIONAL PROGRAMS |
| 22L6 | RELOCATION - TF FPPOS | 123 | 22 | NATIONAL PROGRAMS |
| 22L7 | RELOCATION - TF FUNDED | 120 | 22 | NATIONAL PROGRAMS |
| 22L9 | RELOCATION - TF DEPOSIT | 105 | 22 | NATIONAL PROGRAMS |
| 22MS | SECURITY & BACKGROUND INVESTIG | 448 | 22 | NATIONAL PROGRAMS |
| 22M1 | CHIEF EXECUTIVE OFFICER | 101 | 22 | NATIONAL PROGRAMS |
| 22M2 | FINANCE BRANCH | 156 | 22 | NATIONAL PROGRAMS |
| 22M4 | HRM AUTOMATION | 457 | 22 | NATIONAL PROGRAMS |

COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
| --- | --- | --- | --- | --- |
| 22M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 22PX | B&F NEW CONSTRUCTION | 146 | 22 | NATIONAL PROGRAMS |
| 22PZ | B&F REPAIR & IMPROV | 146 | 22 | NATIONAL PROGRAMS |
| 22S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 22S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 22UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 22UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 22UC | UNFORSEEN EVNT - INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 22UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 22UF | UNFORSEEN EVENT UNIT MGMT | 889 | 22 | NATIONAL PROGRAMS |
| 22UG | INFORSEEN EVENT EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 22UH | UNFORSEEN EVENT RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 22UJ | UNFORSEEN EVENT RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 22UK | UNFORSEEN EVENT PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 22UM | UNFORSEEN EVENT - MGT | 889 | 22 | NATIONAL PROGRAMS |
| 22UN | UNFORSEEN EVENT TRAINING | 889 | 22 | NATIONAL PROGRAMS |
| 22UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 22UT | UNFORSEEN EVENT CNTCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 22UX | UNFORSEEN EVNTS-MGT & ADM | 889 | 22 | NATIONAL PROGRAMS |
| 22U4 | INCENTIVE AWARDS-FIELD | 449 | 22 | NATIONAL PROGRAMS |
| 22U6 | EEO INVESTIGATIONS | 169 | 22 | NATIONAL PROGRAMS |
| 22U7 | PROPERTY/PROCUREMENT | 157 | 22 | NATIONAL PROGRAMS |
| 22XB | UNCONTROLLABLES-MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 22XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 22XR | UNCONTROLLABLES-CC | 197 | 22 | NATIONAL PROGRAMS |
| 22XX | UNCONTROLLABLES-MGT &ADM | 197 | 22 | NATIONAL PROGRAMS |
| 22X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 2216 | TRUST FUND NATIONAL PROGRAMS | 400 | 22 | NATIONAL PROGRAMS |
| 2225 | DEPOSIT FUND | 105 | 22 | NATIONAL PROGRAMS |
| 31L1 | RELOCATION -DIR OFC | 176 | 31 | DIRECTOR'S OFFICE |
| 31ZZ | ADMIN/SAL DEFAULT | 199 | 31 | DIRECTOR'S OFFICE |
| 3100 | RESERVES - DIRECTOR'S OFFICE | 101 | 31 | DIRECTOR'S OFFICE |
| 3101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 3102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 32C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 32L1 | CO ADMIN - RELO - CO FUNDED | 176 | 32 | ADMINISTRATION |
| 32MD | ACCTS REC - TRAVEL | 108 | 32 | ADMINISTRATION |
| 32ME | ACCTS REC - SALARY | 144 | 32 | ADMINISTRATION |
| 32MF | EMPLOYEE OFFSET | 463 | 32 | ADMINISTRATION |
| 32PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 32PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 32ZC | TRUST FUND PAYROLL DEFAULT | 123 | 32 | ADMINISTRATION |
| 32ZZ | ADM SAL ACCRUAL/DEFAULT | 199 | 32 | ADMINISTRATION |
| 3200 | ADMINISTRATION | 100 | 32 | ADMINISTRATION |
| 3201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 3202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 3203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 3204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 3205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 3206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 3207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 3208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 3209 | CO FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 3210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 3211 | CO - PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 3212 | SITE SELECTION ENV REV | 435 | 32 | ADMINISTRATION |
| 3213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 3214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 3215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 3216 | TRUST FUND ADMIN 400-1 | 400 | 32 | ADMINISTRATION |
| 3217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 3218 | FACILITIES-INST MAINT | 134 | 32 | ADMINISTRATION |
