UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

FILED
APR - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Autry Lee Jones
     Plaintiff

NO._____

v.

File_____

United States of America
Condoleezza Rice
Harvey Lappie
Chief Trust Fund Officer
Robert M. Tapie
H. Chain
K. Abbarono
D. roach
S. Baker
D. Dixon
D. Lair
R. McGowan
J. Flattery
__Fuller
     Respondents

/S/_____
Clerk of Court

CASE NUMBER 1:06CV00621

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 04/_3_/2006

MOTION TO SERVE

MAY IT PLEASE THE COURT:

    Comes now Autry Lee Jones hereinafter referred to as Movant, in this his Motion to Serve for the following reasons:

### JURISDICTION

    Movant avers that this most Honorable Court has jurisdiction of this matter by way of 28 USCA § 1915(c).

    Movant has submitted one original and 16, copies of the complaint in this matter, three is for the Court and one for each defendant.

    In accordance with Title 28 USCA § 1915(c) the officers of the court shall issue and serve all process and perform all duties in the case of a plaintiff being allowed to proceed in

forma pauperis.

    Plaintiff has file a Motion to Proceed in forma pauperis and has submitted $250.00 along with the attached complaint, where wherefore Plaintiff request that officers of the Court and/or the United States Marshall serve said complaint and issue all process.

RESPECTFULLY SUBMITTED

/S/ *[signature]*
Autry Lee Jones