TO: THE HONORABLE JUDGE AND/OR JUSTICE OF THE UNITED STATES
    DISTRICT COURT FOR THE DISTRICT OF COLUMBIA WASHINGTON, D.C.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Autry Lee Jones
        Movant

v.

United States of America
Condoleezza Rice
Harvey Lappie
Chief Trust Fund Officer
Robert M. Tapie
H. Chain
K. Abbarono
D. Roach
S. Baker
D. Dixon
D. Lair
R. McGowan
J. Flattery
__Fuller
        Respondents

NO_____

File_____

**FILED**

APR - 4 2006

/S/_____
Clerk of  NANCY MAYER WHITTINGTON, CLERK
          U.S. DISTRICT COURT

**06 0621**

### MOTION TO PROCEED IN FORMA PAUPERIS

MAY IT PLEASE THE COURT:

Comes now Autry Lee Jones hereinafter referred to as Movant in this his Motion to Proceed in Forma Pauperis for the following reasons: Movants Affidavit in support of this motion is hereto attached.

### JURISDDICTION

Movant avers that this most honorable Court has jurisddiction of this motion by way of Title 28 USCA § 1915(c).

1.

Motion is hereby made that Movant be allowed to proceed without pre-payment of this Complaint or without posting Bond or security hereto.

Movant believe that he is entitle to the relief he seeks and that for his inability to pay cost or secure bond or

security he would prevail.

            RESPECTFULLY SUBMITTED

            /S/
            Autry Lee Jones

STATE OF LOUISIANA                               AFFIDAVIT

PARISH OF GRANT

    I, Autry Lee Jones being first duly sworn, depose and say the I am the Plaintiff in the above entitled Complaint, that in support of my motion to proceed without being required to pre pay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of this Complaint, or to give security therefore, and that I believe I am entitle to redress.

    Further I swear that the statements I make hereto relating to my inability to pay the cost of these proceedings in this court are true.

    I am presently unemployed and I do not remember the last time I was employed, nor the amount of the salary of wages per month which I receive, for the last time I was employed. I have receive no income from a business, profession or other form of self employment, or in the form of rent payments interest, or other valuable property excluding ordinary household furnishings, and clothing.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge understanding and belief.

                                          RESPECTFULLY SUBMITTED

                                          /S/ _[signature]_
                                          Autry Lee Jones