RECEIVED

OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

UNITED STATES OF AMERICA
Autry Lee Jones
Movant

v.

Civil Action No. 06-0621(RWR)

United States of America, et al.,

MOTION TO RECONSIDER

MAY IT PLEASE THE COURT:

Comes now Autry Lee Jones, hereinafter referred to as Movant in this his Motion To Reconsider for the following reasons.

STATEMENT OF FACTS

On the 31 day of March 2006 Movant placed his Complaint in the inmate Mail depository addressed to Nancy Mayer-Whittington clerk of the united States District Court at Washington, D C.

Same was sign for by the clerk's office on April 3, 2006 and the clerk's office file same on April 3, 2006.

On or about June 6, 2006 the clerk's office sent Movant a document informing Movant of the filing fee change and the effective date of said fee change.

This court on May 17, 2006 entered an order denying Movant's Motion To Proceed in Forma pauperis with out prejudice and inform Moanve that he needed to submit more finacial information, Movant submitted said finacial information and the court granted Movant's request to proceed in forma pauperis on the 4th day of August 2006.

RESPECTFULLY SUBMITTED

/S/ [signature]
Autry Lee Jones

ARGUMENT IN SUPPORT OF
MOTION TO RECONSIDER

Movant avers that this court has err in it's application of 28 USC § 1915(b)(1). Movant submitts exhibit one which is a copy of the certified receipts which the clerk of this court sign for on April 3, 2006 which was attached to Movant's Complaint.

Movant avers that when said Complaint was placed in the inmate mail depository same was deem file Houston v. Lack 487 US 266, 101 L ED 2d 245, 108 S Ct 2379.

By the clerk filing said complaint on april 3, 2006 this court is bound by that date. Exhibit two is the front page of Movant's complaint, same shows the date the complaint was file by the clerk of this court was not April 9, 2006 which is the effective date of the new filing fee change but April 3, 2006 which is six days prior to the effective day of the change.

To Apply the ne filing fee to Movant's complaint would be an ex post Facto application of 28 USC § 1915 § (b)(1).

When the Congress past the AEDPA's one year limination same had a date for the laws effective application.

A person who was convicted in 1990 and had his 2255 in court prior to the effective date of the AEDPA's application was not effectived by same, and the same is true in the case at bar.

Exhibit three is page one of one of this court's information web cite, same shows that the effective date of said fee change is April 9, 2006, not April 3, 2006.

RESPECTFULLY SUBMITTED

/S/
Autry Lee Jones

PRAY OF CONCLUSION

WHEREFORE, PREMISES CONSIDERED, and placed before this most honorable court Movant prays that this most honorable court will grant his Motion To Reconsider and issue an order stating that Movant only has to pay $250.00 filing fee.

RESPECTFULLY SUBMITTED

/S/

Autry Lee Jones

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D C

UNITED STATES OF AMERICA
Autry Lee Jones
Movant

v. Civil Action No.-06--621(RWR)

United States of America et al.,

MOTION TO AMEND COMPLAINT AND MOTION TO SERVE

MAY IT PLEASE THE COURT.

Comes now Autry Lee Jones hereinafter referred to as Movant in this his Motion To Amend his Complaint and Motion To Serve.

FACTS

On the 3re day of April 2006 Movant's complaint was file by the clerk of Court. In Movant's prayer for relief he fail to request that in the event that Movant is successful in winnig his complaint the Defendant's be ordered to pay all court cost.

Movant comes now and request that all court cost be paid by the defendant's were they to lose this matter.

RESPECTFULLY SUBMITTED
/S/ [signature]
Autry Lee Jones

On April 3, 2006 Movant submitted a motion to this court requesting the court to order the defendant's be served by the United States Marshalls.

Since the filing of said complaint defendant robert M. Tapie, K. Abbarono, S. Baker and ___.Fuller is no longer working at this institution and only the Bureau of Prisons and the Department of Justice know the address of the above defendants, wherefore Movant moves moves the court to have all defendant's served by the United States

Marshall's or that the BOP be ordered to supply Movant the address of the above defendant's so that Movant can serve said defendant's.

RESPECTFULLY SUBMITTED

/S/ [signature]

Autry Lee Jones

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D C

UNITED STATES OF AMERICA
Autry Lee Jones
Movant

v.

Civil Action No. 1:-6CV00-621(RWR)

United States of America et.al.,
Respondant's

ORDER

Onthis ____day of_______________2006 came on to be heard Movant's Motion to Amend his Complaint and his Motion To serve.

The Court after vi wing the complete file fo this matter is of the opinion that Movant's Motion to Amend his Complaint is:

GRANTED ( ) DENIED ( )

And his motion to Amend his Motion To serve is hereby;

GRANTED ( ) DENIED ( )

/S/______________________
Judge Presiding

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Nancy Mayer-Whittington
CLERK
U.S. DISTRICT COURT
333 Constitution Ave. NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) K. Trammell

C. Date of Delivery 4-3-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1160 0001 3629 5549

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-250

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
A. Jones F51873-080 BL-2-223

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Ms. Nancy Mayer-Whittington
Street, Apt. No.; or PO Box No. 333 Constitution Ave NW
City, State, ZIP+4 Washington, D C 20001

PS Form 3800, June 2002 See Reverse for Instructions

7005 1160 0001 3629 5549

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

United States of America
Autry Lee Jones
Plaintiff

v.

United States of America Through
The Department of Justice

Condoleezza Rice-Secretary of State

Harvey Lappie-Director of BOP

Chief Trust Fund Officer of Inmate Trust Fund

Robert M. Tapie-Warden

H. Chain-AW-of Industry and Education

K. Abbarono-Factory Manager

D. Roach-Chief Financial Officer

S. Baker-Financial Officer

D.Dixon-Counselor

D.Lair-Counselor

R.McGowan-Counselor

J. Flatter-Phsician

__.Fuller Physician Assistant

Defendants

CASE NUMBER 1:06CV00621

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 04/[illegible]3/2006

COMPLAINT

INTRODUCTION

1. This case arises from the Defendants the United States implementing a law which deprives Plaintiff of the right to petition the Government to seek redress of a grievance.

COVER

## U.S. DISTRICT COURT INFORMATION

Home
Courthouse Information
Court Opinions
Court Schedules
Court Records
Rules & Forms
Electronic Case Filing
Judges
Links

### Effective April 9, 2006:

| | |
|---|---|
| Filing of Civil Complaint | **$ 350.00** |
| Filing of Miscellaneous Case | **$ 39.00** |
| Filing of Notice of Appeal | **$ 455.00** |
| Document Certification | **$ 9.00** per document plus cost of copying |
| Copying Fees | **$ .50** per page up to 20 pages* |
| Name Searches | **$ 26.00** per name or item searched |
| Retrieval of records from FRC | **$ 45.00** |

Fees may be paid by Cash, Check, or Money Order.
Checks must be made payable to:
CLERK, U.S. DISTRICT COURT

* Request for copies of more than 20 pages are sent out to a commercial copying service. ITS, Inc. at
1231 20th Street, NW, Washington, DC 20036 (202-857-3837) currently handles copying requests.

