UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUTRY LEE JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0621 (RWR) |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Plaintiff, a federal inmate, has been granted leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that plaintiff's motion to serve [2] is GRANTED. It is

FURTHER ORDERED that the Clerk of the District Court issue summonses for the defendants in order for the United States Marshals Service to effect service of the complaint. It is

FURTHER ORDERED that plaintiff's motion for reconsideration [7] is DENIED AS MOOT.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE:  October 31, 2006