RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE D C CIRCUIT
WASHINGTON, D C

United States of America
Autry Lee Jones
    Movant

NO. 1:06-cv-621

United States of America et al
    Respondant

## MOTION TO DISMISS

MAY IT PLEASE THE COURT:

    Comes now Autry Lee Jones hereinafter referred to as Movant in this his Motion to Dismiss, for the following reasons.

    Movant moves this most Honorable Court to dismiss that part of his Complaint which Movant is suing the Defendants in their official capacity.

RESPECTFULLY SUBMITTED

/S/ _(signature)_
Mr. Autry Lee Jones