

| FEDERAL BUREAU OF PRISONS | TRM 5511.4B |
|---|---|
| FCI OTISVILLE | ATTACHMENT 1 |
| **4:00 PM** | TOTAL: 17 |
| **OFFICIAL OUTCOUNT** | |
| FOOD SERVICE DEPARTMENT | DATE: 1/21/2007 |

| | | | | |
|---|---|---|---|---|
| SUGGS | KASSICK | CONTRERAS- | CARVER | BROWN |
| 15552-014 | 10348-067 | 53057-180 | 10257-036 | 08234-007 |
| VERBOUT | MC FADDEN | GORDON | GORDON | 1 |
| 25298-018 | 57388-053 | 15023-014 | 53488-066 | |
| WILLIAMS | TARAFA | MAHONEY | LIVINGSTON | |
| 14397-014 | 56393-054 | 23530-050 | 26948-050 | |
| 3 | 3 | MALONE | NELSON | |
| | | 10880-052 | 04456-036 | |
| | | WATSON | YOUNG | |
| | | 11421-067 | 90827-022 | |
| | | 5 | 5 | |

Page 1 of 1

REQUESTING OFFICER                     APPROVING LIEUTENANT