UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Autry Lee Jones
    Movant

v.   NO. 1:06-cv-(RWR)

United States of America et,al,.
    Respondent

RECEIVED
MAR - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR APPOINT OF A
MAGISTRATE JUDGE

MAY IT PLEASE THE COURT:

Comes now Autry Lee Jones hereinafter referred to as Movant in this his Motion for Appointment of a Magistrate Judge; for the following reasons:

1.

This court has jurisdiction of this motion by way of Title 28 section 636.

2.

This court on or about the third day of April 2006 docketed the above cause number.

It has been ten months since this court docketed same and the docket sheet in this matter do not show that the return of the summons has been receive by the clerks office, nor do the docket sheet show that the clerks office has complied with Rule 4 of the Federal rules of Civil Procedures.

RESPECTFULLY SUBMITTED
/S/ Autry Lee Jones
Autry Lee Jones

PRAYER OF CONCLUSION

WHEREFORE PREMISES CONSIDERED, and placed before this most honorable court Movant prays that a Magistrate Judge be appointed to this courts 1:06-cv-00621(RWR)

RESPECTFULLY SUBMITTED
/S/ Autry Lee Jones
Autry Lee Jones