Mr. Autry Lee Jones
52073-080-EA
P.O. Box 1000
Otisville, New York
10963

**RECEIVED**

MAR - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 24, 2007

Ms. Sherry Taylor
333 Constitution ave
Washington, D.C. 20001

Dear Ms. Taylor:

    This letter comes to you in concern of this court's 1:06-cv-00632(RWR) and the letter of 12/11/06 and 1/30/07 which I fail to put the docket number on the above letters also attached is a copy of the docket sheet in this matter which shows that this office is showing that my address is P.O. Box 1000 Otisville, Louisiana same would be Otisville, N.Y. 10963.

    I am enclosing a copy of the letters with out the docket numbers on them and a copy of the present Motion for filing.

    I am thanking you for your time help and concern in this matter.

Sincerely
/s/ [signature]
Mr. Autry Lee Jones