UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Aubry Lee Jones
    Plaintiff

v.                                                             1:06-cv-00621(RWR)

United States of America et al,.
    Defendant

ORDER

On this the ____ day of _____ 2007 came on to be heard Plaintiff's Motion for Appointment of a Magistrate Judge in this courts 1:06-cv-00621(RWR).

The court after reviewing the records is of the opinion that justice would best be served by:

GRANTING (   )                                    DENYING (   )

Movant's Motion for appointment of a magistrate judge.

                                                      /s/_____
                                                      Presiding Judge

**RECEIVED**

MAR - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT