UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Autry Lee Jones
    Plaintiff

v.   NO. 1:06-cv-00621(RWR)

United States of America et al,.
    Defendant's

## MOTION TO COMPEL THE DEFENDANT TO PROVIDE PLAINTIFF WITH THE HOME ADDRESS OF THE FOLLOWING DEFENDANT'S

1.

The clerks office has fail to make it's records show Plaintiff's current address, Plaintiff's current address is P.O. Box 1000 Otisville, New York 10963 not P.O. Box 2099 Pollock, LA. Wherefore Plaintiff request this court to correct same.

2.

On the 8th day of March 2007 Plaintiff receive an order from the clerks office for the full name anaddress of the defendants in this matter same was issued by deputy clerk L. Scott. See exhibit 2.

3.

The order ordered Plaintiff to fill out and send back to the clerrks office the full name and address of the defendant's in this court's Jones v. United States of America et a.,. NO. 1:06-cv-00621(RWR).

4.

The only address and full name of the defendants in this

case which is known to Plaintiff is the United States of America, Condoleezza rice, Harvey Lappie, D. roach, D. lair, R. McGowan, and J. Flatter.

5.

Plaintiff on or about April 11, 2006 file a Motion for the Government to serve the Defendant's on or about October 31, 2006 the Court issued an order granting Plaintiff's Motion for the Government to serve the Defendant's, see exhibit one.

6.

Defendant's Robert M. Tapie, H. Chain, K. Abbarono, S. Baker, D. Dixon and ___. fuller are all prior or curren employees of the Bureau of Prisons who's home/business address is unknown to plaintiff, but same is known to the Bureau of Prisons and/or the Justice Department, Wherefore the Bureau of Prisons and/or the justice Department must provide Plaintiff with the home and/or business address of all defendants who Plaintiff do not have.

7.

None of these defendant's is being sued in their official capacity.

RESPECTFULLY SUBMITTED

/S/ *[signature]*
Autry Lee Jones