Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-0621 (RWR) |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff, a federal inmate, has been granted leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that plaintiff's motion to serve [2] is GRANTED. It is

FURTHER ORDERED that the Clerk of the District Court issue summonses for the defendants in order for the United States Marshals Service to effect service of the complaint. It is

FURTHER ORDERED that plaintiff's motion for reconsideration [7] is DENIED AS MOOT.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: October 31, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Autry Lee Jones
    Plaintiff

VS.

United States of America et al,.
    Defendant's

C.A. No.1:06-cv-00621(RWR)

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: United States of America 10th and Constitution Ave

Defendant's address: Washington, D C.


Defendant's name: Condoleezza Rice

Defendant's address: 2201 C Street N.W. Washington, D.C. 20520


Defendant's name: Harvey Lappie

Defendant's address: 320 First St N.W. Washington, D.C.


Defendant's name: Robert M. Tapie

Defendant's address: Address Unknown


Defendant's name: H. Chain A.W. of Industry

Defendant's address: Address Unknown


Defendant's name: K. Abbarono Factory Manager

Address Unknown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Autry Lee Jones
          Plaintiff
VS.                                      C.A. No. 1:06-cv-00621(RWR)

United States of America et al,.
          Defendant's

## PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name:  D. Roach Chief Financial Officer

Defendant's address:  P.O. Box 1000 Pollock, LA 2099


Defendant's name:  S. Baker Financial Officer

Defendant's address:  Address Unknown


Defendant's name:  D. Dixon Counselor

Defendant's address:  Address Unknown


Defendant's name:  D. Lair Counselor

Defendant's address:  P.O. Box 1000 Pollock, LA 2099


Defendant's name:  R. McGowan Counselor

Defendant's address:  P.O. Box 1000 Pollock, LA 2099


Defendant's name:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Autry Lee Jones
          Plaintiff
     VS.
                                    C.A. No. 1:06-cv-00621(RWR)
United States of America et al,.
          Defendant's

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name:  J. Flatter Physician

Defendant's address:  P.O. Box 1000 Pollock, LA 2099


Defendant's name:  . Fuller Physician Assistant

Defendant's address:  Address Unknown


Defendant's name:  _____

Defendant's address:  _____


Defendant's name:  _____

Defendant's address:  _____


Defendant's name:  _____

Defendant's address:  _____


Defendant's name:

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D. C. 20001

February 21, 2007

Autry Lee Jones
#52873-080
BL-2-223
United States Penitentiary
P. O. Box 2099
Pollack, LA 71467

RE: Summons

In order to issue summons to the defendants, you need to provide this court with address (es), as it states under the Local Rules 5.1 (e). Please, fill out the form attached and return it to our office.

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By L. Scott
Deputy Clerk

(d) **ELECTRONIC TRANSMISSION.**

No pleading, motion or other document shall be transmitted to the Clerk for filing by means of electronic facsimile transmission except with express leave of Court.

(e) **NAME AND ADDRESS OF PARTIES AND ATTORNEYS.**

(1) The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party. Where a person is sued in an official capacity, the person's official address shall be used. If the party is appearing *pro se*, the caption shall also include the party's telephone number. Those filing *pro se in forma pauperis* must provide in the caption the name and full residence address or official address of each party. Failure to provide the address information within 30 days upon filing may result in the dismissal of the case against the defendant. All papers signed by an attorney shall contain the name, address, telephone number, and D.C. Bar identification number of the attorney if the attorney is a member of the D.C. Bar. All attorneys listed on any pleading or paper who are members of the D.C. Bar must include their D.C. Bar identification numbers regardless of whether they sign the pleading. Notice of a change in address or telephone number of an attorney or a party not represented by an attorney must be filed within 10 days of the change. Unless changed by notice filed with the Clerk, the address and telephone number of a party or an attorney noted on the first filing shall be conclusively taken as the last known address and telephone number of the party or attorney.

(2) By signing a pleading or paper that is presented to the Court, an attorney is certifying that the attorney, and all other attorneys appearing with the attorney on the pleading or paper, are members of, or have a pending application for admission to, the Bar of this Court, or has complied with LCvR 83.2(c) or (d), or is covered by LCvR 83.2(e) as an attorney employed by the United Sates or one of its agencies.

*COMMENT TO LCvR 5.1(e) (1) and (2): Section (e)(1) was amended to make clear that the reference to the requirement that all papers include "the bar identification number of the attorney" requires a D.C. Bar identification number. Because members of the Bar of this Court are not assigned bar identification numbers, Section (e)(2) was added to assist the Clerk's Office in verifying the bar membership status of attorneys who appear in this Court.*

(f) **FORM OF PAPERS.**

All papers shall be typed (double spaced) or reproduced by any duplicating or copying process that produces a clear black image on opaque white paper 11 inches long and 8-1/2 inches wide, unfolded, without back or cover, fastened at the top. Every paper shall contain a heading under the caption describing the nature of the pleading, motion or other paper. Papers should also be punched at the top with two holes, 2 3/4 inches apart