UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0621 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM AND ORDER

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis,* sued the United States and numerous federal officials and employees in their individual capacities for their official acts.[1] The complaint does not include the addresses of the defendants. Plaintiff moves to compel defendants to provide him with their home addresses to accomplish service of process.

Local Rule 5.1(e) provides, in pertinent part, that a *pro se* plaintiff proceeding *in forma pauperis* "must provide in the caption [of the complaint] the name and full residence address or official address of each party. Failure to provide the address information within 30 days [of] filing may result in the dismissal of the case against the defendant." LCvR 5.1(e)(1). In response to the Clerk's request for addresses, plaintiff failed to provide the addresses for defendants Tapie, Chain, Abbarono, Baker, Dixon and Fuller. While *in forma pauperis* status confers entitlement to issuance and service of process, *see* 28 U.S.C. § 1915(d); *see* Fed. R. Civ. P. 4(c)(2), a district court has no duty to assist a plaintiff in locating a defendant's address for the purpose of service of process. *Barmes v. Nolan*, 123 Fed. Appx. 238, 249 (7th Cir. 2005); *Paolone v. Mueller*, No.

---

[1] Plaintiff sued the individuals in their official capacities as well, but he now moves to dismiss all official capacity claims. That motion will be granted.

1

05-2300, 2006 WL 2346448, at *2 (D.D.C. Aug. 11, 2006); *see Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987) (noting that even an incarcerated plaintiff proceeding *in forma pauperis* "may not remain silent and do nothing to effectuate such service").

Based on the foregoing it is hereby

ORDERED that plaintiff's motion to dismiss the defendants in their official capacity [9] is GRANTED. It is hereby

FURTHER ORDERED that plaintiff's motion to compel the defendants to provide home addresses [12] is DENIED. It is hereby

FURTHER ORDERED that the complaint is DISMISSED as to defendants Tapie, Chain, Abbarono, Baker, Dixon and Fuller. It is hereby

FURTHER ORDERED that plaintiff's motion to submit an exhibit [10] is DENIED. It is hereby

FURTHER ORDERED plaintiff's motion for appointment of a magistrate judge [11] is DENIED.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: May 18, 2007