**U.S. Department of Justice**
United States Marshals Service

118 4311 (19)   BOP

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U.S. Attorney General
DOJ, 950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number __CA-06-621 RWR__

__Autry L. Jones__
V.
__United STates of America, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature __4/27/07__       Signature (USMS Official) __Betty F Bryant__

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

**RECEIVED**

MAY 0 3 2007

BUREAU OF PRISONS
OGC/LITIGATION BRANCH

6-15-07
Returned un-executed.
See attached letter.
Toubman

RECEIVED 2007 APR 27 A 8:35 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature

Form USM-299
(Rev. 6/95)

1 - Clerk of Court



**U.S. Department of Justice**

Federal Bureau of Prisons

_____

Washington, DC 20534

June 12, 2007

United States Marshals Service
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20016

Re:   Autry L. Jones v. United States of America, et al
      Case No.: 06:-0621 (D.D.C.)

To whom it may concern:

    The Bureau of Prisons (BOP) Office of General Counsel Litigation Branch received the attached complaint and summons dated April 27, 2007 on June 4, 2007, in the above-referenced case. The Attorney General is a named defendant in this case. The Bureau of Prisons is not authorized to accept service on the Attorney General's behalf. Please find enclosed the summons and complaint. If you have any questions you can contact me at 202-353-4475.

Sincerely,


Sarah McKenzie
Legal Intern
Bureau of Prisons
Office of General Counsel
Litigation Branch


Enclosures