UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUTRY LEE JONES,** )<br>)<br>Plaintiff, )<br>v. )   Civil Action No. 06-0621 (RWR)<br>)<br>**UNITED STATES OF AMERICA, *et al.*,** )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, Federal Bureau of Prisons, D. Roach, D. Lair, R. McGowan and J. Flatter hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of thirty days, up to and including July 30, 2007, to file a response to Plaintiff's Complaint.  Since the *pro se* Plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about this Motion.[1]  See Compl. caption.  The grounds for this request are as follows:

1. A response to the Complaint is currently due on June 29, 2007.

2. This is Defendants' first request for an extension.  In support of this Motion, Defendants state the following.

Plaintiff sues Mssrs. Roach, Lair, McGowan and Flatter, Bureau of Prisons officials, in their personal capacities.  The undersigned counsel has been informed that the Federal Bureau of

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se.*  It does not require counsel to discuss those motions with incarcerated *pro se* parties.  This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

Prisons is in the process of preparing representation requests for these four individual defendants. The undersigned counsel cannot represent Mssrs. Roach, Lair, McGowan and Flatter (except to seek extensions of time pending action on their representation requests) unless and until the Department of Justice approves their representation requests.[2] The extension will allow time for review and decision on the representation requests, and subsequent thereto, if appropriate, a consolidated response on behalf of the Federal Bureau of Prisons and its officials who are defendants herein.

A proposed Order consistent with this Motion is attached.

Accordingly, Defendants Federal Bureau of Prisons, D. Roach, D. Lair, R. McGowan and J. Flatter respectfully request that the Motion be granted.

> Respectfully submitted,
>
>     Jeffrey Taylor
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
>     Rudolph Contreras
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
>     s/Sherease Louis
> SHEREASE LOUIS
> Special Assistant United States Attorney
> United States Attorney's Office, Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530

---

[2] Because the undersigned counsel does not have authority to represent Mssrs. Roach, Lair, McGowan and Flatter on the merits of this case, including the presentation of pertinent defenses, this non-dispositive motion is only filed for the limited purpose of seeking this enlargement of time. It should thus be noted that Mssrs. Roach, Lair, McGowan and Flatter do not waive any defenses that can be raised pursuant to Rule 12(b) or otherwise including, but not limited to, deficiencies related to service, jurisdiction, and immunity.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of June 2007, a true and correct copy of the foregoing motion and proposed order were served via First Class prepaid postage as follows:

Autry Lee Jones, #R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, LA 10963

           /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895