UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES,<br><br>             Plaintiff,<br>      v.<br><br>UNITED STATES OF AMERICA,<br>   through the DEPARTMENT OF JUSTICE,<br><br>     and<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>     and<br><br>FEDERAL BUREAU OF PRISONS,<br><br>             Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-0621 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Motion to Dismiss in Part Or, in the Alternative, For Partial Summary Judgment with Respect to Defendants The United States Department of State and Secretary of State Condoleeza Rice, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion to Dismiss be and is hereby GRANTED.

SO ORDERED.

_____
United States District Judge