RECEIVED

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Autry Lee Jones
    Plaintiff

1:06-cv-00621

v.

United States of America et al,.
    Defendants

MOTION TO REQUEST COURT TO ORDER U.S. MARSHALS TO SERVE
SUBPOENAS DUCES TECUM TO LOCATE THE WHEREABOUTS OF
THE DEFENDANTS

Comes now, Autry Lee Jones pro se, plaintiff and respectfully request this court to order the U.S. Marshal Service to serve subpoenda duces tecum to the necessary parties for the purpose of locating the whereabouts of the six defendants in this case. The Plaintiff makes this request so that he may comply with Rule 4 of the Federal Rules of Civil Procedure.

    In support of this motion Plaintiff puts forth the accompanying Memorandum of Law. The plaintiff submits the following as a pro se litigant pursuant to Hanes v. kerner, 404 U.S. 519(1972).

RESPECTFULLY

Autry Lee Jones

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTION, D C

Autry Lee Jones
    Plaintiff

NO.1:06-cv-00621(RWR)

v.

United States of America et al,.
    Defendant's

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ORDER U.S. MARSHAL TO SERVE SUBPOENA DUCES TECUM TO LOCATE THE WHERE-A-BOUTS OF DEFENDANTS

    Comes Now Autry Lee Jones, Pro Se plaintiff (hereinafter) referred to as Plaintiff and respectfully request this court to order the U.S. Marshal Service to serve subpoenas duces tecum to Wanda M. Hunt of the Federal Bureau of Prisons, Department of Justice room 841, HOLC Building Washington, D C 20534 so that plaintiff can locate six defendant's and/or X defendant's in this case.

## SALIENT FACTS

    On May 21, 2007 this court denied plaintiff's request to compel the defendants to provide home and/or business address of the six defendants and thereby dismiss the complaint concerning defendant's Robert M. Tapie Warden, Associate Warden H. Chain, K. Abbarono factory manager, S. Baker Chief financial Officer, D. Dixon counselor and __Fuller Physician Assistant.

    Plaintiff is incarcerated and proceeding via court order, informa pauperis.

    Plaintiff has attempted to locate the where-a-bouts of the

defendants authorized by appointment or law to process service for the defendants.

These efforts includes the following Bureau of Prison request of staff at Pollock, Louisiana, Motion to Compel defendants to provide saidaddress.

All of the above stated attempts have fail to provide Plaintiff with the needed information to comply with Rule 4.

ARGUMENT

Because plaintiff is an incarcerated pauper and burdened with the task of locating the six defendants and/or X defendants who are clandestine employees of the Federal Bureau of Prisons and/or unicor in conjunction with the numerous efforts attempted by this incarcerated pauper, this court should, in the interest of justice order the U.S. Marshal Service to serve subpoena duces tecum to Wanda M. Hunt supra, who can inform this court of the whereabouts of said defendants so that service of process can be effected on said defendants.

Federal Rules of Civil Procedure, Rule 45 governs service of subpoenas and mandates that service be performed in person. Here, the Plaintiff's circumstances render this mandate impossible. The burden is on the Plaintiff, even under his adverse circumstances, to locate the whereabouts of the defendants so that his Constitutional claims may move forward.

Plaintiff has attempted various means of complying with the court's order. See, Facts Section).

Lewellen v. Morley 909 F.2d 1073,1075(7th cir.1990)states that these regulations govern request made to the Department of

Justice for production or disclosure in Federal or state proceedings.

Lastly Plaintiff seeks service of subpoena duces tecum to Sherease Louis Special Assistant united States Atorney at 555 4th St. N.W. Washington, D.C. and the U.S. Attorney General at the same address.

## CONCLUSION

For the foregoing reasons Plaintiff request this Court to order the U.S. Marshal Service to serve the necessary subpoena duces tecum to Wanda M. Hunt, at supra address, and Sherease Loluis Special Assistant United States Attorney and the U.S. Attorney General to locate the whereabouts of said six defendants. Done this 20th day of June 2007.

RESPECTFULLY SUBMITTED
Autry Lee Jones

### VERIFICATION

I, Autry Lee Jones being duly sworn, upon my oath, deposes and say: That the enclosed Motion has been read by me and that the facts presented herein are true and correct to the best of my knowledge. I make this statement this 20 day of June 2007 and under the penalty of perjury by way of 28 U.S.C. § 1746(2).

RESPECTFULLY SUBMITTED
Autry Lee Jones

### CERTIFICATE OF SERVICE

I, Autry Lee Jones petitioner in this matter, hereby certify that on the 20th day of June 2007b I served a copy via U.S. Mail at F.C.I. Otisville, P.O. Box 100, Otisille, New York 10963 mail box to the following: Sherease Louis 555 4th St. N.W. Washington, D.C. 20530 and the U.S. Attorney General at the same address.

RESPECTFULLY SUBMITTED
Autry Lee Jones

3.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Autry Lee Jones                                NO. 1:06-cv-00621
    Plaintiff

v.

United States of America et al,.
    Defendants

ORDER

On this the ____ day of June 2007 came on to be heard Plaintiff's Motion to Order the U.S. Marshals to Serve subpeonas duces tecum to locate the where=a-bouts of the defendants.

The Court after reviewing the records is of the opinion that justice would best be served by:

DENYING ( )                                    GRANTING ( )

Movant's Motion to order the U.S. Marshals to serve subpeonas duces tecum to locate the where-a-bouts of thed.

/S/ _____
Presiding Judge