UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Autry Lee Jones
    Movant

v.                                                NO. 06-0621-(RWR)

United States of America et al.,
    Respondant

MOTION FOR ENLARGEMENT OF TIME TO RESPONDE
TO THE DEFENDANT'S MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT

    Comes now Autry Lee Jones hereinafter referred to as Movant in this his Motion for Enlargement of Time to Respond to the Defendant's Motion to Dismiss and/or Summary Judgment, for the following reasons:.
    Movant is a prisoner in the United states Bureau of Prisons hereinafter B.O.P. he must report to work five days per week from 7:30 am to 3:30 pm, he is allowed to use the Law Library only on his off duty time, which is from 6:00 pm to 8:30 pm five days per week and from 7:00 am to 8:30 pm on Saturday if staff is available, same is close on sunday.
In the Defendant's Motion and Affidavit it cites 22 CFR 171.2(b) and 171.5(a) neither of same is in this Law Library. Movant ask the Law Library Clerk about this volume of the CFR and was told that the B.O.P say that they are not required to have said volume of the CFR.

    Movant submitted a cop out to the Supervisor of Education requesting that he provide Movant with a copy of section 22 CFR § 171.2(b) and 171.5(a) of the CFR, so that Movant may read that section to see if what the Defendant is saying is corect and if said section makes an exception therein.

**RECEIVED**
JUL 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Further since the Defendant has went out side of the records and submitted an affidavit Movant will move to subject the affiant to interrogatives, for certain things the Defendant has left out of the affidavit which was submitted in said Motions, and so that Movant may refute the statements in said affidavit.

This request for enlargement of time is not ment for delay but solely so Movant may more effectly present his answer.

RESPECTFULLY

*Autry Lee Jones*
Autry Lee Jones

CONCLUSION

Wherefore Movant prays that this Court grant him an enlargement of time of Sixty days to include September 6, 2007.

RESPECTFULLY

*Autry Lee Jones*

CERTIFICATE OF MAILING

I, Autry Lee Jones Movant in the foregoing Motion For Enlargement of Time to Respond to the Defendants Motion To Dismiss and Summary Judgment do hereby certify by way of Title 28 § 1746(2) has this 15 day of July 2007 placed a copy of same in the inmate mail depository, which is the manner in which the Administration allows inmates to use the United States mail, same was correctly address to Attorney of record Sherease Louis at 555 Fourth St. N.W. Rm E4821 Washington, D C 20530.

RESPECTFULLY

*Autry Lee Jones*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D C

Autry Lee Jones
    Plaintiff

v.                                                    NO.0-6-0621(RWR)

United States of America et al.,
    Respondent's

ORDER

On this ___day of _____2007 came on to be heard Movant's Motion for Enlargement of Time in which to reply to Defendants Motion To Dismiss and summary Judgment.

The court after considering the Motion and files is of the opinion that said Motion is:

GRANTED(____)to      include     August        ___,2007/September ____,2007,DENIED(_____)

/S/ _____
Judge Presiding