UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, )<br>)<br>                 Plaintiff, )<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>   through the DEPARTMENT OF JUSTICE, *et al.* )<br>)<br>                Defendants. )<br>) | Civil Action No. 06-0621 (RWR) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, Federal Bureau of Prisons, D. Roach, D. Lair, R. McGowan and J. Flatter hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of thirty days, up to and including August 30, 2007, to file a response to Plaintiff's Complaint. Since the Plaintiff is incarcerated and is proceeding *pro se*, LCvR7 (m) does not require that undersigned counsel confer with him about this Motion. LCvR7(m) (requiring consultation with "opposing counsel"). The grounds for this request are as follows:

1. A response to the Complaint is currently due on July 30, 2007.

2. This is Defendants' second request for an extension.

3. Plaintiff sues Mssrs. Roach, Lair, McGowan and Flatter, Bureau of Prisons officials, in their personal capacities. Representation requests for these four individual Defendants have been completed.

4. A dispositive motion has been substantially completed. However, because the BOP is in the process of revising one of the declarations to be submitted in

support of that dispositive motion, the motion cannot be completed in time for filing on July 30, 2007.

5. Undersigned counsel will be out of the country from July 30, 2007, through August 9, 2007.

6. The additional time requested will allow agency counsel to complete BOP's declaration, and will allow undersigned counsel to confer with agency counsel and finalize and circulate the brief for final comment and approval upon her return to the United States.

A proposed Order consistent with this Motion is attached.

Accordingly, Defendants Federal Bureau of Prisons, D. Roach, D. Lair, R. McGowan and J. Flatter respectfully request that the Motion be granted.

                                      Respectfully submitted,

                                           Jeffrey Taylor
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                         Rudolph Contreras
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                  Assistant United States Attorney

                                        s/Sherease Louis
                                  SHEREASE LOUIS
                                  Special Assistant United States Attorney
                                  United States Attorney's Office, Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of July 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served via First Class prepaid postage as follows:

Autry Lee Jones, #R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, LA 10963

                    /s Sherease Louis
                    SHEREASE LOUIS
                    Special Assistant United States Attorney
                    United States Attorney's Office
                    Civil Division
                    555 4th Street, N.W.,
                    Washington, D.C. 20530
                    (202) 307-0895