UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUTRY LEE JONES,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES OF AMERICA**, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0621 (RWR) |

**ORDER**

Upon consideration of the Defendants' Motion for An Enlargement of Time to File an Answer or Otherwise Respond to the Complaint, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendants Federal Bureau of Prisons, D. Roach, D. Lair, R. McGowan and J. Flatter shall have up to and including August 30, 2007, to file an Answer or Otherwise Respond to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:
Sherease Louis
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Autry Lee Jones, #R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, LA 10963