Received
Mail Room

JUL 25 2007

United States Court of Appeals
District of Columbia Circuit

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C

Autry Lee Jones
        Plaintiff

v.

                        NO.-06-0621(RWR)

United States of America et al.,

      PLAINTIFF'S OBJECTION TO DEFENDANT'S
      OPPOSITION TO PLAINTIFF'S MOTION TO
          SERVE SUBPOENA DUCES TECUM

MAY IT PLEASE THE COURT:
    Comes now Autry Lee Jones herein after referred to as Plaintiff in this his objection to Defendant's Opposition to Plaintiff's Motion to Serve Subpoena Duces Tecum.

                        1.

    On or about the 3/21/07 Plaintiff file a Motion to Compel the Defendant"s to provide Plaintiff with a copy of six of the defendant's address in Jones v. United States 06-0621, the Court denied same on May 5, 2007.

    Plaintiff thereafter file a Motion by way of Federal Rules of Civil Procedure R. 45, no where in plaintiff's Motion For Subpoenas Duces Tecum do plaintiff request this court to reconsider it's order of May 5, 2007.

    On or about October 13, 2007 the Clerk docketed Plaintiff's Motion to Reconsider same was in concern of Plaintiff's Motion to Proceed in Forma pauperis not a Rule 45 Subpoena, And this court on October 20, 2006 sign same.

    When Plaintiff move the court to compel,the court did not construe Plaintiff's motion to Compel as a motion to serve under

Federal Rules of Civil Procedure R. 45, Wherefore the court should not construe Plaintiff's Motion for Subpoenas as a Motion To reopen.

2.

The Federal Rules of Civil Procedure Rule 54 allow for a court to reopen it's judgment and/or order, but contrary to the Defendant's opposition Motion the Defendant's has claim that Plaintiff has requested the court to reopen it's judgment.

Rule 45 do not state that in order for the court to issue and/or have the clerk to issue same the Court must reopen its order, for a Rule 45 motion can be issued at any time even prior to filing a suit.

3.

Plaintiff avers that counsels objection is with out a legal foundation for the following reason, the government has no standing for want of a better word to bring this objection, for in the governments Motion for Enlargement of Time in which to respond to plaintiff's Complaint, it forth rightly stated that it had to obtain approval from the Justice Department in order to represent said six defendants which he now seeks to represent. Wherefore in order for counsel to oppose Plaintiff's request for subpoenas duces tecum it must first receive approval from the Justice Department to represent said defendant's.

RESPECTFULLY SUBMITTED

*[signature]*

## CONCLUSION

Wherefore Plaintiff Autry Lee Jones prays that Defendant's Motion in Opposition to Plaintiff's Motion For Subpoenas Duces Tecum be in all things denied.

RESPECTFULLY SUBMITTED

Autry Lee Jones

## CERTIFICATE OF MAILING

I, Autry Lee Jones Plaintiff in the foregoing Objection To Defendant's Oppossition to Plaintiff's motion to Serve Subpoena Duces Tecum, do hereby certify by way of Title 28 § 1746(2) has this 21 day of July 2007 placed a copy of same in the inmate mail depository, which is the manner in which the administration allows inmates to use the United States Mail, same was correctly address to Attorney of record Snerease Louis at 555 Fourth St. N.W. Rm. E4821 Washington, D.C. 20530.

RESPECTFULLY SUBMITTED

Autry Lee Jones