UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUTRY LEE JONES,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0621 (RWR) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, Federal Bureau of Prisons, H. Lappin, D. Roach, D. Lair, R. McGowan and J. Flatter hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of one day, up to and including August 31, 2007, to file a response to Plaintiff's Complaint.   Since the Plaintiff is incarcerated and is proceeding *pro se*, LCvR7 (m) does not require that undersigned counsel confer with him about this Motion.  LCvR7(m) (requiring consultation with "opposing counsel").  The grounds for this request are as follows:

1. A response to the Complaint is currently due on August 30, 2007.

2. This is Defendants' second request for an extension.

3. A dispositive motion on behalf of the Federal Bureau of Prisons and its officials who are Defendants herein has been substantially completed. Counsel will need one additional business day to circulate the brief for final comment and approval.  The additional time requested will provide the undersigned counsel with the opportunity to confer with agency counsel and finalize a response for filing on Friday August 31, 2007.

4. This extension is sought in good faith.

Accordingly, Defendants Federal Bureau of Prisons, H. Lappin, D. Roach, D. Lair, R. McGowan and J. Flatter respectfully request that the Motion be granted. A proposed order is attached.

        Respectfully submitted,

           Jeffrey Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

           Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

           s/Sherease Louis
        SHEREASE LOUIS
        Special Assistant United States Attorney
        United States Attorney's Office, Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August 2007, a true and correct copy of the foregoing motion and proposed order were served via First Class prepaid postage as follows:

Autry Lee Jones, #R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

      /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895