```
MIPA                              PUBLIC INFORMATION                    07-11-2007
PAGE  001            *              INMATE DATA             *           15:57:05
                                    AS OF 07-11-2007

REGNO..: 52873-080 NAME: JONES, AUTRY LEE
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 845-386-6700    FAX: 845-386-6727
                                              RACE/SEX...: BLACK / MALE
FBI NUMBER.: 734037D                          DOB/AGE....: 07-12-1943 / 63
PROJ REL MT: LIFE                             PAR ELIG DT: N/A
PROJ REL DT: LIFE                             PAR HEAR DT: N/A
-------------------------------- ADMIT/RELEASE HISTORY --------------------------------
FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME  STOP  DATE/TIM
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-06-2006 1342  CURRENT
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-06-2006 1342  12-06-2006 134
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-06-2006 0731 12-06-2006 134
ATL    HLD REMOVE  HOLDOVER REMOVED              12-06-2006 0731  12-06-2006 073
ATL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 12-05-2006 1813  12-06-2006 073
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-05-2006 1813  12-05-2006 181
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-05-2006 1010 12-05-2006 181
OKL    HLD REMOVE  HOLDOVER REMOVED              12-05-2006 0910  12-05-2006 091

G0002       MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT 1

```
REGNO..: 52873-080 NAME: JONES, AUTRY LEE
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 845-386-6700    FAX: 845-386-6727
OKL  A-BOP HLD   HOLDOVER FOR INST TO INST TRF  11-30-2006 1530 12-05-2006 091
7-J  RELEASE     RELEASED FROM IN-TRANSIT FACL  11-30-2006 1630 11-30-2006 163
7-J  A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-30-2006 0547 11-30-2006 163
POL  TRANSFER    TRANSFER                       11-30-2006 0447 11-30-2006 044
POL  A-DES       DESIGNATED, AT ASSIGNED FACIL  04-29-2003 1220 11-30-2006 044
A02  RELEASE     RELEASED FROM IN-TRANSIT FACL  04-29-2003 1320 04-29-2003 132
A02  A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-29-2003 1000 04-29-2003 132
OKL  HLD REMOVE  HOLDOVER REMOVED               04-29-2003 0900 04-29-2003 090
OKL  A-BOP HLD   HOLDOVER FOR INST TO INST TRF  04-17-2003 1715 04-29-2003 090
A01  RELEASE     RELEASED FROM IN-TRANSIT FACL  04-17-2003 1815 04-17-2003 181
A01  A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-17-2003 0615 04-17-2003 181
FLP  TRANSFER    TRANSFER                       04-17-2003 0415 04-17-2003 041
FLP  A-DES       DESIGNATED, AT ASSIGNED FACIL  04-04-1994 1030 04-17-2003 041


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 52873-080  NAME: JONES, AUTRY LEE
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 845-386-6700    FAX: 845-386-6727
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: LIFE

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: TEXAS, WESTERN DISTRICT
DOCKET NUMBER....................: A-90-CR-177
JUDGE............................: NOWLIN
DATE SENTENCED/PROBATION IMPOSED: 10-21-1991
DATE COMMITTED...................: 11-08-1991
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 52873-080 NAME: JONES, AUTRY LEE
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 845-386-6700    FAX: 845-386-6727
NON-COMMITTED.: $100.00         $00.00         $50,000.00      $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 391
OFF/CHG: T21:846 CONSP. TO POSSESS WITD COCAINE BASE
         T21:841(A)(1) POSS. WITD COCAINE BASE

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY


G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00621-RWR   Document 31-3   Filed 08/31/2007   Page 5 of 7

```
REGNO..: 52873-080 NAME: JONES, AUTRY LEE
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 845-386-6700    FAX: 845-386-6727
 DATE OF OFFENSE................: 11-06-1990

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-16-2003 AT POL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-21-1991
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 11-06-1990


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 52873-080  NAME: JONES, AUTRY LEE
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 845-386-6700    FAX: 845-386-6727

JAIL CREDIT....................:   FROM DATE      THRU DATE
                                   11-06-1990     10-20-1991

TOTAL PRIOR CREDIT TIME........: 349
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED.: 0
TOTAL GCT EARNED...............: 0
STATUTORY RELEASE DATE PROJECTED: N/A
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: LIFE

TYPE OF HEARING................: NOT ELIGIBLE

PROJECTED SATISFACTION DATE....: N/A

G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 52873-080  NAME: JONES, AUTRY LEE
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 845-386-6700     FAX: 845-386-6727
PROJECTED SATISFACTION METHOD...: LIFE


S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```