```
                    *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-11-2007
PAGE 010            *              SANITIZED FORMAT                *   15:53:58
 REMEDY-ID   SUBJ1/SUBJ2    --------------------ABSTRACT--------------------
             RCV-OFC        RCV-FACL      DATE-RCV        STATUS      STATUS-DATE

 239486-R1   12BM/          REQUESTS JOB STATUS BE RETURNED IN UNICOR.
             NCR            FLP           06-27-2001      CLD         07-17-2001

 239486-A1   12BM/          REQUESTS JOB STATUS BE RETURNED IN UNICOR.
             BOP            FLP           07-30-2001      CLD         09-28-2001

 286490-F1   34CM/          CLAIM OF DISCRIMINATION IN UNICOR
             FLP            FLP           12-27-2002      CLO         01-08-2003

 325909-F1   26AM/          PAIN IN KIDNEY/BACK AREA, NO MED. APPT. TO EVALUAT
             POL            POL           03-09-2004      REJ         03-09-2004

 325909-F2   26AM/          PAIN IN KIDNEY/BACK AREA, NO MED. APPT. TO EVALUAT
             POL            POL           03-16-2004      CLG         03-29-2004

 325909-R1   26AM/          PAIN IN KIDNEY/BACK AREA, NO MED. APPT. TO EVALUAT
             SCR            POL           04-12-2004      CLD         05-25-2004

G0002        MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT 2

Case 1:06-cv-00621-RWR   Document 31-4   Filed 08/31/2007   Page 2 of 9

```
PAGE 011         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-11-2007
                 *              SANITIZED FORMAT                     15:53:58
    REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT--------------------
                 RCV-OFC      RCV-FACL    DATE-RCV        STATUS    STATUS-DATE
```

```
326909-A1    26AM/26EM    PAIN IN KIDNEY/BACK AREA, NO MED. APPT. TO EVALUAT
             BOP          POL         06-15-2004       CLO         07-28-2004

356161-F1    33HM/        WDN SECRETARY FAILED TO FORWARD BP11 TO HIM TIMELY
             POL          POL         10-26-2004       CLD         10-29-2004

356161-R1    33HM/        WDN SECRETARY FAILED TO FORWARD BP11 TO HIM TIMELY
             SCR          POL         11-17-2004       CLD         12-08-2004

364205-F1    12BM/        PERFORMANCE PAY CALCULATED WRONG, PAY INCORRECT
             POL          POL         01-13-2005       CLD         01-26-2005

365014-F1    12AM/        REQ UNCLEAR,H. LAPPIN DIR. OF UNICOR, CHN COMMAND
             POL          POL         01-24-2005       REJ         01-24-2005

364205-R1    12BM/        PERFORMANCE PAY CALCULATED WRONG, PAY INCORRECT
             SCR          POL         01-31-2005       CLD         02-16-2005

G0002        MORE PAGES TO FOLLOW . . .
```

```
                  *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-11-2007
                  *                   SANITIZED FORMAT                15:53:58

REMEDY-ID         SUBJ1/SUBJ2    -------------------ABSTRACT--------------------
                  RCV-OFC   RCV-FACL    DATE-RCV        STATUS       STATUS-DATE

366775-F1         12DM/          REQUEST RESPONSE FROM BOP DIRECTOR
                  POL       POL         02-09-2005      REJ          02-10-2005

368100-F1         21AM/          APPEAL UDC-I/R #1311704
                  POL       POL         02-24-2005      REJ          02-24-2005

368103-F1         34AM/          UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 131170
                  POL       POL         02-24-2005      REJ          02-24-2005

368105-F1         34AM/33HM      COUNSELOR REFUSED TO GIVE BP9- DID NOT WANT BP8 1S
                  POL       POL         02-24-2005      CLD          03-09-2005

368107-F1         25ZM/          BOP SPENDS MONEY OUT OF TRUST FUND ACCT-ILLEGALLY
                  POL       POL         02-24-2005      REJ          02-24-2005

368477-R1         33HM/          STATES NO RESPONSE TO 1/30/05 COPOUT
                  SCR       POL         02-24-2005      REJ          02-24-2005

G0002             MORE PAGES TO FOLLOW . . .
```

```
 REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT--------------------
                RCV-OFC       RCV-FACL      DATE-RCV       STATUS    STATUS-DAT

 368103-F2      34AM/21AM     UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 13117
                POL           POL           03-01-2005     REJ       03-01-200!

