```
REGISTER NO: 52873-080   NAME..: JONES, AUTRY LEE
FUNCTION...: DIS         FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-11-2007
                         RSP OF: OTV-OTISVILLE FCI
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1311704 - SANCTIONED   INCIDENT DATE/TIME: 02-13-2005 14
UDC HEARING DATE/TIME: 02-15-2005 1257
FACL/UDC/CHAIRPERSON.: POL/B/LAIR
APPEAL CASE NUMBER(S): 368103, 368100
REPORT REMARKS.......: INMATE STATED THAT HE HAD THE PAPERS ONLY FOR FILING U
                       THE FORMS ARE POSTED AND THEN THROWN AWAY.
   305   POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LOSE JOB   / CS
         COMP:     LAW:    LOSS OF UNICOR JOB


G0002        MORE PAGES TO FOLLOW . . .
```


GOVERNMENT EXHIBIT 3