

U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: FPI
NUMBER: 8120.02
DATE: 7/15/99
SUBJECT: Work Programs for
Inmates - FPI

1. **[PURPOSE AND SCOPE §345.10.** It is the policy of the Bureau of Prisons to provide work to all inmates (including inmates with a disability who, with or without reasonable accommodations, can perform the essential tasks of the work assignment) confined in a federal institution. Federal Prison Industries, Inc. (FPI) was established as a program to provide meaningful work for inmates. This work is designed to allow inmates the opportunity to acquire the knowledge, skills, and work habits which will be useful when released from the institution. There is no statutory requirement that inmates be paid for work in an industrial assignment. 18 U.S.C. 4126, however, provides for discretionary compensation to inmates working in Industries. Under this authority, inmates of the same grade jobs, regardless of the basis of pay (hourly, group piece, or individual piece rates) shall receive approximately the same compensation. All pay rates under this part are established at the discretion of Federal Prison Industries, Inc. Any alteration or termination of the rates shall require the approval of the Federal Prison Industries' Board of Directors. While the Warden is responsible for the local administration of Inmate Industrial Payroll regulations, no pay system is initiated or changed without prior approval of the Assistant Director, Industries, Education, and Vocational Training (Assistant Director).]**

2. **SUMMARY OF CHANGES.** Due to recently amended regulations, eligibility of inmates to work in FPI's work programs has changed. Except in certain circumstances, an inmate or detainee will no longer be eligible for consideration or assignment with

**[Bracketed Bold - Rules]**
Regular Type - Implementing Information



GOVERNMENT
EXHIBIT
4

PS 8120.02
7/15/99
Chapter 3, Page 3

in order where the work force of an industry is reduced to meet institution or FPI needs. An inmate transferred under the provisions of this part will have the same benefits as any intra-industry transfer.]

Inmates who would be half-time workers while participating in other correctional programs should be handled on the same priority basis.

[d. Disciplinary Transfers. An inmate who is a disciplinary transfer from the last institution designated and who wishes re-assignment in FPI at the receiving institution may be hired on a case-by-case basis at the discretion of the SOI, who should consider the security level and reasons for the misconduct. Such an inmate, despite prior experience, is not due special placement on the waiting list, is not given advance hiring preference, and does not receive consideration for accelerated promotion back to the grade held at time of transfer.

e. Special Needs. For special needs, such as Inmate Financial Responsibility assignment, to assist in paying a significant financial obligation or for release preparation, the unit team may recommend an inmate for priority placement on the waiting list. Such placement must be documented and include the reason for the exception.]

See Section 6.d of the Program Statement on the Financial Responsibility Program, Inmate.

4. [REFUSAL TO EMPLOY. §345.34

a. The SOI has authority to refuse an FPI assignment to an inmate who, in the judgment of the SOI, would constitute a serious threat to the orderly and safe operation of the FPI factory. A refusal to assign must be documented by a memorandum to the unit team listing reasons for the refusal, with a copy to the position classification files in FPI. Typically, the reasons should include other earlier (ordinarily within the past twelve months) documented violations of the FPI inmate worker standards or institution disciplinary regulations.

b. The refusal to assign is to be rescinded when, in the judgment of the SOI, the worker no longer constitutes a serious threat to the FPI industrial operation.]

PS 8120.02
7/15/99
Chapter 4, Page 5

c. **Performance Ratings and Corrective Actions.** SOIs should ensure that inmate performance ratings and corrective actions are used consistently to promote improved inmate work performance. SOIs should ensure that there is consistent granting\withholding of inmate pay, benefit, or award conditions described in Chapter 5 on Inmate Pay and Benefits and Chapter 6 on Awards, to improve the performance ratings given any particular inmate.

Regular documentation of satisfactory and unsatisfactory work performance is encouraged to form a basis for the inmate performance rating. Staff must fully document any action taken that directly increases or reduces inmate pay, benefits, or official awards, and the documentation should include the inmate worker standards.

For example, a specific corrective action would be that the SOI might disallow an inmate's Industrial Good Time for the month due to the inmate's unsatisfactory work performance. This would apply only to the month(s) in which the unsatisfactory work performance occurs. As another example, an SOI may demote an inmate to a lower pay grade for failing to meet the inmate worker standards, with full documentation to the unit team for the Inmate Central File and eventual documentation in the performance appraisal.

