U.S. Department of Justice
Federal Bureau of Prisons



# Program Statement

OPI: FPI
NUMBER: 8570.01
DATE: 6/25/2001
SUBJECT: Accounting Procedures for Civilian and Inmate Payrolls - FPI

1. **PURPOSE AND SCOPE.** To establish policies and procedures for processing civilian and inmate payroll in FPI's financial management system.

Federal Prison Industries' (FPI) civilian payroll is prepared by the Department of Agriculture's National Finance Center (NFC), based upon information submitted to it on the Personal Computer Time and Attendance Remote Entry System (PC-TARE) or the replacement system, the System for Time and Attendance Reporting (STAR). The NFC makes bi-weekly salary payments to FPI employees and posts financial data resulting from that disbursement to its Department of Justice - Central Accounting Data Inquiry System (DOJ-CADI).

The FPI Central Office accesses this financial data, referred to as Accounting Station Posting Media (ASPM), through NFC's DOJ-CADI System. Upon posting the cash transaction to the general ledger, Central Office staff then mail these ASPMs to each location's Business Manager who is responsible for allocating the payroll expense for his or her respective location to the appropriate expense accounts and cost centers in FPI's financial management system.

The Bureau's Human Resource Manager provides instructions for maintaining Time and Attendance reporting as outlined in the Human Resource Management Manual.

The Associate Warden (AW,I&E) or Superintendent of Industries (SOI) at each FPI location has responsibility for employing inmates and selecting them for key positions, premium pay positions, and other specialized positions as may become


GOVERNMENT EXHIBIT

PS 8570.01
6/25/2001
Page 2

available to inmate workers, after appropriate screening by the Unit Team. The Business Manager or Plant Controller at each FPI field location is responsible for paying those inmate workers in accord with the Program Statement on FPI Work Programs for

PS 8570.01
6/25/2001
Page 6

credit at the time of transfer or separation are to be paid for that time.)

a. The accountant must determine the amount of contingent annual leave to accrue per employee by preparing a spreadsheet containing the number of hours of accrued annual leave to carry forward multiplied by an hourly rate computed from the latest ASPM. These amounts are then compared to the amounts currently accrued per employee to determine the proper adjustments.

The total amount of the adjustments is to be debited or credited to the liability account, Contingent Annual Leave (261000), with a Plant Identifier. The corresponding entry is to be made to Contingent Annual Leave expense (610700) by appropriate cost center. The accrual is to be made using the "G/L Account Posting" transaction (FB50) or other appropriate transaction.

The Business Manager is to maintain the spreadsheet containing the hours and amount of annual leave for each staff person as a subsidiary ledger supporting the liability account. Using the "General Ledger, Line Items" transaction (F.51) or other appropriate transaction, the Business Manager or designee must ensure that the supporting spreadsheet agrees with the end of year general ledger balance for the Contingent Annual Leave liability account.

b. It is not necessary to redistribute contingent annual leave amounts during the year when an employee transfers to another FPI location. The receiving factory will make any necessary year end adjustments for the employee's annual leave to the Contingent Annual Leave expense account (610700) using the receiving factory's cost center. At year end, the losing factory will establish its Contingent Annual Leave balance by **not** including the departed employee in its valuation.

c. When an employee retires or otherwise separates from the Bureau, the Contingent Annual Leave liability account is to be reduced by the amount of the annual leave settlement as it appears on the ASPM. Any variances in the liability account caused by this entry will be rectified when annual leave balances are re-computed at year end.

11. **INMATE PAY.** Inmate worker personnel matters are governed by the Program Statement on FPI Work Programs for Inmates. That policy outlines procedures for recruitment, hiring, work standards, and matters concerning pay and benefits. The FPI Inmate Payroll System (IPS) is designed to process payroll in accord with that PS' requirements.

