**Administrative Remedy No. 368107-A1**
**Part B - Response**

You contend that money from the trust fund has been spent on items which are not inmate related.

Our review of this matter reveals that both the Warden and the Regional Director have adequately addressed your concerns. Trust fund profits are spent as required by Federal law and Bureau of Prisons' policy. You offer no credible evidence to support any conclusion to the contrary.

Inasmuch as you request no specific relief in this Appeal, this response is for informational purposes only.

July 13, 2005
Date

Harrell Watts, Administrator
National Inmate Appeals

GOVERNMENT EXHIBIT 7

**U.S. Department of Justice**  
**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Jones, Autry L.__  __52873-080__  __BU-4-423__  __Pollock USP__
   LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.       UNIT         INSTITUTION

**Part A—REASON FOR APPEAL** In the Administration's response to my BP 10, in administrative remedy No. 368107-F3, They put forth the basis response which is that I submitted no evidence and/or proof that the BOP spent Trust Fund money for non-inmate related concerns. In my BP-10, I stated that the BOP gave and/or spent money on Unicor and a number of other things which is mention in my 9, and 10, and I gave the number which indicate that the BOP has spent money on none inmate related concerns. The BOP spent money on Lock/& Smith-Armory- Airlift Food Airlift medical just to mention a few, all of which must be provided for from the budget which the Congress gives for the operation of the BOP.

3/3/05  
DATE                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE  

FIRST COPY: WASHINGTON FILE COPY

**Part C—RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.         UNIT        INSTITUTION

SUBJECT: _____

GENERAL COUNSEL

CASE NUMBER: __368107-A1__

CASE NUMBER: _____

DATE              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL                BP-231(13)

JONES, Autry L.          REG NO. 52873-080         RECEIPTED: 03/28/05
368107-R1                PART B - RESPONSE

You are appealing the Warden's response to your complaint in which you allege Trust Fund money is being spent for non-inmate related concerns.

The Warden has appropriately responded to your request. Upon further investigation, it is noted Trust Fund money is spent in accordance with Bureau of Prisons (BOP) policy. Furthermore, you failed to provide any proof the BOP spent Trust Fund money for non-inmate related concerns.

Based on the above findings, your appeal is denied.

In the event you are dissatisfied with this response, you may appeal to the Bureau of Prisons, Administrative Remedy Section, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in that office within 30 days from the date of this response.

4/22/05
Date

Ronald G. Thompson
Regional Director

RECEIVED MAY 12 2005

SENSITIVE - LIMITED OFFICIAL USE

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Jones Autry L.    52873-080    BU-4-423    USP Pollock
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** The reply to Administrative Remedy No. 368107-F3 states that a review of the records reveal that all Trust Fund Money is spent in accordance with BOP Policy. The fact of the matter is that BOP has spent money on Airlift Food Airlift Medical Airlift custody Prison Industries Staff House Maint. Civil lawsuit Actions.

The above is beyond a doubt what Trust Fund Money is to be spent for, and therefore the response to my nine is in error.

March 23, 2005
DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 368107-R1

Part C—RECEIPT

MAR 28 2005    CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    BP-230(13)

UNITED STATES PENITENTIARY
POLLOCK, LOUISIANA

INMATE NAME:                    JONES, Autry
INMATE NO:                      52873-080
ADMINISTRATIVE REMEDY NO:       368107-F3

PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY

This is in response to your Request for Administrative Remedy filed March 10, 2005, in which you allege you received information from Central Office which reports the Bureau of Prisons (BOP) spends Trust Fund money for non-inmate related concerns.

An investigation into this matter revealed that according to records reviewed, all Trust Fund money is spent in accordance with BOP policy. As you failed to provide a copy of the information you allege you received from Central Office, there is no way to respond without knowing exactly what documents you claim to have possession of to draw the conclusion you have.

Based on the above findings, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director of the Bureau of Prisons, South Central Region, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219. Your appeal must be received in the South Central Regional Office within twenty days, of the date of this response.

3/22/05
Date

J. T. Rathman, Acting Warden

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of [Prisons] USP POLLOCK
LEGAL DEPARTMENT

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Jones, Autry**    52873-080    BU-4-423    USP Pollock
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**  Through the Freedom of Information Act I receive information from the BOP that Unicor was given money. The information I have came from Wanda M. Hunt Chief SEE ATTACHED PAGES FOIA/PA section and it concerns "Report # ITF4 Computation of variance between operation plan and obligations Trust Fund operation Fourth Quarter as of 09/28/04 at 15.03.12. The following is under costctr # Privately owned/ope 60TR-Institution Securit # 60ER-Correctional Services # 54E1-Locksmith/Armory # 54E2-Prison Industries-Reimb No. 54PI-Admin Staff Travel 53M3-Motor Pool 53P2-BOP Archives 523902-Privatize Project MGT # 523311-Non BOP Medical 522020-Airlift Food 5222AA-Airlift Medical-5222AB-Airlift custody 5222AE-Law Library 5222G2-Legal 52M6-Prison Industries-REIMB-Staff House Maint 52p6-Civil lawsuit Actions 22CL. The above information proves what I have complained about in my 8, and I will gladly provide copies upon request.

RESUBMITTED ON 2/26/05

_____2/19/05_____      [signature]    USP POLLOCK 2005 MAR 10 AM 8: 43 LEGAL DEPARTMENT
DATE      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

USP POLLOCK 2005 FEB 28 AM 8: 02 LEGAL DEPARTMENT

_____      _____
DATE      WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 368101-[illegible]

---

Part C- RECEIPT      CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)