**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Jones, Autry L.**  **52873-080**  **BU-4-423**  **Pollock**
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

In the 9, mos. I've at this institution I've had a pain in the kidney area of my back on both sides, I have been to sick call and they have fail to run any test to determine whether I have a kidney problem.

The response to my B.P. 8, told me to go to sick call, I went back to sick call on 3/1/04, and was told by P A Perkins that I would be on call out on 3/2/04, as of the drafting of this B.P. 9, I have yet to be on the call out.

I'am requesting that the proper test be preform to determine whether I have a kidney problem.

3/3/04
DATE                                           SIGNATURE OF REQUESTER

**Part B- RESPONSE**

USP POLLOCK
2004 MAR 15 PM 1:41
LEGAL DEPARTMENT

3/26/04
DATE                                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 326909-F2

                                              CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

GOVERNMENT EXHIBIT 9

DATE _____ RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

UNITED STATES PENITENTIARY
POLLOCK, LOUISIANA

INMATE NAME:              JONES, Autry
INMATE NO:                52873-080
ADMINISTRATIVE REMEDY NO: 326909-F2

PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY

This is in response to your Request for Administrative Remedy filed March 8, 2004, in which you allege that the nine months you have been at USP Pollock you have complained of a kidney problem and medical staff have failed to run any test to determine if you have a kidney problem. You request to have a proper test to determine whether you have a kidney problem.

An investigation into your complaint revealed you arrived at USP Pollock on April 29, 2003. You were evaluated by several health care providers in the chronic care clinic to monitor your medical condition. On September 19, 2003, you complained of left side back pain and appropriate medicine was prescribed to you. There was no documentation in your medical record regarding kidney pain. You reported to sick call on March 1, 2004, and the triage nurse scheduled your appointment the following day, but you did not show up for your appointment. In good faith effort, the Health Services Department will schedule you to see the provider to evaluate your medical complaint and determine if a diagnostic test is necessary. You are urged to continue contact with medical staff as necessary.

Based on the above findings, your Request for Administrative Remedy is partially granted.

If you are not satisfied with this decision, you may appeal to the Regional Director of the Bureau of Prisons, South Central Region, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219. Your appeal must be received in the South Central Regional Office within twenty days, of the date of this response.

3/26/04
Date

Robert M. Tapia, Warden

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: Aubry Lee Jones  Reg. No.: 52873-080  Unit: B4 423

Specific Complaint and Requested Relief: In the 9 mos I've been here I have complain of pain in the lower left side of my back, in the area of my kidney, at first it was only that side Now its both & the medical staff has fail to perform any test to determine if I have a problem with my kidney. I want to know what is causing my pain.

Efforts Made By Inmate To Informally Resolve Grievance (be specific): Went to sick call

Counselor's Comments: _____

Inmate Signature / Date: Aubry Lee Jones 2/17/04
Correctional Counselor / Date: [signature] 02/24/04
Unit Manager / Date:

NOTE: Attach any pertinent documentation related to the inmate's complaint.

| | BP-8 Issued to Inmate | BP-8 Received by Counselor |
|---|---|---|
| Date: | 2/17/04 Hospital Issue | 02/20/04 |
| Counselor: | A. Fox For Counselor Smith | OK |