UNITED STATES PENITENTIARY
POLLOCK, LOUISIANA

INMATE NAME:                     JONES, Autry
INMATE NO:                       52873-080
ADMINISTRATIVE REMEDY NO:        326909-F2

PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY

This is in response to your Request for Administrative Remedy filed March 8, 2004, in which you allege that the nine months you have been at USP Pollock you have complained of a kidney problem and medical staff have failed to run any test to determine if you have a kidney problem. You request to have a proper test to determine whether you have a kidney problem.

An investigation into your complaint revealed you arrived at USP Pollock on April 29, 2003. You were evaluated by several health care providers in the chronic care clinic to monitor your medical condition. On September 19, 2003, you complained of left side back pain and appropriate medicine was prescribed to you. There was no documentation in your medical record regarding kidney pain. You reported to sick call on March 1, 2004, and the triage nurse scheduled your appointment the following day, but you did not show up for your appointment. In good faith effort, the Health Services Department will schedule you to see the provider to evaluate your medical complaint and determine if a diagnostic test is necessary. You are urged to continue contact with medical staff as necessary.

Based on the above findings, your Request for Administrative Remedy is partially granted.

If you are not satisfied with this decision, you may appeal to the Regional Director of the Bureau of Prisons, South Central Region, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219. Your appeal must be received in the South Central Regional Office within twenty days, of the date of this response.

3/26/04
Date

Robert M. Tapia, Warden

GOVERNMENT EXHIBIT 10

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Jones, Autry Lee    52873-080    BU-4-423    Pollock
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**  The warden relied on a false statement in his response to my B P 9, The warden response states that I fail to show up for my medical appointment on 3/2/04, the attached exhibit which is a copy of the call out for March 2, 2004, shows that I was not on call out for the day in question nor was I on callout for any days durning the month of March, nor was I given any kind of slip to allow me to know that I was suppose to appear at medical on 3/2/04. I am requesting that the person including the warden if it was him who put this false statement in the response to my B P 9 be discipline and that the medical department place me on call out and the proper test be perform to determine whether I have a kidney problem.

4/7/04
DATE                                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**


DATE                                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 326909-R1

[Stamp: RECEIVED APR 1 2 2004 LEGAL DEPARTMENT, SCRO]

**Part C—RECEIPT**
                                                        CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

JONES, Autry Lee     REG. NO. 52873-080              FILED: 04-12-04

326909-R1            PART B-RESPONSE

You are appealing the Warden's response to your complaint in which you state you have had pain in the kidney area on both sides of your back since arriving at USP Pollock. You also state you went to sick call on March 1, 2004, and you were told you would be placed on the call-out for March 2, 2004, but you were not placed on the call-out, nor were you given a sick call appointment slip. You are requesting to be evaluated by medical staff to determine if you have a kidney problem.

Consultations with the Health Services Administrator and Clinical Director and a review of your medical record were conducted. Our review finds you attended sick call on March 1, 2004, and you were given an appointment slip to return to sick call on March 2, but you missed this appointment. On April 9, 2004, you were evaluated by the staff physician for your complaint of flank pain. Laboratory tests and an x-ray of your kidneys, ureters, and bladder were ordered. Both the laboratory tests and the x-ray have been completed, and no evidence of a kidney problem was noted. You were seen again on April 23, 2004, for your Chronic Care Clinic appointment, and you did not report you were experiencing flank pain.

If you experience a change in your medical condition, you are encouraged to seek medical attention through the normal sick call procedures.

We concur with the Warden's comments and decision.

You are entitled to no further relief, and your appeal is denied.

In the event you are not satisfied with this response, you may appeal to the Bureau of Prisons, Administrative Remedy Section, 320 First Street, N.W., Washington, D.C. 20534. Your appeal must be received in that office within 30 days from the date of this response.

_5/25/04_____                    _____
Date                                      Ronald G. Thompson
                                          Regional Director

SENSITIVE - LIMITED OFFICIAL USE