Administrative Remedy No. 326909-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you allege you have been denied adequate medical care. Specifically, you state you have had pain in the kidney area on both sides of your back since arriving at USP Pollock and staff have failed to run tests to determine if you have a kidney problem. You request the proper tests be performed to determine whether you have a kidney problem.

Discussion with USP Pollock medical staff reveals you are being monitored quarterly in the Chronic Care Clinic for your medical condition. You have been evaluated, prescribed the appropriate medication, and provided treatment for your condition. Laboratory tests and an x-ray of your kidneys revealed no evidence of a kidney problem. Health Services staff are available to care for your medical needs. You are encouraged to cooperate with staff so that they may continue to provide you essential healthcare.

The record reflects you are receiving medical care and treatment in accordance with Bureau policy. Should there be a significant change in your condition, you are encouraged to attend sick call to be re-evaluated. This response is provided for informational purposes only.

July 28, 2004
Date

Harrell Watts, Administrator
National Inmate Appeals

GOVERNMENT EXHIBIT 11