

U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

**OPI:** ADM
**NUMBER:** 4500.04
**DATE:** December 15, 1995
**SUBJECT:** Trust Fund/Warehouse Laundry Manual

1. **PURPOSE AND SCOPE.** The Bureau of Prisons operates Trust Fund programs that provide inmates an opportunity to purchase articles or services not issued or delivered as basic care by the institution or of a different quality. A new Trust Fund/Warehouse/Laundry Manual is required due to the implementation of the Trust Fund Inmate Telephone System (ITS) and the consolidation of Warehouse and Laundry program responsibilities under the Trust Fund Branch.

2. **PROGRAM OBJECTIVES.** The expected results of this program are:

   a. Efficient and reliable Commissary, Telephone and Laundry services will be made available to inmates.

   b. The Trust Fund operation will be managed to ensure an efficient, cost effective, self-supporting program.

   c. Merchandise, supplies, foods and equipment will be received, securely stored and effectively distributed to facilitate continuous institution operations.

3. **DIRECTIVES AFFECTED**

   a. <u>Directives Rescinded</u>

   * PS 4500.03    Trust Fund Management Manual (4/4/89)    *

   b. <u>Directives Referenced</u>

   PS 1221.64    Directives Management Manual (8/20/96)
   PS 1222.05    Forms Management (5/17/93)
   PS 1237.09    Computer Security (8/1/95)
   PS 1600.07    Occupational Safety and Environmental Health Manual (5/30/96)

GOVERNMENT EXHIBIT 12

\* **Chapter 4554 - Inmate Telephone System - II - Rates**

1. <u>PURPOSE AND SCOPE</u>.  This Chapter outlines the rate structure applied to ITS-II calls placed by inmates.

2. <u>COST OF CALLS UNDER THE ITS-II</u>.  Direct dial ITS-II telephone charges to inmates are to be established to encourage financial responsibility, family ties, and to ensure the ITS-II program remains financially solvent.  The Chief, Trust Fund Branch with the Executive Staff's concurrence, is to establish telephone costs.

The Chief, Trust Fund Branch is to review costs periodically. The Executive Staff must approve any significant modifications to direct dial rates (other than those required by routine cost variances).

   a. <u>Direct Dial Rates For Local, Long Distance, and International Calls</u>.  Telephone rates for local, long distance and international telephone calls are to be set at a standard per minute flat rate for each type of service.  These rates will be standard throughout the Bureau regardless of institution location.

   b. <u>Rates for Collect Calls</u>.  Collect rates are to be charged in accord with the ITS-II contract requirements.  The called party will be given collect rates prior to accepting any collect call.  The billed party may also obtain collect rates by contacting the service provider.

   c. <u>Information Concerning Direct Dial Rates for Inmate Calls</u>. Each Warden is to ensure that information concerning the direct dial rates for telephone calls is maintained on file in the institution (e.g., law library, inmate library, unit).          \*