U.S. Department of Justice
Federal Bureau of Prisons

---

Central Office                          Washington, DC

May 4, 2004


MEMORANDUM FOR ALL TRUST FUND SUPERVISORS


                    /s/
FROM:          Michael A. Atwood, Chief
               Trust Fund Branch

SUBJECT:       ITS Rate Increase
               Trust Fund Message Number:  48-04


The Bureau's ITS direct dial long distance rate will increase from $.20 per minute to $.23 per minute effective July 6, 2004. This modest increase is needed to ensure that adequate financial resources are available for the inmate Trust Fund Program given rising program costs. There will be no increase in the local, Canada, Mexico, or international rates at this time.

If you have any questions, please contact the Trust Fund ITS Section staff at (202) 616-2060.

CC:   All Regional Comptrollers
      All Institution Controllers/Business Administrators

