```
                                    INMATE HISTORY              *    08-30-2007
PAGE 001            *               WRK DETAIL                  *    13:11:26

REG NO..: 52873-090   NAME....: JONES, AUTRY LEE
CATEGORY: WRK         FUNCTION: PRT          FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                    RT DATE/TIME  STOP DATE/TIME

   POL    UNICOR 3    USP UNICOR TRUNKS 1           01-09-2006 1330 11-30-2006 0447
   POL    UNICOR 11   USP UNICOR MAILBAGS           12-27-2005 0001 01-09-2006 1330
   POL    ELECTRIC 2  USP ELECTRIC 2                03-13-2005 0001 12-27-2005 0001
   POL    EDUC AM     USP EDUCATION AM              02-21-2005 0001 03-13-2005 0001
   POL    UNASSG      UNASSIGN WORK STATUS          02-15-2005 1309 02-21-2005 0001
   POL    UNICOR 7    PFU TRUCKS #2                 02-20-2004 1443 02-15-2005 1309
   POL    UNICOR 10   PFU TRUNKS                    05-19-2003 0001 02-20-2004 1443
   POL    MED FS PND  PENDING FS PRE-EMPLOY PHYSICAL 05-12-2003 0001 05-19-2003 0001
   POL    UNASSG      UNASSIGN WORK STATUS          05-07-2003 0825 05-12-2003 0001
   POL    A&O         ADMISSION & ORIENTATION       05-02-2003 1302 05-07-2003 0825
   POL    UNASSG      UNASSIGN WORK STATUS          05-01-2003 2010 05-02-2003 1302
   POL    SHU UNASSG  UNASSIGN DUE TO SHU STATUS    04-29-2003 1220 05-01-2003 2010
```

GOVERNMENT EXHIBIT 16