

U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: CPD
NUMBER: 5580.06
DATE: 7/19/99
SUBJECT: Personal Property, Inmate

RULES EFFECTIVE: 8/6/99

1.  [**PURPOSE AND SCOPE** §553.10. It is the policy of the Bureau of Prisons that an inmate may possess ordinarily only that property which the inmate is authorized to retain upon admission to the institution, which is issued while the inmate is in custody, which the inmate purchases in the institution commissary, or which is approved by staff to be mailed to, or otherwise received by an inmate. These rules contribute to the management of inmate personal property in the institution, and contribute to a safe environment for staff and inmates by reducing fire hazards, security risks, and sanitation problems which relate to inmate personal property. Consistent with the mission of the institution, each Warden shall identify in writing that personal property which may be retained by an inmate in addition to that personal property which has been approved by the Director for retention at all institutions.]

2.  **SUMMARY OF CHANGES.** This revision includes the following:

    ● Creation of a standard list of items of property for all institutions. Wardens may authorize additional items.

    ● Limits on property are set by quantity of each item rather than overall storage capacity.

    ● Storage of personal clothing has been eliminated.

    ● Commissary item storage limitations have been removed.

[Bracketed Bold - Rules]
Regular Type - Implementing Information



PS 5580.06
7/19/99
Attachment A, Page 1

INMATE PERSONAL PROPERTY LIST
AUTHORIZED FOR RETENTION & TRANSFER BETWEEN INSTITUTIONS
NATIONAL LIMIT
MALES

```
W  = White
G  = Grey
C  = Commissary Only
B  = Black
BW = Combination
I  = BOP Issued
```

**CLOTHING:**

Bathrobe, WG (no hoods) c (1)
Cap, Baseball, WG (no logos) c (1)
Shoes, Athletic/Specialty, (W) (B) (BW) ($100 value maximum/no pumps/no pockets) court, turf, running shoe c (2 pr) (see attachment b)
Shoes, Casual c (1 pr)
Shoes, Shower, WG, c , (1 pr)
Shoes, Slippers (colorless) c (1 pr)
Shoes, Work c, (1), (I), (1)
Shorts, Gym, WG c (2)
Socks, Tube, W c (5)
Sweatshirt, G (pullover/no hoods/cotton) (C) (2) (no logos)
Sweatpants, G (cotton) c (2) (no logos)
T-Shirts/Sleeveless Undershirts, WG (no pockets/no logos) c (5)
Underwear, W (boxers or briefs) c (7)
Handkerchief, (white only), (5)

**PERSONALLY OWNED ITEMS:**

Address Book c (1)
Alarm Clock (non-electric) c (1)
Bag, Athletic Tote c (1) no logo
Batteries c (4)
Books (hard/soft) (5)
Book/Reading Light c (1)
Bowl (plastic/24 oz or less) c (1)
Calculator, Small (electronically unsophisticated, inexpensive, non-print feature/battery or solar operated) c (1)

Language Translator, (small, electronically unsophisticated, inexpensive, non-print feature/battery, or solar operated),(c), (1).
Calendar, Small (1)
Comb/Pick (plastic) c (2)
Combination Lock c (1)
Shaving Bag c (1)
Cup (plastic) c (1)
Dentures (1 set)
Earplugs c (1 set)
Envelopes c (1 box)
Eyeglasses (no stones) (2 pair)
Eyeglass Case (2)
Hairbrush c (1)
Hangers (plastic) c (5)
Headphones c (1)
Jug (plastic/1 gal) c (1)
Laundry Bag (mesh) c (1)
Letters (25)
Mirror (small/plastic) c (1)
Pen, Ballpoint c (2)
Pencils c (2)
Photo Album/Scrapbook c (1)
Photos (single-faced) (25)
Picture Frame (clear plastic) c (2)
Playing Cards c (2 decks)
Radio W/Earplugs (walkman-type) c (1)
Stamps c total value equivalent to (60, 1st Class)
Sunglasses (non-reflective) c (1)
Thermos (plastic liner) (up to 64 ozs) c (1)
Towel (white/large) c (1)
Watch ($100 maximum value, no stones, electronically
    unsophisticated, i.e. inability to send signals) c (1)
Watchband c (1)
Wedding Band (no stones/white/yellow metal) (1)
Writing Tablet c (2)

**HYGIENE ITEMS:**

Dental Floss and/or Pick (unwaxed) c (1 container)
Denture Adhesive c (1)
Denture Brush c (1)
Denture Cleaner/Powder c (1)
Denture Cup c (1)
Deodorant c (2)
Lens Cloth c (1)
Nail Clippers (no file) c (1)
Razor c (1)
Scissors, Mustache (blunt tip) c (1)

PS 5580.06
7/19/99
Attachment A, Page 3

Sewing Kit c (1)
Soap, Bar c (2)
Soap Dish c (1)
Toothbrush c (1)
Toothbrush Holder c (1)
Toothpaste c (2 tubes)
Tweezers (blunt tip) c (1)

**RECREATIONAL ITEMS:**

Athletic Supporter c (2)
Gloves (fingerless/athletic) c (1)
Gloves (handball) c (2)
Harmonica c (1)
Mouth Pieces c (1)
Eye Protection c (1)
Softball Gloves c (1)
Headbands/Sweatbands (white) c (2)
Knee Wraps c (2)
Racquetballs (2 cans of 2) c (4)
Tennis Balls (can of 3) c (1)
Weightlifting Belt c (1)
Weightlifting Gloves c (1)
Weightlifting Wraps c (2)
Knitting/crochet needles c (1)
Tools for Bead Work c (1)
Yarn, Embroidery, Hoops/needles c (1 set)

**APPROVED RELIGIOUS ITEMS:**

**APPROVED MEDICAL DEVICES:**

**OTHER ITEMS:**

Cigarettes c (2 cartons)
Cigars c (1 box)
Chocolate (instant) c (10 packets)
Coffee (instant/jar/container, unopened) c (1)
Coffeemate (jar/container, unopened) c (1)
Pipe Cleaners/Filters c (1 package)
Pipes c (2)
Tea (instant/jar/container, unopened) c (1)
Tobacco (smokeless) c (1 roll up to 10 cans)

**Non-perishable commissary items sealed in unopened, original containers may also be transported or shipped.**