BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                              FEDERAL BUREAU OF PRISONS

| 1. Name Of Institution: U.S.P. Pollock | | | |
|---|---|---|---|
| Part I – Incident Report | | 1311704 | |

| 2. Name Of Inmate Jones, Autry | 3. Register Number 52873-080 | 4. Date Of Incident 02-13-2005 | 5. Time 2:00PM |
|---|---|---|---|
| 6. Place Of Incident B-Unit Team Area | 7. Assignment Unicor 7 | 8. Unit B-4 Unit | |

9. Incident     305 Possession of anything not authorized

11. Description Of Incident (Date: 2/13/05 Time: 2:00PM Staff become aware of incident)
On the above date and time while looking through the many BP8's received, I counselor Dixon observed one of inmate Jones #52873-080, BP8 to have 3 dates of an official Out-Count Form for inmates working overtime Feb. 4, 5, and 7, 2005, in Unicor. There was a total of 6 pages with inmate names and Reg. Numbers from every Unit. Official Out-Count Forms are not allowed to be handled by any inmates, therefore inmate Jones violated this code.

| 12. Signature Of Reporting Employee [signature: D. Dixon] | Date And Time 02/13/05 2:30 PM | 13. Name And Title (Printed) D. Dixon Corrections Counselor | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By [signature: M. Melton] | | 15. Date Incident Report Delivered 2-13-05 | 16. time Incident Report Delivered 5:00 pm |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident
"I had this but only for my Filing Procedures, I only used them to present my BP.9. These Forms are posted for I/m's to see + then thrown in the trash. They are just like the Callouts in the Unit.

| 18. A. It Is The Finding Of The Committee That You: NC Committed The Following Prohibited Act. 305 Did Not Commit A Prohibited Act. | B. ____ The Committee Is Referring The Charge(s) To The DHO For Further Hearing. C. XX The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information
Based on Section #11 physical evidence, the [crossed out] Inmate admitting that he did in fact have the Inst. Documents. Also having in his possession outside the Unicor Factory

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
UDC Sanctioned to Loss of Job. (Unicor)

21. Date And Time Of Action 2/15/05 12:57 (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

| [signature] | K McGowan | |
|---|---|---|
| Chairman (Typed Name/signature) | Member (Typed Name) | Member (Typed Name) |

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action
Inmate Within 24 Hours Of Part I Preparation

GOVERNMENT EXHIBIT 20

| Part III - Investigation | 22. Date And Time Investigation Began 2/13/05 5:00 p.m.    2/15/05 |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You Are Advised Of Your Right To Remain Silent At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary Process. You Are Also Informed That Your Silence Alone May Not Be Used To Support A Finding That You Have Committed A Prohibited Act.
The Inmate Was Advised Of The Above Right By M. Melton At (Date/time) 2/13/05 5:00 p.m.

24. Inmate Statement And Attitude:

Inmate Jones was advised of his right to remain silent and chose to waive that right by making the following statements. Inmate Jones stated he retrieved the out counts from one of the Unicor trash cans.

Inmate Jones displayed a fair attitude during the investigation.

25. Other Facts About The Incident, Statements Of Those Persons Present At Scene, Disposition Of Evidence, Etc.

Inmate Jones requested not witnesses at this time.

26. Investigator's Comments And Conclusions:

Based on the written statement in section 11, and Inmate Jones's statements I conclude, the report is true as written and Inmate Jones has been correctly charged.

27. Action Taken:

Inmate Jones is to remain in the general population pending UDC action.

Date And Time Investigation Completed February 13, 2005 / 5:58 pm

Printed Name Of Investigator  M. Melton

Signature _____    Lieutenant
                                          Title