POSITION DESCRIPTION

DIRECTOR
FEDERAL BUREAU OF PRISONS
ES-006-00


I.  INTRODUCTION:

The Director for the Federal Bureau of Prisons is the highest level Administrator in the agency. The Director is responsible for the total operations of the prison system nation-wide, which includes United States Penitentiaries, Federal Correctional Institution, Metropolitan Correctional Centers, Federal Prison Camps, Community Correctional Centers, Training Facilities and all support facilities. The Director is responsible for the care, custody and correction of offenders of all age groups and custody levels. The Director is authorized to exercise or perform any of the authorities, functions, or duties conferred or imposed upon the Attorney General of the United States by any law relating to the commitment, control, or care of persons charged with or convicted of offenses against the United States. The Director provides executive direction over all missions and major programs system-wide. The Director is authorized as Commissioner of Federal Prison Industries (UNICOR), to exercise jurisdiction over all industrial enterprises located within the Bureau of Prisons. Through the Executive Staff, comprised of six Regional Directors, eight Assistant Directors, one Deputy Assistant Director in the Program Review Division and the Director of the National Institute of Corrections (NIC), the Director is responsible for interpretation and implementation of policy, program administration, monitoring field activities, and resolving complex problems in all program areas.

II.  MAJOR DUTIES AND RESPONSIBILITIES:

The Director of the Federal Bureau of Prisons, under the general guidance of the Deputy Attorney General of the United States, directs the system-wide operations of the Bureau of Prisons. This includes, but is not limited to, development and implementation of plans, policies and programs for total system operations, including the allocation of financial and manpower resources.

The incumbent provides active support and direction to the Executive Staff through frequently scheduled meetings and teleconferences. Through these meetings the Executive Staff develops and approves top level policy and procedures in the Bureau of Prisons. Through this organizational network the Director endures and is responsible for the care, custody, correction and treatment of some 100,000 federal offenders housed in approximately 92 federal institutions and dozens of community contract facilities. The system-wide organization is staffed by approximately 30,000 professional, technical, trade and craft

GOVERNMENT EXHIBIT 21

workers.

The Director acts as a liaison between the Federal Bureau of Prisons and other criminal justice organizations such as the American Correctional Association, National Parole and Probation Association, and other in joint efforts to improve standards of custody, care, treatment and training of inmates.

The Director represents the Bureau of Prisons in the full range of contacts with colleges and universities, members of congress, the media, and other government agencies on the federal, state and local levels on matters pertaining to programs and functions under control and responsibility.

The Director has oversight responsibilities for the National Institute of Corrections (NIC), a sub-agency of the Federal Bureau of Prisons which provides leadership at the federal level for upgrading state and local corrections.

The Director has oversight responsibility for Affirmative Action and Equal Employment Opportunity (EEO) complaint processing programs for the Bureau of Prisons in order to ensure compliance with all applicable statutes and regulations.

The Director oversees the entire agency planning program, and is responsible for strategic planning, key indicators, and research and development programs.

Provides direction to the General counsel with respect to a wide range of litigation related concerns and adjudicates issues raised by inmates via the administration remedy process.

Consults with high level representatives of other criminal justice agencies, including the U.S. Marshall Service, U.S. Probation Service, Federal Bureau of Investigation, U.S. Attorney's Office, and Immigration and Naturalization Service.

The Director, as head of a major national law enforcement organization, represents the United States and its criminal justice system during visits to foreign nations. In turn, the Director hosts international visits and exchanges information with dignitaries interested in the U.S. Prison System.

The incumbent of this position is a law enforcement officer and occupies a position with secondary law enforcement retirement coverage.

As an employee of the Bureau of Prisons, this position meets the definition of being in the law enforcement field and is administrative in nature. Administrative positions are defined as being executive, managerial, technical, semiprofessional, or professional positions for which experience in a primary law enforcement position, or equivalent experience outside the federal government, is a mandatory prerequisite.

Incumbent is responsible for developing policy, providing expert advice in an area of correctional specialty, or to provide guidance, direction, supervision, and/or evaluation for a program or programs in correctional facilities.

This secondary position's prerequisite experience was gained in a primary position which has a maximum initial appointment age of 37 as set by section 103 of public law 100-238.

