UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUTRY L. JONES,             )
                            )
        Plaintiff,          )
                            )
   v.                       )   Civil Action No. 1:06-CV-621
                            )
UNITED STATES OF AMERICA,   )
et al.,                     )
                            )
        Defendants.         )
_____)

## DECLARATION OF ROBERT MCGOWAN

I, Robert McGowan, hereby declare and state the following:

1. I am and have been a Counselor at the United States Penitentiary Pollock, in Louisiana, Federal Bureau of Prisons (BOP) since 2002. I have been employed by the BOP since September, 1986.

2. In the course of carrying my duties as a correctional counselor, I serve as a member of the Unit Discipline Committee (UDC). I also have access to inmate files and records.

3. I have reviewed the incident report issued to Autry Jones, Register No. 52873-080, for a violation of Code 305, possession of anything not authorized. At USP Pollock, any inmate found in possession of outcount slips will be subject to disciplinary sanctions.

4. To the best of my recollection and knowledge, during the time I have worked at USP Pollock, inmate Autry Jones has been the only inmate found in possession of outcount slips. I

GOVERNMENT EXHIBIT 22

have participated in only one UDC hearing in which an inmate was facing a charge for possession of outcount slips and that was Autry L. Jones' UDC Hearing on February 15, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __30__ of August, 2007.

*Robert McGowan*
Robert McGowan
Counselor