UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUTRY L. JONES,                          )
                                         )
            Plaintiff,                   )
                                         )
       v.                                )
                                         ) Civil Action No. 06-00621
U.S. DEPARTMENT OF JUSTICE, ET AL.,      )
                                         )
            Defendants.                  )
_____)

## DECLARATION OF LINDA R. THOMAS

I, Linda Thomas, hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons (BOP) as the Administrator of the Correctional Services Branch. My business office is located at the Central Office in Washington, D.C. I have held my current position since July 2003. I started working in the BOP on September 28, 1986, and have held different positions of increasing importance in the prison setting. Prior to this position, I was an Associate Warden at the Metropolitan Detention Center in Brooklyn, New York from September 1999 to July 2003.

2. As Administrator of the Correctional Services Branch, I am responsible for the safe, humane care and custody of federal inmates in BOP facilities, including security, prisoner transportation, central inmate monitoring, inmate discipline, case management, psychology, and religious services.

3. The statements in this declaration are based upon my personal knowledge, belief and experience, and upon information made available to me in the course of my official duties as Administrator of the BOP's Correctional Services Branch and my prior positions in the BOP.

4. There are legitimate penological interests for restricting inmate access to count forms, including outcount slips, such as to ensure inmate accountability and the secure and orderly running of the institution. Count slips are official forms generated by the Bureau of Prisons computerized system and are to be used by staff to document the number of inmates located in specific areas during official counts. Outcount slips are also official forms used by staff to document the number of



GOVERNMENT
EXHIBIT
24

inmates located in areas outside of housing units, for instance, inmates who are at work or in the Health Services Unit.

5.    As per BOP policy, inmates are not allowed to either prepare any count forms, including outcount slips, nor to possess them for security reasons.  The count forms, including the count slips, are used to document inmate accountability.  Inmates could easily alter the forms or fill out blank forms incorrectly to, among others, conceal an escape attempt, create a distraction for correctional staff in order to engage in illegal acts or actions that compromise security, and delay the completion of the official counts, thereby interfering with the orderly running of the institution.

6.    Inmates who are found in possession of count forms and/or outcount slips are subject to discipline as they are in possession of official government documents used to document inmate accountability.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: **8/30/07**

Linda R. Thomas
Administrator of Correctional Services
Branch
Federal Bureau of Prisons