

**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** ADM/TFB
**NUMBER:** P4500.05
**DATE:** 1/22/2007
**SUBJECT:** Trust Fund/Deposit Fund Manual

1. **PURPOSE AND SCOPE.** To provide inmates an opportunity to purchase articles or services not issued or delivered as basic care by the institution or of a different quality. A new Trust Fund/Deposit Fund Manual is required due to the implementation of the Trust Fund Accounting and Commissary System (TRUFACS) and the transfer of Deposit Fund policy responsibility from the Finance Branch to the Trust Fund Branch.

2. **PROGRAM OBJECTIVES.** The expected results of this program are:

a. Efficient and reliable Commissary, Telephone, and Laundry services will be made available to inmates.

b. The Trust Fund operation will be managed to ensure an efficient, cost effective, self-supporting program.

c. Merchandise, supplies, foods and equipment will be received, securely stored and effectively distributed to facilitate continuous institution operations.

d. Inmates' funds (Deposit Fund) will be accurately and efficiently maintained while they are incarcerated.

3. **DIRECTIVES AFFECTED**

a. **Directives Rescinded**

| | |
|---|---|
| P2011.06 | Financial Responsibility Program, Inmate Processing Payments (9/17/97) |
| P2014.01 | Inmate Account Transfer Module (10/31/97) |
| P4500.04 | Trust Fund/Warehouse/Laundry Manual (12/15/95) |

GOVERNMENT
EXHIBIT
25

  b. **Directives Referenced**

| | |
|---|---|
| P1221.66 | Directives Management Manual (9/15/97) |
| P1237.13 | Information Security Programs (3/31/06) |
| P1351.05 | Release of Information (9/19/02) |
| P1600.08 | Occupational Health and Environmental Safety (8/16/99) |
| P1640.04 | Smoking/No Smoking Areas (3/17/04) |
| P2000.02 | Accounting Management Manual (10/15/86) |
| P2010.02 | Accounting for Employee Organizations Vending Machine Profits to Trust Fund (2/7/94) |
| P2010.05 | Accounting for Inmate Debit Card Program (9/30/96) |
| P2013.01 | Financial Management - Debt Management (3/3/94) |
| P2100.03 | Budget Execution Manual (8/4/95) |
| P2250.02 | Accounting - Recording Obligations (4/2/04) |
| P2350.02 | Accounting for Real Property, Depreciation and B&F Projects (6/22/04) |
| P3721.05 | Employee Organizations (3/19/96) |
| P4100.04 | BOP Acquisition Policy (5/19/04) |
| P4400.05 | Property Management Manual (5/26/04) |
| P4700.05 | Food Service Manual (6/12/06) |
| P5230.05 | Grooming (11/4/96) |
| P5251.05 | Work and Performance Pay, Inmate (12/31/98) |
| P5264.07 | Telephone Regulations for Inmates (1/31/02) |
| P5270.07 | Inmate Discipline and Special Housing Units (12/29/87) |
| P5280.08 | Furloughs (2/4/98) |
| P5360.09 | Religious Beliefs and Practices (12/31/04) |
| P5370.10 | Recreation Programs, Inmate (2/23/00) |
| P5380.08 | Financial Responsibility Program - Inmate (8/15/05) |
| P5381.05 | Inmate Organizations (2/13/01) |
| P5500.11 | Correctional Services Manual (10/10/03) |
| P5521.05 | Searches of Housing Units, Inmates, and Inmate Work Areas (6/30/97) |
| P5580.07 | Personal Property, Inmate (12/28/05) |
| P5800.10 | Mail Management Manual (11/3/95) |
| P5873.06 | Release Gratuities (8/6/03) |
| P6031.01 | Patient Care (1/15/05) |
| P6031.02 | Inmate Co-payment Program (8/15/05) |
| P6360.01 | Pharmacy Services (1/15/05) |

