UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUTRY LEE JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 06-0621 (RWR) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| **through the DEPARTMENT OF JUSTICE,** ) | |
| ) | |

**ORDER**

Upon consideration of the Motion to Dismiss in Part Or, in the Alternative, For Partial Summary Judgment with Respect to Defendant The Federal Bureau of Prisons, and individual Defendants H. Lappin, D. Roach, D. Lair, R. McGowan, J. Flatter, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion to Dismiss be and is hereby GRANTED.

SO ORDERED.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE