UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civil Action No. 06-0621 (RWR)** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| through the DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the Defendants' Motion for a Protective Order, it is this _____ day of September, 2007 hereby:

ORDERED that the motion is GRANTED. If the Court's ruling on Defendants' dispositive motions does not dispose of Plaintiffs' Complaint in whole, Defendants are hereby GRANTED 30 days thereafter, to respond to Plaintiff's discovery demands or seek other relief.

DATED:_____

                                        RICHARD W. ROBERTS
                                      UNITED STATES DISTRICT JUDGE

Copies to:
AUTRY LEE JONES, R52873-080
OTISVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Otisville, NY 10963

Sherease Pratt
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530