UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-0621 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, through ) | |
| the DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Sherease Pratt as counsel for Defendants the United States of America, Condoleeza Rice, Harvey Lappie, D. Roach, D. Lair, R. McGowan, and J. Flatter.

Dated: November 30, 2007
Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007, a true and correct copy of the above Notice of Substitution of Counsel was served upon Pro Se Plaintiff Autry Lee Jones, by first class United States mail, postage prepaid, to:

> Autry Lee Jones, R52873-080
> Otisville Federal Correctional Institution
> P.O. Box 1000
> Otisville, N.Y. 10963

Respectfully submitted,

/s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov