UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Autry Lee Jones
    Plaintiff

NO. 06-0621(RWR)

v.

**RECEIVED**

DEC 1 0 2007

United States of America
Michael A. Atwood
H. Chain
D. Dixon et al.,
    Defendant's

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO SERVE

MAY IT PLEASE THE CORRT:

    Comes now Autry Lee Jones hereinafter referred to as Plaintiff, in this his Motion to Serve for the following reasons:

JURISDICTION

    Plaintiff avers that this Court has jurisdiction of this matter by way of 28 U. S. C. § 1915(c).

    Plaintiff hereby submits one original and two copies for the Coourt and one copy for each defendant of this Amended Complaint.

    In accordance with Title 28 U.S. C. § 1915(c) the officers of the court shall issue and serve all process and perform all duties in the case of a plaintiff being allowed to proceed in forma pauperis.

    Plaintiff has file a Motion to Proceed in forma pauperis and has submitted $350.00 along with the attached complaint, wherefore Plaiantiff request that officers of the court and/or the United States Marshals serve said complaint and issue all process

RESPECTFULLY SUBMITTED

/S/ _____
Autry Lee Jones