TAKEN FROM THE AMERICAN CENTURY DICTIONARY

38



TAKEN FROM THE AMERICAN CENTURY DICTIONARY

*A1*

356

me /mē/ *pron. objective case of* I [OE]

**mead** /mēd/ *n.* alcoholic drink of fermented honey and water [OE]

**Meade** /mēd/, George Gordon (1815–72; general of Union forces in American Civil War)

**meadow** /med'ō/ *n.* area of grassland, esp. for hay [OE]

**meager** /mē'gǝr/ *adj.* (also esp. *Brit.* **meagre**) 1 scant in quantity 2 lean, thin [OFr *maigre* fr. L *macer*]

**meal**[1] *n.* 1 occasion when food is eaten 2 the food eaten [OE]

**meal**[2] *n.* grain or pulse ground to powder —**meal'y** *adj.* (-ier, -iest) [OE]

**meal ticket** *n. Colloq.* source of maintenance or income

**mealymouthed** /mē'lēmowTHd'/ *adj.* afraid to speak plainly [OE]

**mean**[1] /mēn/ *v.* (meant, meaning) 1 have as one's purpose or intention 2 design or destine 3 be of specified importance —**mean'ing** *n.* [OE]

**mean**[2] /mēn/ *adj.* 1 not generous 2 petty, small-minded 3 inferior; poor 4 shabby 5 *Slang* skillful 6 vicious or aggressive —**mean'ness** *n.* [OE]

**mean**[3] /mēn/ *n.* 1 a term midway between extremes 2 quotient of the sum of several quantities and their number (the average) —*adj.* 2 (of a quantity) equally far from two extremes [OFr fr. L *medianus* MEDIAN]

—**Usage:** The difference between *median* and *mean* is useful. *mean*, which is synonymous with *average*, is the result obtained by dividing the sum of a set of quantities by the number of quantities in the set...

**meander** /mēan'dǝr/ *v.* 1 wander at random 2 (of a stream) wind about [Gk *Maiandros*, a winding river in ancient Phrygia]

**meaning** /mē'niNG/ *n.* 1 significance 2 sense —*adj.* expressive —**mean'ingful** *adj.* —**mean'ingless** *adj.* —**mean'ingly** *adv.*

**means** /mēnz/ *n.pl.* 1 (often treated as *sing.*) action, agent, device, or method producing a result 2 resources; wealth 3 by all means certainly 4 by no means not at all —**mean by means of** by the agency of 5

**meant** /ment/ *v. past and past part. of* MEAN[1]

**meantime** /mēn'tīm/ *n.* 1 MEANWHILE —*adv.* 2 intervening period

**meanwhile** /mēn'wīl/ *adv.* 1 in the intervening period 2 at the same time —*n.* 3 intervening period

**measles** /mē'zǝlz/ *n.pl.* (treated as *sing.*) infectious viral disease marked by a red rash [LG or Du *masel*]

**measly** /mēz'lē/ *adj. Colloq.* contemptible (esp. small) or scanty [fr. MEASLES]

**measure** /mezh'ǝr/ *n.* 1 size or quantity found by measuring 2 unit of measurement 3 instrument for measuring 4 degree or extent —*v.* 5 ascertain the size or quantity of 6 be of specified size 7 **measure up** come up to a given standard —**meas'urable** *adj.* —**meas'urement** *n.* [OFr fr. L *mensura*]

**meat** /mēt/ *n.* flesh of animals as food —**meat'y** *adj.* (-ier, -iest) [OE]

**Mecca** /mek'ǝ/ *n.* city in W Saudi Arabia

**mechanic** /mǝkan'ik/ *n.* person skilled in using or repairing machinery [Gk *mekhanikos* fr. *mekhane* MACHINE]

**mechanical** /mǝkan'ikǝl/ *adj.* 1 of machines 2 working by machinery 3 automatic; repetitive 4 impersonal; unemotional —**mechan'ically** *adv.*

**mechanics** /mǝkan'iks/ *n.* 1 branch of applied mathematics dealing with motion, etc. 2 science of machinery

**mechanism** /mek'ǝnizǝm/ *n.* 1 structure or parts of a machine 2 system of parts working together 3 process, method [Gk *mekhane* MACHINE]

**medal** /med'ǝl/ *n.* commemorative metal disc [Fr fr. L *metallum* METAL]

**medallion** /mǝdal'yǝn/ *n.* 1 large medal 2 thing so shaped, e.g. a decorative panel, etc. [It *medaglione*]

**meddle** /med'ǝl/ *v.* interfere [OFr *medler*]

357

**Medellín** /med'ǝlēn'/ *n.* city in Colombia. Pop. 1,480,000

**medevac** /med'ǝvak'/ *n.* (also **med'i-vac**'ing) 1 transport injured people [fr. *medical evacuation*]

**media** /mē'dēǝ/ *n.pl. of* MEDIUM 2 the mass media —*adj.* [L. *media*]

**medial** /mē'dēǝl/ *adj.* situated in the middle —**me'dially** *adv.* [L. *medialis*]

**median** /mē'dēǝn/ *adj.* 1 situated in the middle 2 straight line from any vertex to the middle of the opposite side —*n.* 3 median value [L. *medianus*]

**mediate** /mē'dēāt'/ *v.* 1 intervene to settle a quarrel, etc. 2 act as an intermediary —**me'dia'tion** *n.* [L. *mediatus*]

**medic** /med'ik/ *n. Colloq.* 1 medical practitioner 2 medical corpsman

**Medicaid** /med'ǝkād'/ *n.* government health program paying medical expenses of those of limited income

**medical** /med'ikǝl/ *adj.* of medicine —**med'ically** *adv.*

**Medicare** /med'ǝkâr'/ *n.* government medical program for the elderly

**medicate** /med'ǝkāt'/ *v.* treat medically —**med'ica'tion** *n.* [L. *medicatus*]

**medicine** /med'isǝn/ *n.* 1 art and practice of the diagnosis, treatment, and prevention of disease 2 drug for the treatment or prevention of disease —**med'icinal** *adj.* [L. *medicina*]

**medieval** /mē'dēē'vǝl, med'-/ *adj.* of the Middle Ages —**me'die'valist** *n.* [L. *medium aevum* middle age]

**mediocre** /mē'dēō'kǝr/ *adj.* indifferent in quality 2 second-rate —**me'dioc'rity** /-dēok'ritē/ *n.* [L. *mediocris*]

**meditate** /med'ǝtāt'/ *v.* 1 engage in (esp. religious) contemplation 2 plan mentally —**med'ita'tion** *n.* —**med'ita'tive** *adj.* [L. *meditatus*]

**Mediterranean** /med'ǝtǝrā'nēǝn/ *adj.* 1 of the sea bordered by S Europe, SW Asia, and N Africa, or its surrounding region 2 designating the weather, etc., characteristic of this region [L. *mediterraneus* inland]

**medium** /mē'dēǝm/ *n.* (pl. -dia /-dēǝ/ or -ums) 1 middle quality, degree, etc., between extremes 2 means, esp. of communication 3 substance through which something is transmitted 4 material or form used by an artist, composer, etc. 5 (pl. -ums) person claiming to communicate with the dead —*adj.* 6 intermediate [L. *medium* middle]

**medley** /med'lē/ *n.* 1 varied mixture 2 collection of tunes, etc., played as one piece [OFr *medlee*]

**medulla** /mǝdul'ǝ/ *n.* (pl. -lae or -las) 1 inner part of certain organs, e.g. the kidney 2 MEDULLA OBLONGATA —**med'ullary** *adj.* [L.]

**medulla oblongata** /ob'lôNGgä'tǝ/ *n.* continuation of the spinal cord [L.]

**meek** /mēk/ *adj.* humble; submissive; gentle —**meek'ly** *adv.* —**meek'ness** *n.* [ON *mjūkr*]

**meet**[1] /mēt/ *v.* (met, meeting) 1 encounter; come together; come face to face 2 be present at the arrival of (a person, train, etc.) 3 come into contact (with); join 4 satisfy; conform —*n.* 5 meeting —**meet'ing** *n.* [OE]

**meet**[2] /mēt/ *adj. Archaic.* fitting; proper [OE]

**mega-** *comb. form* 1 large 2 one million (*megahertz*) [Gk *megas*]

**megabyte** /meg'ǝbīt'/ *n.* 1,000,000 bytes

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

*Exhibit B*

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: *Anthony L. Jones*          Reg. No.: *52893-080*          Unit: *B-4/28*

Specific Complaint and Requested Relief: ~~xxxxxxxxxxxxxxxxxxxxx~~ *69%* On November 1, 2004,
Unicor USP Pollock started to have overtime in Detail Seven and Ten, The Administration

(hereinafter) Staff inform all inmates in Detail Seven and Ten that i n order for an inmate

to work overtime, the inmate must agree with certain rules, one of these rules is/was that

staff would personally ask the inmate did he wish to work overtime o n each day that over

time was being worked, and if staff fail to ask you you would not be allowed to work over

*This is the 3rd time I've had to resubmit this & this shows that*

SEE ATTACHED PAGES: *the Administration has impeded my rights in this*

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _____

*None*

Counselor's Comments: _____

*Anthony Jones 2/8/05 + 5/6/05 & 6/23/05*
_____    _____
Inmate Signature / Date          Correctional Counselor / Date          Unit Manager / Date

NOTE:   Attach any pertinent documentation related to the inmate's complaint.

| | BP-8 Issued to Inmate | BP-8 Received by Counselor |
|---|---|---|
| Date: | *2/8/05* | |
| Counselor: | *Unicor* | |

*Exhibit B*

over time.

The month of November 2004 had twenty one work days and two Holidays and four Saturdays, I worked three Saturdays, one Holiday, and ever night ever time save November 30, 2004.

For the month of December 2004 there was twenty three work days, I worked overtime all but the twenty forth, twenty fifth and thirty first.

For the month of January 2005 there was 21, work days I worked overtime ever night up to January 26, 2005.

On or about January 13, 2005 I file an administrative remedy concerning the manner in which staff calculated my overtime pay.

On or about January 26, 2005, I file a nine concerning my overtime pay and as of that day staff violated it's on policy by not allowing me to work overtime from January 26, 2005, to February 2, 2005, when I ask staff why on February 3, 2005, I was told that I would be on from then on, but as of the drafting of this complaint staff has fail to put me on overtime while they work inmates from other details in the detail I am assign to.

The failure to put me on overtime did not occur until I file my BP 9, in concern of the manner in which my pay had been calculated.

The attached is exhibit A, which is a copy of the overtime list for February 5th, and 6th 2005, as can be seen from the Hi-lited those inmates is not assigned to either detail Seven nor Ten, yet I am not on this list nor did staff ask me whether I wanted to be on same. I am submitting as many of the overtime list that I can obtain in order to show that staff is violating it's own policy by retaliating against me for filing my administrative remedy.

Factory manager Abbarono told me that if I did not like the manner in which my overtime pay was being calculated to stop working overtime.

Unicor staff has retaliated against me for exercising my right to file an administrative remedy, by refusing to allow me to work overtime, while they allow inmates from other details to work overtime in Detail Seven and Ten.

I am requesting that I be ask ever day like it was prior to me filing for administrative remedy.

The Administration deprive me of my due process right to present evidence, by taking the slips which I attached to this 8, the Administration allege that I was not authorized to have said slips, yet it put forth no evidence to show that I was not suppose to have same. Nor has the administration put forth any evidence to show that no other inmates had said slips in their possession, or that J. Burge Foreman of Detail Ten did not give said slips to inmate Wilder and other inmates, the Administration makes a conclusory statement as to what happen and what did not happen, but submit no evidence as to their allegations.

The Administration states that I was not suppose to have said slips, yet I had gave them to the administration by putting same on the 8, and therefore, the administration could have still process my 8, for Lt. Milton had the 8, when he read me my rights, wherefore the question is what did Lt. Milton do with said 8? and what did the person who he gave the 8, to do with it? It is very eazy for the Administration to have found the 8.

With this 8, I am requesting to know what happen to that 8? Further I am requesting that the slips be submitted with this 8.

*Exhibit #4*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

No. 98-50685
USDC No. A-97-CV-579 (A-90-CR-177)

OCT  6 1998

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

**FILED**

versus

AUTRY LEE JONES,

OCT 13 1998

Defendant-Appellant. U.S. DISTRICT COURT
CLERK'S OFFICE

By_____ Deput

Appeal from the United States District Court
for the Western District of Texas

Before REYNALDO G. GARZA, JONES, and WIENER, Circuit Judges.
BY THE COURT:

This court must examine the basis of its jurisdiction on its
own motion if necessary.  Mosley v. Cozby, 813 F.2d 659, 660 (5th
Cir. 1987).  Rule 4(a)(1), Fed. R. App. P., requires that the
notice of appeal in a civil action in which the United States is
a party be filed within 60 days of entry of the judgment or order
from which appeal is taken.  A motion brought under 28 U.S.C.
§ 2255 is a civil action to which the 60-day appeal period
applies.  United States v. De los Reyes, 842 F.2d 755, 757 (5th
Cir. 1988).  In the present 28 U.S.C. § 2255 proceeding, the
final judgment was entered on December 17, 1997.  Therefore the
final day for filing a timely notice of appeal was Tuesday,

109

February 17, 1998, because the sixtieth day was a Sunday and the
following day was a legal holiday. See Fed. R. App. P. 26(a).
Defendant's pro se notice of appeal is dated by him as prepared
on June 8, 1998, and is stamped as filed on June 11, 1998.
Because the notice is dated as prepared on June 8, it could not
have been deposited in the prison mail system (and thereby
"filed") within the prescribed 60-day period. See Fed. R. App.
P. 4(c). The time limitation for filing a notice of appeal is
jurisdictional, and the lack of a timely notice mandates
dismissal of the appeal. Robbins v. Maggio, 750 F.2d 405, 408
(5th Cir. 1985).

