UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUTRY LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-0621 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, through ) | |
| the DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR AN ENLARGMENT OF TIME TO
RESPOND AND/OR REPLY TO PLAINTIFF'S OPPOSITIONS AND MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants the United States, through the Department of Justice, H. Lappin, D. Roach, D. Lair, R. McGowan, J. Flatter, and "Chief Trust Fund Officer of Inmate Trust Fund" (collectively, "BOP Defendants"), respectfully move, by and through their undersigned counsel, for an enlargement of time to respond and/or reply to: (a) Plaintiff's opposition to BOP Defendants' motion to dismiss and/or for summary judgment; (b) Plaintiff's opposition to BOP Defendants' motion for a protective order; and (c) Plaintiff's motions to amend his complaint and to serve, all of which were filed in the above entitled action (collectively, "Plaintiff's Papers"). Specifically, Defendant requests that the Court extend the deadline for responding and/or replying to such papers to January 11, 2008. Defense counsel has not attempted to consult Plaintiff, who is a prisoner proceeding *pro se*, to determine his position on this motion because Local Civil Rule 7(m) does not require such consultation with prisoners proceeding *pro se*. The grounds for such relief are set forth below.

Plaintiff alleges a variety of claims in his complaint, including Freedom of Information Act ("FOIA") claims against the United States and Condoleeza Rice ("State Defendants") seeking certain information on the U.S. Justice System, claims seeking to collaterally challenge his conviction, and claims against the BOP Defendants premised upon alleged violations of Plaintiff's due process rights. On August 8, 2006, the Court granted Plaintiff's motion to proceed *in forma pauperis*. On May 21, 2007, the Court dismissed official capacity claims against the individual defendants on Plaintiff's motion and dismissed the claims brought against certain individual defendants, including Defendants H. Chain and D. Dixon, for defects in service of process. On June 28, 2007, the State Defendants moved to dismiss, and/or for summary judgment on, the claims asserted against them, which Plaintiff opposed on August 17, 2007. The State Defendants' motion remains pending before the Court.

In response to interrogatories propounded on defense counsel, on September 26, 2007, BOP Defendants moved for a protective order to stay discovery until the Court has resolved Defendants' dispositive motions. On August 31, 2007, BOP Defendants moved to dismiss, and/or for summary judgment on, the claims asserted against them.

Nearly three months after BOP Defendants moved for a protective order, on December 17, 2007, defense counsel with current day-to-day responsibility for this action received Plaintiff's Papers, including Plaintiff's opposition to BOP Defendants' motion for a protective order, through the Court's ECF system.[1] As noted above, in addition to Plaintiff's opposition to BOP Defendants' motion for a protective order, Plaintiff's Papers included Plaintiff's opposition

---

[1] Defense counsel subsequently discovered the copies of Plaintiff's Papers that were served on Defendants. Unfortunately, such service copies were incorrectly addressed to counsel with prior day-to-day responsibility for this action. From the face of Plaintiff's Papers, it appears that Plaintiff deposited them in the mail on December 5, 2007. Moreover, according to the various date stamps on the envelope that enclosed such papers, it appears that the service copies were received in the mailroom of the U.S. Attorney's Office on Thursday, December 13, 2007.

to BOP Defendants' motion to dismiss and/or for summary judgment, and Motions to Amend and Serve, which purportedly seek to clarify the identity of the "Chief Trust Fund Officer of Inmate Trust Fund" and reassert claims against Defendants H. Chain and D. Dixon.

Immediately upon receipt of Plaintiff's Papers, defense counsel sent the papers to agency counsel and began to review and digest their contents. However, due to the variety of motions and oppositions, and matters and deadlines in other pending cases, defense counsel requires additional time to analyze Plaintiff's Papers and formulate appropriate responses and replies. Additionally, defense counsel has learned that pursuant to 28 U.S.C. § 1915(g), Plaintiff may no longer be eligible to proceed *in forma pauperis*. Accordingly, defense counsel also proposes this extension to further investigate this argument and formulate an appropriate submission.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of the various deadlines implicated by Plaintiff's Papers. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount to formulate appropriate responses to Plaintiff's Papers serves the interests of the parties and this Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding and/or replying to Plaintiff's Papers be extended to, and including, January 11, 2008. A proposed order is attached.

Dated: December 18, 2007
       Washington, DC

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2007, a true and correct copy of the above Motion for an Enlargement of Time to Respond and/or Reply to Plaintiff's Oppositions and Motions was served upon Pro Se Plaintiff Autry Lee Jones, by first class United States mail, postage prepaid, to:

> Autry Lee Jones, R52873-080
> Otisville Federal Correctional Institution
> P.O. Box 1000
> Otisville, N.Y. 10963

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov