UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-0621 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, through ) | |
| the DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of BOP Defendants' Motion for an Enlargement of Time to Respond and/or Reply to Plaintiff's Oppositions and Motions, dated December 18, 2007, and for good cause shown, it is hereby:

ORDERED that BOP Defendants' motion is GRANTED;

ORDERED that BOP Defendants' reply to Plaintiff's opposition to BOP Defendants' motion for a protective order is due on or before January 11, 2008;

ORDERED that BOP Defendants' reply to Plaintiff's opposition to BOP Defendants' motion to dismiss and/or for summary judgment is due on or before January 11, 2008; and it is further

ORDERED that BOP Defendants' opposition to Plaintiff's motions to amend and serve is due on or before January 11, 2008.

SIGNED:


_____                                      _____
Date                                                                         RICHARD W. ROBERTS
                                                                             United States District Judge