UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUTRY LEE JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, through the DEPARTMENT OF JUSTICE, et al.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 06-0621 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Serve, and Existing BOP Defendants' opposition thereto, and Existing BOP Defendants' Cross-Motion to Direct Plaintiff to File an Amended Complaint and to Stay Proceedings, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion to Serve is DENIED without prejudice;

ORDERED that Existing BOP Defendants' cross-motion is GRANTED;

ORDERED that Plaintiff shall file an amended complaint within 30 days of this Order; and it is further

ORDERED that all proceedings in this action are stayed until Plaintiff files his amended complaint.

SIGNED:


_____                           _____
Date                                       RICHARD W. ROBERTS
                                           United States District Judge