# EXHIBIT A



149 F.3d 1173                                                                                     Page 1

149 F.3d 1173, 1998 WL 412978 (C.A.5 (Tex.))
**(Cite as: 149 F.3d 1173)**

Jones v. Johnson
C.A.5 (Tex.),1998.
This case was not selected for publication in the
Federal Reporter.Not for Publication in West's
Federal Reporter See Fed. Rule of Appellate
Procedure 32.1 generally governing citation of
judicial decisions issued on or after Jan. 1, 2007.
See also Fifth Circuit Rules 28.7, 47.5.3,
47.5.4.  (Find CTA5 Rule 28 and Find CTA5 Rule
47)
United States Court of Appeals,Fifth Circuit.
**Autry** Lee **JONES**, Plaintiff-Appellant,
v.
Gary L. JOHNSON, Director, Texas Department of
Criminal Justice, Institutional Division,
Defendant-Appellee.
**No. 98-20028.**
**Summary Calendar.**

June 9, 1998.

Appeal from the United States District Court for the
Southern District of Texas USDC No.
H-94-CV-1111.

Before KING, HIGGINBOTHAM and DAVIS,
Circuit Judges.
PER CURIAM.[FN*]

> FN* Pursuant to 5TH CIR. R. 47.5, the
> court has determined that this opinion
> should not be published and is not
> precedent except under the limited
> circumstances set forth in 5TH CIR. R.
> 47.5.4.

**\*1** Autry Lee Jones, federal prisoner #
52873-080-CB-110, requests that this court issue a
certificate of appealability (COA) so that he may
appeal the district court's denial of his petition for
writ of error coram nobis. Jones wishes to challenge
a 1963 Texas conviction for which he is no longer
in custody.

Jones may not seek in federal court the relief that he
requests because it falls outside the ambit of both
*coram nobis* and habeas corpus. *See United States
v. Dyer,* 136 F.3d 417, 422 (5th Cir.1998); *Cavett v.
Ellis,* 578 F.2d 567, 569 n. 4 (5th Cir.1978).
Accordingly, COA is DENIED.

Jones' appeal is without arguable merit and is
**frivolous**. *See Howard v. King,* 707 F.2d 215,
219-20 (5th Cir.1983). Because the appeal is
**frivolous**, it is DISMISSED. *See* 5th Cir. R. 42.2.

Jones' motion to proceed in forma pauperis is
DENIED.

COA DENIED; APPEAL DISMISSED; IFP
DENIED.

C.A.5 (Tex.),1998.
Jones v. Johnson
149 F.3d 1173, 1998 WL 412978 (C.A.5 (Tex.))

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.