# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AUTRY LEE JONES #52873-080, <br>         PLAINTIFF, <br><br> V. <br><br> THE UNITED STATES OF AMERICA THROUGH THE DEPARTMENT OF JUSTICE, JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, UNITED STATES ATTORNEY, ASSISTANT UNITED STATES ATTORNEY, UNITED STATES DISTRICT COURT AT AUSTIN, TEXAS, <br>         DEFENDANTS. | § § § § § § § § § § § § § § § § § § § §  CAUSE NO. A-04-CA-101-LY |

## ORDER

Before the Court is the above entitled cause of action. This cause was referred to the United States Magistrate Judge for findings and recommendations pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended. The Magistrate Judge filed his Report and Recommendation on February 27, 2004 (Doc. #4). Plaintiff filed Objections to the Report and Recommendation on March 15, 2004 (Doc. #5).

The Magistrate Judge recommended that Plaintiff's complaint should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e), and that Plaintiff be barred from filing any further civil actions without prior permission from the Court. In light of Plaintiff's Objections, the Court has undertaken a *de novo* review of the entire case file in this cause and finds that the Recommendation filed by the Magistrate Judge is correct and should be approved and accepted by the Court for the reasons stated therein.

**IT IS THEREFORE ORDERED** that the United States Magistrate Judge's Report and Recommendation filed in this cause is **APPROVED** and **ACCEPTED** by this Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e).

**IT IS FURTHER ORDERED** that Plaintiff be **BARRED** from filing any further civil lawsuits in this Court without first obtaining permission from a District Judge or Magistrate Judge of this Court or a Circuit Judge of the Fifth Circuit Court of Appeals.

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED** and any further pending motions are **DISMISSED AS MOOT**.

SIGNED this 18th day of March, 2004.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE