# EXHIBIT E

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 04-30167
Conference Calendar

---

D.C. Docket No. 03-CV-1758

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __10/14/04__
BY __BG__

AUTRY LEE JONES

      Petitioner - Appellant

v.

C CASTERLINE

      Respondent - Appellee

Appeal from the United States District Court for the
Western District of Louisiana, Alexandria.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: OCT 13 2004

A true copy
Test:
Clerk, U.S Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   OCT 13 2004

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 04-30167
Conference Calendar

---

AUTRY LEE JONES,

                                    Petitioner-Appellant,

versus

C. CASTERLINE,

                                    Respondent-Appellee.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CV-1758

---

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

    Autry Lee Jones, currently federal prisoner # 52873-080, appeals the district court's denial of his purported 28 U.S.C. § 2241 petition challenging a life sentence he received in Harris County, Texas, following his October 1981 Texas state-court conviction for possession of a controlled substance.

    Jones's petition was an unauthorized filing over which the district court did not have jurisdiction. See Jeffers v.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 04-30167
-2-

<u>Chandler</u>, 253 F.3d 827, 830 (5th Cir. 2001); <u>United States v. Early</u>, 27 F.3d 140, 141-42 (5th Cir. 1994). Jones's appeal is without arguable merit and is DISMISSED as FRIVOLOUS. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 13, 2004

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101

      No. 04-30167 Jones v. Casterline
      USDC No.  03-CV-1758

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( ) Envelopes    ( ) Boxes

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

      By: _____
            Renee S. McDonough, Deputy Clerk
            504-310-7673

cc: (letter only)
    Honorable Dee D Drell
    Mr Autry Lee Jones

P.S. to Judge Drell:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1