# EXHIBIT G

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 29 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| AUTRY LEE JONES | CIVIL ACTION NO. 06-1985 |
| VS. | SECTION P |
| FREDRICK MENIFEE, WARDEN | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE;**

**IT IS FURTHER ORDERED THAT** petitioner be **BARRED** from filing **any further civil actions** without prior permission from a judge of this Court.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE