UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, through )<br>the DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendants. )<br>) | Civil Case No. 06-0621 (RWR) |

### **[PROPOSED] ORDER**

Upon consideration of Existing BOP Defendants' Motion to Reconsider and Amend the Court's Prior Order Granting Plaintiff's Motion to Proceed *In Forma Pauperis*, dated January 11, 2008, and for good cause shown, it is hereby:

ORDERED that Existing BOP Defendants' motion is GRANTED;

ORDERED that the Court's prior Order, dated August 6, 2006, upon reconsideration is hereby amended as follows: Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED; and it is further

ORDERED that Plaintiff's *in forma pauperis* status is hereby revoked.

SIGNED:

_____  _____
Date                                             RICHARD W. ROBERTS
                                                        United States District Judge