| 3219 | FIN BR FPS FIN STAT PREP | 456 | 32 | ADMINISTRATION |
| 3220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 3221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |
| 3222 | RELOCATION SERVICES | 177 | 32 | ADMINISTRATION |
| 3223 | FMIS/RELO SALARIES | 156 | 32 | ADMINISTRATION |
| 3224 | TRUST FUND PS 400-2-21L | 400 | 32 | ADMINISTRATION |
| 3225 | TRUST FUND DEPOSIT FUND | 105 | 32 | ADMINISTRATION |
| 3226 | NATIONAL CENTER | 113 | 32 | ADMINISTRATION |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 33L1 | CO COMM CORR - RELO-CO FUND | 176 | 33 | COMM CORR & DETENTION |
| 33ZZ | ADMIN/SAL DEFAULT | 199 | 33 | COMM CORR & DETENTION |
| 3300 | COMM CORR AND DETNT | 100 | 33 | COMM CORR & DETENTION |
| 3301 | EXEC OFFICE COMM CORR | 420 | 33 | COMM CORR & DETENTION |
| 3302 | COMM CORR BRANCH | 421 | 33 | COMM CORR & DETENTION |
| 3303 | DETENTION BRANCH | 422 | 33 | COMM CORR & DETENTION |
| 3304 | CITIZEN PARTICIPATION | 447 | 33 | COMM CORR & DETENTION |
| 3305 | COMMUNITY CORRECTIONS | 107 | 33 | COMM CORR & DETENTION |
| 3311 | CO-PRIVATIZE PROJ MGT TEAM | 450 | 33 | COMM CORR & DETENTION |
| 3312 | D. C. TRANSITION | 451 | 33 | COMM CORR & DETENTION |
| 3313 | D.C. TRANSITION | 451 | 33 | COMM CORR & DETENTION |
| 34L1 | CO CORR PROG - RELO-CO FUND | 176 | 34 | CORRECTIONAL PROGRAMS |
| 34ZZ | ADMIN/SAL DEFAULT | 199 | 34 | CORRECTIONAL PROGRAMS |
| 3400 | CORR PROGRAMS | 100 | 34 | CORRECTIONAL PROGRAMS |
| 3401 | EXEC OFFICE CORR PROG | 110 | 34 | CORRECTIONAL PROGRAMS |
| 3402 | CORRECTIONAL MGMT | 104 | 34 | CORRECTIONAL PROGRAMS |
| 3403 | CORRECTIONAL SERVICES | 115 | 34 | CORRECTIONAL PROGRAMS |
| 3404 | DRUG ABUSE | 117 | 34 | CORRECTIONAL PROGRAMS |
| 3405 | DRUG TRANSITIONAL SVCS | 440 | 34 | CORRECTIONAL PROGRAMS |
| 3406 | EMPLOYEE ASSISTANCE | 184 | 34 | CORRECTIONAL PROGRAMS |
| 3407 | INMATE SYSTEMS MGMT | 128 | 34 | CORRECTIONAL PROGRAMS |
| 3408 | PSYCHOLOGY | 116 | 34 | CORRECTIONAL PROGRAMS |
| 3409 | RELIGIOUS SERVICES | 114 | 34 | CORRECTIONAL PROGRAMS |
| 3410 | SPECIAL NEEDS | 140 | 34 | CORRECTIONAL PROGRAMS |
| 3411 | CORR SVCS-INST RELATED | 115 | 34 | CORRECTIONAL PROGRAMS |
| 3412 | DC OFFENDERS | 452 | 34 | CORRECTIONAL PROGRAMS |
| 3413 | DC RECORDS CENTER | 429 | 34 | CORRECTIONAL PROGRAMS |
| 3414 | FAITH BASED PROGRAMS | 424 | 34 | CORRECTIONAL PROGRAMS |
| 35L1 | CO GEN COUNSEL-RELO-CO FUND | 176 | 35 | GENERAL COUNSEL |
| 35ZZ | ADMIN/SAL DEFAULT | 199 | 35 | GENERAL COUNSEL |
| 3500 | GENERAL COUNSEL | 100 | 35 | GENERAL COUNSEL |
| 3501 | CO - LEGAL | 102 | 35 | GENERAL COUNSEL |
| 3502 | INTERNAL AFFAIRS | 126 | 35 | GENERAL COUNSEL |
| 3503 | EEO INVESTIGATIONS | 169 | 35 | GENERAL COUNSEL |
| 3504 | CO-LABOR LAW BRANCH | 191 | 35 | GENERAL COUNSEL |
| 36L1 | CO HEALTH SVCS-RELO-CO FUND | 176 | 36 | HEALTH SERVICES |
| 36ZZ | ADMIN/SAL DEFAULT | 199 | 36 | HEALTH SERVICES |
| 3600 | HEALTH SERVICES | 100 | 36 | HEALTH SERVICES |
| 3601 | FOOD SERVICE | 132 | 36 | HEALTH SERVICES |
| 3602 | MEDICAL | 150 | 36 | HEALTH SERVICES |
| 3603 | SAFETY | 151 | 36 | HEALTH SERVICES |
| 3604 | WELLNESS PROGRAM | 142 | 36 | HEALTH SERVICES |
| 37L1 | CO HRM - RELO - CO FUNDED | 176 | 37 | HUMAN RESOURCE MGT |
| 37ZZ | ADMIN/SAL DEFAULT | 199 | 37 | HUMAN RESOURCE MGT |
| 3700 | HUMAN RESOURCE MGMT | 100 | 37 | HUMAN RESOURCE MGT |
| 3701 | EXEC OFFICE HRMD | 153 | 37 | HUMAN RESOURCE MGT |
| 3702 | AFFIRMATIVE ACTION | 172 | 37 | HUMAN RESOURCE MGT |
| 3703 | AFFIRM ACT ACTIVITIES | 472 | 37 | HUMAN RESOURCE MGT |
| 3704 | CAREER DEVELOPMENT | 186 | 37 | HUMAN RESOURCE MGT |
| 3705 | COPO - PERSONNEL | 442 | 37 | HUMAN RESOURCE MGT |
| 3706 | INCENTIVE AWARDS | 449 | 37 | HUMAN RESOURCE MGT |
| 3707 | LABOR MGMT RELATIONS | 168 | 37 | HUMAN RESOURCE MGT |
| 3708 | MGMT & EXEC TRAINING | 127 | 37 | HUMAN RESOURCE MGT |
| 3709 | CO PERSONNEL | 121 | 37 | HUMAN RESOURCE MGT |
| 3710 | RECRUITMENT | 154 | 37 | HUMAN RESOURCE MGT |
| 3711 | TRAINING | 130 | 37 | HUMAN RESOURCE MGT |
| 3712 | TRAINING INSTITUTION RELATED | 130 | 37 | HUMAN RESOURCE MGT |
| 3713 | OMBUDSMAN | 100 | 37 | HUMAN RESOURCE MGT |
| 38L1 | CO EDUCATION -RELO-CO FUND | 176 | 38 | INDUSTRIES & EDUCATION |
| 38S8 | TF INMATE PLACEMENT PROGRAM | 480 | 38 | INDUSTRIES & EDUCATION |
| 38ZZ | ADMIN/SAL DEFAULT | 199 | 38 | INDUSTRIES & EDUCATION |
| 3800 | EDUCATION | 100 | 38 | INDUSTRIES & EDUCATION |
| 3801 | EDUCATION | 112 | 38 | INDUSTRIES & EDUCATION |