 368107-F2      25ZM/         BOP SPENDS MONEY OUT OF TRUST FUND ACCT-ILLEGALLY
                POL           POL           03-01-2005     REJ       03-01-200!

 368100-F2      21AM/         APPEAL UDC-I/R #1311704
                POL           POL           03-01-2005     CLD       03-14-200!

 364205-A1      12BM/         PERFORMANCE PAY CALCULATED WRONG, PAY INCORRECT
                BOP           POL           03-03-2005     CLD       05-19-200!

 368107-F3      25ZM/         BOP SPENDS MONEY OUT OF TRUST FUND ACCT-ILLEGALLY
                POL           POL           03-10-2005     CLD       03-22-200!

 369831-F1      34ZM/         DID NOT RECEIVE A RESPONSE FROM COPOUT
                POL           POL           03-14-2005     REJ       03-14-200!

 G0002          MORE PAGES TO FOLLOW . . .
```

| REMEDY-ID | SUBJ1/SUBJ2 | ABSTRACT | | |
|---|---|---|---|---|
| | RCV-OFC | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
| 368103-R1 | 34AM/21AM | UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 131170 | | |
| | SCR | POL | 03-14-2005 | REJ | 03-14-2005 |
| 368105-R1 | 34AM/33HM | COUNSELOR REFUSED TO GIVE BP9- DID NOT WANT BP8 1S | | |
| | SCR | POL | 03-17-2005 | CLD | 03-30-2005 |
| 369831-R1 | 34ZM/ | DID NOT RECEIVE A RESPONSE FROM COPOUT | | |
| | SCR | POL | 03-21-2005 | REJ | 03-21-2005 |
| 368103-F3 | 34AM/21AM | UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 131170 | | |
| | POL | POL | 03-24-2005 | CLD | 04-07-2005 |
| 368100-R1 | 21AM/ | UDC HRNG 02-15-05, CODE 305 | | |
| | SCR | POL | 03-28-2005 | CLD | 05-17-2005 |
| 368107-R1 | 25ZM/ | BOP SPENDS MONEY OUT OF TRUST FUND ACCT-ILLEGALLY | | |
| | SCR | POL | 03-28-2005 | CLD | 04-22-2005 |

G0002     MORE PAGES TO FOLLOW . . .

```
                    *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       07-11-2007
PAGE 015                              SANITIZED FORMAT                   15:53:58
REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT---------------------
               RCV-OFC    RCV-FACL    DATE-RCV         STATUS      STATUS-DATE
```

```
371920-F1      34ZM/        CLAIMS INICOR STAFF REFUSE TO RESPOND TO COPOUTS
               POL          POL         04-04-2005       CLO         04-13-2005

371925-F1      34ZM/        CLAIMS COUNSELORS REFUSED TO RESPOND TO COPOUTS
               POL          POL         04-04-2005       CLO         04-13-2005

368103-R2      34AM/        UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 131170
               SCR          POL         04-18-2005       CLD         05-17-2005

368105-A1      34AM/33HM    COUNSELOR REFUSED TO GIVE BP9- DID NOT WANT BP8 1S
               BOP          POL         04-18-2005       CLO         06-24-2005

371925-R1      34ZM/        CLAIMS COUNSELORS REFUSED TO RESPOND TO COPOUTS
               SCR          POL         04-25-2005       CLD         05-03-2005

371920-R1      34ZM/        CLAIMS UNICOR STAFF REFUSE TO RESPOND TO COPOUTS
               SCR          POL         04-25-2005       CLD         05-17-2005