4. [**INMATE WORKER DISMISSAL. §345.42 The SOI may remove an inmate from Industries work status in cooperation with the unit team.**

a. The SOI may remove an inmate from FPI work status according to the conditions outlined in the pay and benefits section of this policy and in cooperation with the unit team.

b. An inmate may be removed from FPI work status for failure to comply with any court-mandated financial responsibility. (See 28 CFR 545.11(d)).]

The SOI shall fully document the reason for dismissal in a memorandum to the unit team. 28 CFR 545.11(d) refers to Program Statement on the Financial Responsibility Program, Inmate.

[c. **An inmate found to have committed a prohibited act (whether or not it is FPI related) resulting in segregation or disciplinary transfer is also to be dismissed from Industries based on an unsatisfactory performance rating for failure to be at work.**

PS 8120.02
7/15/99
Chapter 5, Page 1

## [INMATE PAY AND BENEFITS].

1. **[GENERAL.** §345.50   Title 18 U.S. Code Section 4126 authorizes FPI to compensate inmates under rules and regulations promulgated by the Attorney General.  It is the policy of FPI to provide compensation to FPI inmate workers through various conditions of pay and benefits, except as otherwise provided in these regulations.]

The various pay and benefit conditions allow performance-based recognition of the value of the inmate work performed based on the standards delineated in the previous chapter.  Compensation in pay grades and other pay and benefit conditions is designed to be equitable and constructive for individual inmates.

2. **PURPOSE AND SUMMARY.**  This chapter provides both a description of the various FPI inmate pay and benefit conditions as well as guidelines for granting, withholding, and rescinding the various pay and benefit conditions.  Guidelines for major inmate worker benefits are also summarized in the table following this chapter.  Additional detailed instructions for computing and executing payroll and benefit obligations may be found in the inmate payroll section of the FPI Accounting Manual.

3. **[INMATE PAY.**  §345.51

a. **Grade Levels.**  Inmate workers in FPI locations receive pay at five levels ranging from 5th grade pay (lowest) to 1st grade pay (highest).]

The hourly compensation rates are as follows:

| Grade | Compensation Rate |
|-------|-------------------|
| 1 | $1.15 |
| 2 | .92 |
| 3 | .69 |
| 4 | .46 |
| 5 | .23 |

Time-in-grade requirements are covered in the section on performance appraisal.

[b. **Eligibility**

(1) An inmate shall accrue vacation time, longevity service

PS 8120.02
7/15/99
Chapter 5, Page 2

credit, and shall receive holiday pay for the period of time the inmate is officially assigned to the Industries work detail. For limitations on claims, refer to §345.66.]

28 CFR 345.66 refers to Section 20 in this Chapter. See Table I (Guidelines For Inmate Pay and Benefits) for writ conditions.

[(2)   Inmate workers may be eligible for premium pay as specified in §345.52. Eligibility for other pay and benefits are described separately in this subpart.]

28 CFR 345.52 refers to Section 4 of this Chapter.

[(3)   FPI pay and benefits are lost in cases of disciplinary transfer and segregation.

(4)   An inmate returned to the institution due to program failure at a Community Corrections Center or while on parole or escape is not entitled to credit for time spent in Industries prior to said program failure. This rule also applies to any other program failure which results in a break in confinement status.]

(5)   Inmate workers who wish to secure an FPI assignment above grade 4 of compensation or wish to work in incentive pay (piece work) positions must have obtained a GED or high school diploma. However, if labor force needs require, inmates who do not meet the literacy requirements may be employed in FPI incentive pay positions if they are simultaneously enrolled in a literacy or related program and provided they are found to be progressing at an acceptable level as defined by the Supervisor of Education.

Failure to maintain satisfactory progress shall result in termination of FPI incentive pay employment. Generally, for promotion purposes, the current literacy requirements do not apply to inmates who were promoted above entry level prior to May 1, 1991. These inmates fall under the literacy requirements which were in effect at the time of their promotion. (Refer to the Program Statement on Literacy Program (GED Standard))

4.   [PREMIUM PAY. §345.52 Payment of premium pay to selected inmates is authorized. The total number of qualifying inmates may not exceed 15% of first grade inmates at a location.]

PS 8120.02
7/15/99
Chapter 5, Page 3

[a.  Eligibility.  Inmates in first grade pay status may be considered for premium pay.

b.  The Selection Process.  Candidates for premium pay must be nominated by a foreman on the FPI staff, and recommended on the basis of specific posted criteria by a selection committee assigned by the SOI.