12. **GRADING INMATE JOBS.** All inmate positions within FPI are to be supported by a Job Grading Sheet (FPI Form 82) and Job Schedule (FPI Form 83).

   a. **Inmate Job Grading Sheet.** Inmate pay is based upon the grade of the job performed. The grade is determined and justified using the FPI Form 82 or other Product Support Center (PSC) approved substitute. This form is used to determine categories for the duties covered by an individual position and to determine a pay grade rating for that position.

   Categories of duties are matched with actual job duties. The grade is determined using the numeric weights assigned to each category of duties. The job and its rating then become a part of the FPI factory's pay grade structure for payroll purposes.

   - The classification method is based on the Dictionary of Occupational Titles (DOT) published by the U.S. Department of Labor. The DOT is available from the Superintendent of Documents, U.S. Government Printing Office, Washington DC and is also available on the Internet. In all cases, the appropriate nine digit DOT code is to be reported along with the DOT job title.

   - The civilian foreman who is directly responsible for the job's performance, also is responsible for preparing the FPI Form 82. The Factory Manager or support manager (e.g., Quality Assurance Manager) is to approve all FPI Form 82s within his or her department.

   b. **Inmate Job Schedule.** The FPI Form 83 (or PSC approved substitute) displays the grade structure and level of inmate employment for each FPI factory. This form lists all current jobs, titles, and pay grades.

   While the FPI Form 82 is concerned with the a single position's structure, the FPI Form 83 is concerned with the composite structure of all positions. It is based upon FPI Form 82 information and provides data on production area skill (grade) needs.

   The FPI Form 83 is compiled by the factory or section manager, reviewed and approved by the location's AW(I&E)/SOI and Warden, and approved by the appropriate Corporate Staff Office (e.g., General Manager). Each location is to submit an original and two copies of the FPI Form 83 supported by the FPI Form 82.

The Corporate or General Management Office will return the approved originals of the FPI Form 83 and a copy of the FPI Form 82 to the originating location, and will retain a copy for the working files.

   c. **Business Office Inmate Positions.** The grading and scheduling of inmate jobs in areas assigned to the FMB (Business Office and Warehouse) are initiated by the Business Manager and reviewed and approved by the AW(I&E)/SOI and the Warden. Further FMB approval is not required.

   d. **Completing the Forms.** The FPI Forms 82 and 83 are to be filled out completely and checked to verify that the DOT titles and codes used are recorded accurately on both forms. When job titles and codes are grouped by department or section, subtotals for those units must be shown.

   Revised FPI Forms 82 and 83 are required whenever changes occur in job titles and codes, grade structure, or the number of inmate positions. Revised forms are to be processed in the same manner as the original FPI Form 82 and 83. When temporary or emergency situations require, the total authorized complement may be exceeded by 10 percent without referral to the General Manager.

   e. **Cyclic Review.** The Program Statement on FPI Work Programs for Inmates requires that a review of inmate worker positions be completed prior to the annual Memorandum of Understanding (MOU) meeting and for any major product line change. To comply with this requirement, field locations are to submit the FPI Form 83 that is to support the MOU to the respective General Manager for approval prior to submitting the MOU. Due dates for submitting the MOU are established in the FPI Operating Plan Development Operations Memorandum published annually.

13. **INMATE PIECE RATE PAY.** Factory Managers are to use the FPI Form 57, Labor Estimates/Time Study, and the FPI Form 58, Schedule of Labor Rates, to develop and support piece rates. Once the rates are developed, they are to be scheduled on the FPI Form 83, and considered effective after approval by the Warden, General Manager and the PSC. Substitute forms or spreadsheets may be used in lieu of FPI Forms 57, 58 and 83 with the PSC's approval.

14. **INDIVIDUAL INMATE PIECE RATE WORKERS**

   a. Two factors determine the amount of payment made to individual piece rate workers. The first factor is the number of units the individual piece rate worker produces. The second factor is the rate of pay for each unit.