The incumbent may be called on to perform as a law enforcement officer in a correctional environment during training, emergency situations, and in times of staff shortages. Such assignments will involve frequent and direct contact with inmates and subject the incumbent to arduous, adverse and stressful working conditions.

A prerequisite of this position is the completion of "Institution Familiarization", and completion of a mandatory course in "Introduction to Correctional Techniques". The training emphasizes self-defense, firearms, security, hostage situations, suicide prevention, and CPR.

III. JOB CONTROLS

The Director is required to have a complete and comprehensive knowledge of Bureau of Prisons policy, institutional procedures, sound correctional administrative principles, legal principles and precedents relating to correctional work. The Director must also have a working knowledge of critical decisions issued by the federal courts that have direct impact on the management of prison administration, including inmate and employee rights.

The Director receives general supervision from the Deputy Attorney General of the United States. The incumbent has broad authority for management of the Bureau of Prisons. The Director resolves administrative and specific problems within the system, and reports to the Deputy Attorney General only when necessary.

The Director is generally guided by written policy and regulations of the Department of Justice statutes applicable case law. The Director is responsible for establishing guidelines for other to ensure effective implementation and procedural safeguards with respect to statutory law and regulations applicable to the Federal Bureau of Prisons.

The tasks encountered by the Director involving staff, inmates and the general public are varied and complex. The Director is the key individual in criminal justice administration, and serves as an expert consultant to other criminal justice officials on correctional methods, specific phenological issues and general prison/jail administration. The Director performs highly sensitive and unusually complex assignments involving the establishment, implementation or analysis of alternative

solutions for major penal administration.

The Director's role facilitates the work of others and significantly affects the design and outcome of major programs nation-wide.

The Director's work is primarily sedentary but involves regular visits to correctional facilities and would thereby encounter the normal rigors of work in an institution setting.

Incumbent must have experience as a law enforcement officer in a correctional facility which included primary responsibility for the detention, direction, supervision, inspection, training, employment care and transportation of inmates incarcerated in these facilities.

Incumbent must have a thorough knowledge and understanding of the mission and goals of the Bureau of Prisons.

Incumbent must have the knowledges, skills, and abilities to perform law enforcement functions in response to emergencies throughout the BOP.

Incumbent must have knowledge of the variety of institutions, inmate populations and the resulting problems presented by the various combinations in order to effectively carry out primary responsibilities of directing and evaluating operating programs in field institutions.

Incumbent must exercise judgement in adapting current or developing new guidance to meet the mission and security concerns of the BOP.

Because of the nature and mission of this position, incumbent must have a thorough understanding of the operating problems involved in working within an institution.

The incumbent of this position is responsible for developing policy, providing advice, guidance, training, or evaluation for programs in field locations. These types of duties and responsibilities have an impact on field operations bureau-wide. The position serves in direct support of the primary mission of the BOP which is to protect society by confining inmates in a controlled environment.

The duties of this position may, at times, require frequent and direct contact with individuals in confinement who are suspected of or convicted of offenses against criminal laws of the United States, as described in Title 18 of the U.S. Criminal Code.

Incumbent may have frequent contacts with institution staff, correctional staff outside the BOP, and/or other public officials.

Contacts with inmates are for the purpose of providing training, care, rehabilitation, custody and/or control.

Other contacts may occur for the purpose of providing policy guidance, advice and/or training.

The work is typically sedentary, however, on occasion the incumbent may be asked to perform as a law enforcement officer in a correctional environment. He/she must be physically able to respond to disturbances and emergencies, which may include the restraint of inmates.

The work is performed in an office environment. However, the incumbent may be called on to perform law enforcement functions in a correctional environment in response to institutional disturbances, for training purposes, or during staff shortages. In these instances, the incumbent may be subject to arduous, adverse, and stressful working conditions to include hostage situations and the possibility of inmate disturbances.

**MOBILITY REQUIREMENT**

Effective accomplishment of the mission of the Bureau of Prisons frequently requires geographic relocation of supervisory and managerial personnel to meet the legitimate needs of the bureau and to better utilize the skills of available staff. Accordingly, the incumbent is subject to said provisions and is susceptible to geographic relocation at the discretion of management in the interest of the efficiency of the service.