c. Rules cited in this Program Statement are contained in 28 CFR 506.1 and 506.2

4. **STANDARDS REFERENCED**

a. American Correctional Association 4th Edition Standards for Adult Correctional Institutions: 4-4034, 4-4037, 4-4040, 4-4042, 4-4043, 4-4044, 4-4045, 4-4046, 4-4047, 4-4334, 4-4335, 4-4336, 4-4337, 4-4338, 4-4340, 4-4342, 4-4379, 4-4497, and 4-4497-1

b. American Correctional Association 3rd Edition Standards for Adult Local Detention Facilities: 4-ALDF-5B-11, 4-ALDF-5B-12, 4-ALDF-4C-39, 4-ALDF-7D-15, 4-ALDF-7D-13, 4-ALDF-5C-25, 4-ALDF-7D-16, 4-ALDF-4B-04, 4-ALDF-4B-05, 4-ALDF-4B-03, 4-ALDF-4B-06, and 4-ALDF-4B-02

c. American Correctional Association 2nd Edition Standards for Administration of Correctional Agencies: 2-CO-1B-05, 2-CO-1B-08, 2-CO-1B-12, 2-CO-1B-13, 2-CO-1B-14, 2-CO-4D-01, and 2-CO-5D-01

5. **INSTITUTION SUPPLEMENTS.** Implementation of this Manual requires the development of several Institution Supplements or a consolidated Institution Supplement covering all requirements for development of local policy at the Warden's discretion. Institution Supplement requirements can be found in Section 1.2 of the Manual.

6. **ACTION REQUIRED.** The Trust Fund, Warehouse, Laundry, and Inmate Deposit Fund Programs shall operate according to the procedures set forth in this Manual.

/s/
Harley G. Lappin
Director

**TABLE OF CONTENTS**

**Chapter 1 Definitions/Institution Supplements**

Definitions . . . . . . . . . . . . . . . . . . . . . . 1.1
Institution Supplements . . . . . . . . . . . . . . . . . 1.2

**Chapter 2 General Trust Fund Operations**

History/Overview/Nature of the Trust Fund . . . . . . . . 2.1
Trust Fund Operations and Controls . . . . . . . . . . . . 2.2
Utilization of Trust Fund Financial Resources . . . . . . 2.3
Trust Fund Inmate Workers . . . . . . . . . . . . . . . . 2.4
Purchasing of Non-Resale Items . . . . . . . . . . . . . . 2.5
Trust Fund Personal Property . . . . . . . . . . . . . . . 2.6

**Chapter 3 Commissary Operations**

General (Technical Assistance) . . . . . . . . . . . . . . 3.1
Security . . . . . . . . . . . . . . . . . . . . . . . . 3.2
Spending Limitation . . . . . . . . . . . . . . . . . . . 3.3
Items to be Sold in the Commissary . . . . . . . . . . . . 3.4
Pricing . . . . . . . . . . . . . . . . . . . . . . . . 3.5
Special Purpose Orders (SPO) . . . . . . . . . . . . . . . 3.6
Commissary Sales Procedures . . . . . . . . . . . . . . . 3.7
Inventory Control . . . . . . . . . . . . . . . . . . . . 3.8
Postage Stamp Program . . . . . . . . . . . . . . . . . . 3.9

**Chapter 4 Trust Fund Vending Program**

Trust Fund Vending Operations . . . . . . . . . . . . . . 4.1
State Licensing Agencies and Trust Fund Vending . . . . . 4.2
Non-State Licensing Agency Operated Vending . . . . . . . 4.3

**Chapter 5 Special Trust Fund Services**

General . . . . . . . . . . . . . . . . . . . . . . . . 5.1
Inmate Copier Service . . . . . . . . . . . . . . . . . . 5.2
Inmate Washer/Dryer Service . . . . . . . . . . . . . . . 5.3
Establishing an Inmate Photography (Photo) Program . . . 5.4
Internal Operation . . . . . . . . . . . . . . . . . . . 5.5
External Operation (Outside Contractor) . . . . . . . . . 5.6