We recognize that the defendant is attempting to excuse the
untimeliness of his notice of appeal, stating in it that he did
not receive notice of the entry of judgment until June 5, 1998.
Rule 4(a)(6), Fed. R. App. P., is the mechanism for a party to
obtain relief where he has failed to receive notice of the entry
of judgment in time to file a notice of appeal. It provides
that, if the district court finds that a party did not receive
notice within 21 days, the district court may reopen the time for
appeal upon a motion filed within 180 days of the entry of
judgment or within 7 days of the receipt of such notice,
whichever is earlier. In the present case, the defendant failed
to avail himself of this remedy by filing a Rule 4(a)(6) motion
in the district court, and the time for doing so has now expired.
This court has no authority to enlarge the time for filing the
notice of appeal. See Fed. R. App. P. 26(b).

A true copy
Test

APPEAL DISMISSED.

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
          Deputy

*Exhibit #2*

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: APRIL 12, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : AUTRY LEE JONES, 52873-080
      POLLOCK USP    UNT: B    QTR: B04-423L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 364205-A1
DATE RECEIVED  : MARCH 3, 2005
RESPONSE DUE   : MAY 2, 2005
SUBJECT 1      : UNICOR - GRADE,PAY,PROMOTION,BENEFITS
SUBJECT 2      :
INCIDENT RPT NO:

Exhibit #3

STATE OF LOUISIANA

PARISH OF GRANT                    <u>A F F I D A V I T</u>

    I, Howard Wilder prison number 30502-007, being of sound
mind and body make the foregoing affidavit of my own free will
and with absolutely no coercion what so ever.

    I make the following statement because it is the truth, the
whole truth, and under the penalty of perjury, and in accoradance
with Title 28 § 1746.

    I know for a fact that Foreman Burge of Unicor Ten on a dayly
basis give the Overtime out count slips to me and other inmates,
this is not done some times it is done every day, and it is given
to any inmate not just a certain inmate.

RESPECTFULLY SUBMITTED

/S/ Howard Wilder 30502-007
HOWARD WILDER
30502-007



**UNITED STATES GOVERNMENT**

*memorandum*

**FEDERAL PRISON INDUSTRIES, INC.**

**United States Penitentiary Pollock - POCS**
**Pollock, Louisiana**

*Exhibit #4*

September 2, 2005

MEMORANDUM FOR ALL CONCERNED

FROM:          J. Pentz, Quality Assurance Manager

SUBJECT:       Document Recall Notice

The following working documents are to be returned to the document control center for destruction to prevent their unintended use:

SOP-MEN3-SHIRTS-001
SOP-WOMS-SHIRTS-001
SOP-PULL-OVER-001
INSP-SMOCK-001
INSP-MENS-SHIRTS-001
INSP-WOMS-SHIRTS-001
INSP-PULL-OVER-001
INSP-SMOCK-001

Reference: 4.2.3, QM-4220 (Quality Manual).

cc:
POCS Staff
Bulletin board
Document Control Center

```
POLDN          *           POLLOCK USP              *     03-01-2004
PAGE 001                                                  14:32:34


     *****     *      *      *      ****   *    * ******* *****
     *        * *     *      *      *   *  *    *    *    *
     *       *   *    *      *      *    * *    *    *    ****
     *      *******   *      *      *    * *    *    *       *
     *****  *      *  ****** ****** ****  ****   *    *****

------------------------------------------------------------------------
                        UNT  NE CAMP          Exhibit #6

REG NO    NAME        FROM      TO        TIME  CATEGORY(2)  CATEGORY(3)

CALLOUTS  FOR  03-02-2004                       QTR ASGN     WRK ASGN
------------------------
05783-003 ADAMS                 HOSP RN    0900  A03-320L    AM DINING
79006-079 AMU                   HOSP XRAY  0900  C02-205L    UNICOR 2
                                C TEAM UP  1800  C02-205L    UNICOR 2
24786-034 ASHFORD               CDE_A1O    1400  A01-118L    W CORR AM
24955-004 AUDEMAR-FA            HOSP XRAY  0900  A01-106L    UNICOR 9
07585-112 BAILEY                EDUCSA     0730  A02-241L    TRASH AM
27085-180 BALDERRAMA            EDUCSA     1830  C02-252L    REC PM-2
11164-017 BANKS                 HS LABFAST 0730  A03-309L    TRASH AM
08753-035 BATES                 HOSP RN    0900  C01-109L    F/S OFFICE
30324-007 BELL                  EDUCSA     0730  C02-246L    C2 ORDERLY
69665-079 BENAVIDES             EDUCSA     1830  B04-445L    B4 ORDERLY
94410-080 BERNAL-RUI            HOSP XRAY  0730  C01-107L    UNICOR 6
33634-037 BEY                   EDUCSA     1830  A02-240U    TRASH AM
34981-037 BOSTON                EDUCSA     1830  B03-310U    MED FS PND
03736-003 BROWN                 C1 CCC     1330  C01-161L    UNICOR 6
28338-177 BROWN                 HOSP LAB   0900  B02-212U    E CORR AM
95050-080 BURKE                 HOSP XRAY  0900  A04-412U    UNICOR 6
09326-007 BUTLER                HOSP RN    1030  B02-233U    PM DINING
25008-018 BYRD                  HOSP RN    1030  A02-230U    PM DINING
26430-177 CALDWELL              HOSP LAB   1030  A03-349U    REC AM-2
81939-080 CAMACHO               DENTAL HYG 1230  B03-355L    B3 ORDERLY
03768-015 CAMILLE               CDE_A1O    1400  A01-114L    E CORR AM
12741-064 CANTLEY               EDUCSA     1830  C01-131U    E CORR AM
19040-076 CASE                  EDUCSA     1830  B02-258U    ELECTRIC 1
08828-062 CAVELY                HS LABFAST 0730  A01-135L    UNICOR 3
18480-018 CLARK                 CDE_A1O    1400  A01-134L    UNICOR 5
06943-003 COLEMAN               HOSP RN    0900  C01-129L    F/S OFFICE
09631-078 COLEMAN               EDUCSA     1830  A02-256U    A2 ORDERLY
82720-012 COLLETT               CDE_A1O    1400  A01-145L    A1 ORDERLY
42076-004 CORREA-PAT            B TEAM UP  1400  B03-318U    MED FS PND
11252-007 DAVIS                 A2 CSW     1650  A02-214U    USP BARBER
18167-037 DAY                   HOSP LAB   1030  A02-209U    REC PM-1
16610-056 DICKERSON             EDUCSA     1830  C03-346U    REC AM-1
05673-017 DICKINSON             B TEAM UP  1400  B03-341U    MED FS PND
                                EDUCSA     1830  B03-341U    MED FS PND
28645-077 DUKE                  R&D        0900  Z05-213LAD  SHU UNASSG

G0002     MORE PAGES TO FOLLOW . . .
```

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>D. Dixon counselor B-4 | DATE:<br>5/26/05 |
|---|---|
| FROM:<br>A. Jones | REGISTER NO.:<br>52873-080 |
| WORK ASSIGNMENT:<br>Elect. 2 | UNIT:<br>BU-4-423 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)                           *Exhibit #6*

   The attached Notice was posted i n BU-4, It states that articles

   which is confiscated from cells which inmates is not suppose to

   have will not be return and will be put in the **"HOT"**  Trash.

   My questions for you as counselor of BU-4, who determines what

   items is to be put in the hot trash? What is the BOP's policy con-

   cerning hot trash? Is the hot trash accessible to inmates?

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

Staff determine what items to be put in Hot Trash.
HOTTRASH is For STAFF ONly! Inmates are
not allowed to have or Possess Hot Trash.
Hot Trash is any item not authorized For
an inmate to Possess and that Particular Staff
deems the items as HOT TRASH!

| Signature Staff Member | Date<br>5-5-05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

# NOTICE !!!!

**Beware... ANY and ALL
cells that are not up to standards EACH morning
when I make rounds will receive an incident report.
B-4 is in 8th place this week for chow rotation.  ALL
hits were from individual cells.  I will take ANY and
ALL items not authorized and they will NOT be
returned, it will be taken out as HOT trash on the
9 am move.  Orderlies work too hard to have B4 come
in 8th place.  All clothslines, window, vent and door
covers will be taken.  All candles, ashtrays, and ANY
thing not authorized WILL BE TAKEN!!!   Clean it
up GUYS and ALL WILL BE WELL!!!!!!!!!!!!!!!!!!!!!**

OTV 5511. 06f
Attachment 1

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE
OUT-COUNT

*Exhibit #7*

DATE:  07/04/07    DETAIL:  UNICOR    TIME:  10:00 A.M.

| # | Reg. No. | Inmate's Name | Unit | # | Reg. No. | Inmate's Name | Unit |
|---|---|---|---|---|---|---|---|
| 1 | 48177-054 | Allen, Abdula | EA | 26 | 05319-087 | Turpin, Christopher | FA |
| 2 | 37320-054 | Barrios, Joe | EA | 27 | 56171-053 | Woody, Warren | FA |
| 3 | 78613-080 | Freeman, Deandre | EA | 28 | 13507-067 | Brown, Edwin | FB |
| 4 | 11557-014 | Hunter, Jeffrey | EA | 29 | 05083-070 | Bustillo, Craig | FB |
| 5 | 52873-080 | Jones, Autry | EA | 30 | 80205-038 | Castro, Angel | FB |
| 6 | 03311-007 | Moore, Jeffrey | EA | 31 | 63711-053 | Counts, Ronald | FB |
| 7 | 04899-082 | Morrell, Eugene | EA | 32 | 51163-004 | Pierre, Steven | FB |
| 8 | 90386-038 | Pena, Ramon | EA | 33 | 90641-038 | Torres, Isaac | FB |
| 9 | 24449-038 | Pina, John | EA | 34 | 55602-004 | Wilson, Terrence | FB |
| 10 | 70287-083 | Smith, Gregory | EA | 35 | 48555-054 | Acosta, Felix | GA |
| 11 | 48367-054 | Banks, Roberto | EB | 36 | 55077-083 | Corcino, Jesus | GA |
| 12 | 14875-014 | Batiz, Heriberto | EB | 37 | 03011-049 | Cote, Vincent | GA |
| 13 | 02751-049 | Champagne, Robert | EB | 38 | 08571-007 | Haynes, Gary | GA |
| 14 | 11981-014 | Colon, Raul | EB | 39 | 06221-007 | Smith, Donald | GA |
| 15 | 12753-014 | Derry, Leroy | EB | 40 | 05141-070 | Sornoza, Roberto | GA |
| 16 | 42978-054 | Mendoza, Alphonso | EB | 41 | 40614-050 | Kearny, George | GB |
| 17 | 24100-038 | Miller, Marcus | EB | 42 | 12965-014 | Majors, Ray | GB |
| 18 | 44330-054 | Olivares, Richard | EB | 43 | 38023-054 | Ocasio, William | GB |
| 19 | 13649-050 | Clark, Kent | FA | 44 | 15531-056 | Polanco, Anthony | GB |
| 20 | 20463-074 | Gary, Sherman | FA | 45 | 05846-084 | Williams, Weston | GB |
| 21 | 13377-067 | Goenaga, Kenneth | FA | 46 | | | |
| 22 | 17427-050 | Hickman, Steve | FA | 47 | | | |
| 23 | 24847-038 | Knight, Melvin | FA | 48 | | | |
| 24 | 26491-083 | Merrick, Anthony | FA | 49 | | | |
| 25 | 23785-050 | Romero, Luis | FA | 50 | | | |

| E-A: | 10 | F-A: | 9 | G-A: | 6 | Z-A: | 0 | C-A: | 0 |
|---|---|---|---|---|---|---|---|---|---|
| E-B: | 8 | F-B: | 7 | G-B: | 5 | M-A: | 0 | Other: | 0 |

TOTAL COUNT:  45

_____        _____        _____
Detail Supervisor        Operations Lieutenant        Control Center Officer

NOTE: This form must be submitted to the message center two (2) hours prior to the affected count. Prepare this form in ink
and group the inmates in alphabetical order according to their respective units last name first.

**Retention: 30 Days**

# PAY ISSUES

## Overtime Pay (includes Saturday)          *Exhibit #8*

**REMEMBER:** In order to receive overtime pay each day, you must work 7.25 hours **FIRST.** **Example:** If you have a two-hour call-out during the day, the first two hours worked that evening applies to regular work hours.