| 3802 | INMATE PLACEMENT BRANCH | 480 | 38 | INDUSTRIES & EDUCATION |
| 39L1 | CO IPPA - RELO - CO FUNDED | 176 | 39 | INFO POLICY & PUBLIC AFFA |
| 39ZZ | ADMIN/SAL DEFAULT | 199 | 39 | INFO POLICY & PUBLIC AFFA |
| 3900 | IPPA | 100 | 39 | INFO POLICY & PUBLIC AFFA |
| 3901 | EXEC OFFICE IPPA | 410 | 39 | INFO POLICY & PUBLIC AFFA |
| 3902 | BOP ARCHIVES | 195 | 39 | INFO POLICY & PUBLIC AFFA |
| 3903 | DOCUMENT CONTROL | 412 | 39 | INFO POLICY & PUBLIC AFFA |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 3904 | INFORMATION SYSTEMS | 158 | 39 | INFO POLICY & PUBLIC AFFA |
| 3905 | NAT'L POLICY REVIEW | 411 | 39 | INFO POLICY & PUBLIC AFFA |
| 3906 | NIDA | 413 | 39 | INFO POLICY & PUBLIC AFFA |
| 3907 | EXT LIA INTER AFF | 441 | 39 | INFO POLICY & PUBLIC AFFA |
| 3908 | SECURITY TECHNOLOGY | 143 | 39 | INFO POLICY & PUBLIC AFFA |
| 3909 | PC SUPPORT & PROD CNTRL | 155 | 39 | INFO POLICY & PUBLIC AFFA |
| 3910 | PUBLIC AFFAIRS | 111 | 39 | INFO POLICY & PUBLIC AFFA |
| 3911 | RESEARCH | 147 | 39 | INFO POLICY & PUBLIC AFFA |
| 3913 | RESEARCH | 147 | 39 | INFO POLICY & PUBLIC AFFA |
| 3914 | CONG AFFAIRS | 100 | 39 | INFO POLICY & PUBLIC AFFA |
| 40L1 | COMM CORR NIC-RELO-CO FUND | 176 | 40 | COMMUNITY CORRECTIONS NIC |
| 40ZZ | ADMIN/SAL DEFAULT | 199 | 40 | COMMUNITY CORRECTIONS NIC |
| 4000 | NIC | 100 | 40 | COMMUNITY CORRECTIONS NIC |
| 4001 | NIC ADMIN | 103 | 40 | COMMUNITY CORRECTIONS NIC |
| 4002 | NIC ACADEMY | 430 | 40 | COMMUNITY CORRECTIONS NIC |
| 4003 | NIC PRISONS | 431 | 40 | COMMUNITY CORRECTIONS NIC |
| 4004 | NIC COMMUNITY | 432 | 40 | COMMUNITY CORRECTIONS NIC |
| 4005 | NIC JAILS | 433 | 40 | COMMUNITY CORRECTIONS NIC |
| 41L1 | CO PROG REVIEW-RELO-CO FUND | 176 | 41 | PROGRAM REVIEW |
| 41ZZ | ADMIN/SAL DEFAULT | 199 | 41 | PROGRAM REVIEW |
| 4100 | PROGRAM REVIEW | 100 | 41 | PROGRAM REVIEW |
| 4101 | CO-EXEC OFFICE PROGRAM REV | 106 | 41 | PROGRAM REVIEW |
| 4102 | ACA COORDINATION | 174 | 41 | PROGRAM REVIEW |
| 4103 | COMPETITION ADVOCACY | 190 | 41 | PROGRAM REVIEW |
| 4104 | PROGRAM ANALYSIS BRANCH | 192 | 41 | PROGRAM REVIEW |
| 4105 | CO - STRATEGIC MANAGEMENT BRAN | 193 | 41 | PROGRAM REVIEW |
| 4106 | CO - PROGRAM REVIEW | 194 | 41 | PROGRAM REVIEW |
| 4107 | PR- TRUST FUND | 194 | 41 | PROGRAM REVIEW |
| 4110 | PR - HEALTH SERVICES | 194 | 41 | PROGRAM REVIEW |
| 50L1 | LAST MOVE HOME-RELO-CO FUND | 176 | 50 | RELOCATION |
| 51AA | AIRLIFT-FOOD | 364 | 02 | LOW |
| 51AB | AIRLIFT-MEDICAL | 364 | 02 | LOW |
| 51AE | AIRLIFT-CUSTODY | 364 | 02 | LOW |
| 51AF | AIRLIFT-MGT&ADMIN SUPPORT | 364 | 02 | LOW |
| 51A1 | FOOD SERVICE | 332 | 02 | LOW |
| 51BA | BUS OPS-FOOD | 373 | 02 | LOW |
| 51BB | BUS OPS-MEDICAL | 373 | 02 | LOW |
| 51BE | BUS OPS-CUSTODY | 373 | 02 | LOW |
| 51BF | BUS OPS-MGT&ADMIN SUPPORT | 373 | 02 | LOW |
| 51BP | BUS OPS-MECH SVC | 373 | 02 | LOW |
| 51B1 | MEDICAL | 350 | 02 | LOW |
| 51B2 | NON BOP MEDICAL CARE | 325 | 02 | LOW |
| 51B3 | SPECIAL MEDICAL SVCS | 365 | 02 | LOW |
| 51C1 | INMATE SERVICES | 323 | 02 | LOW |
| 51C2 | COMMISSARY OPERATIONS | 323 | 02 | LOW |
| 51C3 | ITS - S&E | 320 | 02 | LOW |
| 51C4 | ITS - TRUST FUND | 320 | 02 | LOW |
| 51C5 | TF-DIVIDEND DISTRIBUTION | 323 | 02 | LOW |
| 51C7 | CMS RENOVATION | 388 | 02 | LOW |
| 51C8 | TF INMATE PERFORM PAY | 367 | 02 | LOW |
| 51E1 | CORRECTIONAL SERVICES | 315 | 02 | LOW |
| 51E1WW | CORRECTIONAL SVCS WEST | 615 | 02 | LOW |
| 51E2 | LOCKSMITH / ARMORY | 387 | 02 | LOW |
| 51E2WW | LOCKSMITH / ARMORY WEST | 687 | 02 | LOW |
| 51E3 | NARCOTIC SURVEILANCE | 319 | 02 | LOW |
| 51E4 | UNIFORM CLOTHING | 340 | 02 | LOW |
| 51F1 | CASE MANAGEMENT | 311 | 02 | LOW |
| 51F2 | DRUG ABUSE PROGRAM | 317 | 02 | LOW |
| 51F3 | INMATE PERFORM PAY | 367 | 02 | LOW |
| 51F4 | INMATE RELEASE | 366 | 02 | LOW |
| 51F5 | LEGAL SERVICES | 375 | 02 | LOW |
| 51F6 | MGMT & ADMIN SUPPORT | 329 | 02 | LOW |
| 51F6WW | MGMT & ADMIN SUPPORT WEST | 629 | 02 | LOW |
| 51F7 | UNIT MANAGEMENT | 305 | 02 | LOW |
| 51F7WW | UNIT MANAGEMENT WEST | 605 | 02 | LOW |
| 51G1 | EDUCATION | 312 | 02 | LOW |
| 51H1 | LEISURE TIME ACTIVITIES | 313 | 02 | LOW |
| 51H1WW | LEISURE TIME ACTIVITIES WEST | 613 | 02 | LOW |
| 51J1 | RELIGIOUS SERVICES | 314 | 02 | LOW |
| 51J2 | FAITH BASED PROGRAMS | 324 | 02 | LOW |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 51K1 | PSYCHOLOGY SERVICES | 316 | 02 | LOW |
| 51L1 | FORT DIX - RELO - CO FUNDED | 176 | 02 | LOW |