G0002          MORE PAGES TO FOLLOW . . .
```

| REMEDY-ID | SUBJ1/SUBJ2 | ABSTRACT | | | |
|---|---|---|---|---|---|
| | RCV-OFC | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
| 374014-F1 | 34ZM/ | COUNSELOR NOT RESPONDING TO BP8S, DESTROYING THEM | | | |
| | POL | POL | 04-26-2005 | CLD | 05-06-2005 |
| 374015-F1 | 34ZM/ | SUPR.EDUCATION & STAFF FAIL TO RESPOND TO BP8S | | | |
| | POL | POL | 04-26-2005 | CLO | 04-27-2005 |
| 374014-R1 | 34ZM/ | COUNSELOR NOT RESPONDING TO BP8S, DESTROYING THEM | | | |
| | SCR | POL | 05-12-2005 | CLD | 06-21-2005 |
| 368107-A1 | 25ZM/ | BOP SPENDS MONEY OUT OF TRUST FUND ACCT-ILLEGALLY | | | |
| | BOP | POL | 05-12-2005 | CLO | 07-13-2005 |
| 376464-F1 | 12DM/12CM | REQ PLACEMENT ON UNICOR WAITING LIST-AS OTHER INMA | | | |
| | POL | POL | 05-17-2005 | CLD | 05-20-2005 |
| 371925-A1 | 33HM/34ZM | CLAIMS COUNSELORS REFUSED TO RESPOND TO COPOUTS | | | |
| | BOP | POL | 05-23-2005 | CLD | 07-19-2005 |

G0002       MORE PAGES TO FOLLOW . . .

```
REMEDY-ID     SUBJ1/SUBJ2    --------------------ABSTRACT--------------------
              RCV-OFC   RCV-FACL    DATE-RCV        STATUS       STATUS-DATE

376464-R1     12DM/12CM      REQ PLACEMENT ON UNICOR WAITING LIST-AS OTHER INMA
              SCR       POL         06-02-2005      CLD          06-16-2005

368100-A1     21AM/         UDC HRNG 02-15-05, CODE 305
              BOP       POL         06-17-2005      REJ          06-17-2005

368103-A1     34AM/         UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 131170
              BOP       POL         06-17-2005      REJ          06-17-2005

371920-A1     34ZM/         CLAIMS UNICOR STAFF REFUSE TO RESPOND TO COPOUTS
              BOP       POL         06-17-2005      REJ          06-17-2005

380050-F1     34ZM/         COUNSELOR & SOE FAILED TO RESPOND TO BP-8
              POL       POL         06-21-2005      CLO          07-11-2005

368103-A2     34AM/         UNICOR FOREMAN REFUSED TO TELL TRUTH AT UDC 131170
              BOP       POL         07-08-2005      CLO          09-01-2005

G0002         MORE PAGES TO FOLLOW . . .
```

```
REMEDY-ID    SUBJ1/SUBJ2                      -------ABSTRACT-------
             RCV-OFC       RCV-FACL   DATE-RCV         STATUS      STATUS-DATE

368100-A2    21AM/         UDC HRNG 02-15-05, CODE 305
             BOP           POL       07-08-2005        CLD         08-30-2005

376464-A1    12DM/12CM     REQ PLACEMENT ON UNICOR WAITING LIST-AS OTHER INMA
             BOP           POL       07-08-2005        CLD         09-01-2005

382842-F1    33HM/         REQ COPY OF RESPONSE TO BP8, STAFF DENY GETTING
             POL           POL       07-19-2005        REJ         07-19-2005

374014-A1    34ZM/         COUNSELOR NOT RESPONDING TO BP8S, DESTROYING THEM
             BOP           POL       07-25-2005        REJ         07-27-2005

371920-A2    34ZM/         CLAIMS UNICOR STAFF REFUSE TO RESPOND TO COPOUTS
             BOP           POL       07-25-2005        CLO         09-16-2005

380050-R1    34ZM/         COUNSELOR & SOE FAILED TO RESPOND TO BP-8
             SCR           POL       07-25-2005        CLD         08-25-2005

G0002        MORE PAGES TO FOLLOW . . .
```