(1)  The SOI, as the chief selecting official, must sign approval for all premium pay inmate selections.  This authority may not be delegated below the level of Acting SOI.

(2)  The selected candidate(s) are notified by the FPI Manager or by a posted list on the FPI bulletin board.  A record of the selection and who was on the selection board is kept for documentation purposes.  An inmate nominated to be a premium pay inmate may refuse the appointment without prejudice.]

c.  Selection Criteria.  Candidates for the position are rated on a scale of from one to ten points based on traits posted at the institution.  Sample traits are given below:

| TRAITS | POINTS |
|---|---|
| | 1-10 |
| 1.  Knowledge and Ability | 1-10 |
| 2.  Leadership | 1-10 |
| 3.  Initiative | 1-10 |
| 4.  Past Job Performance | 1-10 |
| 5.  Positive Attitude | |

[d.  Pay Rate.  Premium pay inmates receive a specified amount over and above all other pay and benefits to which they may be entitled (e.g., longevity pay, overtime, piecework rates, etc.).]

The premium pay rate is currently an additional $.20 per hour. Premium pay for a pay grade 1 inmate earning overtime would be calculated as follows:  $2.30 + .20 = $2.50.

[Premium pay is also paid for vacation, holiday, and administrative hours.

e.  **Duties of Premium Pay Inmates.** Premium pay is a means of recognizing the value of those traits supportive of morale and good institutional adjustment. It is not a form of bonus or incentive pay for highly productive inmates.]

Premium pay workers may legitimately be expected to help with assuring the flow of materials to work stations, more complex clerical and/or accounting tasks, warehouse organization, quality assurance integrity, training other inmates, etc. Inmates receiving premium pay are not to be used in any way as supervisors of other inmates. Specific duties of premium pay inmates are determined by local conditions and are articulated by local staff. All FPI locations employing premium pay inmates shall keep appropriately executed FPI Form 82s on hand for each premium pay position, and shall discuss the specific duties thoroughly with each new premium pay worker.

[f.  **Transfer Status Of Premium Pay Inmates.** Premium pay status may not be transferred from institution to institution with the inmate worker. Premium pay status must be earned at each location.]

In recognition of the often singular contributions of such workers to FPI, SOIs are requested to add a special notation to the evaluation forms of such inmates prior to transfer, or to note their special status with the FPI factory when discussing the transferred inmate's prior experience with the receiving SOI.

[g.  **Removals From Premium Pay Status.** Removal from premium pay status may occur for failure to demonstrate the premium pay selection traits or for failure to abide by the inmate worker standards set forth in this policy. All removals from premium pay status shall be documented on the inmate's evaluation form. The following conditions also may result in removal from premium pay status:

(1)  Any premium pay inmate found to have committed any level 100 or 200 series offense by the DHO is automatically removed from premium pay status whether or not the offense was FPI-related.

(2)  Inmates absent from work for more than 30 consecutive calendar days may be removed from premium pay status by the SOI.]

h.  **Distribution of Premium Pay Positions.** FPI locations shall make every effort to put premium pay positions in each major department including the Business Office, Quality Assurance, and

Warehouse groups.  Distribution of Premium Pay positions is limited only by the number of first grade positions approved at each institution (15% of first grade positions).

5.  **INCENTIVE PAY PLANS.**  Except as provided for in detail in the FPI Accounting Manual, the maximum pay rate for each grade under the pay system may not exceed 120% of the standard hourly pay rate for corresponding pay grades.  The SOI may approve hourly rates under incentive pay plans to exceed 120% of the corresponding standard hourly rates under unusual circumstances for a period not to exceed three months.

6.  [PIECEWORK RATES.  §345.53  Piecework rates are incentives for workers to strive for higher pay and production benefiting both the worker and FPI.  Piecework rates may be of two major types: individual piecework (in which an individual's pay goes up or down depending upon his/her own output) or Group Wage Fund (in which all members of a group strive for higher rates or production output as a unit, and all share in a pool of funds distributed among work group members equally).]

7.  [OVERTIME COMPENSATION.  §345.54  An inmate worker is entitled to overtime pay at a rate of two times the hourly or unit rate for hourly, individual, and group piecework rate workers, when the total hours worked (including administrative pay) exceed the FPI factory's regularly scheduled workday.  Hours worked on days other than the scheduled work week (e.g., Saturday) shall be compensated at the overtime rate.]