      **Example:** During a specific month, a piece rate worker produces 1,440 units with a predetermined piece rate of eight cents per unit. The inmate worker's monthly pay would be $115.20. Assuming that the inmate put in 150 working hours, his or her rate of pay per hour would be approximately 77 cents an hour.

   b. While the hours worked are not necessary for determining an inmate's monthly pay check, those hours must be maintained for other payroll and control purposes. The number of hours provides a basis for reviewing and analyzing the current individual piece rate formula's reasonableness compared with estimates or standards.

   c. All FPI jobs under comparable pay systems with comparable grade assignments are to provide approximately the same compensation to inmates. The particular Product Group or factory involved should not be a determining factor in the payment rate made for comparable work.

15. **INMATE WAGE FUND -- GROUP PIECE WORKERS.** To determine pay for inmate group piece workers, the available "wage fund" is computed by multiplying the units of production that the group completed by the applicable rate or rates. The hours actually worked in the 1st, 2nd, and 3rd grade jobs are to be increased by 150 percent, 100 percent, and 50 percent respectively and then added to the hours worked in 4th grade jobs to determine basic hours. The total wage fund is divided by basic hours to determine the hourly rate for 4th grade jobs.

Rates for other grade jobs are to be determined by increasing the 4th grade rate by the same percentages identified above. All decimals beyond the fourth place are dropped and any remaining balance is added to the wage fund for the next period.

      **Example:** A group of workers produce 840 units during the month in 13,000 hours. The rate established through time study or estimate using the FPI Forms 57 and 58 is $10 per unit. The wage fund for the

month is $8,400 (840 units times 10). Hours worked were: 1st grade - 2,000 hours; 2nd grade - 3,000 hours; 3rd grade - 2,000 hours; 4th grade - 6,000 hours. Pay rates are determined as follows:

**Step 1:**

| Job Grade | Actual Hours Worked (see ex.) |   | % Added to Actual Hours to Compute Basic Hours |   |
|---|---|---|---|---|
| 1st | (2,000) | + | 150% (3,000) | = (5,000) |
| 2nd | (3,000) | + | 100% (3,000) | = (6,000) |
| 3rd | (2,000) | + | 50%  (1,000) | = (3,000) |
| 4th | (6,000) | + | None (0,000) | = (6,000) |
| Total: | (13,000) |   |   | (20,000) |

**Step 2:**

4th grade rate = total wage fund divided by basic hours - In above example, this is $8,400 divided by 20,000 basic hours = .42 (42 ) as 4th grade rate.

**Step 3:**

| Job Grade | Hourly Rate/Group Worker (see example) |
|---|---|
| 1st | 4th grade rate plus 150%<br>(.42 + 150% of .42 = .42 + .63 = $1.05) |
| 2nd | 4th grade rate plus 100%<br>(.42 + 100% of .42 = .42 + .42 = $0.84) |
| 3rd | 4th grade rate plus 50%<br>(.42 + 50% of .42 = .42 + .21 = $0.63) |
| 4th | 4th grade rate plus 0%<br>(.42 + 0% of .42 = .42 + .00 = $0.42)] |

   a. If sufficient work is not available to provide individual and group piece workers hourly earnings equal to basic hourly rates, the SOI/AW(I&E), through the Warden, may request authority from the Assistant Director to change from the group piece plan to an hourly pay plan.

PS 8570.01
6/25/2001
Page 11

b. The wage fund may not be subsidized to bring wages up to the basic hourly rate if sufficient work is available even though individual and group piece work hourly earnings are less than hourly workers in the same grade.

16. **LIMITATION ON INMATE PIECE RATE PAY PLANS**. The Warden is authorized to set the incentive piece rates, based upon the recommendations of the AW(I&E)/SOI, PSC, and the appropriate General Manager. Piece rates are to approximate the standard hourly rate. Actual rates of pay will vary depending on the skills of an individual but ordinarily are limited to no more than 20 percent above the standard rate.

   a. The AW(I&E)/SOI must explain on the monthly MOU reasons incentive rates exceed the published maximums in any given month. The explanation is to include:

   - the number of inmates receiving wages in excess of 120 percent of standard pay,
   - the effective hourly rate of pay, and
   - the reasons for the approval.

   b. The local work measurement coordinator must review pay rates exceeding 120 percent of the corresponding standard rate for the job grade for more than three consecutive months for accuracy. The documentation for the corresponding standard rate must then be submitted for the approval of the Warden, PSC Manager and appropriate General Manager if any of the following conditions are met:

   - Over 25 percent of the inmates assigned to the corresponding standard rate are entitled to a wage exceeding 120 percent of the piece rate for the corresponding standard rate.