**Chapter 6 Inmate Telephone System (ITS)**

General . . . . . . . . . . . . . . . . . . . . . . . . 6.1
Telephone Services . . . . . . . . . . . . . . . . . . . 6.2

    Equipment and Supplies . . . . . . . . . . . . . . . . . . 6.3
ITS Rates . . . . . . . . . . . . . . . . . . . . . . . 6.4
System Operations . . . . . . . . . . . . . . . . . . . 6.5
System Maintenance . . . . . . . . . . . . . . . . . . 6.6
Records Management . . . . . . . . . . . . . . . . . . . 6.7
ITS Accounting . . . . . . . . . . . . . . . . . . . . . 6.8

**Chapter 7 Trust Fund Systems Security**

Computer Security . . . . . . . . . . . . . . . . . . . . 7.1

**Chapter 8 General Deposit Fund Operations**

General . . . . . . . . . . . . . . . . . . . . . . . . 8.1
Accountability of Employees . . . . . . . . . . . . . . . 8.2
Establishment of Inmate Accounts . . . . . . . . . . . . . 8.3
Daily Management of Inmate Accounts . . . . . . . . . . . 8.4
Inmate Account Transactions . . . . . . . . . . . . . . . 8.5
Management of Inmate Accounts with Negative Balances . . 8.6
Management of Confiscated Funds . . . . . . . . . . . . . 8.7
Management of Deceased Inmates Funds . . . . . . . . . . 8.8
Encumbrance of Inmate Funds . . . . . . . . . . . . . . . 8.9
Management of Funds of Inmates Whose Whereabouts are Unknown . . . . . . . . . . . . . . . . . . . . . . 8.10
Management of Inmate Savings Program . . . . . . . . . . 8.11

**Chapter 9 Inmate Accounts - Deposits**

Authority to Accept Funds . . . . . . . . . . . . . . . 9.1
Acceptable/Unacceptable Negotiable Instruments . . . . . 9.2
Held Negotiable Instruments . . . . . . . . . . . . . . . 9.3
Negotiable Instruments Requiring Special Handling . . . 9.4
Receipt of Funds - LockBox . . . . . . . . . . . . . . . 9.5
Receipt of Funds - Local Institution . . . . . . . . . . 9.6
Western Union Quick Collect Program . . . . . . . . . . . 9.7
Accounting for Centralized Processes . . . . . . . . . . 9.8
Inmate Receipts . . . . . . . . . . . . . . . . . . . . . 9.9
Inmate Earnings . . . . . . . . . . . . . . . . . . . . 9.10

**Chapter 10 Inmate Accounts - Withdrawals**

General . . . . . . . . . . . . . . . . . . . . . . . 10.1
Authority to Withdraw Inmate Funds . . . . . . . . . . 10.2
Approval to Withdraw Inmate Funds . . . . . . . . . . . 10.3
Check Tracers . . . . . . . . . . . . . . . . . . . . . 10.4
General Processing of Deposit Fund Withdrawals . . . . 10.5
Specific Processing of Inmate Withdrawals . . . . . . . 10.6

**Chapter 11 Processing Inmate Financial Responsibility Payments**

General . . . . . . . . . . . . . . . . . . . . . . . . . 11.1
Oversight Responsibility . . . . . . . . . . . . . . . . . 11.2
Acronyms and SENTRY IFRP Terminology . . . . . . . . . 11.3
SENTRY Processing . . . . . . . . . . . . . . . . . . . 11.4
Scanning of IFRP Contract . . . . . . . . . . . . . . . 11.5
OFM Monthly Cut-off . . . . . . . . . . . . . . . . . . 11.6
SENTRY IFRP Payment Processing . . . . . . . . . . . . 11.7
SENTRY IFRP Reports . . . . . . . . . . . . . . . . . . 11.8
Certification of IFRP Payments . . . . . . . . . . . . 11.9
Payment Transmissions . . . . . . . . . . . . . . . . . 11.10
Batch Processing . . . . . . . . . . . . . . . . . . . . 11.11
IFRP Refunds for Overpayment . . . . . . . . . . . . . 11.12
Corrections . . . . . . . . . . . . . . . . . . . . . . 11.13
Transferred Inmates . . . . . . . . . . . . . . . . . . 11.14
Inmates Out on Writ . . . . . . . . . . . . . . . . . . 11.15
Inmates on Escape Status . . . . . . . . . . . . . . . 11.16
Receipts . . . . . . . . . . . . . . . . . . . . . . . . 11.17