**If you are paid straight time, it is calculated as follows:**

Hours Worked x Grade Rate x 2 = **Total Overtime Compensation**

**If you are on Piece Rate, it is calculated in two parts as follows:**

1. Total number of pieces for the day x Piece Rate =
         **Total incentive pay for the day (TIP)**
                        (plus)
2. Total incentive pay for the day (divided by) Total hours worked for the day =
                  **Average Hourly Rate**
                        (then)
Average Hourly Rate x Overtime Hours Worked = **Overtime premium for the day**

**Add Parts 1 & 2 together to arrive at the total pay for the day.**

**Example:** Someone works 7.25 regular hours and 4.25 overtime hours in a day. A total of 648 pieces are completed for the day at a rate of .012 per piece. The calculation is as follows:

       648 pieces x .012 = **$7.77**     **(then)**
       Take $7.77 (divided by) 11.5 hours (worked that day) =  $.67/hour **(and)**
       $.67/hour x 4.25 overtime hours = **$2.85**

       **Total Pay for the Day**              **$10.62**

## Overtime Pay (Straight time during the day and Piece Rate during Overtime)

If a Grade 2 (.92/hour) works straight time for 7.25 hours, it will be:

7.25 hours x .92 = **$6.67**

At night, he works at a piece rate of $.02 and does 400 pieces for 4.25 hours:

400 pieces x .02 = **$8.00** (then)
$8.00 divided by 4.25 (hours of overtime) = $1.88 Hourly Rate (so)
$1.88 x 4.25 hours = **$8.00**

**Total pay for the day would be $22.67.**

## Holiday Pay -

There are two parts when it concerns holiday pay:

1. You are paid holiday pay (whether your work or not) which is calculated as follows:

GRADE RATE x 7.25 hours

2. If you work on the holiday for 7.25 hours, you are paid as follows **(in addition to #1)**

GRADE RATE x 7.25 hours
**(or)**
PIECE RATE AMOUNT x # of PIECES THAT DAY

**Note:** To receive holiday pay, you must work the day prior and the day after the holiday.

Mr. Autry Lee Jones
52873-080-BU-4-423
P.O. Box 2099
Pollock, LA 71467


September 5, 2004


Director of Corrections
320 First St. NW
Washington, D C 20001

*Exhibit #90*

Dear Sir:

    This letter comes to you in concern of the response to my B P 11, same was suppose to be due on August 14, 2004, as of the date of this letter I have not gotten a response to same.

    Also I would like to know the status of my Freedom of Information Act request concern the rate increase.

    I am thanking you for your time help, and concern in this matter.

*P. S. I l No.
32 6909 - A 1*

Sincerely

/S/ *Autry*
Mr. Autry Lee Jones



**U.S. Departme    f Justice**

Federal Bureau of Prisons

OCT 2 0 2004

Washington, D.C. 20534

*Exhibit #10*

Autry Lee Jones
Register Number 52873-080
United States Penitentiary
P.O. Box 2099
Pollock, LA 71467

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:  Request for Information, FOIA Request No. 2004-08890

Dear Mr. Jones:

    This is in response to your Freedom of Information Act request "to obtain an itemize list of the rising program costs which was made by the Truts Fund, and the budget which the BOP obtain for its recreation program in the BOP."

    We have located twenty-three (23) pages of information in response to your request.  No pages have been excised or withheld.

    I trust this has been responsive to your request.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosure: 23 pages

cc: File

Exhibit #10

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 2025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 2026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 2027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 2028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 2029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 2030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 2031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 2032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |
| 2033 | FIN MGT - INST RELATED | 222 | 20 | REGIONAL OFFICE |
| 2034 | FIN MGT - SHARED EXP | 522 | 20 | REGIONAL OFFICE |
| 2035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 2036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 2037 | REIMB TRAINING | 238 | 20 | REGIONAL OFFICE |
| 2038 | LABOR LAW ATTORNEYS | 502 | 20 | REGIONAL OFFICE |
| 2039 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 2040 | HUMAN RESOURCE SECURITY OFFICE | 221 | 20 | REGIONAL OFFICE |
| 2041 | LOCKSMITH/ARMORY OPER | 287 | 20 | REGIONAL OFFICE |
| 2042 | CONSOLIDATED LEGAL | 203 | 20 | REGIONAL OFFICE |
| 21C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 21L1 | RELOCATION - CO FUNDED | 176 | 21 | TRAINING CENTER |
| 21L7 | RELOCATION - TF FUNDED | 120 | 21 | TRAINING CENTER |
| 21MD | ACCTS REC - TRAVEL | 108 | 21 | TRAINING CENTER |
| 21ME | ACCTS REC - SALARY | 144 | 21 | TRAINING CENTER |
| 21MF | EMPLOYEE OFFSET | 463 | 21 | TRAINING CENTER |
| 21N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 21U7 | PROPERTY/PROCUREMENT | 157 | 21 | TRAINING CENTER |
| 21ZZ | ADM SAL ACCRUAL/DEFAULT | 199 | 21 | TRAINING CENTER |
| 2101 | MSTC OPERATIONS | 402 | 21 | TRAINING CENTER |
| 2102 | FINANCIAL MGMT TRAINING | 403 | 21 | TRAINING CENTER |
| 2103 | LEGAL TRAINING PROGRAM | 404 | 21 | TRAINING CENTER |
| 2104 | EMPLOYEE DEV ASST OFFICE | 405 | 21 | TRAINING CENTER |
| 2105 | MSTC COMPUTER SERVICES | 406 | 21 | TRAINING CENTER |
| 2106 | INSTRUCTIONAL TECH | 407 | 21 | TRAINING CENTER |
| 2107 | CURRICULUM DESIGN | 408 | 21 | TRAINING CENTER |
| 2108 | SPECIFIC DISC TRNG | 409 | 21 | TRAINING CENTER |
| 2109 | FLETC | 436 | 21 | TRAINING CENTER |
| 2110 | FOOD MANAGEMENT TRAINING | 438 | 21 | TRAINING CENTER |
| 2111 | STC ARTESIA OPERATION | 439 | 21 | TRAINING CENTER |
| 2112 | AFFIRMATIVE ACTION | 472 | 21 | TRAINING CENTER |
| 2113 | MSTC ADM MGMT | 402 | 21 | TRAINING CENTER |
| 2114 | FLETC ADM MGMT | 436 | 21 | TRAINING CENTER |
| 2115 | MSTC HRM DEPT | 414 | 21 | TRAINING CENTER |
| 22AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 22AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 22AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 22BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 22BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 22BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 22B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 22CL | CIVIL LAWSUIT ACTIONS | 171 | 22 | NATIONAL PROGRAMS |
| 22C3 | ITS S&E | 120 | 22 | NATIONAL PROGRAMS |
| 22C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 22E1 | CORRECTIONAL SERVICES | 115 | 22 | NATIONAL PROGRAMS |
| 22FD | NAT DRUG ABUSE PROG | 417 | 22 | NATIONAL PROGRAMS |
| 22FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 22F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 22G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 22G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 22L1 | RELOCATION - CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 22L2 | CHG DUTY-REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 22L3 | CHG DUTY-INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 22L4 | RELOCATION UNICOR | 498 | 22 | NATIONAL PROGRAMS |
| 22L5 | RELOCATION - TF ADMIN | 400 | 22 | NATIONAL PROGRAMS |
| 22L6 | RELOCATION - TF FPPOS | 123 | 22 | NATIONAL PROGRAMS |
| 22L7 | RELOCATION - TF FUNDED | 120 | 22 | NATIONAL PROGRAMS |
| 22L9 | RELOCATION - TF DEPOSIT | 105 | 22 | NATIONAL PROGRAMS |
| 22MS | SECURITY & BACKGROUND INVESTIG | 448 | 22 | NATIONAL PROGRAMS |
| 22M1 | CHIEF EXECUTIVE OFFICER | 101 | 22 | NATIONAL PROGRAMS |
| 22M2 | FINANCE BRANCH | 156 | 22 | NATIONAL PROGRAMS |
| 22M4 | HRM AUTOMATION | 457 | 22 | NATIONAL PROGRAMS |

*Exhibit #*

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 22M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 22PX | B&F NEW CONSTRUCTION | 146 | 22 | NATIONAL PROGRAMS |
| 22PZ | B&F REPAIR & IMPROV | 146 | 22 | NATIONAL PROGRAMS |
| 22S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 22S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 22UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 22UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 22UC | UNFORSEEN EVNT - INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 22UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 22UF | UNFORSEEN EVENT UNIT MGMT | 889 | 22 | NATIONAL PROGRAMS |
| 22UG | INFORSEEN EVENT EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 22UH | UNFORSEEN EVENT RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 22UJ | UNFORSEEN EVENT RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 22UK | UNFORSEEN EVENT PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 22UM | UNFORSEEN EVENT - MGT | 889 | 22 | NATIONAL PROGRAMS |
| 22UN | UNFORSEEN EVENT TRAINING | 889 | 22 | NATIONAL PROGRAMS |
| 22UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 22UT | UNFORSEEN EVENT CNTCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 22UX | UNFORSEEN EVNTS-MGT & ADM | 889 | 22 | NATIONAL PROGRAMS |
| 22U4 | INCENTIVE AWARDS-FIELD | 449 | 22 | NATIONAL PROGRAMS |
| 22U6 | EEO INVESTIGATIONS | 169 | 22 | NATIONAL PROGRAMS |
| 22U7 | PROPERTY/PROCUREMENT | 157 | 22 | NATIONAL PROGRAMS |
| 22XB | UNCONTROLLABLES-MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 22XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 22XR | UNCONTROLLABLES-CC | 197 | 22 | NATIONAL PROGRAMS |
| 22XX | UNCONTROLLABLES-MGT &ADM | 197 | 22 | NATIONAL PROGRAMS |
| 22X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 2216 | TRUST FUND NATIONAL PROGRAMS | 400 | 22 | NATIONAL PROGRAMS |
| 2225 | DEPOSIT FUND | 105 | 22 | NATIONAL PROGRAMS |
| 31L1 | RELOCATION -DIR OFC | 176 | 31 | DIRECTOR'S OFFICE |
| 31ZZ | ADMIN/SAL DEFAULT | 199 | 31 | DIRECTOR'S OFFICE |
| 3100 | RESERVES - DIRECTOR'S OFFICE | 101 | 31 | DIRECTOR'S OFFICE |
| 3101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 3102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 32C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 32L1 | CO ADMIN - RELO - CO FUNDED | 176 | 32 | ADMINISTRATION |
| 32MD | ACCTS REC - TRAVEL | 108 | 32 | ADMINISTRATION |
| 32ME | ACCTS REC - SALARY | 144 | 32 | ADMINISTRATION |
| 32MF | EMPLOYEE OFFSET | 463 | 32 | ADMINISTRATION |
| 32PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 32PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 32ZC | TRUST FUND PAYROLL DEFAULT | 123 | 32 | ADMINISTRATION |
| 32ZZ | ADM SAL ACCRUAL/DEFAULT | 199 | 32 | ADMINISTRATION |
| 3200 | ADMINISTRATION | 100 | 32 | ADMINISTRATION |
| 3201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 3202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 3203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 3204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 3205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 3206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 3207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 3208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 3209 | CO FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 3210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 3211 | CO - PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 3212 | SITE SELECTION ENV REV | 435 | 32 | ADMINISTRATION |
| 3213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 3214 | TRUST FUND  BRANCH | 123 | 32 | ADMINISTRATION |
| 3215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 3216 | TRUST FUND ADMIN 400-1 | 400 | 32 | ADMINISTRATION |
| 3217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 3218 | FACILITIES-INST MAINT | 134 | 32 | ADMINISTRATION |
| 3219 | FIN BR FPS FIN STAT PREP | 456 | 32 | ADMINISTRATION |
| 3220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 3221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |
| 3222 | RELOCATION SERVICES | 177 | 32 | ADMINISTRATION |
| 3223 | FMIS/RELO SALARIES | 156 | 32 | ADMINISTRATION |
| 3224 | TRUST FUND PS 400-2-21L | 400 | 32 | ADMINISTRATION |
| 3225 | TRUST FUND DEPOSIT FUND | 105 | 32 | ADMINISTRATION |
| 3226 | NATIONAL CENTER | 113 | 32 | ADMINISTRATION |

(6)