| 51L7 | FORT DIX - RELO - TF FUNDED | 120 | 02 | LOW |
| 51MA | WELLNESS PROGRAM | 342 | 02 | LOW |
| 51MD | ACCTS REC - TRAVEL | 308 | 02 | LOW |
| 51ME | ACCTS REC - SALARY | 344 | 02 | LOW |
| 51MF | EMPLOYEE OFFSET | 363 | 02 | LOW |
| 51M1 | CHIEF EXEC OFFICER | 301 | 02 | LOW |
| 51M2 | FINANCIAL MANAGEMENT | 322 | 02 | LOW |
| 51M3 | ADMIN STAFF TRAVEL | 341 | 02 | LOW |
| 51M4 | HUMAN RESOURCE MGMT | 321 | 02 | LOW |
| 51M5 | AFFIRMATIVE ACTION | 372 | 02 | LOW |
| 51M6 | LEGAL | 302 | 02 | LOW |
| 51M7 | INFORMATION SYSTEMS | 358 | 02 | LOW |
| 51M8 | RESEARCH | 347 | 02 | LOW |
| 51M9 | VOLUNTEER COORD PROG | 645 | 02 | LOW |
| 51N1 | TRAINING | 330 | 02 | LOW |
| 51PI | PRISON INDUSTRIES - REIMB | 398 | 02 | LOW |
| 51PX | B&F NEW CONSTRUCTION | 334 | 02 | LOW |
| 51PZ | B&F REPAIR & IMPROV | 334 | 02 | LOW |
| 51P1 | CONST & MECH SVCS | 334 | 02 | LOW |
| 51P1WW | CONST & MECH SVCS WEST | 634 | 02 | LOW |
| 51P2 | MOTOR POOL | 336 | 02 | LOW |
| 51P3 | POWER PLANT | 335 | 02 | LOW |
| 51P4 | PURCHASED UTIL | 339 | 02 | LOW |
| 51P5 | SAFETY | 351 | 02 | LOW |
| 51P5WW | SAFETY WEST | 651 | 02 | LOW |
| 51P6 | STAFF HOUSE MAINT | 362 | 02 | LOW |
| 51S3 | TF EDUCATION | 312 | 02 | LOW |
| 51S4 | TF RECREATION | 313 | 02 | LOW |
| 51S5 | TF PSYCHOLOGY | 316 | 02 | LOW |
| 51S8 | TF INMATE PLACEMENT PROGRAM | 480 | 02 | LOW |
| 51U7 | PROPERTY/PROCUREMENT | 157 | 02 | LOW |
| 51V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 02 | LOW |
| 51ZC | TRUST FUND PAYROLL DEFAULT | 323 | 02 | LOW |
| 51ZZ | ADM SAL ACCRUAL/DEFAULT | 399 | 02 | LOW |
| 5120PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5120PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 512001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 512002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 512003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 512004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 512005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 512006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 512007 | COMMUNITY CORRECTIONS | 207 | 20 | REGIONAL OFFICE |
| 512008 | CASE MANAGEMENT | 211 | 20 | REGIONAL OFFICE |
| 512009 | CORRECTIONAL SERVICES | 215 | 20 | REGIONAL OFFICE |
| 512010 | DRUG ABUSE | 217 | 20 | REGIONAL OFFICE |
| 512011 | INMATE PERFORM PAY | 267 | 20 | REGIONAL OFFICE |
| 512012 | NARCOTIC SURVEILANCE | 219 | 20 | REGIONAL OFFICE |
| 512013 | PSYCHOLOGY | 216 | 20 | REGIONAL OFFICE |
| 512014 | RELIGIOUS SERVICES | 214 | 20 | REGIONAL OFFICE |
| 512015 | UNIT MANAGEMENT | 205 | 20 | REGIONAL OFFICE |
| 512016 | LEGAL | 202 | 20 | REGIONAL OFFICE |
| 512017 | EEO INVESTIGATIONS | 269 | 20 | REGIONAL OFFICE |
| 512018 | FOOD SERVICE | 232 | 20 | REGIONAL OFFICE |
| 512019 | MEDICAL | 250 | 20 | REGIONAL OFFICE |
| 512020 | NON BOP MEDICAL | 225 | 20 | REGIONAL OFFICE |
| 512021 | REG TRANSITIONAL CARE | 540 | 20 | REGIONAL OFFICE |
| 512022 | SAFETY | 251 | 20 | REGIONAL OFFICE |
| 512023 | WELLNESS | 242 | 20 | REGIONAL OFFICE |
| 512024 | AFFIRMATIVE ACTION | 272 | 20 | REGIONAL OFFICE |
| 512025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 512026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 512027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 512028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 512029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 512030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 512031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 512032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 512033 | FIN MGT - INST RELAT | 222 | 20 | REGIONAL OFFICE |
| 512034 | FIN MGT - SHARED EXP | 522 | 02 | REGIONAL OFFICE |
| 512035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 512036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 512039 | MOTOR POOL D/U | 236 | 20 | REGIONAL OFFICE |