See the inmate payroll section of the FPI Accounting Manual.

8.  [LONGEVITY PAY  §345.55

a.  Except as provided by paragraph (b) of this section, an inmate earns longevity pay raises after 18 months spent in FPI work status regardless of whether or not the work was continuous. The service may have occurred in one or more FPI factories or shops.  An inmate qualifies for longevity pay raises as provided in the table below:

### LENGTH OF SERVICE WITH FPI

After 18 months of service and payable in the 19th month
After 30 months of service and payable in the 31st month
After 42 months of service and payable in the 43rd month
After 60 months of service and payable in the 61st month

After 84 months of service (& more) and payable in the 85th month

Longevity pay allowances shall be added after the wages for each actual hour in pay status have been properly computed.]

Refer to the FPI Accounting Manual for longevity pay computation instructions.

[b. Exceptions

(1) FPI work status during service of a previous sentence with a subsequent break in custody may not be considered in determining longevity pay.

(2) An inmate in segregation or who is given a disciplinary transfer loses any longevity status previously achieved.

(3) An inmate who voluntarily transfers to a non-FPI work assignment loses any longevity status previously achieved. An inmate who leaves FPI to enter education, vocational training, or drug abuse treatment programs, however, generally retains longevity and pay grade status upon return to FPI, unless the inmate withdraws from those programs without a good faith effort to complete them. The decision on whether there was a good faith effort is to be made by the SOI in concert with the staff member in charge of the program.]

9. [VACATION PAY. §345.56 Inmate workers are granted FPI vacation pay by the SOI when their continued good work performance justifies such pay, based on such criteria as quality of work, attendance and punctuality, attentiveness, and adherence to industry operating regulations. The inmate must submit a written request for vacation time, ordinarily two weeks in advance of the requested vacation time. The work supervisor must recommend to the SOI the vacation time to be taken or paid. Eligibility for vacation pay must be verified by the Business Office prior to approval by the SOI. The SOI may declare an inmate ineligible for vacation credit because of an inmate's unsatisfactory work performance during the month in which such credit was to occur.]

An inmate must complete FPI Form 39, Request for Inmate Vacation, or a similar locally developed form requesting vacation time and submit it to the work supervisor, department head, and SOI for approval. (See the FPI Accounting Manual for detailed guidance

PS 8120.02
7/15/99
Chapter 5, Page 7

on vacation pay/credit.)

[a.  An inmate may take accrued vacation time for visits, participation in institution programs or for other good reasons at the discretion of the SOI.  Industrial managers should make every reasonable attempt to schedule an inmate worker's vacations so as not to conflict with the workforce requirements of FPI factory production schedules and Inmate Systems Management requirements.

b.  An inmate temporarily assigned to the Industrial detail, e.g., on construction details, also earns vacation credit which he or she must take or be paid for at the end of the temporary assignment.]

Such inmates are placed on the industrial payroll through execution of FPI Form 96 (see the inmate payroll section of the FPI Accounting Manual).

[c.  An inmate must take and/or be paid for vacation credit within sixty days after each annual eligibility date of the inmate's most recent date of assignment to FPI.  An inmate who elects not to take vacation time must indicate this in writing. That inmate shall receive pay for the annual vacation credit in a lump sum on the regular monthly payroll.  This amount is ordinarily paid within sixty days after the annual eligibility date of the inmate's most recent date of assignment to FPI.  An inmate whose employment is terminated by release, reassignment, transfer, or other reasons, and who has unused vacation credit shall be paid for this credit on the monthly payroll.]

10.  [ADMINISTRATIVE PAY. §345.57  An inmate excused from a job assignment may receive administrative pay for such circumstances as a general recall for an institution, power outages, blood donations, or other situations at the discretion of the SOI. Such pay may not exceed an aggregate of three hours per month.]

11.  [HOLIDAY PAY.  §345.58  An inmate worker in FPI work status shall receive pay at the standard hourly rate, plus longevity where applicable, for all Federal holidays provided the inmate is in work status on the day before and the day after the holiday occurs.  Full-time workers receive one full day's pay.  Part-time workers receive one-half day's pay.]