   - Modifications in equipment or procedures occurred since the corresponding standard rate was established.

   c. The Warden, PSC Manager, and General Manager are either to approve or deny the request in writing and justify their action. If approved, the pay rate of the corresponding standard rate is effective until any of the following conditions are met:

   - Over 25 percent of the inmates assigned to the corresponding standard rate are entitled to a wage exceeding 120 percent of the regular hourly wage.

PS 8570.01
6/25/2001
Page 12

- Modifications in equipment or procedures occurred since the establishment of the corresponding standard rate.

- One year has occurred since the Warden, PSC Manager and appropriate General Manager approved the corresponding standard rate.

   d. The PSC must review all pay rates exceeding 120 percent of the corresponding standard rates for more than three consecutive months for accuracy annually and documentation for the corresponding standard rate must be submitted for approval of the Warden, PSC Manager and appropriate General Manager.

17. **INMATE OVERTIME COMPENSATION.** Inmates are to be paid overtime pay at a rate of twice the hourly rate for hourly, individual, and group piece workers when the total hours worked (including administrative pay) exceed the industrial operation's regularly scheduled workday.

   **Example:** An industrial operation has a scheduled workday of seven and one-half hours. The inmate's regularly scheduled workday consists of five hours. If the inmate works 10 hours, the inmate has earned two and one-half hours of overtime pay (hours worked by the inmate minus the industrial operation's regularly scheduled workday). **Note:** The 10 hours do not need to be continuous. The inmate, within the same workday, could have worked two shifts of five hours each.

   a. Hours worked on days outside of the scheduled workweek (e.g., Saturday) must be compensated at the overtime rate.

   b. For individual piece workers, overtime earnings are determined by the amount of total piece work earnings for the day divided by the total number of hours worked that day. This rate is then multiplied by the number of hours worked during the overtime period to get the total overtime premium wages. The premium portion of overtime is then added to the total of units produced during the overtime multiplied by the rate.

   **Example:** Assume a scheduled workday of 7 hours in this example. The inmate works 10 hours (3 hours overtime) completing 70 units at .10 per unit; 20 of the units were completed during overtime. Overtime wages would be determined as follows:

**Step 1:**

```
Total Units (70) x Rate Per
Unit (.10)                    =   Average Hourly Rate (.70)
Number of Hours Worked (10)
```

**Step 2:**

```
Average Hourly Wage (.70)
 x Overtime Hours (3)    =   Overtime Premium ($2.10)
```

**Step 3:**

```
Units during Overtime (20)
x rate (.10) = $2.00   Total Overtime Pay = $2.10 + 2.00 = $4.10
```

   c. An inmate worker on a standard pay plan during the regular workday who works overtime under an individual incentive pay plan must receive piece work earnings plus the inmate standard hourly wage for the overtime period.

   d. Overtime for workers in a group piece plan is added to the wage fund after computing the base rate for each grade. This is to ensure that the amount of overtime paid to one individual will not in any way affect the basic hourly rate of the other workers.

18. **INMATE LONGEVITY PAY.** An inmate earns an additional hourly pay allowance for longevity of FPI work service as specified below. For longevity pay purposes, a month includes any part of a month in which an inmate is in FPI work status.

| Length of Service | Longevity Pay Per Hour |
|---|---|
| after 18 months | 10 cents |
| after 30 months | 15 cents |
| after 42 months | 20 cents |
| after 60 months | 25 cents |
| after 84 months | 30 cents |

**Example:** An inmate with length of service of 19 months and earning $1.15 per hour. Overtime pay for this inmate would be computed as follows: two times the