**Chapter 12 Warehouse Operations**

General . . . . . . . . . . . . . . . . . . . . . . . . . 12.1
Receiving Procedures . . . . . . . . . . . . . . . . . . 12.2
Purchase Orders . . . . . . . . . . . . . . . . . . . . 12.3
Receiving Reports . . . . . . . . . . . . . . . . . . . 12.4
Transportation Charges . . . . . . . . . . . . . . . . . 12.5
Government Bill of Lading . . . . . . . . . . . . . . . 12.6
Lost and Damaged Shipments . . . . . . . . . . . . . . 12.7
Stores Requisition . . . . . . . . . . . . . . . . . . . 12.8
Arrangement of Stores . . . . . . . . . . . . . . . . . 12.9
Stock Record Cards . . . . . . . . . . . . . . . . . . . 12.10
Stores Inventories . . . . . . . . . . . . . . . . . . . 12.11
Disposition of Slow-Moving Supplies . . . . . . . . . . 12.12
Sanitation/Maintenance of Equipment . . . . . . . . . . 12.13
Safety . . . . . . . . . . . . . . . . . . . . . . . . . 12.14
Technical Reference . . . . . . . . . . . . . . . . . . 12.15
Key Control . . . . . . . . . . . . . . . . . . . . . . 12.16

**Chapter 13 Laundry Operations**

General Operations . . . . . . . . . . . . . . . . . . 13.1
Issuing, Cleaning, and Maintaining Accountability of Clothing and Linen . . . . . . . . . . . . . . . . . . 13.2
Laundry Inventory Management . . . . . . . . . . . . . 13.3
Health and Safety . . . . . . . . . . . . . . . . . . . 13.4
Laundry Security . . . . . . . . . . . . . . . . . . . . 13.5

# CHAPTER 2 - GENERAL TRUST FUND OPERATIONS

## 2.1 HISTORY, OVERVIEW, AND NATURE OF THE TRUST FUND

a. **History of the Trust Fund.** This Chapter gives a brief history of the Trust Fund, provides an overview of the Inmate Deposit Fund, and reviews the nature of the Trust Fund operation.

In 1930, Department of Justice Circular No. 2126, entitled **Rules Governing the Control of Prisoner's Funds at the Several Penal and Correctional Institutions** (August 1, 1930), authorized and established a Commissary at each institution. The Commissary was created to provide a bank type account for inmate monies and "for the procurement of articles not regularly issued as part of the institution administration". Circular 2244, **Rules Governing the Control of Prisoners Funds at Several Penal and Correctional Institutions** (January 1, 1932), superseded Circular No. 2126 and established separate U.S. Treasury accounts for the "Prisoners Trust Fund" and the "Commissary and Welfare Funds".

The existence and operation of the prison Commissaries was recognized and approved by Congress in 1932 with the passage of the Department of Justice's 1933 appropriation bill. In 1934, Congress designated the "funds of federal prisoners" and "Commissary funds" as "trust funds" (31 U.S.C. § 725s, 1934). All monies accruing to these funds were appropriated and dispersed in compliance with the terms of the trust.

Section 108 of the Department of Justice, General Provisions, Department of Justice, Public Law 104-134 (April 26, 1996) provided that in Fiscal Year 1996 and each fiscal year thereafter, amounts in the Federal Prison Systems Commissary Fund, Federal Prisons, which are not currently needed for operations, shall be kept on deposit or invested in obligations of, or guaranteed by, the United States and all earnings on such investments shall be deposited in the Commissary Fund.