Exhibit B

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 33L1 | CO COMM CORR - RELO-CO FUND | 176 | 33 | COMM CORR & DETENTION |
| 33ZZ | ADMIN/SAL DEFAULT | 199 | 33 | COMM CORR & DETENTION |
| 3300 | COMM CORR AND DETNT | 100 | 33 | COMM CORR & DETENTION |
| 3301 | EXEC OFFICE COMM CORR | 420 | 33 | COMM CORR & DETENTION |
| 3302 | COMM CORR BRANCH | 421 | 33 | COMM CORR & DETENTION |
| 3303 | DETENTION BRANCH | 422 | 33 | COMM CORR & DETENTION |
| 3304 | CITIZEN PARTICIPATION | 447 | 33 | COMM CORR & DETENTION |
| 3305 | COMMUNITY CORRECTIONS | 107 | 33 | COMM CORR & DETENTION |
| 3311 | CO-PRIVATIZE PROJ MGT TEAM | 450 | 33 | COMM CORR & DETENTION |
| 3312 | D. C. TRANSITION | 451 | 33 | COMM CORR & DETENTION |
| 3313 | D.C. TRANSITION | 451 | 33 | COMM CORR & DETENTION |
| 34L1 | CO CORR PROG - RELO-CO FUND | 176 | 34 | CORRECTIONAL PROGRAMS |
| 34ZZ | ADMIN/SAL DEFAULT | 199 | 34 | CORRECTIONAL PROGRAMS |
| 3400 | CORR PROGRAMS | 100 | 34 | CORRECTIONAL PROGRAMS |
| 3401 | EXEC OFFICE CORR PROG | 110 | 34 | CORRECTIONAL PROGRAMS |
| 3402 | CORRECTIONAL MGMT | 104 | 34 | CORRECTIONAL PROGRAMS |
| 3403 | CORRECTIONAL SERVICES | 115 | 34 | CORRECTIONAL PROGRAMS |
| 3404 | DRUG ABUSE | 117 | 34 | CORRECTIONAL PROGRAMS |
| 3405 | DRUG TRANSITIONAL SVCS | 440 | 34 | CORRECTIONAL PROGRAMS |
| 3406 | EMPLOYEE ASSISTANCE | 184 | 34 | CORRECTIONAL PROGRAMS |
| 3407 | INMATE SYSTEMS MGMT | 128 | 34 | CORRECTIONAL PROGRAMS |
| 3408 | PSYCHOLOGY | 116 | 34 | CORRECTIONAL PROGRAMS |
| 3409 | RELIGIOUS SERVICES | 114 | 34 | CORRECTIONAL PROGRAMS |
| 3410 | SPECIAL NEEDS | 140 | 34 | CORRECTIONAL PROGRAMS |
| 3411 | CORR SVCS-INST RELATED | 115 | 34 | CORRECTIONAL PROGRAMS |
| 3412 | DC OFFENDERS | 452 | 34 | CORRECTIONAL PROGRAMS |
| 3413 | DC RECORDS CENTER | 429 | 34 | CORRECTIONAL PROGRAMS |
| 3414 | FAITH BASED PROGRAMS | 424 | 34 | CORRECTIONAL PROGRAMS |
| 35L1 | CO GEN COUNSEL-RELO-CO FUND | 176 | 35 | GENERAL COUNSEL |
| 35ZZ | ADMIN/SAL DEFAULT | 199 | 35 | GENERAL COUNSEL |
| 3500 | GENERAL COUNSEL | 100 | 35 | GENERAL COUNSEL |
| 3501 | CO - LEGAL | 102 | 35 | GENERAL COUNSEL |
| 3502 | INTERNAL AFFAIRS | 126 | 35 | GENERAL COUNSEL |
| 3503 | EEO INVESTIGATIONS | 169 | 35 | GENERAL COUNSEL |
| 3504 | CO-LABOR LAW BRANCH | 191 | 35 | GENERAL COUNSEL |
| 36L1 | CO HEALTH SVCS-RELO-CO FUND | 176 | 36 | HEALTH SERVICES |
| 36ZZ | ADMIN/SAL DEFAULT | 199 | 36 | HEALTH SERVICES |
| 3600 | HEALTH SERVICES | 100 | 36 | HEALTH SERVICES |
| 3601 | FOOD SERVICE | 132 | 36 | HEALTH SERVICES |
| 3602 | MEDICAL | 150 | 36 | HEALTH SERVICES |
| 3603 | SAFETY | 151 | 36 | HEALTH SERVICES |
| 3604 | WELLNESS PROGRAM | 142 | 36 | HEALTH SERVICES |
| 37L1 | CO HRM - RELO - CO FUNDED | 176 | 37 | HUMAN RESOURCE MGT |
| 37ZZ | ADMIN/SAL DEFAULT | 199 | 37 | HUMAN RESOURCE MGT |
| 3700 | HUMAN RESOURCE MGMT | 100 | 37 | HUMAN RESOURCE MGT |
| 3701 | EXEC OFFICE HRMD | 153 | 37 | HUMAN RESOURCE MGT |
| 3702 | AFFIRMATIVE ACTION | 172 | 37 | HUMAN RESOURCE MGT |
| 3703 | AFFIRM ACT ACTIVITIES | 472 | 37 | HUMAN RESOURCE MGT |
| 3704 | CAREER DEVELOPMENT | 186 | 37 | HUMAN RESOURCE MGT |
| 3705 | COPO - PERSONNEL | 442 | 37 | HUMAN RESOURCE MGT |
| 3706 | INCENTIVE AWARDS | 449 | 37 | HUMAN RESOURCE MGT |
| 3707 | LABOR MGMT RELATIONS | 168 | 37 | HUMAN RESOURCE MGT |
| 3708 | MGMT & EXEC TRAINING | 127 | 37 | HUMAN RESOURCE MGT |
| 3709 | CO PERSONNEL | 121 | 37 | HUMAN RESOURCE MGT |
| 3710 | RECRUITMENT | 154 | 37 | HUMAN RESOURCE MGT |
| 3711 | TRAINING | 130 | 37 | HUMAN RESOURCE MGT |
| 3712 | TRAINING INSTITUTION RELATED | 130 | 37 | HUMAN RESOURCE MGT |
| 3713 | OMBUDSMAN | 100 | 37 | HUMAN RESOURCE MGT |
| 38L1 | CO EDUCATION -RELO-CO FUND | 176 | 38 | INDUSTRIES & EDUCATION |
| 38S8 | TF INMATE PLACEMENT PROGRAM | 480 | 38 | INDUSTRIES & EDUCATION |
| 38ZZ | ADMIN/SAL DEFAULT | 199 | 38 | INDUSTRIES & EDUCATION |
| 3800 | EDUCATION | 100 | 38 | INDUSTRIES & EDUCATION |
| 3801 | EDUCATION | 112 | 38 | INDUSTRIES & EDUCATION |
| 3802 | INMATE PLACEMENT BRANCH | 480 | 38 | INDUSTRIES & EDUCATION |
| 39L1 | CO IPPA - RELO - CO FUNDED | 176 | 39 | INFO POLICY & PUBLIC AFFA |
| 39ZZ | ADMIN/SAL DEFAULT | 199 | 39 | INFO POLICY & PUBLIC AFFA |
| 3900 | IPPA | 100 | 39 | INFO POLICY & PUBLIC AFFA |
| 3901 | EXEC OFFICE IPPA | 410 | 39 | INFO POLICY & PUBLIC AFFA |
| 3902 | BOP ARCHIVES | 195 | 39 | INFO POLICY & PUBLIC AFFA |
| 3903 | DOCUMENT CONTROL | 412 | 39 | INFO POLICY & PUBLIC AFFA |

*Exhibit 10*

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 3904 | INFORMATION SYSTEMS | 158 | 39 | INFO POLICY & PUBLIC AFFA |
| 3905 | NAT'L POLICY REVIEW | 411 | 39 | INFO POLICY & PUBLIC AFFA |
| 3906 | NIDA | 413 | 39 | INFO POLICY & PUBLIC AFFA |
| 3907 | EXT LIA INTER AFF | 441 | 39 | INFO POLICY & PUBLIC AFFA |
| 3908 | SECURITY TECHNOLOGY | 143 | 39 | INFO POLICY & PUBLIC AFFA |
| 3909 | PC SUPPORT & PROD CNTRL | 155 | 39 | INFO POLICY & PUBLIC AFFA |
| 3910 | PUBLIC AFFAIRS | 111 | 39 | INFO POLICY & PUBLIC AFFA |
| 3911 | RESEARCH | 147 | 39 | INFO POLICY & PUBLIC AFFA |
| 3913 | RESEARCH | 147 | 39 | INFO POLICY & PUBLIC AFFA |
| 3914 | CONG AFFAIRS | 100 | 39 | INFO POLICY & PUBLIC AFFA |
| 40L1 | COMM CORR NIC-RELO-CO FUND | 176 | 40 | COMMUNITY CORRECTIONS NIC |
| 40ZZ | ADMIN/SAL DEFAULT | 199 | 40 | COMMUNITY CORRECTIONS NIC |
| 4000 | NIC | 100 | 40 | COMMUNITY CORRECTIONS NIC |
| 4001 | NIC ADMIN | 103 | 40 | COMMUNITY CORRECTIONS NIC |
| 4002 | NIC ACADEMY | 430 | 40 | COMMUNITY CORRECTIONS NIC |
| 4003 | NIC PRISONS | 431 | 40 | COMMUNITY CORRECTIONS NIC |
| 4004 | NIC COMMUNITY | 432 | 40 | COMMUNITY CORRECTIONS NIC |
| 4005 | NIC JAILS | 433 | 40 | COMMUNITY CORRECTIONS NIC |
| 41L1 | CO PROG REVIEW-RELO-CO FUND | 176 | 41 | PROGRAM REVIEW |
| 41ZZ | ADMIN/SAL DEFAULT | 199 | 41 | PROGRAM REVIEW |
| 4100 | PROGRAM REVIEW | 100 | 41 | PROGRAM REVIEW |
| 4101 | CO-EXEC OFFICE PROGRAM REV | 106 | 41 | PROGRAM REVIEW |
| 4102 | ACA COORDINATION | 174 | 41 | PROGRAM REVIEW |
| 4103 | COMPETITION ADVOCACY | 190 | 41 | PROGRAM REVIEW |
| 4104 | PROGRAM ANALYSIS BRANCH | 192 | 41 | PROGRAM REVIEW |
| 4105 | CO - STRATEGIC MANAGEMENT BRAN | 193 | 41 | PROGRAM REVIEW |
| 4106 | CO - PROGRAM REVIEW | 194 | 41 | PROGRAM REVIEW |
| 4107 | PR- TRUST FUND | 194 | 41 | PROGRAM REVIEW |
| 4110 | PR - HEALTH SERVICES | 194 | 41 | PROGRAM REVIEW |
| 50L1 | LAST MOVE HOME-RELO-CO FUND | 176 | 50 | RELOCATION |
| 51AA | AIRLIFT-FOOD | 364 | 02 | LOW |
| 51AB | AIRLIFT-MEDICAL | 364 | 02 | LOW |
| 51AE | AIRLIFT-CUSTODY | 364 | 02 | LOW |
| 51AF | AIRLIFT-MGT&ADMIN SUPPORT | 364 | 02 | LOW |
| 51A1 | FOOD SERVICE | 332 | 02 | LOW |
| 51BA | BUS OPS-FOOD | 373 | 02 | LOW |
| 51BB | BUS OPS-MEDICAL | 373 | 02 | LOW |
| 51BE | BUS OPS-CUSTODY | 373 | 02 | LOW |
| 51BF | BUS OPS-MGT&ADMIN SUPPORT | 373 | 02 | LOW |
| 51BP | BUS OPS-MECH SVC | 373 | 02 | LOW |
| 51B1 | MEDICAL | 350 | 02 | LOW |
| 51B2 | NON BOP MEDICAL CARE | 325 | 02 | LOW |
| 51B3 | SPECIAL MEDICAL SVCS | 365 | 02 | LOW |
| 51C1 | INMATE SERVICES | 323 | 02 | LOW |
| 51C2 | COMMISSARY OPERATIONS | 323 | 02 | LOW |
| 51C3 | ITS - S&E | 320 | 02 | LOW |
| 51C4 | ITS - TRUST FUND | 320 | 02 | LOW |
| 51C5 | TF-DIVIDEND DISTRIBUTION | 323 | 02 | LOW |
| 51C7 | CMS RENOVATION | 388 | 02 | LOW |
| 51C8 | TF INMATE PERFORM PAY | 367 | 02 | LOW |
| 51E1 | CORRECTIONAL SERVICES | 315 | 02 | LOW |
| 51E1WW | CORRECTIONAL SVCS WEST | 615 | 02 | LOW |
| 51E2 | LOCKSMITH / ARMORY | 387 | 02 | LOW |
| 51E2WW | LOCKSMITH / ARMORY WEST | 687 | 02 | LOW |
| 51E3 | NARCOTIC SURVEILANCE | 319 | 02 | LOW |
| 51E4 | UNIFORM CLOTHING | 340 | 02 | LOW |
| 51F1 | CASE MANAGEMENT | 311 | 02 | LOW |
| 51F2 | DRUG ABUSE PROGRAM | 317 | 02 | LOW |
| 51F3 | INMATE PERFORM PAY | 367 | 02 | LOW |
| 51F4 | INMATE RELEASE | 366 | 02 | LOW |
| 51F5 | LEGAL SERVICES | 375 | 02 | LOW |
| 51F6 | MGMT & ADMIN SUPPORT | 329 | 02 | LOW |
| 51F6WW | MGMT & ADMIN SUPPORT WEST | 629 | 02 | LOW |
| 51F7 | UNIT MANAGEMENT | 305 | 02 | LOW |
| 51F7WW | UNIT MANAGEMENT WEST | 605 | 02 | LOW |
| 51G1 | EDUCATION | 312 | 02 | LOW |
| 51H1 | LEISURE TIME ACTIVITIES | 313 | 02 | LOW |
| 51H1WW | LEISURE TIME ACTIVITIES WEST | 613 | 02 | LOW |
| 51J1 | RELIGIOUS SERVICES | 314 | 02 | LOW |
| 51J2 | FAITH BASED PROGRAMS | 324 | 02 | LOW |

Exhibit #10

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 51K1 | PSYCHOLOGY SERVICES | 316 | 02 | LOW |
| 51L1 | FORT DIX - RELO - CO FUNDED | 176 | 02 | LOW |
| 51L7 | FORT DIX - RELO - TF FUNDED | 120 | 02 | LOW |
| 51MA | WELLNESS PROGRAM | 342 | 02 | LOW |
| 51MD | ACCTS REC - TRAVEL | 308 | 02 | LOW |
| 51ME | ACCTS REC - SALARY | 344 | 02 | LOW |
| 51MF | EMPLOYEE OFFSET | 363 | 02 | LOW |
| 51M1 | CHIEF EXEC OFFICER | 301 | 02 | LOW |
| 51M2 | FINANCIAL MANAGEMENT | 322 | 02 | LOW |
| 51M3 | ADMIN STAFF TRAVEL | 341 | 02 | LOW |
| 51M4 | HUMAN RESOURCE MGMT | 321 | 02 | LOW |
| 51M5 | AFFIRMATIVE ACTION | 372 | 02 | LOW |
| 51M6 | LEGAL | 302 | 02 | LOW |
| 51M7 | INFORMATION SYSTEMS | 358 | 02 | LOW |
| 51M8 | RESEARCH | 347 | 02 | LOW |
| 51M9 | VOLUNTEER COORD PROG | 645 | 02 | LOW |
| 51N1 | TRAINING | 330 | 02 | LOW |
| 51PI | PRISON INDUSTRIES - REIMB | 398 | 02 | LOW |
| 51PX | B&F NEW CONSTRUCTION | 334 | 02 | LOW |
| 51PZ | B&F REPAIR & IMPROV | 334 | 02 | LOW |
| 51P1 | CONST & MECH SVCS | 334 | 02 | LOW |
| 51P1WW | CONST & MECH SVCS WEST | 634 | 02 | LOW |
| 51P2 | MOTOR POOL | 336 | 02 | LOW |
| 51P3 | POWER PLANT | 335 | 02 | LOW |
| 51P4 | PURCHASED UTIL | 339 | 02 | LOW |
| 51P5 | SAFETY | 351 | 02 | LOW |
| 51P5WW | SAFETY WEST | 651 | 02 | LOW |
| 51P6 | STAFF HOUSE MAINT | 362 | 02 | LOW |
| 51S3 | TF EDUCATION | 312 | 02 | LOW |
| 51S4 | TF RECREATION | 313 | 02 | LOW |
| 51S5 | TF PSYCHOLOGY | 316 | 02 | LOW |
| 51S8 | TF INMATE PLACEMENT PROGRAM | 480 | 02 | LOW |
| 51U7 | PROPERTY/PROCUREMENT | 157 | 02 | LOW |
| 51V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 02 | LOW |
| 512C | TRUST FUND PAYROLL DEFAULT | 323 | 02 | LOW |
| 512Z | ADM SAL ACCRUAL/DEFAULT | 399 | 02 | LOW |
| 5120PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5120PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 512001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 512002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 512003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 512004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 512005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 512006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 512007 | COMMUNITY CORRECTIONS | 207 | 20 | REGIONAL OFFICE |
| 512008 | CASE MANAGEMENT | 211 | 20 | REGIONAL OFFICE |
| 512009 | CORRECTIONAL SERVICES | 215 | 20 | REGIONAL OFFICE |
| 512010 | DRUG ABUSE | 217 | 20 | REGIONAL OFFICE |
| 512011 | INMATE PERFORM PAY | 267 | 20 | REGIONAL OFFICE |
| 512012 | NARCOTIC SURVEILANCE | 219 | 20 | REGIONAL OFFICE |
| 512013 | PSYCHOLOGY | 216 | 20 | REGIONAL OFFICE |
| 512014 | RELIGIOUS SERVICES | 214 | 20 | REGIONAL OFFICE |
| 512015 | UNIT MANAGEMENT | 205 | 20 | REGIONAL OFFICE |
| 512016 | LEGAL | 202 | 20 | REGIONAL OFFICE |
| 512017 | EEO INVESTIGATIONS | 269 | 20 | REGIONAL OFFICE |
| 512018 | FOOD SERVICE | 232 | 20 | REGIONAL OFFICE |
| 512019 | MEDICAL | 250 | 20 | REGIONAL OFFICE |
| 512020 | NON BOP MEDICAL | 225 | 20 | REGIONAL OFFICE |
| 512021 | REG TRANSITIONAL CARE | 540 | 20 | REGIONAL OFFICE |
| 512022 | SAFETY | 251 | 20 | REGIONAL OFFICE |
| 512023 | WELLNESS | 242 | 20 | REGIONAL OFFICE |
| 512024 | AFFIRMATIVE ACTION | 272 | 20 | REGIONAL OFFICE |
| 512025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 512026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 512027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 512028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 512029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 512030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 512031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 512032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |

Exhibit 10

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 512033 | FIN MGT - INST RELAT | 222 | 20 | REGIONAL OFFICE |
| 512034 | FIN MGT - SHARED EXP | 522 | 02 | REGIONAL OFFICE |
| 512035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 512036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 512039 | MOTOR POOL D/U | 236 | 20 | REGIONAL OFFICE |
| 5121C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 5121N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 5122AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 5122AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 5122AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 5122BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 5122BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 5122BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 5122B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 5122C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 5122FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 5122F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 5122G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 5122G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 5122L1 | CHG OF DUTY-CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 5122L2 | CHG DUTY - REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 5122L3 | CHG DUTY - INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 5122M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 5122S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5122S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5122UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 5122UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 5122UC | UNFORSEEN EVNT-INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 5122UF | UNFORSEEN EVNT-UNIT MGT | 889 | 22 | NATIONAL PROGRAMS |
| 5122UG | UNFORSEEN EVNT-EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 5122UH | UNFORSEEN EVNT-RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 5122UJ | UNFORSEEN EVNT-RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UK | UNFORSEEN EVNT-PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 5122UM | UNFORSEEN EVNT-ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5122UN | UNFORSEEN EVNT-TRNG | 889 | 22 | NATIONAL PROGRAMS |
| 5122UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 5122UT | UNFORSEEN EVNT-CNTRCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UX | UNFORSEEN EVNT-MGT&ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5122XB | UNCONTROLLABLES - MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 5122XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 5122XR | UNCONTROLLABLES - CC | 197 | 22 | NATIONAL PROGRAMS |
| 5122XX | UNCONTROLLABLES - MGT | 197 | 22 | NATIONAL PROGRAMS |
| 5122X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 513101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 513102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 5132C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 5132PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 5132PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 513201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 513202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 513203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 513204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 513205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 513206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 513207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 513208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 513209 | FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 513210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 513211 | PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 513212 | SITE SELECTION ENV R | 435 | 32 | ADMINISTRATION |
| 513213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 513214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 513215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 513216 | TRUST FUND | 400 | 32 | ADMINISTRATION |
| 513217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 513218 | FACILITIES - INST MAIN | 134 | 32 | ADMINISTRATION |
| 513219 | FIN BR FPS FIN STAT | 533 | 32 | ADMINISTRATION |
| 513220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 513221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |

(10)

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
| ------- | ----- | ------ | -- | -------- |
| 53MD | ACCTS REC - TRAVEL | 308 | 05 | DETENTION |
| 53ME | ACCTS REC - SALARY | 344 | 05 | DETENTION |
| 53MF | EMPLOYEE OFFSET | 363 | 05 | DETENTION |
| 53M1 | CHIEF EXEC OFFICER | 301 | 05 | DETENTION |
| 53M2 | FINANCIAL MANAGEMENT | 322 | 05 | DETENTION |
| 53M3 | ADMIN STAFF TRAVEL | 341 | 05 | DETENTION |
| 53M4 | HUMAN RESOURCE MGMT | 321 | 05 | DETENTION |
| 53M5 | AFFIRMATIVE ACTION | 372 | 05 | DETENTION |
| 53M6 | LEGAL | 302 | 05 | DETENTION |
| 53M7 | INFORMATION SYSTEMS | 358 | 05 | DETENTION |
| 53M8 | RESEARCH | 347 | 05 | DETENTION |
| 53M9 | VOLUNTEER COORD PROG | 645 | 05 | DETENTION |
| 53N1 | TRAINING | 330 | 05 | DETENTION |
| 53PI | PRISON INDUSTRIES - REIMB | 398 | 05 | DETENTION |
| 53PX | B&F NEW CONSTRUCTION | 334 | 05 | DETENTION |
| 53PZ | B&F REPAIR & IMPROV | 334 | 05 | DETENTION |
| 53P1 | CONST & MECH SVCS | 334 | 05 | DETENTION |
| 53P2 | MOTOR POOL | 336 | 05 | DETENTION |
| 53P3 | POWER PLANT | 335 | 05 | DETENTION |
| 53P4 | PURCHASED UTIL | 339 | 05 | DETENTION |
| 53P5 | SAFETY | 351 | 05 | DETENTION |
| 53P6 | STAFF HOUSE MAINT | 362 | 05 | DETENTION |
| 53S3 | TF EDUCATION | 312 | 05 | DETENTION |
| 53S4 | TF RECREATION | 313 | 05 | DETENTION |
| 53S5 | TF PSYCHOLOGY | 316 | 05 | DETENTION |
| 53S8 | TF INMATE PLACEMENT PROGRAM | 480 | 05 | DETENTION |
| 53U7 | PROPERTY/PROCUREMENT | 157 | 05 | DETENTION |
| 53V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 05 | DETENTION |
| 53ZC | TRUST FUND PAYROLL DEFAULT | 323 | 05 | DETENTION |
| 53ZZ | ADM SAL ACCRUAL/DEFAULT | 399 | 05 | DETENTION |
| 5320PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5320PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 532001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 532002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 532003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 532004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 532005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 532006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 532007 | COMMUNITY CORRECTIONS | 207 | 20 | REGIONAL OFFICE |
| 532008 | CASE MANAGEMENT | 211 | 20 | REGIONAL OFFICE |
| 532009 | CORRECTIONAL SERVICES | 215 | 20 | REGIONAL OFFICE |
| 532010 | DRUG ABUSE | 217 | 20 | REGIONAL OFFICE |
| 532011 | INMATE PERFORM PAY | 267 | 20 | REGIONAL OFFICE |
| 532012 | NARCOTIC SURVEILLANCE | 219 | 20 | REGIONAL OFFICE |
| 532013 | PSYCHOLOGY | 216 | 20 | REGIONAL OFFICE |
| 532014 | RELIGIOUS SERVICES | 214 | 20 | REGIONAL OFFICE |
| 532015 | UNIT MANAGEMENT | 205 | 20 | REGIONAL OFFICE |
| 532016 | LEGAL | 202 | 20 | REGIONAL OFFICE |
| 532017 | EEO INVESTIGATIONS | 269 | 20 | REGIONAL OFFICE |
| 532018 | FOOD SERVICE | 232 | 20 | REGIONAL OFFICE |
| 532019 | MEDICAL | 250 | 20 | REGIONAL OFFICE |
| 532020 | NON BOP MEDICAL | 225 | 20 | REGIONAL OFFICE |
| 532021 | REG TRANSITIONAL CARE | 540 | 20 | REGIONAL OFFICE |
| 532022 | SAFETY | 251 | 20 | REGIONAL OFFICE |
| 532023 | WELLNESS | 242 | 20 | REGIONAL OFFICE |
| 532024 | AFFIRMATIVE ACTION | 272 | 20 | REGIONAL OFFICE |
| 532025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 532026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 532027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 532028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 532029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 532030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 532031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 532032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |
| 532033 | FIN MGT - INST RELATED | 222 | 20 | REGIONAL OFFICE |
| 532034 | FIN MGT - SHARED EXP | 522 | 20 | REGIONAL OFFICE |
| 532035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 532036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 532039 | MOTOR POOL P/U | 236 | 20 | REGIONAL OFFICE |

*Exhibit D*

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 5321C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 5321N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 5322AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 5322AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 5322AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 5322BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 5322BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 5322BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 5322B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 5322C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 5322FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 5322F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 5322G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 5322G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 5322L1 | CHG OF DUTY - CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 5322L2 | CHG DUTY - REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 5322L3 | CHG DUTY - INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 5322M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAM |
| 5322S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5322S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5322UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 5322UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 5322UC | UNFORSEEN EVNT-INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 5322UF | UNFORSEEN EVNT-UNIT MGT | 889 | 22 | NATIONAL PROGRAMS |
| 5322UG | UNFORSEEN EVNT-EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 5322UH | UNFORSEEN EVNT-RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 5322UJ | UNFORSEEN EVNT-RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UK | UNFORSEEN EVNT-PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 5322UM | UNFORSEEN EVNT-ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5322UN | UNFORSEEN EVNT-TRNG | 889 | 22 | NATIONAL PROGRAMS |
| 5322UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 5322UT | UNFORSEEN EVNT-CNTRCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UX | UNFORSEEN EVNT-MGT&ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5322XB | UNCONTROLLABLES - MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 5322XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 5322XR | UNCONTROLLABLES - CC | 197 | 22 | NATIONAL PROGRAMS |
| 5322XX | UNCONTROLLABLES - MGT | 197 | 22 | NATIONAL PROGRAMS |
| 5322X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 533101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 533102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 5332C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 5332PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 5332PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 533201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 533202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 533203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 533204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 533205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 533206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 533207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 533208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 533209 | FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 533210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 533211 | PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 533212 | SITE SELECTION ENV REVIEW | 435 | 32 | ADMINISTRATION |
| 533213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 533214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 533215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 533216 | TRUST FUND | 400 | 32 | ADMINISTRATION |
| 533217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 533218 | FACILITIES - INST MAIN | 134 | 32 | ADMINISTRATION |
| 533219 | FIN BR FPS FIN STAT | 533 | 32 | ADMINISTRATION |
| 533220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 533221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |
| 533222 | RELOCATION SVCS | 177 | 32 | ADMINISTRATION |
| 533301 | EXEC OFFICE COMM CORR | 420 | 33 | COMM CORR & DETENTION |
| 533302 | COMM CORR BRANCH | 421 | 33 | COMM CORR & DETENTION |
| 533303 | DETENTION BRANCH | 422 | 33 | COMM CORR & DETENTION |

Exhibit #10

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 54BE | BUS OPS-CUSTODY | 373 | 05 | DETENTION |
| 54BF | BUS OPS-MGT&ADMIN SUPPORT | 373 | 05 | DETENTION |
| 54BP | BUS OPS-MECH SVC | 373 | 05 | DETENTION |
| 54B1 | MEDICAL | 350 | 05 | DETENTION |
| 54B2 | NON BOP MEDICAL CARE | 325 | 05 | DETENTION |
| 54B3 | SPECIAL MEDICAL SVCS | 365 | 05 | DETENTION |
| 54C1 | INMATE SERVICES | 323 | 05 | DETENTION |
| 54C2 | COMMISSARY OPERATIONS | 323 | 05 | DETENTION |
| 54C3 | ITS - S&E | 320 | 05 | DETENTION |
| 54C4 | ITS - TRUST FUND | 320 | 05 | DETENTION |
| 54C5 | TF-DIVIDEND DISTRIBUTION | 323 | 05 | DETENTION |
| 54C7 | CMS RENOVATION | 388 | 05 | DETENTION |
| 54C8 | TF INMATE PERFORMANCE PAY | 367 | 05 | DETENTION |
| 54E1 | CORRECTIONAL SERVICES | 315 | 05 | DETENTION |
| 54E2 | LOCKSMITH / ARMORY | 387 | 05 | DETENTION |
| 54E3 | NARCOTIC SURVEILANCE | 319 | 05 | DETENTION |
| 54E4 | UNIFORM CLOTHING | 340 | 05 | DETENTION |
| 54F1 | CASE MANAGEMENT | 311 | 05 | DETENTION |
| 54F2 | DRUG ABUSE PROGRAM | 317 | 05 | DETENTION |
| 54F3 | INMATE PERFORM PAY | 367 | 05 | DETENTION |
| 54F4 | INMATE RELEASE | 366 | 05 | DETENTION |
| 54F5 | LEGAL SERVICES | 375 | 05 | DETENTION |
| 54F6 | MGMT & ADMIN SUPPORT | 329 | 05 | DETENTION |
| 54F7 | UNIT MANAGEMENT | 305 | 05 | DETENTION |
| 54G1 | EDUCATION | 312 | 05 | DETENTION |
| 54H1 | LEISURE TIME ACTIVITIES | 313 | 05 | DETENTION |
| 54J1 | RELIGIOUS SERVICES | 314 | 05 | DETENTION |
| 54J2 | FAITH BASE PROGRAMS | 324 | 05 | DETENTION |
| 54K1 | PSYCHOLOGY SERVICES | 316 | 05 | DETENTION |
| 54L1 | PHILADELPHIA - RELO - CO FUND | 176 | 05 | DETENTION |
| 54L7 | PHILADELPHIA - RELO - TF FUND | 120 | 05 | DETENTION |
| 54MA | WELLNESS PROGRAM | 342 | 05 | DETENTION |
| 54MD | ACCTS REC - TRAVEL | 308 | 05 | DETENTION |
| 54ME | ACCTS REC - SALARY | 344 | 05 | DETENTION |
| 54MF | EMPLOYEE OFFSET | 363 | 05 | DETENTION |
| 54M1 | CHIEF EXEC OFFICER | 301 | 05 | DETENTION |
| 54M2 | FINANCIAL MANAGEMENT | 322 | 05 | DETENTION |
| 54M3 | ADMIN STAFF TRAVEL | 341 | 05 | DETENTION |
| 54M4 | HUMAN RESOURCE MGMT | 321 | 05 | DETENTION |
| 54M5 | AFFIRMATIVE ACTION | 372 | 05 | DETENTION |
| 54M6 | LEGAL | 302 | 05 | DETENTION |
| 54M7 | INFORMATION SYSTEMS | 358 | 05 | DETENTION |
| 54M8 | RESEARCH | 347 | 05 | DETENTION |
| 54M9 | VOLUNTEER COORD PROG | 645 | 05 | DETENTION |
| 54N1 | TRAINING | 330 | 05 | DETENTION |
| 54PI | PRISON INDUSTRIES - REIMB | 398 | 05 | DETENTION |
| 54PX | B&F NEW CONSTRUCTION | 334 | 05 | DETENTION |
| 54PZ | B&F REPAIR & IMPROV | 334 | 05 | DETENTION |
| 54P1 | CONST & MECH SVCS | 334 | 05 | DETENTION |
| 54P2 | MOTOR POOL | 336 | 05 | DETENTION |
| 54P3 | POWER PLANT | 335 | 05 | DETENTION |
| 54P4 | PURCHASED UTIL | 339 | 05 | DETENTION |
| 54P5 | SAFETY | 351 | 05 | DETENTION |
| 54P6 | STAFF HOUSE MAINT | 362 | 05 | DETENTION |
| 54S3 | TF EDUCATION | 312 | 05 | DETENTION |
| 54S4 | TF RECREATION | 313 | 05 | DETENTION |
| 54S5 | TF PSYCHOLOGY | 316 | 05 | DETENTION |
| 54S8 | TF INMATE PLACEMENT PROGRAM | 480 | 05 | DETENTION |
| 54U7 | PROPERTY/PROCUREMENT | 157 | 05 | DETENTION |
| 54V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 05 | DETENTION |
| 54ZC | TRUST FUND PAYROLL DEFAULT | 323 | 05 | DETENTION |
| 54ZZ | ADM SAL ACCRUAL/DEFAULT | 399 | 05 | DETENTION |
| 5420PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5420PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 542001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 542002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 542003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 542004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 542005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 542006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |

*Exhibit #13*

# INMATE REQUEST TO STAFF MEMBER

JONES, Autry                                                    RESPONSE
Reg. No.  52873-080                                             BP-148

This is in response to your Inmate Request to Staff Member dated
February 15, 2005, in which you request to be told who was called
during the process of your UDC hearing and that you be given an
extension on the filing of your BP-9 until you receive this
information.

An investigation into your complaint revealed you were found
guilty by the UDC on February 15, 2005, for Possession of
anything not authorized, code 305, and sanctioned to loss of your
UNICOR job.  It is not required for you to know what verbal
communication is exchanged between staff nor who that
communication is with.  Accordingly, your request for an
extension on your Administrative Remedy based on your receipt of
this particular information is denied.

I trust this response addresses your concerns.


_____                    _____
Bobby Tyler, Associate Warden (P)                  4/1/05
                                                        Date



U.S. **Department of Justice**
Federal Bureau of Prisons

# Program Statement

| | |
|---|---|
| **OPI:** | FPI |
| **NUMBER:** | 8570.01 |
| **DATE:** | 6/25/2001 |
| **SUBJECT:** | Accounting Procedures for Civilian and Inmate Payrolls – FPI |

1. **PURPOSE AND SCOPE.** To establish policies and procedures for processing civilian and inmate payroll in FPI's financial management system.

Federal Prison Industries' (FPI) civilian payroll is prepared by the Department of Agriculture's National Finance Center (NFC), based upon information submitted to it on the Personal Computer Time and Attendance Remote Entry System (PC-TARE) or the replacement system, the System for Time and Attendance Reporting (STAR). The NFC makes bi-weekly salary payments to FPI employees and posts financial data resulting from that disbursement to its Department of Justice – Central Accounting Data Inquiry System (DOJ-CADI).

The FPI Central Office accesses this financial data, referred to as Accounting Station Posting Media (ASPM), through NFC's DOJ-CADI System. Upon posting the cash transaction to the general ledger, Central Office staff then mail these ASPMs to each location's Business Manager who is responsible for allocating the payroll expense for his or her respective location to the appropriate expense accounts and cost centers in FPI's financial management system.

The Bureau's Human Resource Manager provides instructions for maintaining Time and Attendance reporting as outlined in the Human Resource Management Manual.

The Associate Warden (AW, I&E) or Superintendent of Industries (SOI) at each FPI location has responsibility for employing inmates and selecting them for key positions, premium pay positions, and other specialized positions as may become



GOVERNMENT EXHIBIT

PS 8570.01
6/25/2001
Page 2

available to inmate workers, after appropriate screening by the Unit Team.  The Business Manager or Plant Controller at each FPI field location is responsible for paying those inmate workers in accord with the Program Statement on FPI Work Programs for

credit at the time of transfer or separation are to be paid for that time.)

a. The accountant must determine the amount of contingent annual leave to accrue per employee by preparing a spreadsheet containing the number of hours of accrued annual leave to carry forward multiplied by an hourly rate computed from the latest ASPM. These amounts are then compared to the amounts currently accrued per employee to determine the proper adjustments.

The total amount of the adjustments is to be debited or credited to the liability account, Contingent Annual Leave (261000), with a Plant Identifier. The corresponding entry is to be made to Contingent Annual Leave expense (610700) by appropriate cost center. The accrual is to be made using the "G/L Account Posting" transaction (FB50) or other appropriate transaction.

The Business Manager is to maintain the spreadsheet containing the hours and amount of annual leave for each staff person as a subsidiary ledger supporting the liability account. Using the "General Ledger, Line Items" transaction (F.51) or other appropriate transaction, the Business Manager or designee must ensure that the supporting spreadsheet agrees with the end of year general ledger balance for the Contingent Annual Leave liability account.

b. It is not necessary to redistribute contingent annual leave amounts during the year when an employee transfers to another FPI location. The receiving factory will make any necessary year end adjustments for the employee's annual leave to the Contingent Annual Leave expense account (610700) using the receiving factory's cost center. At year end, the losing factory will establish its Contingent Annual Leave balance by **not** including the departed employee in its valuation.

c. When an employee retires or otherwise separates from the Bureau, the Contingent Annual Leave liability account is to be reduced by the amount of the annual leave settlement as it appears on the ASPM. Any variances in the liability account caused by this entry will be rectified when annual leave balances are re-computed at year end.

11. **INMATE PAY.** Inmate worker personnel matters are governed by the Program Statement on FPI Work Programs for Inmates. That policy outlines procedures for recruitment, hiring, work standards, and matters concerning pay and benefits. The FPI Inmate Payroll System (IPS) is designed to process payroll in accord with that PS' requirements.

12. **GRADING INMATE JOBS.** All inmate positions within FPI are to be supported by a Job Grading Sheet (FPI Form 82) and Job Schedule (FPI Form 83).

a. **Inmate Job Grading Sheet.** Inmate pay is based upon the grade of the job performed. The grade is determined and justified using the FPI Form 82 or other Product Support Center (PSC) approved substitute. This form is used to determine categories for the duties covered by an individual position and to determine a pay grade rating for that position.

Categories of duties are matched with actual job duties. The grade is determined using the numeric weights assigned to each category of duties. The job and its rating then become a part of the FPI factory's pay grade structure for payroll purposes.

- The classification method is based on the Dictionary of Occupational Titles (DOT) published by the U.S. Department of Labor. The DOT is available from the Superintendent of Documents, U.S. Government Printing Office, Washington DC and is also available on the Internet. In all cases, the appropriate nine digit DOT code is to be reported along with the DOT job title.

- The civilian foreman who is directly responsible for the job's performance, also is responsible for preparing the FPI Form 82. The Factory Manager or support manager (e.g., Quality Assurance Manager) is to approve all FPI Form 82s within his or her department.

b. **Inmate Job Schedule.** The FPI Form 83 (or PSC approved substitute) displays the grade structure and level of inmate employment for each FPI factory. This form lists all current jobs, titles, and pay grades.

While the FPI Form 82 is concerned with the a single position's structure, the FPI Form 83 is concerned with the composite structure of all positions. It is based upon FPI Form 82 information and provides data on production area skill (grade) needs.

The FPI Form 83 is compiled by the factory or section manager, reviewed and approved by the location's AW(I&E)/SOI and Warden, and approved by the appropriate Corporate Staff Office (e.g., General Manager). Each location is to submit an original and two copies of the FPI Form 83 supported by the FPI Form 82.

The Corporate or General Management Office will return the approved originals of the FPI Form 83 and a copy of the FPI Form 82 to the originating location, and will retain a copy for the working files.

c. **Business Office Inmate Positions.** The grading and scheduling of inmate jobs in areas assigned to the FMB (Business Office and Warehouse) are initiated by the Business Manager and reviewed and approved by the AW(I&E)/SOI and the Warden. Further FMB approval is not required.

d. **Completing the Forms.** The FPI Forms 82 and 83 are to be filled out completely and checked to verify that the DOT titles and codes used are recorded accurately on both forms. When job titles and codes are grouped by department or section, subtotals for those units must be shown.

Revised FPI Forms 82 and 83 are required whenever changes occur in job titles and codes, grade structure, or the number of inmate positions. Revised forms are to be processed in the same manner as the original FPI Form 82 and 83. When temporary or emergency situations require, the total authorized complement may be exceeded by 10 percent without referral to the General Manager.

e. **Cyclic Review.** The Program Statement on FPI Work Programs for Inmates requires that a review of inmate worker positions be completed prior to the annual Memorandum of Understanding (MOU) meeting and for any major product line change. To comply with this requirement, field locations are to submit the FPI Form 83 that is to support the MOU to the respective General Manager for approval prior to submitting the MOU. Due dates for submitting the MOU are established in the FPI Operating Plan Development Operations Memorandum published annually.

13. **INMATE PIECE RATE PAY.** Factory Managers are to use the FPI Form 57, Labor Estimates/Time Study, and the FPI Form 58, Schedule of Labor Rates, to develop and support piece rates. Once the rates are developed, they are to be scheduled on the FPI Form 83, and considered effective after approval by the Warden, General Manager and the PSC. Substitute forms or spreadsheets may be used in lieu of FPI Forms 57, 58 and 83 with the PSC's approval.

## 14. INDIVIDUAL INMATE PIECE RATE WORKERS

a. Two factors determine the amount of payment made to individual piece rate workers. The first factor is the number of units the individual piece rate worker produces. The second factor is the rate of pay for each unit.

> **Example:** During a specific month, a piece rate worker produces 1,440 units with a predetermined piece rate of eight cents per unit. The inmate worker's monthly pay would be $115.20. Assuming that the inmate put in 150 working hours, his or her rate of pay per hour would be approximately 77 cents an hour.

b. While the hours worked are not necessary for determining an inmate's monthly pay check, those hours must be maintained for other payroll and control purposes. The number of hours provides a basis for reviewing and analyzing the current individual piece rate formula's reasonableness compared with estimates or standards.

c. All FPI jobs under comparable pay systems with comparable grade assignments are to provide approximately the same compensation to inmates. The particular Product Group or factory involved should not be a determining factor in the payment rate made for comparable work.

## 15. INMATE WAGE FUND -- GROUP PIECE WORKERS.

To determine pay for inmate group piece workers, the available "wage fund" is computed by multiplying the units of production that the group completed by the applicable rate or rates. The hours actually worked in the 1st, 2nd, and 3rd grade jobs are to be increased by 150 percent, 100 percent, and 50 percent respectively and then added to the hours worked in 4th grade jobs to determine basic hours. The total wage fund is divided by basic hours to determine the hourly rate for 4th grade jobs.

Rates for other grade jobs are to be determined by increasing the 4th grade rate by the same percentages identified above. All decimals beyond the fourth place are dropped and any remaining balance is added to the wage fund for the next period.

> **Example:** A group of workers produce 840 units during the month in 13,000 hours. The rate established through time study or estimate using the FPI Forms 57 and 58 is $10 per unit. The wage fund for the

PS 8570.01
6/25/2001
Page 10

month is $8,400 (840 units times 10).  Hours
worked were: 1st grade - 2,000 hours; 2nd grade -
3,000 hours; 3rd grade - 2,000 hours; 4th grade -
6,000 hours.  Pay rates are determined as follows:

**Step 1:**

| Job Grade | Actual Hours Worked (see ex.) | | % Added to Actual Hours to Compute Basic Hours | | | |
|---|---|---|---|---|---|---|
| 1st | (2,000) | + | 150% | (3,000) | = | (5,000) |
| 2nd | (3,000) | + | 100% | (3,000) | = | (6,000) |
| 3rd | (2,000) | + | 50% | (1,000) | = | (3,000) |
| 4th | (6,000) | + | None | (0,000) | = | (6,000) |
| Total: | (13,000) | | | | | (20,000) |

**Step 2:**

4th grade rate = total wage fund divided by basic hours
- In above example, this is $8,400 divided by 20,000
basic hours = .42 (42 ) as 4th grade rate.

**Step 3:**

| Job Grade | Hourly Rate/Group Worker (see example) |
|---|---|
| 1st | 4th grade rate plus 150% (.42 + 150% of .42 = .42 + .63 = $1.05) |
| 2nd | 4th grade rate plus 100% (.42 + 100% of .42 = .42 + .42 = $0.84) |
| 3rd | 4th grade rate plus 50% (.42 + 50% of .42 = .42 + .21 = $0.63) |
| 4th | 4th grade rate plus 0% (.42 + 0% of .42 = .42 + .00 = $0.42)] |

 a.  If sufficient work is not available to provide individual
and group piece workers hourly earnings equal to basic hourly
rates, the SOI/AW(I&E), through the Warden, may request authority
from the Assistant Director to change from the group piece plan
to an hourly pay plan.

b.  The wage fund may not be subsidized to bring wages up to the basic hourly rate if sufficient work is available even though individual and group piece work hourly earnings are less than hourly workers in the same grade.

16.  **LIMITATION ON INMATE PIECE RATE PAY PLANS.**  The Warden is authorized to set the incentive piece rates, based upon the recommendations of the AW(I&E)/SOI, PSC, and the appropriate General Manager.  Piece rates are to approximate the standard hourly rate.  Actual rates of pay will vary depending on the skills of an individual but ordinarily are limited to no more than 20 percent above the standard rate.

a.  The AW(I&E)/SOI must explain on the monthly MOU reasons incentive rates exceed the published maximums in any given month. The explanation is to include:

- the number of inmates receiving wages in excess of 120 percent of standard pay,
- the effective hourly rate of pay, and
- the reasons for the approval.

b.  The local work measurement coordinator must review pay rates exceeding 120 percent of the corresponding standard rate for the job grade for more than three consecutive months for accuracy.  The documentation for the corresponding standard rate must then be submitted for the approval of the Warden, PSC Manager and appropriate General Manager if any of the following conditions are met:

- Over 25 percent of the inmates assigned to the corresponding standard rate are entitled to a wage exceeding 120 percent of the piece rate for the corresponding standard rate.

- Modifications in equipment or procedures occurred since the corresponding standard rate was established.

c.  The Warden, PSC Manager, and General Manager are either to approve or deny the request in writing and justify their action. If approved, the pay rate of the corresponding standard rate is effective until any of the following conditions are met:

- Over 25 percent of the inmates assigned to the corresponding standard rate are entitled to a wage exceeding 120 percent of the regular hourly wage.

- Modifications in equipment or procedures occurred since the establishment of the corresponding standard rate.

- One year has occurred since the Warden, PSC Manager and appropriate General Manager approved the corresponding standard rate.

d.  The PSC must review all pay rates exceeding 120 percent of the corresponding standard rates for more than three consecutive months for accuracy annually and documentation for the corresponding standard rate must be submitted for approval of the Warden, PSC Manager and appropriate General Manager.

17.  **INMATE OVERTIME COMPENSATION.**  Inmates are to be paid overtime pay at a rate of twice the hourly rate for hourly, individual, and group piece workers when the total hours worked (including administrative pay) exceed the industrial operation's regularly scheduled workday.

> **Example:**   An industrial operation has a scheduled workday of seven and one-half hours.  The inmate's regularly scheduled workday consists of five hours.  If the inmate works 10 hours, the inmate has earned two and one-half hours of overtime pay (hours worked by the inmate minus the industrial operation's regularly scheduled workday).  **Note:**  The 10 hours do not need to be continuous.  The inmate, within the same workday, could have worked two shifts of five hours each.

a.  Hours worked on days outside of the scheduled workweek (e.g., Saturday) must be compensated at the overtime rate.

b.  For individual piece workers, overtime earnings are determined by the amount of total piece work earnings for the day divided by the total number of hours worked that day.  This rate is then multiplied by the number of hours worked during the overtime period to get the total overtime premium wages.  The premium portion of overtime is then added to the total of units produced during the overtime multiplied by the rate.

> **Example:**   Assume a scheduled workday of 7 hours in this example.  The inmate works 10 hours (3 hours overtime) completing 70 units at .10 per unit; 20 of the units were completed during overtime.  Overtime wages would be determined as follows:

**Step 1:**

| | | |
|---|---|---|
| Total Units (70) x Rate Per Unit (.10) | = | Average Hourly Rate (.70) |
| Number of Hours Worked (10) | | |

**Step 2:**

| | | |
|---|---|---|
| Average Hourly Wage (.70) x Overtime Hours (3) | = | Overtime Premium ($2.10) |

**Step 3:**

Units during Overtime (20)
x rate (.10) = $2.00   Total Overtime Pay = $2.10 + 2.00 = $4.10

    c.  An inmate worker on a standard pay plan during the regular workday who works overtime under an individual incentive pay plan must receive piece work earnings plus the inmate standard hourly wage for the overtime period.

    d.  Overtime for workers in a group piece plan is added to the wage fund after computing the base rate for each grade.  This is to ensure that the amount of overtime paid to one individual will not in any way affect the basic hourly rate of the other workers.

18.  **INMATE LONGEVITY PAY.**  An inmate earns an additional hourly pay allowance for longevity of FPI work service as specified below.  For longevity pay purposes, a month includes any part of a month in which an inmate is in FPI work status.

| Length of Service | Longevity Pay Per Hour |
|---|---|
| after 18 months | 10 cents |
| after 30 months | 15 cents |
| after 42 months | 20 cents |
| after 60 months | 25 cents |
| after 84 months | 30 cents |

**Example:**    An inmate with length of service of 19 months and earning $1.15 per hour.  Overtime pay for this inmate would be computed as follows: two times the



**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** CPD
**NUMBER:** 5580.06
**DATE:** 7/19/99
**SUBJECT:** Personal Property,
Inmate

**RULES EFFECTIVE:** 8/6/99

1.  **[PURPOSE AND SCOPE §553.10.  It is the policy of the Bureau
of Prisons that an inmate may possess ordinarily only that
property which the inmate is authorized to retain upon admission
to the institution, which is issued while the inmate is in
custody, which the inmate purchases in the institution
commissary, or which is approved by staff to be mailed to, or
otherwise received by an inmate.  These rules contribute to the
management of inmate personal property in the institution, and
contribute to a safe environment for staff and inmates by
reducing fire hazards, security risks, and sanitation problems
which relate to inmate personal property.  Consistent with the
mission of the institution, each Warden shall identify in writing
that personal property which may be retained by an inmate in
addition to that personal property which has been approved by the
Director for retention at all institutions.]**

2.  **SUMMARY OF CHANGES.**  This revision includes the following:

- Creation of a standard list of items of property for
  all institutions. Wardens may authorize additional
  items.

- Limits on property are set by quantity of each item
  rather than overall storage capacity.

- Storage of personal clothing has been eliminated.

- Commissary item storage limitations have been removed.

[Bracketed Bold - Rules]
Regular Type - Implementing Information



PS 5580.06
7/19/99
Attachment A, Page 1

**INMATE PERSONAL PROPERTY LIST**
**AUTHORIZED FOR RETENTION & TRANSFER BETWEEN INSTITUTIONS**
**NATIONAL LIMIT**
**MALES**

W = White
G = Grey
C = Commissary Only
B = Black
BW = Combination
I = BOP Issued

**CLOTHING:**

Bathrobe, WG (no hoods) c (1)
Cap, Baseball, WG (no logos) c (1)
Shoes, Athletic/Specialty, (W) (B) (BW) ($100 value maximum/no
pumps/no pockets) court, turf, running shoe c (2 pr) (see
attachment b)
Shoes, Casual c (1 pr)
Shoes, Shower, WG, c , (1 pr)
Shoes, Slippers (colorless) c (1 pr)
Shoes, Work  c, (1), (I), (1)
Shorts, Gym, WG c (2)
Socks, Tube, W c (5)
Sweatshirt, G (pullover/no hoods/cotton)(C)(2) (no logos)
Sweatpants, G (cotton) c (2) (no logos)
T-Shirts/Sleeveless Undershirts, WG (no pockets/no logos) c (5)
Underwear, W (boxers or briefs) c (7)
Handkerchief, (white only), (5)

**PERSONALLY OWNED ITEMS:**

Address Book c (1)
Alarm Clock (non-electric) c (1)
Bag, Athletic Tote c (1) no logo
Batteries c (4)
Books (hard/soft) (5)
Book/Reading Light c (1)
Bowl (plastic/24 oz or less) c (1)
Calculator, Small (electronically unsophisticated, inexpensive,
non-print feature/battery or solar operated) c (1)

PS 5580.06
7/19/99
Attachment A, Page 2

Language Translator, (small, electronically unsophisticated,
inexpensive, non-print feature/battery, or solar operated),(c),
(1).
Calendar, Small (1)
Comb/Pick (plastic) c (2)
Combination Lock c (1)
Shaving Bag c (1)
Cup (plastic) c (1)
Dentures (1 set)
Earplugs c (1 set)
Envelopes c (1 box)
Eyeglasses  (no stones) (2 pair)
Eyeglass Case (2)
Hairbrush c (1)
Hangers (plastic) c (5)
Headphones c (1)
Jug (plastic/1 gal) c (1)
Laundry Bag (mesh) c (1)
Letters (25)
Mirror (small/plastic) c (1)
Pen, Ballpoint c (2)
Pencils c (2)
Photo Album/Scrapbook c (1)
Photos (single-faced) (25)
Picture Frame (clear plastic) c (2)
Playing Cards c (2 decks)
Radio W/Earplugs (walkman-type) c (1)
Stamps c total value equivalent to (60, 1st Class)
Sunglasses (non-reflective) c (1)
Thermos (plastic liner) (up to 64 ozs) c (1)
Towel (white/large) c (1)
Watch ($100 maximum value, no stones, electronically
    unsophisticated, i.e. inability to send signals) c (1)
Watchband c (1)
Wedding Band (no stones/white/yellow metal) (1)
Writing Tablet c (2)

**HYGIENE ITEMS:**

Dental Floss and/or Pick (unwaxed) c (1 container)
Denture Adhesive c (1)
Denture Brush c (1)
Denture Cleaner/Powder c (1)
Denture Cup c (1)
Deodorant c (2)
Lens Cloth c (1)
Nail Clippers (no file) c (1)
Razor c (1)
Scissors, Mustache (blunt tip) c (1)

PS 5580.06
7/19/99
Attachment A, Page 3

Sewing Kit c (1)
Soap, Bar c (2)
Soap Dish c (1)
Toothbrush c (1)
Toothbrush Holder c (1)
Toothpaste c (2 tubes)
Tweezers (blunt tip) c (1)

**RECREATIONAL ITEMS:**

Athletic Supporter c (2)
Gloves (fingerless/athletic) c (1)
Gloves (handball) c (2)
Harmonica c (1)
Mouth Pieces c (1)
Eye Protection c (1)
Softball Gloves c (1)
Headbands/Sweatbands (white) c (2)
Knee Wraps c (2)
Racquetballs (2 cans of 2) c (4)
Tennis Balls (can of 3) c (1)
Weightlifting Belt c (1)
Weightlifting Gloves c (1)
Weightlifting Wraps c (2)
Knitting/crochet needles c (1)
Tools for Bead Work c (1)
Yarn, Embroidery, Hoops/needles c (1 set)

**APPROVED RELIGIOUS ITEMS:**

**APPROVED MEDICAL DEVICES:**

**OTHER ITEMS:**

Cigarettes c (2 cartons)
Cigars c (1 box)
Chocolate (instant) c (10 packets)
Coffee (instant/jar/container, unopened) c (1)
Coffeemate (jar/container, unopened) c (1)
Pipe Cleaners/Filters c (1 package)
Pipes c (2)
Tea (instant/jar/container, unopened) c (1)
Tobacco (smokeless) c (1 roll up to 10 cans)

Non-perishable commissary items sealed in unopened, original
containers may also be transported or shipped.

## POSITION DESCRIPTION

**DIRECTOR**
**FEDERAL BUREAU OF PRISONS**
**ES-006-00**

### I.    INTRODUCTION:

The Director for the Federal Bureau of Prisons is the highest
level Administrator in the agency.  The Director is responsible
for the total operations of the prison system nation-wide, which
includes United States Penitentiaries, Federal Correctional
Institution, Metropolitan Correctional Centers, Federal Prison
Camps, Community Correctional Centers, Training Facilities and
all support facilities.  The Director is responsible for the
care, custody and correction of offenders of all age groups and
custody levels.  The Director is authorized to exercise or
perform any of the authorities, functions, or duties conferred or
imposed upon the Attorney General of the United States by any law
relating to the commitment, control, or care of persons charged
with or convicted of offenses against the United States.  The
Director provides executive direction over all missions and major
programs system-wide.  The Director is authorized as Commissioner
of Federal Prison Industries (UNICOR), to exercise jurisdiction
over all industrial enterprises located within the Bureau of
Prisons.  Through the Executive Staff, comprised of six Regional
Directors, eight Assistant Directors, one Deputy Assistant
Director in the Program Review Division and the Director of the
National Institute of Corrections (NIC), the Director is
responsible for interpretation and implementation of policy,
program administration, monitoring field activities, and
resolving complex problems in all program areas.

### II.    MAJOR DUTIES AND RESPONSIBILITIES:

The Director of the Federal Bureau of Prisons, under the general
guidance of the Deputy Attorney General of the United States,
directs the system-wide operations of the Bureau of Prisons.
This includes, but is not limited to, development and
implementation of plans, policies and programs for total system
operations, including the allocation of financial and manpower
resources.

The incumbent provides active support and direction to the
Executive Staff through frequently scheduled meetings and
teleconferences.  Through these meetings the Executive Staff
develops and approves top level policy and procedures in the
Bureau of Prisons.  Through this organizational network the
Director endures and is responsible for the care, custody,
correction and treatment of some 100,000 federal offenders housed
in approximately 92 federal institutions and dozens of community
contract facilities.  The system-wide organization is staffed by
approximately 30,000 professional, technical, trade and craft

GOVERNMENT
EXHIBIT
21

workers.

The Director acts as a liaison between the Federal Bureau of Prisons and other criminal justice organizations such as the American Correctional Association, National Parole and Probation Association, and other in joint efforts to improve standards of custody, care, treatment and training of inmates.

The Director represents the Bureau of Prisons in the full range of contacts with colleges and universities, members of congress, the media, and other government agencies on the federal, state and local levels on matters pertaining to programs and functions under control and responsibility.

The Director has oversight responsibilities for the National Institute of Corrections (NIC), a sub-agency of the Federal Bureau of Prisons which provides leadership at the federal level for upgrading state and local corrections.

The Director has oversight responsibility for Affirmative Action and Equal Employment Opportunity (EEO) complaint processing programs for the Bureau of Prisons in order to ensure compliance with all applicable statutes and regulations.

The Director oversees the entire agency planning program, and is responsible for strategic planning, key indicators, and research and development programs.

Provides direction to the General counsel with respect to a wide range of litigation related concerns and adjudicates issues raised by inmates via the administration remedy process.

Consults with high level representatives of other criminal justice agencies, including the U.S. Marshall Service, U.S. Probation Service, Federal Bureau of Investigation, U.S. Attorney's Office, and Immigration and Naturalization Service.

The Director, as head of a major national law enforcement organization, represents the United States and its criminal justice system during visits to foreign nations. In turn, the Director hosts international visits and exchanges information with dignitaries interested in the U.S. Prison System.

The incumbent of this position is a law enforcement officer and occupies a position with secondary law enforcement retirement coverage.

As an employee of the Bureau of Prisons, this position meets the definition of being in the law enforcement field and is administrative in nature. Administrative positions are defined as being executive, managerial, technical, semiprofessional, or professional positions for which experience in a primary law enforcement position, or equivalent experience outside the federal government, is a mandatory prerequisite.

Incumbent is responsible for developing policy, providing expert advice in an area of correctional specialty, or to provide guidance, direction, supervision, and/or evaluation for a program or programs in correctional facilities.

This secondary position's prerequisite experience was gained in a primary position which has a maximum initial appointment age of 37 as set by section 103 of public law 100-238.

The incumbent may be called on to perform as a law enforcement officer in a correctional environment during training, emergency situations, and in times of staff shortages. Such assignments will involve frequent and direct contact with inmates and subject the incumbent to arduous, adverse and stressful working conditions.

A prerequisite of this position is the completion of "Institution Familiarization", and completion of a mandatory course in "Introduction to Correctional Techniques". The training emphasizes self-defense, firearms, security, hostage situations, suicide prevention, and CPR.

## III.  JOB CONTROLS

The Director is required to have a complete and comprehensive knowledge of Bureau of Prisons policy, institutional procedures, sound correctional administrative principles, legal principles and precedents relating to correctional work. The Director must also have a working knowledge of critical decisions issued by the federal courts that have direct impact on the management of prison administration, including inmate and employee rights.

The Director receives general supervision from the Deputy Attorney General of the United States. The incumbent has broad authority for management of the Bureau of Prisons. The Director resolves administrative and specific problems within the system, and reports to the Deputy Attorney General only when necessary.

The Director is generally guided by written policy and regulations of the Department of Justice statutes applicable case law. The Director is responsible for establishing guidelines for other to ensure effective implementation and procedural safeguards with respect to statutory law and regulations applicable to the Federal Bureau of Prisons.

The tasks encountered by the Director involving staff, inmates and the general public are varied and complex. The Director is the key individual in criminal justice administration, and serves as an expert consultant to other criminal justice officials on correctional methods, specific phenological issues and general prison/jail administration. The Director performs highly sensitive and unusually complex assignments involving the establishment, implementation or analysis of alternative

solutions for major penal administration.

The Director's role facilitates the work of others and significantly affects the design and outcome of major programs nation-wide.

The Director's work is primarily sedentary but involves regular visits to correctional facilities and would thereby encounter the normal rigors of work in an institution setting.

Incumbent must have experience as a law enforcement officer in a correctional facility which included primary responsibility for the detention, direction, supervision, inspection, training, employment care and transportation of inmates incarcerated in these facilities.

Incumbent must have a thorough knowledge and understanding of the mission and goals of the Bureau of Prisons.

Incumbent must have the knowledges, skills, and abilities to perform law enforcement functions in response to emergencies throughout the BOP.

Incumbent must have knowledge of the variety of institutions, inmate populations and the resulting problems presented by the various combinations in order to effectively carry out primary responsibilities of directing and evaluating operating programs in field institutions.

Incumbent must exercise judgement in adapting current or developing new guidance to meet the mission and security concerns of the BOP.

Because of the nature and mission of this position, incumbent must have a thorough understanding of the operating problems involved in working within an institution.

The incumbent of this position is responsible for developing policy, providing advice, guidance, training, or evaluation for programs in field locations.  These types of duties and responsibilities have an impact on field operations bureau-wide. The position serves in direct support of the primary mission of the BOP which is to protect society by confining inmates in a controlled environment.

The duties of this position may, at times, require frequent and direct contact with individuals in confinement who are suspected of or convicted of offenses against criminal laws of the United States, as described in Title 18 of the U.S. Criminal Code.

Incumbent may have frequent contacts with institution staff, correctional staff outside the BOP, and/or other public officials.

Contacts with inmates are for the purpose of providing training, care, rehabilitation, custody and/or control.

Other contacts may occur for the purpose of providing policy guidance, advice and/or training.

The work is typically sedentary, however, on occasion the incumbent may be asked to perform as a law enforcement officer in a correctional environment. He/she must be physically able to respond to disturbances and emergencies, which may include the restraint of inmates.

The work is performed in an office environment. However, the incumbent may be called on to perform law enforcement functions in a correctional environment in response to institutional disturbances, for training purposes, or during staff shortages. In these instances, the incumbent may be subject to arduous, adverse, and stressful working conditions to include hostage situations and the possibility of inmate disturbances.

## MOBILITY REQUIREMENT

Effective accomplishment of the mission of the Bureau of Prisons frequently requires geographic relocation of supervisory and managerial personnel to meet the legitimate needs of the bureau and to better utilize the skills of available staff. Accordingly, the incumbent is subject to said provisions and is susceptible to geographic relocation at the discretion of management in the interest of the efficiency of the service.

Exhibit # C

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 9, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : AUTRY LEE JONES, 52873-080
      POLLOCK USP     UNT: B     QTR: B02-223L
      P.O. BOX 1000
      POLLOCK, LA 71467


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 382842-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED    : SEPTEMBER 9, 2005
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 4: SEE REMARKS.

REMARKS         : CONCUR WITH REGION'S RATIONALE FOR REJECTING YOUR
                  APPEAL. IF YOU WISH TO HAVE APPEALS CONSIDERED, YOU
                  MUST FILE IN ACCORDANCE WITH POLICY.

Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

*Exhibit #C*

From: __Autry Lee Jones__      __52873-080-__      __PL-2-223__      __U.S.P. Pollock__
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL** In the Administration's reply to my BP 10 and 9 they say that I need to file an 8. I have file three 8's and not a one of them has been answered, My point is why should I have to keep submitting eights when the Administration refuse to process them? My first eight concerning this matter was file on 2/13/05 here it is 8/24/05 and the Administration has yet to answer my eight although the one I file on 2/13/05 I was given an incident report for. In that eight I complained that I had been retaliated against for filing on Unicor. I am not compel to keep records for the Administration, out of the three times I have file the past eights this Administration should have been able to keep one further somebody in this Administration should put the blame where it belong. I am not filing another eight on this issue.

__8/24/05__
DATE

_Autry Jones_
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: __382842__

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL      BP-231(13)
DATE                                                                APRIL 1982

USP LVN      Printed on Recycled Paper