| 5121C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 5121N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 5122AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 5122AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 5122AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 5122BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 5122BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 5122BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 5122B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 5122C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 5122FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 5122F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 5122G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 5122G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 5122L1 | CHG OF DUTY-CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 5122L2 | CHG DUTY - REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 5122L3 | CHG DUTY - INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 5122M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 5122S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5122S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5122UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 5122UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 5122UC | UNFORSEEN EVNT-INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 5122UF | UNFORSEEN EVNT-UNIT MGT | 889 | 22 | NATIONAL PROGRAMS |
| 5122UG | UNFORSEEN EVNT-EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 5122UH | UNFORSEEN EVNT-RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 5122UJ | UNFORSEEN EVNT-RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UK | UNFORSEEN EVNT-PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 5122UM | UNFORSEEN EVNT-ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5122UN | UNFORSEEN EVNT-TRNG | 889 | 22 | NATIONAL PROGRAMS |
| 5122UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 5122UT | UNFORSEEN EVNT-CNTRCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UX | UNFORSEEN EVNT-MGT&ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5122XB | UNCONTROLLABLES - MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 5122XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 5122XR | UNCONTROLLABLES - CC | 197 | 22 | NATIONAL PROGRAMS |
| 5122XX | UNCONTROLLABLES - MGT | 197 | 22 | NATIONAL PROGRAMS |
| 5122X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 513101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 513102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 5132C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 5132PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 5132PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 513201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 513202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 513203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 513204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 513205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 513206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 513207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 513208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 513209 | FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 513210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 513211 | PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 513212 | SITE SELECTION ENV R | 435 | 32 | ADMINISTRATION |
| 513213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 513214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 513215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 513216 | TRUST FUND | 400 | 32 | ADMINISTRATION |
| 513217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 513218 | FACILITIES - INST MAIN | 134 | 32 | ADMINISTRATION |
| 513219 | FIN BR FPS FIN STAT | 533 | 32 | ADMINISTRATION |
| 513220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 513221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 53MD | ACCTS REC - TRAVEL | 308 | 05 | DETENTION |
| 53ME | ACCTS REC - SALARY | 344 | 05 | DETENTION |
| 53MF | EMPLOYEE OFFSET | 363 | 05 | DETENTION |
| 53M1 | CHIEF EXEC OFFICER | 301 | 05 | DETENTION |
| 53M2 | FINANCIAL MANAGEMENT | 322 | 05 | DETENTION |
| 53M3 | ADMIN STAFF TRAVEL | 341 | 05 | DETENTION |
| 53M4 | HUMAN RESOURCE MGMT | 321 | 05 | DETENTION |
| 53M5 | AFFIRMATIVE ACTION | 372 | 05 | DETENTION |
| 53M6 | LEGAL | 302 | 05 | DETENTION |
| 53M7 | INFORMATION SYSTEMS | 358 | 05 | DETENTION |
| 53M8 | RESEARCH | 347 | 05 | DETENTION |
| 53M9 | VOLUNTEER COORD PROG | 645 | 05 | DETENTION |
| 53N1 | TRAINING | 330 | 05 | DETENTION |
| 53PI | PRISON INDUSTRIES - REIMB | 398 | 05 | DETENTION |
| 53PX | B&F NEW CONSTRUCTION | 334 | 05 | DETENTION |
| 53PZ | B&F REPAIR & IMPROV | 334 | 05 | DETENTION |
| 53P1 | CONST & MECH SVCS | 334 | 05 | DETENTION |
| 53P2 | MOTOR POOL | 336 | 05 | DETENTION |
| 53P3 | POWER PLANT | 335 | 05 | DETENTION |
| 53P4 | PURCHASED UTIL | 339 | 05 | DETENTION |
| 53P5 | SAFETY | 351 | 05 | DETENTION |
| 53P6 | STAFF HOUSE MAINT | 362 | 05 | DETENTION |
| 53S3 | TF EDUCATION | 312 | 05 | DETENTION |
| 53S4 | TF RECREATION | 313 | 05 | DETENTION |
| 53S5 | TF PSYCHOLOGY | 316 | 05 | DETENTION |
| 53S8 | TF INMATE PLACEMENT PROGRAM | 480 | 05 | DETENTION |
| 53U7 | PROPERTY/PROCUREMENT | 157 | 05 | DETENTION |
| 53V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 05 | DETENTION |
| 53ZC | TRUST FUND PAYROLL DEFAULT | 323 | 05 | DETENTION |
| 53ZZ | ADM SAL ACCRUAL/DEFAULT | 399 | 05 | DETENTION |
| 5320PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5320PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 532001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 532002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 532003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 532004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 532005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 532006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 532007 | COMMUNITY CORRECTIONS | 207 | 20 | REGIONAL OFFICE |
| 532008 | CASE MANAGEMENT | 211 | 20 | REGIONAL OFFICE |
| 532009 | CORRECTIONAL SERVICES | 215 | 20 | REGIONAL OFFICE |
| 532010 | DRUG ABUSE | 217 | 20 | REGIONAL OFFICE |
| 532011 | INMATE PERFORM PAY | 267 | 20 | REGIONAL OFFICE |
| 532012 | NARCOTIC SURVEILLANCE | 219 | 20 | REGIONAL OFFICE |
| 532013 | PSYCHOLOGY | 216 | 20 | REGIONAL OFFICE |
| 532014 | RELIGIOUS SERVICES | 214 | 20 | REGIONAL OFFICE |
| 532015 | UNIT MANAGEMENT | 205 | 20 | REGIONAL OFFICE |
| 532016 | LEGAL | 202 | 20 | REGIONAL OFFICE |
| 532017 | EEO INVESTIGATIONS | 269 | 20 | REGIONAL OFFICE |
| 532018 | FOOD SERVICE | 232 | 20 | REGIONAL OFFICE |
| 532019 | MEDICAL | 250 | 20 | REGIONAL OFFICE |
| 532020 | NON BOP MEDICAL | 225 | 20 | REGIONAL OFFICE |
| 532021 | REG TRANSITIONAL CARE | 540 | 20 | REGIONAL OFFICE |
| 532022 | SAFETY | 251 | 20 | REGIONAL OFFICE |
| 532023 | WELLNESS | 242 | 20 | REGIONAL OFFICE |
| 532024 | AFFIRMATIVE ACTION | 272 | 20 | REGIONAL OFFICE |
| 532025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 532026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 532027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 532028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 532029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 532030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 532031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 532032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |
| 532033 | FIN MGT - INST RELATED | 222 | 20 | REGIONAL OFFICE |
| 532034 | FIN MGT - SHARED EXP | 522 | 20 | REGIONAL OFFICE |
| 532035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 532036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 532039 | MOTOR POOL D/U | 236 | 20 | REGIONAL OFFICE |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 5321C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 5321N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 5322AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 5322AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 5322AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 5322BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 5322BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 5322BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 5322B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 5322C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 5322FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 5322F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 5322G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 5322G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 5322L1 | CHG OF DUTY - CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 5322L2 | CHG DUTY - REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 5322L3 | CHG DUTY - INST FUNDED | 378 | 22 | NATIONAL PROGRAM |
| 5322M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 5322S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5322S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5322UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 5322UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 5322UC | UNFORSEEN EVNT-INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 5322UF | UNFORSEEN EVNT-UNIT MGT | 889 | 22 | NATIONAL PROGRAMS |
| 5322UG | UNFORSEEN EVNT-EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 5322UH | UNFORSEEN EVNT-RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 5322UJ | UNFORSEEN EVNT-RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UK | UNFORSEEN EVNT-PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 5322UM | UNFORSEEN EVNT-ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5322UN | UNFORSEEN EVNT-TRNG | 889 | 22 | NATIONAL PROGRAMS |
| 5322UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 5322UT | UNFORSEEN EVNT-CNTRCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UX | UNFORSEEN EVNT-MGT&ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5322XB | UNCONTROLLABLES - MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 5322XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 5322XR | UNCONTROLLABLES - CC | 197 | 22 | NATIONAL PROGRAMS |
| 5322XX | UNCONTROLLABLES - MGT | 197 | 22 | NATIONAL PROGRAMS |
| 5322X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 533101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 533102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 5332C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 5332PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 5332PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 533201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 533202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 533203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 533204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 533205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 533206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 533207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 533208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 533209 | FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 533210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 533211 | PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 533212 | SITE SELECTION ENV REVIEW | 435 | 32 | ADMINISTRATION |
| 533213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 533214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 533215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 533216 | TRUST FUND | 400 | 32 | ADMINISTRATION |
| 533217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 533218 | FACILITIES - INST MAIN | 134 | 32 | ADMINISTRATION |
| 533219 | FIN BR FPS FIN STAT | 533 | 32 | ADMINISTRATION |
| 533220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 533221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |
| 533222 | RELOCATION SVCS | 177 | 32 | ADMINISTRATION |
| 533301 | EXEC OFFICE COMM CORR | 420 | 33 | COMM CORR & DETENTION |
| 533302 | COMM CORR BRANCH | 421 | 33 | COMM CORR & DETENTION |
| 533303 | DETENTION BRANCH | 422 | 33 | COMM CORR & DETENTION |

## COST CENTER FILE

```
COSTCTR   CFIL1                              CBUDCD  SL  DIVISION
-------   -----                              ------  --  --------
54BE      BUS OPS-CUSTODY                    373     05  DETENTION
54BF      BUS OPS-MGT&ADMIN SUPPORT          373     05  DETENTION
54BP      BUS OPS-MECH SVC                   373     05  DETENTION
54B1      MEDICAL                            350     05  DETENTION
54B2      NON BOP MEDICAL CARE               325     05  DETENTION
54B3      SPECIAL MEDICAL SVCS               365     05  DETENTION
54C1      INMATE SERVICES                    323     05  DETENTION
54C2      COMMISSARY OPERATIONS              323     05  DETENTION
54C3      ITS - S&E                          320     05  DETENTION
54C4      ITS - TRUST FUND                   320     05  DETENTION
54C5      TF-DIVIDEND DISTRIBUTION           323     05  DETENTION
54C7      CMS RENOVATION                     388     05  DETENTION
54C8      TF INMATE PERFORMANCE PAY          367     05  DETENTION
54E1      CORRECTIONAL SERVICES              315     05  DETENTION
54E2      LOCKSMITH / ARMORY                 387     05  DETENTION
54E3      NARCOTIC SURVEILANCE               319     05  DETENTION
54E4      UNIFORM CLOTHING                   340     05  DETENTION
54F1      CASE MANAGEMENT                    311     05  DETENTION
54F2      DRUG ABUSE PROGRAM                 317     05  DETENTION
54F3      INMATE PERFORM PAY                 367     05  DETENTION
54F4      INMATE RELEASE                     366     05  DETENTION
54F5      LEGAL SERVICES                     375     05  DETENTION
54F6      MGMT & ADMIN SUPPORT               329     05  DETENTION
54F7      UNIT MANAGEMENT                    305     05  DETENTION
54G1      EDUCATION                          312     05  DETENTION
54H1      LEISURE TIME ACTIVITIES            313     05  DETENTION
54J1      RELIGIOUS SERVICES                 314     05  DETENTION
54J2      FAITH BASE PROGRAMS                324     05  DETENTION
54K1      PSYCHOLOGY SERVICES                316     05  DETENTION
54L1      PHILADELPHIA - RELO - CO FUND      176     05  DETENTION
54L7      PHILADELPHIA - RELO - TF FUND      120     05  DETENTION
54MA      WELLNESS PROGRAM                   342     05  DETENTION
54MD      ACCTS REC - TRAVEL                 308     05  DETENTION
54ME      ACCTS REC - SALARY                 344     05  DETENTION
54MF      EMPLOYEE OFFSET                    363     05  DETENTION
54M1      CHIEF EXEC OFFICER                 301     05  DETENTION
54M2      FINANCIAL MANAGEMENT               322     05  DETENTION
54M3      ADMIN STAFF TRAVEL                 341     05  DETENTION
54M4      HUMAN RESOURCE MGMT                321     05  DETENTION
54M5      AFFIRMATIVE ACTION                 372     05  DETENTION
54M6      LEGAL                              302     05  DETENTION
54M7      INFORMATION SYSTEMS                358     05  DETENTION
54M8      RESEARCH                           347     05  DETENTION
54M9      VOLUNTEER COORD PROG               645     05  DETENTION
54N1      TRAINING                           330     05  DETENTION
54PI      PRISON INDUSTRIES - REIMB          398     05  DETENTION
54PX      B&F NEW CONSTRUCTION               334     05  DETENTION
54PZ      B&F REPAIR & IMPROV                334     05  DETENTION
54P1      CONST & MECH SVCS                  334     05  DETENTION
54P2      MOTOR POOL                         336     05  DETENTION
54P3      POWER PLANT                        335     05  DETENTION
54P4      PURCHASED UTIL                     339     05  DETENTION
54P5      SAFETY                             351     05  DETENTION
54P6      STAFF HOUSE MAINT                  362     05  DETENTION
54S3      TF EDUCATION                       312     05  DETENTION
54S4      TF RECREATION                      313     05  DETENTION
54S5      TF PSYCHOLOGY                      316     05  DETENTION
54S8      TF INMATE PLACEMENT PROGRAM        480     05  DETENTION
54U7      PROPERTY/PROCUREMENT               157     05  DETENTION
54V8      CMS RENOVATIONS - CAPITALIZED      381     05  DETENTION
54ZC      TRUST FUND PAYROLL DEFAULT         323     05  DETENTION
54ZZ      ADM SAL ACCRUAL/DEFAULT            399     05  DETENTION
5420PX    B&F NEW CONSTRUCTION               246     20  REGIONAL OFFICE
5420PZ    B&F REPAIR & IMPROV                246     20  REGIONAL OFFICE
542001    EXEC OFFICE REG DIR                201     20  REGIONAL OFFICE
542002    FINANCIAL MANAGEMENT               222     20  REGIONAL OFFICE
542003    MGMT & ADMIN SUPPORT               229     20  REGIONAL OFFICE
542004    SURPLUS PROPERTY                   282     20  REGIONAL OFFICE
542005    CONST & MECH SVCS                  234     20  REGIONAL OFFICE
542006    MOTOR POOL                         236     20  REGIONAL OFFICE
```

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                               FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) D. Dixon counselor B-4 | DATE: 5/26/05 |
|---|---|
| FROM: A. Jones | REGISTER NO.: 52873-080 |
| WORK ASSIGNMENT: Elect. 2 | UNIT: BU-4-423 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

The attached Notice was posted in BU-4, It states that articles which is confiscated from cells which inmates is not suppose to have will not be return and will be put in the "HOT" Trash. My questions for you as counselor of BU-4, who determines what items is to be put in the hot trash? What is the BOP's policy concerning hot trash? Is the hot trash accessible to inmates?

(Do not write below this line)

DISPOSITION:

Staff determine what items to be put in Hot Trash. HOT TRASH is for staff ONLY! Inmates are not allowed to have or possess Hot Trash. Hot Trash is any item not authorized for an inmate to possess and that particular staff deems the items as HOT TRASH!

Signature Staff Member                               Date
                                  5-5-05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94