12.  [INMATE PERFORMANCE PAY.  §345.59  Inmate workers for FPI may also receive Inmate Performance Pay for participation in programs where this award is made.  However, inmate workers may not receive both Industries Pay and Performance Pay for the same program activity.  For example, an inmate assigned to a pre-industrial class may not receive FPI pay as well as inmate performance pay for participation in the class.]

13.  [TRAINING PAY.  §345.60  Inmates directed by the SOI to take a particular type of training in connection with an FPI job are to receive FPI pay if the training time occurs during routine FPI factory hours of operation.  This does not include ABE\GED or pre-industrial training.]

Whenever possible, such inmates should be placed in classes occurring at times other than normal FPI factory operating hours. Where FPI factories are on a double shift, the inmate should take training at hours other than his or her scheduled shift.

14.  [INMATE EARNINGS STATEMENT.  §345.61  Each inmate worker in FPI shall be given a monthly earnings statement while actively working for FPI.]

The SOI may determine the method of distributing the earnings statements.

15.  [INMATE ACCIDENT COMPENSATION.  §345.62  An inmate worker shall be paid lost-time wages while hospitalized or confined to quarters due to work-related injuries (including occupational disease or illnesses directly caused by the worker's job assignments) as specified by the Inmate Accident Compensation Program (28 CFR part 301).]

Full instructions are provided in the FPI Accounting Manual.

16.  POST-RELEASE INMATE ACCIDENT COMPENSATION.  Any definite or indefinite post-release award of inmate accident compensation made as a result of a work-related injury shall be expensed by the Financial Management Division of FPI during the month in which the award is determined.  Definite awards are of a fixed amount and are paid in a lump sum.  Indefinite awards are specific monthly awards made for an indefinite period.  (See the FPI Accounting Manual).

17.  [FUNDS DUE DECEASED INMATES.  §345.63  Funds due a deceased inmate for work performed for FPI are payable to a legal representative of the inmate's estate or in accordance with the

law of descent and distribution of the state of domicile.]

All funds due to the deceased inmate must be retained in the inmate's commissary account until legally authorized for distribution.

18. [REFERRAL OF RELEASABLE MEDICAL DATA TO FPI STAFF. §345.64 The SOI is responsible for ensuring that appropriate releasable information pertaining to an inmate's medical limitation (e.g., back injury) is made available to the FPI staff member who directly supervises the assignment.]

19. [INMATE MEDICAL WORK LIMITATION. §345.65 In addition to any prior illnesses or injuries, medical limitations also include any illness or injury sustained by an inmate which necessitates removing the ill worker from an FPI work assignment. If an inmate worker is injured more than once in a comparatively short time, and the circumstances of the injury suggest an awkwardness or ineptitude which in turn indicates that further danger exists, the inmate may be removed to another FPI detail or to a non-FPI detail.]

20. [CLAIMS LIMITATION. §345.66 Claims relating to pay and/or benefits must occur within one calendar year of the period of time for which the claim is made. Inmate claims submitted more than one year after the time in question require the approval of the Assistant Director before an inmate may receive such pay and/or benefit.]

21. [RETENTION OF BENEFITS. §345.67] Guidelines for retention of benefits for jobs, pay grades, longevity and vacation credit, waiting lists, and positions are to be found in the table following this chapter. Most generic situations involving retention of benefits problems are addressed and presented as guidelines in the table.

For unforeseen problems involving such benefits, the SOI is delegated authority to dispose of individual cases and is encouraged to contact the FPI Institution Relations Division for policy guidance and coordination. In general the benefits are depicted on a sliding scale of gain-retention-loss, depending on the severity of the situations as explained below and depicted in the table.

[a. Job Retention. Ordinarily, when an inmate is absent from

PS 8120.02
7/15/99
Chapter 5, Page 10

the job for a significant period of time, the SOI will fill that position with another inmate, and the first inmate will have no entitlement to continued FPI employment.

(1)  For up to the first 30 days when an inmate is in medical idle status, that inmate will retain FPI pay grade status, with suspension of actual pay, and will be able to return to FPI when medically able, provided the absence was not because of a FPI work-related injury resulting from the inmate's violation of safety standards.  If the medical idle lasts longer than 30 days, was not caused by a violation of safety standards, and the unit team approves the inmate's return to FPI, the SOI shall place that inmate within the top ten percent of the FPI waiting list.

(2)  Likewise, for up to the first 30 days when an inmate is in Administrative Detention, that inmate may retain FPI pay grade status, with actual pay suspended, and will be able to return to FPI, provided the inmate is not found to have committed a prohibited act.  If Administrative Detention lasts longer than 30 days, and the inmate is not found to have committed a prohibited act, and the unit team approves the inmate's return to FPI, the SOI shall place that inmate within the top ten percent of the FPI waiting list.

(3)  An inmate in Administrative Detention, and found to have committed a prohibited act, may return to FPI work status at the discretion of the SOI.

(4)  If an inmate is injured and absent from the job because of a violation of FPI safety standards, the SOI may reassign the inmate within FPI or recommend that the unit team reassign the inmate to a non-FPI work assignment.

(5)  If an inmate is transferred from one institution to another for administrative (not disciplinary) reasons, and the unit team approves the inmate's return to FPI, the SOI shall place that inmate within the top ten percent of the FPI waiting list.

b.  Longevity and Vacation Credit.  Ordinarily, when an inmate's FPI employment is interrupted, the inmate loses all accumulated longevity and vacation credit with the following exceptions:

(1)   The inmate retains longevity and vacation credit when placed in medical idle status, provided the medical idle is not because of a FPI work-related injury resulting from the inmate's

violation of safety standards.  If the medical idle results from a FPI work-related injury where the inmate was not at fault, the inmate also continues to earn longevity and vacation credit.

(2)   Likewise, the inmate retains, and continues earning for up to 30 days, longevity and vacation credit if placed in Administrative Detention, provided the inmate is not found to have committed a prohibited act.

(3)   The inmate retains, but does not continue earning, longevity and vacation credit when transfering from one institution to another for administrative (not disciplinary) reasons, when absent from the institution on writ, or when placed in administrative detention and found to have committed a prohibited act.

c.   Pay Grade Retention.  Ordinarily, when an inmate's FPI employment is interrupted, that inmate is not entitled to retain his or her pay grade, with the following exceptions:

(1)   An inmate retains pay grade status, with actual pay suspended, for up to 30 days in Administrative Detention. However, the inmate is not reimbursed for the time spent in detention.

(2)   Likewise, an inmate retains pay grade status for up to 30 days while absent from the institution on writ, with actual pay suspended.  The SOI may approve pay grade retention when an inmate is on writ for longer than 30 days on a case-by-case basis.

(3)   If an inmate is absent because of a FPI work-related injury where the inmate was not at fault, the inmate retains his or her pay grade, with actual pay suspended.]

d.   Other Situations.  For all other matters not covered above, the SOI should base all decisions regarding benefit retention on the Inmate Worker Standards (see Chapter 2).  Those standards should be the basis for SOI decisions to hire, retain, or

PS 8120.02
7/15/99
Chapter 5, Page 12

increase or decrease pay and benefit conditions for any inmate
worker, based on documented instances of conformance or non-
conformance to the Inmate Worker Standards.

PS 8120.02
7/15/99.

Chapter 5, Page 13

Chapter 5, Table I

## GUIDELINES FOR INMATE PAY AND BENEFITS

| SITUATION | JOB | LONGEVITY CREDIT | VACATION CREDIT | PAY GRADE RETENTION | WAITING LIST | PROMOTION |
|---|---|---|---|---|---|---|
| Administrative Transfer Accelerated | lost | retained | retained | lost | Top 10% | |
| Disciplinary performance, if Transfer | lost | lost | lost | lost | bottom of list w/SOI's Approval | On rehired |
| Disc. Segregation performance, if | lost | lost | lost | lost | bottom of list w/SOI's Approval | On rehired |
| Writ days, if accelerated | lost | retained | retained | Greater than 30 days with SOI's Approval | w/SOI's Approval | After 30 rehired, promotion |
| Administrative performance, if Detention/guilty | SOI may retain (for time period accrued) | retained | retained | retained | w/SOI's Approval | On rehired |
| Administrative days, if Detention/ accelerated not guilty | Continues for 30 days of admin. detention | | | | Top 10% | After 30 rehired, promotion |
| Medical Idle** (If greater than 30 days, same as Administrative Transfer) | retained | retained | retained | continues | N/A | N/A |
| FPI work related injury and absence, no fault found** | retained | continues | continues | continues | N/A | N/A |
| FPI work rehired, on related injury performance | * | lost | lost | * | w/SOI's Approval | If |