Section 108 of the Department of Justice, General Provisions in the Fiscal Year 1999 Omnibus Bill and Conference Report Language, Public Law 105-277 (October 21, 1998) clarified the authority regarding expenditures from the Commissary Fund for an Inmate Telephone System and for other purposes, regardless of whether any such expenditure is security-related, for programs, goods and services for the benefit of inmates (to the extent the provision of those programs, goods, or services to inmates is not otherwise prohibited by law), including:

    (1) the installation, operation, maintenance of the Inmate Telephone System;

(2) the payment of all the equipment purchased or leased in connection with the Inmate Telephone System; and

(3) the salaries, benefits, and other expenses of personnel who install, operate, and maintain the Inmate Telephone System.

The "Commissary Fund" is generally referred to as the "Trust Fund" and the "funds of federal prisoners" as the "Inmate Deposit Fund".

The Trust Fund's purposes remain essentially the same as when created:

- To maintain inmates' monies (Deposit Fund) while they are incarcerated.

- To provide inmates the privilege of obtaining merchandise and services either not provided by the Bureau or of a different quality than that provided by the Bureau.

b. **Program Overview.** The management of inmate funds and the operation of the Trust Fund, as authorized, are designed primarily for the benefit of inmates. Use of Trust Fund services is, however, a privilege granted each inmate; therefore, the Warden or an authorized representative may limit or deny the privilege of a particular inmate. Similarly, the maximum amount that may be expended by an inmate for Trust Fund items or services is a controllable privilege.

The number of times an inmate may visit the Commissary is controlled by the administration of each institution. The number of visits and hours of Trust Fund operations are established in accordance with available staff resources, considering the time required for office duties, receiving, stocking, cleaning, inventory management, etc.

c. **Sole Agency for Purchase by Inmates.** The institution Trust Fund operation shall be the sole agency for purchase by inmates of approved articles or services not routinely supplied by the institution.

**2.2 TRUST FUND OPERATIONS AND CONTROLS.** The Trust Fund (Treasury Account Symbol 15X8408) and the Inmate Deposit Fund (Treasury Account Symbol 15X6085) are the control accounts for Trust Fund operations. These two appropriation-level accounts

and their related general ledger accounts shall be maintained using Generally Accepted Accounting Principles (GAAP), the automated financial accounting system, the Trust Fund Accounting and Commissary System (TRUFACS) and the Inmate Telephone System (ITS). Specific policy governing the operation of these accounts follows in subsequent chapters of this Manual and the Accounting Management Manual.

The Attorney General may accept gifts or bequests of money for credit to the Trust Fund Appropriation. The authority to accept gifts or bequests has not been re-delegated.

a. **Central Office.** The Chief, Trust Fund Branch is responsible for addressing questions of policy, distributing funds, and allocating positions.

Principal financial statements plus an annual report on results of operations are prepared by Trust Fund Branch staff. Upon request, these statements and the report may be made available to the public. Trust Fund financial records shall be audited and/or reviewed in accordance with Department of Justice and Bureau requirements.

b. **Institution.** The Trust Fund Supervisor has responsibility for overall control at the institution of the Trust Fund operation.

**2.3 UTILIZATION OF TRUST FUND FINANCIAL RESOURCES.** This Chapter details the utilization of Trust Fund financial resources. The Trust Fund Appropriation (15X8408) administers funds that are distributed under the following Decision Units, which require expenditures under the designated Cost Centers only:

- **Decision Unit 1.** Trust Fund Commissary Operations (Cost Centers 3214, 3216, 3225, 3230 and C2); Commissary Renovations (Cost Centers 3220, C7 and V8).

- **Decision Unit 2.** Trust Fund Profit Sharing (Cost Centers 3224 and C5 for general profit sharing; S3, S4, S5, S8 and C8 for inmate programs).

- **Decision Unit 6.** Trust Fund Training (Cost Center C6).

- **Decision Unit 7.** Trust Fund Inmate Telephone System Operations (Cost Centers 32C4 and C4).

a. **Trust Fund Operating Funds.** The Trust Fund shall use financial resources for the following purposes: