

Exhibit #1

Exhibit I

# COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 2025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 2026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 2027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 2028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 2029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 2030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 2031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 2032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |
| 2033 | FIN MGT - INST RELATED | 222 | 20 | REGIONAL OFFICE |
| 2034 | FIN MGT - SHARED EXP | 522 | 20 | REGIONAL OFFICE |
| 2035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 2036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 2037 | REIMB TRAINING | 238 | 20 | REGIONAL OFFICE |
| 2038 | LABOR LAW ATTORNEYS | 502 | 20 | REGIONAL OFFICE |
| 2039 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 2040 | HUMAN RESOURCE SECURITY OFFICE | 221 | 20 | REGIONAL OFFICE |
| 2041 | LOCKSMITH/ARMORY OPER | 287 | 20 | REGIONAL OFFICE |
| 2042 | CONSOLIDATED LEGAL | 203 | 20 | REGIONAL OFFICE |
| 21C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 21L1 | RELOCATION - CO FUNDED | 176 | 21 | TRAINING CENTER |
| 21L7 | RELOCATION - TF FUNDED | 120 | 21 | TRAINING CENTER |
| 21MD | ACCTS REC - TRAVEL | 108 | 21 | TRAINING CENTER |
| 21ME | ACCTS REC - SALARY | 144 | 21 | TRAINING CENTER |
| 21MF | EMPLOYEE OFFSET | 463 | 21 | TRAINING CENTER |
| 21N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 21U7 | PROPERTY/PROCUREMENT | 157 | 21 | TRAINING CENTER |
| 21ZZ | ADM SAL ACCRUAL/DEFAULT | 199 | 21 | TRAINING CENTER |
| 2101 | MSTC OPERATIONS | 402 | 21 | TRAINING CENTER |
| 2102 | FINANCIAL MGMT TRAINING | 403 | 21 | TRAINING CENTER |
| 2103 | LEGAL TRAINING PROGRAM | 404 | 21 | TRAINING CENTER |
| 2104 | EMPLOYEE DEV ASST OFFICE | 405 | 21 | TRAINING CENTER |
| 2105 | MSTC COMPUTER SERVICES | 406 | 21 | TRAINING CENTER |
| 2106 | INSTRUCTIONAL TECH | 407 | 21 | TRAINING CENTER |
| 2107 | CURRICULUM DESIGN | 408 | 21 | TRAINING CENTER |
| 2108 | SPECIFIC DISC TRNG | 409 | 21 | TRAINING CENTER |
| 2109 | FLETC | 436 | 21 | TRAINING CENTER |
| 2110 | FOOD MANAGEMENT TRAINING | 438 | 21 | TRAINING CENTER |
| 2111 | STC ARTESIA OPERATION | 439 | 21 | TRAINING CENTER |
| 2112 | AFFIRMATIVE ACTION | 472 | 21 | TRAINING CENTER |
| 2113 | MSTC ADM MGMT | 402 | 21 | TRAINING CENTER |
| 2114 | FLETC ADM MGMT | 436 | 21 | TRAINING CENTER |
| 2115 | MSTC HRM DEPT | 414 | 21 | TRAINING CENTER |
| 22AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 22AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 22AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 22BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 22BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 22BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 22B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 22CL | CIVIL LAWSUIT ACTIONS | 171 | 22 | NATIONAL PROGRAMS |
| 22C3 | ITS S&E | 120 | 22 | NATIONAL PROGRAMS |
| 22C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 22E1 | CORRECTIONAL SERVICES | 115 | 22 | NATIONAL PROGRAMS |
| 22FD | NAT DRUG ABUSE PROG | 417 | 22 | NATIONAL PROGRAMS |
| 22FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 22F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 22G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 22G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 22L1 | RELOCATION - CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 22L2 | CHG DUTY-REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 22L3 | CHG DUTY-INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 22L4 | RELOCATION UNICOR | 498 | 22 | NATIONAL PROGRAMS |
| 22L5 | RELOCATION - TF ADMIN | 400 | 22 | NATIONAL PROGRAMS |
| 22L6 | RELOCATION - TF FPPOS | 123 | 22 | NATIONAL PROGRAMS |
| 22L7 | RELOCATION - TF FUNDED | 120 | 22 | NATIONAL PROGRAMS |
| 22L9 | RELOCATION - TF DEPOSIT | 105 | 22 | NATIONAL PROGRAMS |
| 22MS | SECURITY & BACKGROUND INVESTIG | 448 | 22 | NATIONAL PROGRAMS |
| 22M1 | CHIEF EXECUTIVE OFFICER | 101 | 22 | NATIONAL PROGRAMS |
| 22M2 | FINANCE BRANCH | 156 | 22 | NATIONAL PROGRAMS |
| 22M4 | HRM AUTOMATION | 457 | 22 | NATIONAL PROGRAMS |

## COST CENTER FILE

```
COSTCTR   CFIL1                           CBUDCD   SL   DIVISION
-------   -----                           ------   --   --------
22M7      INFORMATION SYSTEMS             158      22   NATIONAL PROGRAMS
22PX      B&F NEW CONSTRUCTION            146      22   NATIONAL PROGRAMS
22PZ      B&F REPAIR & IMPROV             146      22   NATIONAL PROGRAMS
22S1      ITS OPERATIONS (S&E)            401      22   NATIONAL PROGRAMS
22S2      ITS MAINTENANCE (S&E)           401      22   NATIONAL PROGRAMS
22UA      UNFORSEEN EVNT-FOOD             889      22   NATIONAL PROGRAMS
22UB      UNFORSEEN EVNT-MED              889      22   NATIONAL PROGRAMS
22UC      UNFORSEEN EVNT - INM SVCS       889      22   NATIONAL PROGRAMS
22UE      UNFORSEEN EVNT-CUST             889      22   NATIONAL PROGRAMS
22UF      UNFORSEEN EVENT UNIT MGMT       889      22   NATIONAL PROGRAMS
22UG      INFORSEEN EVENT EDUCATION       889      22   NATIONAL PROGRAMS
22UH      UNFORSEEN EVENT RECREATION      889      22   NATIONAL PROGRAMS
22UJ      UNFORSEEN EVENT RELIGIOUS       889      22   NATIONAL PROGRAMS
22UK      UNFORSEEN EVENT PSYCH           889      22   NATIONAL PROGRAMS
22UM      UNFORSEEN EVENT - MGT           889      22   NATIONAL PROGRAMS
22UN      UNFORSEEN EVENT TRAINING        889      22   NATIONAL PROGRAMS
22UP      UNFORSEEN EVNT-MECH SVC         889      22   NATIONAL PROGRAMS
22UT      UNFORSEEN EVENT CNTCT CTCS      889      22   NATIONAL PROGRAMS
22UX      UNFORSEEN EVNTS-MGT & ADM       889      22   NATIONAL PROGRAMS
22U4      INCENTIVE AWARDS-FIELD          449      22   NATIONAL PROGRAMS
22U6      EEO INVESTIGATIONS              169      22   NATIONAL PROGRAMS
22U7      PROPERTY/PROCUREMENT            157      22   NATIONAL PROGRAMS
22XB      UNCONTROLLABLES-MEDICAL         197      22   NATIONAL PROGRAMS
22XM      UNCONTROLLABLES-ADMIN           197      22   NATIONAL PROGRAMS
22XR      UNCONTROLLABLES-CC              197      22   NATIONAL PROGRAMS
22XX      UNCONTROLLABLES-MGT &ADM        197      22   NATIONAL PROGRAMS
22X1      PAYMENT SYSTEMS                 137      22   NATIONAL PROGRAMS
2216      TRUST FUND NATIONAL PROGRAMS    400      22   NATIONAL PROGRAMS
2225      DEPOSIT FUND                    105      22   NATIONAL PROGRAMS
31L1      RELOCATION -DIR OFC             176      31   DIRECTOR'S OFFICE
31ZZ      ADMIN/SAL DEFAULT               199      31   DIRECTOR'S OFFICE
3100      RESERVES - DIRECTOR'S OFFICE    101      31   DIRECTOR'S OFFICE
3101      EXEC OFFICE DIRECTOR            101      31   DIRECTOR'S OFFICE
3102      REPRESENTATION FUNDS            196      31   DIRECTOR'S OFFICE
32C4      ITS TRUST FUND                  120      32   ADMINISTRATION
32L1      CO ADMIN - RELO - CO FUNDED     176      32   ADMINISTRATION
32MD      ACCTS REC - TRAVEL              108      32   ADMINISTRATION
32ME      ACCTS REC - SALARY              144      32   ADMINISTRATION
32MF      EMPLOYEE OFFSET                 463      32   ADMINISTRATION
32PX      B&F NEW CONSTRUCTION            146      32   ADMINISTRATION
32PZ      B&F REPAIR & IMPROV             146      32   ADMINISTRATION
32ZC      TRUST FUND PAYROLL DEFAULT      123      32   ADMINISTRATION
32ZZ      ADM SAL ACCRUAL/DEFAULT         199      32   ADMINISTRATION
3200      ADMINISTRATION                  100      32   ADMINISTRATION
3201      EXEC OFFICE ADMIN               145      32   ADMINISTRATION
3202      BUDGET DEVELOPMENT              148      32   ADMINISTRATION
3203      BUDGET EXECUTION                446      32   ADMINISTRATION
3204      BUILDING MANAGEMENT             129      32   ADMINISTRATION
3205      BUSINESS OFFICE                 122      32   ADMINISTRATION
3206      CAPACITY PLANNING               443      32   ADMINISTRATION
3207      DESIGN & CONSTRUCTION           146      32   ADMINISTRATION
3208      FACILITIES MANAGEMENT           134      32   ADMINISTRATION
3209      CO FINANCE BRANCH               156      32   ADMINISTRATION
3210      MOTOR POOL                      136      32   ADMINISTRATION
3211      CO - PROCUREMENT/PROPERTY       157      32   ADMINISTRATION
3212      SITE SELECTION ENV REV          435      32   ADMINISTRATION
3213      SURPLUS PROPERTY                182      32   ADMINISTRATION
3214      TRUST FUND  BRANCH              123      32   ADMINISTRATION
3215      WAREHOUSE OPERATIONS            152      32   ADMINISTRATION
3216      TRUST FUND ADMIN 400-1          400      32   ADMINISTRATION
3217      TRUST FUND S&E                  401      32   ADMINISTRATION
3218      FACILITIES-INST MAINT           134      32   ADMINISTRATION
3219      FIN BR FPS FIN STAT PREP        456      32   ADMINISTRATION
3220      CMS RENOVATION                  188      32   ADMINISTRATION
3221      ITS RENOVATION                  188      32   ADMINISTRATION
3222      RELOCATION SERVICES             177      32   ADMINISTRATION
3223      FMIS/RELO SALARIES              156      32   ADMINISTRATION
3224      TRUST FUND PS 400-2-21L         400      32   ADMINISTRATION
3225      TRUST FUND DEPOSIT FUND         105      32   ADMINISTRATION
3226      NATIONAL CENTER                 113      32   ADMINISTRATION
```

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 33L1 | CO COMM CORR - RELO-CO FUND | 176 | 33 | COMM CORR & DETENTION |
| 33ZZ | ADMIN/SAL DEFAULT | 199 | 33 | COMM CORR & DETENTION |
| 3300 | COMM CORR AND DETNT | 100 | 33 | COMM CORR & DETENTION |
| 3301 | EXEC OFFICE COMM CORR | 420 | 33 | COMM CORR & DETENTION |
| 3302 | COMM CORR BRANCH | 421 | 33 | COMM CORR & DETENTION |
| 3303 | DETENTION BRANCH | 422 | 33 | COMM CORR & DETENTION |
| 3304 | CITIZEN PARTICIPATION | 447 | 33 | COMM CORR & DETENTION |
| 3305 | COMMUNITY CORRECTIONS | 107 | 33 | COMM CORR & DETENTION |
| 3311 | CO-PRIVATIZE PROJ MGT TEAM | 450 | 33 | COMM CORR & DETENTION |
| 3312 | D. C. TRANSITION | 451 | 33 | COMM CORR & DETENTION |
| 3313 | D.C. TRANSITION | 451 | 33 | COMM CORR & DETENTION |
| 34L1 | CO CORR PROG - RELO-CO FUND | 176 | 34 | CORRECTIONAL PROGRAMS |
| 34ZZ | ADMIN/SAL DEFAULT | 199 | 34 | CORRECTIONAL PROGRAMS |
| 3400 | CORR PROGRAMS | 100 | 34 | CORRECTIONAL PROGRAMS |
| 3401 | EXEC OFFICE CORR PROG | 110 | 34 | CORRECTIONAL PROGRAMS |
| 3402 | CORRECTIONAL MGMT | 104 | 34 | CORRECTIONAL PROGRAMS |
| 3403 | CORRECTIONAL SERVICES | 115 | 34 | CORRECTIONAL PROGRAMS |
| 3404 | DRUG ABUSE | 117 | 34 | CORRECTIONAL PROGRAMS |
| 3405 | DRUG TRANSITIONAL SVCS | 440 | 34 | CORRECTIONAL PROGRAMS |
| 3406 | EMPLOYEE ASSISTANCE | 184 | 34 | CORRECTIONAL PROGRAMS |
| 3407 | INMATE SYSTEMS MGMT | 128 | 34 | CORRECTIONAL PROGRAMS |
| 3408 | PSYCHOLOGY | 116 | 34 | CORRECTIONAL PROGRAMS |
| 3409 | RELIGIOUS SERVICES | 114 | 34 | CORRECTIONAL PROGRAMS |
| 3410 | SPECIAL NEEDS | 140 | 34 | CORRECTIONAL PROGRAMS |
| 3411 | CORR SVCS-INST RELATED | 115 | 34 | CORRECTIONAL PROGRAMS |
| 3412 | DC OFFENDERS | 452 | 34 | CORRECTIONAL PROGRAMS |
| 3413 | DC RECORDS CENTER | 429 | 34 | CORRECTIONAL PROGRAMS |
| 3414 | FAITH BASED PROGRAMS | 424 | 34 | CORRECTIONAL PROGRAMS |
| 35L1 | CO GEN COUNSEL-RELO-CO FUND | 176 | 35 | GENERAL COUNSEL |
| 35ZZ | ADMIN/SAL DEFAULT | 199 | 35 | GENERAL COUNSEL |
| 3500 | GENERAL COUNSEL | 100 | 35 | GENERAL COUNSEL |
| 3501 | CO - LEGAL | 102 | 35 | GENERAL COUNSEL |
| 3502 | INTERNAL AFFAIRS | 126 | 35 | GENERAL COUNSEL |
| 3503 | EEO INVESTIGATIONS | 169 | 35 | GENERAL COUNSEL |
| 3504 | CO-LABOR LAW BRANCH | 191 | 35 | GENERAL COUNSEL |
| 36L1 | CO HEALTH SVCS-RELO-CO FUND | 176 | 36 | HEALTH SERVICES |
| 36ZZ | ADMIN/SAL DEFAULT | 199 | 36 | HEALTH SERVICES |
| 3600 | HEALTH SERVICES | 100 | 36 | HEALTH SERVICES |
| 3601 | FOOD SERVICE | 132 | 36 | HEALTH SERVICES |
| 3602 | MEDICAL | 150 | 36 | HEALTH SERVICES |
| 3603 | SAFETY | 151 | 36 | HEALTH SERVICES |
| 3604 | WELLNESS PROGRAM | 142 | 36 | HEALTH SERVICES |
| 37L1 | CO HRM - RELO - CO FUNDED | 176 | 37 | HUMAN RESOURCE MGT |
| 37ZZ | ADMIN/SAL DEFAULT | 199 | 37 | HUMAN RESOURCE MGT |
| 3700 | HUMAN RESOURCE MGMT | 100 | 37 | HUMAN RESOURCE MGT |
| 3701 | EXEC OFFICE HRMD | 153 | 37 | HUMAN RESOURCE MGT |
| 3702 | AFFIRMATIVE ACTION | 172 | 37 | HUMAN RESOURCE MGT |
| 3703 | AFFIRM ACT ACTIVITIES | 472 | 37 | HUMAN RESOURCE MGT |
| 3704 | CAREER DEVELOPMENT | 186 | 37 | HUMAN RESOURCE MGT |
| 3705 | COPO - PERSONNEL | 442 | 37 | HUMAN RESOURCE MGT |
| 3706 | INCENTIVE AWARDS | 449 | 37 | HUMAN RESOURCE MGT |
| 3707 | LABOR MGMT RELATIONS | 168 | 37 | HUMAN RESOURCE MGT |
| 3708 | MGMT & EXEC TRAINING | 127 | 37 | HUMAN RESOURCE MGT |
| 3709 | CO PERSONNEL | 121 | 37 | HUMAN RESOURCE MGT |
| 3710 | RECRUITMENT | 154 | 37 | HUMAN RESOURCE MGT |
| 3711 | TRAINING | 130 | 37 | HUMAN RESOURCE MGT |
| 3712 | TRAINING INSTITUTION RELATED | 130 | 37 | HUMAN RESOURCE MGT |
| 3713 | OMBUDSMAN | 100 | 37 | HUMAN RESOURCE MGT |
| 38L1 | CO EDUCATION -RELO-CO FUND | 176 | 38 | INDUSTRIES & EDUCATION |
| 38S8 | TF INMATE PLACEMENT PROGRAM | 480 | 38 | INDUSTRIES & EDUCATION |
| 38ZZ | ADMIN/SAL DEFAULT | 199 | 38 | INDUSTRIES & EDUCATION |
| 3800 | EDUCATION | 100 | 38 | INDUSTRIES & EDUCATION |
| 3801 | EDUCATION | 112 | 38 | INDUSTRIES & EDUCATION |
| 3802 | INMATE PLACEMENT BRANCH | 480 | 38 | INDUSTRIES & EDUCATION |
| 39L1 | CO IPPA - RELO - CO FUNDED | 176 | 39 | INFO POLICY & PUBLIC AFFA |
| 39ZZ | ADMIN/SAL DEFAULT | 199 | 39 | INFO POLICY & PUBLIC AFFA |
| 3900 | IPPA | 100 | 39 | INFO POLICY & PUBLIC AFFA |
| 3901 | EXEC OFFICE IPPA | 410 | 39 | INFO POLICY & PUBLIC AFFA |
| 3902 | BOP ARCHIVES | 195 | 39 | INFO POLICY & PUBLIC AFFA |
| 3903 | DOCUMENT CONTROL | 412 | 39 | INFO POLICY & PUBLIC AFFA |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
| --- | --- | --- | --- | --- |
| 3904 | INFORMATION SYSTEMS | 158 | 39 | INFO POLICY & PUBLIC AFFA |
| 3905 | NAT'L POLICY REVIEW | 411 | 39 | INFO POLICY & PUBLIC AFFA |
| 3906 | NIDA | 413 | 39 | INFO POLICY & PUBLIC AFFA |
| 3907 | EXT LIA INTER AFF | 441 | 39 | INFO POLICY & PUBLIC AFFA |
| 3908 | SECURITY TECHNOLOGY | 143 | 39 | INFO POLICY & PUBLIC AFFA |
| 3909 | PC SUPPORT & PROD CNTRL | 155 | 39 | INFO POLICY & PUBLIC AFFA |
| 3910 | PUBLIC AFFAIRS | 111 | 39 | INFO POLICY & PUBLIC AFFA |
| 3911 | RESEARCH | 147 | 39 | INFO POLICY & PUBLIC AFFA |
| 3913 | RESEARCH | 147 | 39 | INFO POLICY & PUBLIC AFFA |
| 3914 | CONG AFFAIRS | 100 | 39 | INFO POLICY & PUBLIC AFFA |
| 40L1 | COMM CORR NIC-RELO-CO FUND | 176 | 40 | COMMUNITY CORRECTIONS NIC |
| 40ZZ | ADMIN/SAL DEFAULT | 199 | 40 | COMMUNITY CORRECTIONS NIC |
| 4000 | NIC | 100 | 40 | COMMUNITY CORRECTIONS NIC |
| 4001 | NIC ADMIN | 103 | 40 | COMMUNITY CORRECTIONS NIC |
| 4002 | NIC ACADEMY | 430 | 40 | COMMUNITY CORRECTIONS NIC |
| 4003 | NIC PRISONS | 431 | 40 | COMMUNITY CORRECTIONS NIC |
| 4004 | NIC COMMUNITY | 432 | 40 | COMMUNITY CORRECTIONS NIC |
| 4005 | NIC JAILS | 433 | 40 | COMMUNITY CORRECTIONS NIC |
| 41L1 | CO PROG REVIEW-RELO-CO FUND | 176 | 41 | PROGRAM REVIEW |
| 41ZZ | ADMIN/SAL DEFAULT | 199 | 41 | PROGRAM REVIEW |
| 4100 | PROGRAM REVIEW | 100 | 41 | PROGRAM REVIEW |
| 4101 | CO-EXEC OFFICE PROGRAM REV | 106 | 41 | PROGRAM REVIEW |
| 4102 | ACA COORDINATION | 174 | 41 | PROGRAM REVIEW |
| 4103 | COMPETITION ADVOCACY | 190 | 41 | PROGRAM REVIEW |
| 4104 | PROGRAM ANALYSIS BRANCH | 192 | 41 | PROGRAM REVIEW |
| 4105 | CO - STRATEGIC MANAGEMENT BRAN | 193 | 41 | PROGRAM REVIEW |
| 4106 | CO - PROGRAM REVIEW | 194 | 41 | PROGRAM REVIEW |
| 4107 | PR- TRUST FUND | 194 | 41 | PROGRAM REVIEW |
| 4110 | PR - HEALTH SERVICES | 194 | 41 | PROGRAM REVIEW |
| 50L1 | LAST MOVE HOME-RELO-CO FUND | 176 | 50 | RELOCATION |
| 51AA | AIRLIFT-FOOD | 364 | 02 | LOW |
| 51AB | AIRLIFT-MEDICAL | 364 | 02 | LOW |
| 51AE | AIRLIFT-CUSTODY | 364 | 02 | LOW |
| 51AF | AIRLIFT-MGT&ADMIN SUPPORT | 364 | 02 | LOW |
| 51A1 | FOOD SERVICE | 332 | 02 | LOW |
| 51BA | BUS OPS-FOOD | 373 | 02 | LOW |
| 51BB | BUS OPS-MEDICAL | 373 | 02 | LOW |
| 51BE | BUS OPS-CUSTODY | 373 | 02 | LOW |
| 51BF | BUS OPS-MGT&ADMIN SUPPORT | 373 | 02 | LOW |
| 51BP | BUS OPS-MECH SVC | 373 | 02 | LOW |
| 51B1 | MEDICAL | 350 | 02 | LOW |
| 51B2 | NON BOP MEDICAL CARE | 325 | 02 | LOW |
| 51B3 | SPECIAL MEDICAL SVCS | 365 | 02 | LOW |
| 51C1 | INMATE SERVICES | 323 | 02 | LOW |
| 51C2 | COMMISSARY OPERATIONS | 323 | 02 | LOW |
| 51C3 | ITS - S&E | 320 | 02 | LOW |
| 51C4 | ITS - TRUST FUND | 320 | 02 | LOW |
| 51C5 | TF-DIVIDEND DISTRIBUTION | 323 | 02 | LOW |
| 51C7 | CMS RENOVATION | 388 | 02 | LOW |
| 51C8 | TF INMATE PERFORM PAY | 367 | 02 | LOW |
| 51E1 | CORRECTIONAL SERVICES | 315 | 02 | LOW |
| 51E1WW | CORRECTIONAL SVCS WEST | 615 | 02 | LOW |
| 51E2 | LOCKSMITH / ARMORY | 387 | 02 | LOW |
| 51E2WW | LOCKSMITH / ARMORY WEST | 687 | 02 | LOW |
| 51E3 | NARCOTIC SURVEILANCE | 319 | 02 | LOW |
| 51E4 | UNIFORM CLOTHING | 340 | 02 | LOW |
| 51F1 | CASE MANAGEMENT | 311 | 02 | LOW |
| 51F2 | DRUG ABUSE PROGRAM | 317 | 02 | LOW |
| 51F3 | INMATE PERFORM PAY | 367 | 02 | LOW |
| 51F4 | INMATE RELEASE | 366 | 02 | LOW |
| 51F5 | LEGAL SERVICES | 375 | 02 | LOW |
| 51F6 | MGMT & ADMIN SUPPORT | 329 | 02 | LOW |
| 51F6WW | MGMT & ADMIN SUPPORT WEST | 629 | 02 | LOW |
| 51F7 | UNIT MANAGEMENT | 305 | 02 | LOW |
| 51F7WW | UNIT MANAGEMENT WEST | 605 | 02 | LOW |
| 51G1 | EDUCATION | 312 | 02 | LOW |
| 51H1 | LEISURE TIME ACTIVITIES | 313 | 02 | LOW |
| 51H1WW | LEISURE TIME ACTIVITIES WEST | 613 | 02 | LOW |
| 51J1 | RELIGIOUS SERVICES | 314 | 02 | LOW |
| 51J2 | FAITH BASED PROGRAMS | 324 | 02 | LOW |

## COST CENTER FILE

```
COSTCTR   CFIL1                          CBUDCD  SL  DIVISION
-------   -----                          ------  --  --------
51K1      PSYCHOLOGY SERVICES            316     02  LOW
51L1      FORT DIX - RELO - CO FUNDED    176     02  LOW
51L7      FORT DIX - RELO - TF FUNDED    120     02  LOW
51MA      WELLNESS PROGRAM               342     02  LOW
51MD      ACCTS REC - TRAVEL             308     02  LOW
51ME      ACCTS REC - SALARY             344     02  LOW
51MF      EMPLOYEE OFFSET                363     02  LOW
51M1      CHIEF EXEC OFFICER             301     02  LOW
51M2      FINANCIAL MANAGEMENT           322     02  LOW
51M3      ADMIN STAFF TRAVEL             341     02  LOW
51M4      HUMAN RESOURCE MGMT            321     02  LOW
51M5      AFFIRMATIVE ACTION             372     02  LOW
51M6      LEGAL                          302     02  LOW
51M7      INFORMATION SYSTEMS            358     02  LOW
51M8      RESEARCH                       347     02  LOW
51M9      VOLUNTEER COORD PROG           645     02  LOW
51N1      TRAINING                       330     02  LOW
51PI      PRISON INDUSTRIES - REIMB      398     02  LOW
51PX      B&F NEW CONSTRUCTION           334     02  LOW
51PZ      B&F REPAIR & IMPROV            334     02  LOW
51P1      CONST & MECH SVCS              334     02  LOW
51P1WW    CONST & MECH SVCS WEST         634     02  LOW
51P2      MOTOR POOL                     336     02  LOW
51P3      POWER PLANT                    335     02  LOW
51P4      PURCHASED UTIL                 339     02  LOW
51P5      SAFETY                         351     02  LOW
51P5WW    SAFETY WEST                    651     02  LOW
51P6      STAFF HOUSE MAINT              362     02  LOW
51S3      TF EDUCATION                   312     02  LOW
51S4      TF RECREATION                  313     02  LOW
51S5      TF PSYCHOLOGY                  316     02  LOW
51S8      TF INMATE PLACEMENT PROGRAM    480     02  LOW
51U7      PROPERTY/PROCUREMENT           157     02  LOW
51V8      CMS RENOVATIONS - CAPITALIZED  381     02  LOW
51ZC      TRUST FUND PAYROLL DEFAULT     323     02  LOW
51ZZ      ADM SAL ACCRUAL/DEFAULT        399     02  LOW
5120PX    B&F NEW CONSTRUCTION           246     20  REGIONAL OFFICE
5120PZ    B&F REPAIR & IMPROV            246     20  REGIONAL OFFICE
512001    EXEC OFFICE REG DIR            201     20  REGIONAL OFFICE
512002    FINANCIAL MANAGEMENT           222     20  REGIONAL OFFICE
512003    MGMT & ADMIN SUPPORT           229     20  REGIONAL OFFICE
512004    SURPLUS PROPERTY               282     20  REGIONAL OFFICE
512005    CONST & MECH SVCS              234     20  REGIONAL OFFICE
512006    MOTOR POOL                     236     20  REGIONAL OFFICE
512007    COMMUNITY CORRECTIONS          207     20  REGIONAL OFFICE
512008    CASE MANAGEMENT                211     20  REGIONAL OFFICE
512009    CORRECTIONAL SERVICES          215     20  REGIONAL OFFICE
512010    DRUG ABUSE                     217     20  REGIONAL OFFICE
512011    INMATE PERFORM PAY             267     20  REGIONAL OFFICE
512012    NARCOTIC SURVEILANCE           219     20  REGIONAL OFFICE
512013    PSYCHOLOGY                     216     20  REGIONAL OFFICE
512014    RELIGIOUS SERVICES             214     20  REGIONAL OFFICE
512015    UNIT MANAGEMENT                205     20  REGIONAL OFFICE
512016    LEGAL                          202     20  REGIONAL OFFICE
512017    EEO INVESTIGATIONS             269     20  REGIONAL OFFICE
512018    FOOD SERVICE                   232     20  REGIONAL OFFICE
512019    MEDICAL                        250     20  REGIONAL OFFICE
512020    NON BOP MEDICAL                225     20  REGIONAL OFFICE
512021    REG TRANSITIONAL CARE          540     20  REGIONAL OFFICE
512022    SAFETY                         251     20  REGIONAL OFFICE
512023    WELLNESS                       242     20  REGIONAL OFFICE
512024    AFFIRMATIVE ACTION             272     20  REGIONAL OFFICE
512025    HUMAN RESOURCE MGMT            221     20  REGIONAL OFFICE
512026    TRAINING                       230     20  REGIONAL OFFICE
512027    TRAINING - INST RELATED        230     20  REGIONAL OFFICE
512028    SEC & BACKGROUND INVEST        548     20  REGIONAL OFFICE
512029    EDUCATION                      212     20  REGIONAL OFFICE
512030    INFORMATION SYSTEMS            258     20  REGIONAL OFFICE
512031    CHARACTER PROFILES             501     20  REGIONAL OFFICE
512032    VOLUNTEER COORD PROG           545     20  REGIONAL OFFICE
```

COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 512033 | FIN MGT - INST RELAT | 222 | 20 | REGIONAL OFFICE |
| 512034 | FIN MGT - SHARED EXP | 522 | 02 | REGIONAL OFFICE |
| 512035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 512036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 512039 | MOTOR POOL D/U | 236 | 20 | REGIONAL OFFICE |
| 5121C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 5121N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 5122AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 5122AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 5122AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 5122BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 5122BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 5122BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 5122B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 5122C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 5122FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 5122F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 5122G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 5122G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 5122L1 | CHG OF DUTY-CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 5122L2 | CHG DUTY - REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 5122L3 | CHG DUTY - INST FUNDED | 378 | 22 | NATIONAL PROGRAMS |
| 5122M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 5122S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5122S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5122UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 5122UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 5122UC | UNFORSEEN EVNT-INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 5122UF | UNFORSEEN EVNT-UNIT MGT | 889 | 22 | NATIONAL PROGRAMS |
| 5122UG | UNFORSEEN EVNT-EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 5122UH | UNFORSEEN EVNT-RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 5122UJ | UNFORSEEN EVNT-RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UK | UNFORSEEN EVNT-PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 5122UM | UNFORSEEN EVNT-ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5122UN | UNFORSEEN EVNT-TRNG | 889 | 22 | NATIONAL PROGRAMS |
| 5122UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 5122UT | UNFORSEEN EVNT-CNTRCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 5122UX | UNFORSEEN EVNT-MGT&ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5122XB | UNCONTROLLABLES - MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 5122XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 5122XR | UNCONTROLLABLES - CC | 197 | 22 | NATIONAL PROGRAMS |
| 5122XX | UNCONTROLLABLES - MGT | 197 | 22 | NATIONAL PROGRAMS |
| 5122X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 513101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 513102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 5132C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 5132PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 5132PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 513201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 513202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 513203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 513204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 513205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 513206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 513207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 513208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 513209 | FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 513210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 513211 | PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 513212 | SITE SELECTION ENV R | 435 | 32 | ADMINISTRATION |
| 513213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 513214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 513215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 513216 | TRUST FUND | 400 | 32 | ADMINISTRATION |
| 513217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 513218 | FACILITIES - INST MAIN | 134 | 32 | ADMINISTRATION |
| 513219 | FIN BR FPS FIN STAT | 533 | 32 | ADMINISTRATION |
| 513220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 513221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |

Exhibit # 2

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|-----|----------|
| 53MD | ACCTS REC - TRAVEL | 308 | 05 | DETENTION |
| 53ME | ACCTS REC - SALARY | 344 | 05 | DETENTION |
| 53MF | EMPLOYEE OFFSET | 363 | 05 | DETENTION |
| 53M1 | CHIEF EXEC OFFICER | 301 | 05 | DETENTION |
| 53M2 | FINANCIAL MANAGEMENT | 322 | 05 | DETENTION |
| 53M3 | ADMIN STAFF TRAVEL | 341 | 05 | DETENTION |
| 53M4 | HUMAN RESOURCE MGMT | 321 | 05 | DETENTION |
| 53M5 | AFFIRMATIVE ACTION | 372 | 05 | DETENTION |
| 53M6 | LEGAL | 302 | 05 | DETENTION |
| 53M7 | INFORMATION SYSTEMS | 358 | 05 | DETENTION |
| 53M8 | RESEARCH | 347 | 05 | DETENTION |
| 53M9 | VOLUNTEER COORD PROG | 645 | 05 | DETENTION |
| 53N1 | TRAINING | 330 | 05 | DETENTION |
| 53PI | PRISON INDUSTRIES - REIMB | 398 | 05 | DETENTION |
| 53PX | B&F NEW CONSTRUCTION | 334 | 05 | DETENTION |
| 53PZ | B&F REPAIR & IMPROV | 334 | 05 | DETENTION |
| 53P1 | CONST & MECH SVCS | 334 | 05 | DETENTION |
| 53P2 | MOTOR POOL | 336 | 05 | DETENTION |
| 53P3 | POWER PLANT | 335 | 05 | DETENTION |
| 53P4 | PURCHASED UTIL | 339 | 05 | DETENTION |
| 53P5 | SAFETY | 351 | 05 | DETENTION |
| 53P6 | STAFF HOUSE MAINT | 362 | 05 | DETENTION |
| 53S3 | TF EDUCATION | 312 | 05 | DETENTION |
| 53S4 | TF RECREATION | 313 | 05 | DETENTION |
| 53S5 | TF PSYCHOLOGY | 316 | 05 | DETENTION |
| 53S8 | TF INMATE PLACEMENT PROGRAM | 480 | 05 | DETENTION |
| 53U7 | PROPERTY/PROCUREMENT | 157 | 05 | DETENTION |
| 53V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 05 | DETENTION |
| 53ZC | TRUST FUND PAYROLL DEFAULT | 323 | 05 | DETENTION |
| 53ZZ | ADM SAL ACCRUAL/DEFAULT | 399 | 05 | DETENTION |
| 5320PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5320PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 532001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 532002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 532003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 532004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 532005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 532006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |
| 532007 | COMMUNITY CORRECTIONS | 207 | 20 | REGIONAL OFFICE |
| 532008 | CASE MANAGEMENT | 211 | 20 | REGIONAL OFFICE |
| 532009 | CORRECTIONAL SERVICES | 215 | 20 | REGIONAL OFFICE |
| 532010 | DRUG ABUSE | 217 | 20 | REGIONAL OFFICE |
| 532011 | INMATE PERFORM PAY | 267 | 20 | REGIONAL OFFICE |
| 532012 | NARCOTIC SURVEILLANCE | 219 | 20 | REGIONAL OFFICE |
| 532013 | PSYCHOLOGY | 216 | 20 | REGIONAL OFFICE |
| 532014 | RELIGIOUS SERVICES | 214 | 20 | REGIONAL OFFICE |
| 532015 | UNIT MANAGEMENT | 205 | 20 | REGIONAL OFFICE |
| 532016 | LEGAL | 202 | 20 | REGIONAL OFFICE |
| 532017 | EEO INVESTIGATIONS | 269 | 20 | REGIONAL OFFICE |
| 532018 | FOOD SERVICE | 232 | 20 | REGIONAL OFFICE |
| 532019 | MEDICAL | 250 | 20 | REGIONAL OFFICE |
| 532020 | NON BOP MEDICAL | 225 | 20 | REGIONAL OFFICE |
| 532021 | REG TRANSITIONAL CARE | 540 | 20 | REGIONAL OFFICE |
| 532022 | SAFETY | 251 | 20 | REGIONAL OFFICE |
| 532023 | WELLNESS | 242 | 20 | REGIONAL OFFICE |
| 532024 | AFFIRMATIVE ACTION | 272 | 20 | REGIONAL OFFICE |
| 532025 | HUMAN RESOURCE MGMT | 221 | 20 | REGIONAL OFFICE |
| 532026 | TRAINING | 230 | 20 | REGIONAL OFFICE |
| 532027 | TRAINING - INST RELATED | 230 | 20 | REGIONAL OFFICE |
| 532028 | SEC & BACKGROUND INVEST | 548 | 20 | REGIONAL OFFICE |
| 532029 | EDUCATION | 212 | 20 | REGIONAL OFFICE |
| 532030 | INFORMATION SYSTEMS | 258 | 20 | REGIONAL OFFICE |
| 532031 | CHARACTER PROFILES | 501 | 20 | REGIONAL OFFICE |
| 532032 | VOLUNTEER COORD PROG | 545 | 20 | REGIONAL OFFICE |
| 532033 | FIN MGT - INST RELATED | 222 | 20 | REGIONAL OFFICE |
| 532034 | FIN MGT - SHARED EXP | 522 | 20 | REGIONAL OFFICE |
| 532035 | ADMIN - UPS | 229 | 20 | REGIONAL OFFICE |
| 532036 | REG OFF AFFIRM ACTION | 572 | 20 | REGIONAL OFFICE |
| 532039 | MOTOR POOL P/U | 236 | 20 | REGIONAL OFFICE |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---------|-------|--------|----|----------|
| 5321C6 | TRUST FUND TR CTR | 124 | 21 | TRAINING CENTER |
| 5321N1 | NATIONAL TRAINING | 838 | 21 | TRAINING CENTER |
| 5322AA | AIRLIFT-FOOD | 864 | 22 | NATIONAL PROGRAMS |
| 5322AB | AIRLIFT-MEDICAL | 864 | 22 | NATIONAL PROGRAMS |
| 5322AE | AIRLIFT-CUSTODY | 864 | 22 | NATIONAL PROGRAMS |
| 5322BA | NATL BUS OPS-FOOD | 873 | 22 | NATIONAL PROGRAMS |
| 5322BE | NATL BUS OPS-CUSTODY | 873 | 22 | NATIONAL PROGRAMS |
| 5322BP | NATL BUS OPS-MECH SVC | 873 | 22 | NATIONAL PROGRAMS |
| 5322B1 | MEDICAL | 150 | 22 | NATIONAL PROGRAMS |
| 5322C4 | ITS TRUST FUND | 120 | 22 | NATIONAL PROGRAMS |
| 5322FM | FMIS MIGRATION | 856 | 22 | NATIONAL PROGRAMS |
| 5322F4 | INMATE FURLOUGH TRANSFERS | 466 | 22 | NATIONAL PROGRAMS |
| 5322G1 | EDUCATION | 112 | 22 | NATIONAL PROGRAMS |
| 5322G2 | LAW LIBRARY | 175 | 22 | NATIONAL PROGRAMS |
| 5322L1 | CHG OF DUTY - CO FUNDED | 176 | 22 | NATIONAL PROGRAMS |
| 5322L2 | CHG DUTY - REG FUNDED | 178 | 22 | NATIONAL PROGRAMS |
| 5322L3 | CHG DUTY - INST FUNDED | 378 | 22 | NATIONAL PROGRAM |
| 5322M7 | INFORMATION SYSTEMS | 158 | 22 | NATIONAL PROGRAMS |
| 5322S1 | ITS OPERATIONS (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5322S2 | ITS MAINTENANCE (S&E) | 401 | 22 | NATIONAL PROGRAMS |
| 5322UA | UNFORSEEN EVNT-FOOD | 889 | 22 | NATIONAL PROGRAMS |
| 5322UB | UNFORSEEN EVNT-MED | 889 | 22 | NATIONAL PROGRAMS |
| 5322UC | UNFORSEEN EVNT-INM SVCS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UE | UNFORSEEN EVNT-CUST | 889 | 22 | NATIONAL PROGRAMS |
| 5322UF | UNFORSEEN EVNT-UNIT MGT | 889 | 22 | NATIONAL PROGRAMS |
| 5322UG | UNFORSEEN EVNT-EDUCATION | 889 | 22 | NATIONAL PROGRAMS |
| 5322UH | UNFORSEEN EVNT-RECREATION | 889 | 22 | NATIONAL PROGRAMS |
| 5322UJ | UNFORSEEN EVNT-RELIGIOUS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UK | UNFORSEEN EVNT-PSYCH | 889 | 22 | NATIONAL PROGRAMS |
| 5322UM | UNFORSEEN EVNT-ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5322UN | UNFORSEEN EVNT-TRNG | 889 | 22 | NATIONAL PROGRAMS |
| 5322UP | UNFORSEEN EVNT-MECH SVC | 889 | 22 | NATIONAL PROGRAMS |
| 5322UT | UNFORSEEN EVNT-CNTRCT CTCS | 889 | 22 | NATIONAL PROGRAMS |
| 5322UX | UNFORSEEN EVNT-MGT&ADMIN | 889 | 22 | NATIONAL PROGRAMS |
| 5322XB | UNCONTROLLABLES - MEDICAL | 197 | 22 | NATIONAL PROGRAMS |
| 5322XM | UNCONTROLLABLES-ADMIN | 197 | 22 | NATIONAL PROGRAMS |
| 5322XR | UNCONTROLLABLES - CC | 197 | 22 | NATIONAL PROGRAMS |
| 5322XX | UNCONTROLLABLES - MGT | 197 | 22 | NATIONAL PROGRAMS |
| 5322X1 | PAYMENT SYSTEMS | 137 | 22 | NATIONAL PROGRAMS |
| 533101 | EXEC OFFICE DIRECTOR | 101 | 31 | DIRECTOR'S OFFICE |
| 533102 | REPRESENTATION FUNDS | 196 | 31 | DIRECTOR'S OFFICE |
| 5332C4 | ITS TRUST FUND | 120 | 32 | ADMINISTRATION |
| 5332PX | B&F NEW CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 5332PZ | B&F REPAIR & IMPROV | 146 | 32 | ADMINISTRATION |
| 533201 | EXEC OFFICE ADMIN | 145 | 32 | ADMINISTRATION |
| 533202 | BUDGET DEVELOPMENT | 148 | 32 | ADMINISTRATION |
| 533203 | BUDGET EXECUTION | 446 | 32 | ADMINISTRATION |
| 533204 | BUILDING MANAGEMENT | 129 | 32 | ADMINISTRATION |
| 533205 | BUSINESS OFFICE | 122 | 32 | ADMINISTRATION |
| 533206 | CAPACITY PLANNING | 443 | 32 | ADMINISTRATION |
| 533207 | DESIGN & CONSTRUCTION | 146 | 32 | ADMINISTRATION |
| 533208 | FACILITIES MANAGEMENT | 134 | 32 | ADMINISTRATION |
| 533209 | FINANCE BRANCH | 156 | 32 | ADMINISTRATION |
| 533210 | MOTOR POOL | 136 | 32 | ADMINISTRATION |
| 533211 | PROCUREMENT/PROPERTY | 157 | 32 | ADMINISTRATION |
| 533212 | SITE SELECTION ENV REVIEW | 435 | 32 | ADMINISTRATION |
| 533213 | SURPLUS PROPERTY | 182 | 32 | ADMINISTRATION |
| 533214 | TRUST FUND BRANCH | 123 | 32 | ADMINISTRATION |
| 533215 | WAREHOUSE OPERATIONS | 152 | 32 | ADMINISTRATION |
| 533216 | TRUST FUND | 400 | 32 | ADMINISTRATION |
| 533217 | TRUST FUND S&E | 401 | 32 | ADMINISTRATION |
| 533218 | FACILITIES - INST MAIN | 134 | 32 | ADMINISTRATION |
| 533219 | FIN BR FPS FIN STAT | 533 | 32 | ADMINISTRATION |
| 533220 | CMS RENOVATION | 188 | 32 | ADMINISTRATION |
| 533221 | ITS RENOVATION | 188 | 32 | ADMINISTRATION |
| 533222 | RELOCATION SVCS | 177 | 32 | ADMINISTRATION |
| 533301 | EXEC OFFICE COMM CORR | 420 | 33 | COMM CORR & DETENTION |
| 533302 | COMM CORR BRANCH | 421 | 33 | COMM CORR & DETENTION |
| 533303 | DETENTION BRANCH | 422 | 33 | COMM CORR & DETENTION |

## COST CENTER FILE

| COSTCTR | CFIL1 | CBUDCD | SL | DIVISION |
|---|---|---|---|---|
| 54BE | BUS OPS-CUSTODY | 373 | 05 | DETENTION |
| 54BF | BUS OPS-MGT&ADMIN SUPPORT | 373 | 05 | DETENTION |
| 54BP | BUS OPS-MECH SVC | 373 | 05 | DETENTION |
| 54B1 | MEDICAL | 350 | 05 | DETENTION |
| 54B2 | NON BOP MEDICAL CARE | 325 | 05 | DETENTION |
| 54B3 | SPECIAL MEDICAL SVCS | 365 | 05 | DETENTION |
| 54C1 | INMATE SERVICES | 323 | 05 | DETENTION |
| 54C2 | COMMISSARY OPERATIONS | 323 | 05 | DETENTION |
| 54C3 | ITS - S&E | 320 | 05 | DETENTION |
| 54C4 | ITS - TRUST FUND | 320 | 05 | DETENTION |
| 54C5 | TF-DIVIDEND DISTRIBUTION | 323 | 05 | DETENTION |
| 54C7 | CMS RENOVATION | 388 | 05 | DETENTION |
| 54C8 | TF INMATE PERFORMANCE PAY | 367 | 05 | DETENTION |
| 54E1 | CORRECTIONAL SERVICES | 315 | 05 | DETENTION |
| 54E2 | LOCKSMITH / ARMORY | 387 | 05 | DETENTION |
| 54E3 | NARCOTIC SURVEILANCE | 319 | 05 | DETENTION |
| 54E4 | UNIFORM CLOTHING | 340 | 05 | DETENTION |
| 54F1 | CASE MANAGEMENT | 311 | 05 | DETENTION |
| 54F2 | DRUG ABUSE PROGRAM | 317 | 05 | DETENTION |
| 54F3 | INMATE PERFORM PAY | 367 | 05 | DETENTION |
| 54F4 | INMATE RELEASE | 366 | 05 | DETENTION |
| 54F5 | LEGAL SERVICES | 375 | 05 | DETENTION |
| 54F6 | MGMT & ADMIN SUPPORT | 329 | 05 | DETENTION |
| 54F7 | UNIT MANAGEMENT | 305 | 05 | DETENTION |
| 54G1 | EDUCATION | 312 | 05 | DETENTION |
| 54H1 | LEISURE TIME ACTIVITIES | 313 | 05 | DETENTION |
| 54J1 | RELIGIOUS SERVICES | 314 | 05 | DETENTION |
| 54J2 | FAITH BASE PROGRAMS | 324 | 05 | DETENTION |
| 54K1 | PSYCHOLOGY SERVICES | 316 | 05 | DETENTION |
| 54L1 | PHILADELPHIA - RELO - CO FUND | 176 | 05 | DETENTION |
| 54L7 | PHILADELPHIA - RELO - TF FUND | 120 | 05 | DETENTION |
| 54MA | WELLNESS PROGRAM | 342 | 05 | DETENTION |
| 54MD | ACCTS REC - TRAVEL | 308 | 05 | DETENTION |
| 54ME | ACCTS REC - SALARY | 344 | 05 | DETENTION |
| 54MF | EMPLOYEE OFFSET | 363 | 05 | DETENTION |
| 54M1 | CHIEF EXEC OFFICER | 301 | 05 | DETENTION |
| 54M2 | FINANCIAL MANAGEMENT | 322 | 05 | DETENTION |
| 54M3 | ADMIN STAFF TRAVEL | 341 | 05 | DETENTION |
| 54M4 | HUMAN RESOURCE MGMT | 321 | 05 | DETENTION |
| 54M5 | AFFIRMATIVE ACTION | 372 | 05 | DETENTION |
| 54M6 | LEGAL | 302 | 05 | DETENTION |
| 54M7 | INFORMATION SYSTEMS | 358 | 05 | DETENTION |
| 54M8 | RESEARCH | 347 | 05 | DETENTION |
| 54M9 | VOLUNTEER COORD PROG | 645 | 05 | DETENTION |
| 54N1 | TRAINING | 330 | 05 | DETENTION |
| 54PI | PRISON INDUSTRIES - REIMB | 398 | 05 | DETENTION |
| 54PX | B&F NEW CONSTRUCTION | 334 | 05 | DETENTION |
| 54PZ | B&F REPAIR & IMPROV | 334 | 05 | DETENTION |
| 54P1 | CONST & MECH SVCS | 334 | 05 | DETENTION |
| 54P2 | MOTOR POOL | 336 | 05 | DETENTION |
| 54P3 | POWER PLANT | 335 | 05 | DETENTION |
| 54P4 | PURCHASED UTIL | 339 | 05 | DETENTION |
| 54P5 | SAFETY | 351 | 05 | DETENTION |
| 54P6 | STAFF HOUSE MAINT | 362 | 05 | DETENTION |
| 54S3 | TF EDUCATION | 312 | 05 | DETENTION |
| 54S4 | TF RECREATION | 313 | 05 | DETENTION |
| 54S5 | TF PSYCHOLOGY | 316 | 05 | DETENTION |
| 54S8 | TF INMATE PLACEMENT PROGRAM | 480 | 05 | DETENTION |
| 54U7 | PROPERTY/PROCUREMENT | 157 | 05 | DETENTION |
| 54V8 | CMS RENOVATIONS - CAPITALIZED | 381 | 05 | DETENTION |
| 54ZC | TRUST FUND PAYROLL DEFAULT | 323 | 05 | DETENTION |
| 54ZZ | ADM SAL ACCRUAL/DEFAULT | 399 | 05 | DETENTION |
| 5420PX | B&F NEW CONSTRUCTION | 246 | 20 | REGIONAL OFFICE |
| 5420PZ | B&F REPAIR & IMPROV | 246 | 20 | REGIONAL OFFICE |
| 542001 | EXEC OFFICE REG DIR | 201 | 20 | REGIONAL OFFICE |
| 542002 | FINANCIAL MANAGEMENT | 222 | 20 | REGIONAL OFFICE |
| 542003 | MGMT & ADMIN SUPPORT | 229 | 20 | REGIONAL OFFICE |
| 542004 | SURPLUS PROPERTY | 282 | 20 | REGIONAL OFFICE |
| 542005 | CONST & MECH SVCS | 234 | 20 | REGIONAL OFFICE |
| 542006 | MOTOR POOL | 236 | 20 | REGIONAL OFFICE |

BP-S148.055   **INMATE REQUEST TO STAFF**  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) D. Dixon counselor B-4 | DATE: 5/26/05 |
|---|---|
| FROM: A. Jones | REGISTER NO.: 52873-080 |
| WORK ASSIGNMENT: Elect. 2 | UNIT: BU-4-423 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Exhibit # 3*

The attached Notice was posted in BU-4, It states that articles which is confiscated from cells which inmates is not suppose to have will not be return and will be put in the "HOT" Trash.

My questions for you as counselor of BU-4, who determines what items is to be put in the hot trash? What is the BOP's policy concerning hot trash? Is the hot trash accessible to inmates?

(Do not write below this line)

DISPOSITION:

Staff determine what items to be put in Hot Trash. HOT TRASH is for staff ONLY! Inmates are not allowed to have or possess Hot Trash. Hot Trash is any item not authorized for an inmate to possess and that particular staff deems the items as HOT TRASH!

Signature Staff Member                                  Date 5-5-05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

# NOTICE !!!!

Exhibit #3

Beware... ANY and ALL cells that are not up to standards EACH morning when I make rounds will receive an incident report. B-4 is in 8th place this week for chow rotation. ALL hits were from individual cells. I will take ANY and ALL items not authorized and they will NOT be returned, it will be taken out as HOT trash on the 9 am move. Orderlies work too hard to have B4 come in 8th place. All clothslines, window, vent and door covers will be taken. All candles, ashtrays, and ANY thing not authorized WILL BE TAKEN!!! Clean it up GUYS and ALL WILL BE WELL!!!!!!!!!!!!!!!!!!!!!

# PAY ISSUES

## Overtime Pay (includes Saturday)

**REMEMBER:** In order to receive overtime pay each day, you must work 7.25 hours FIRST. **Example:** If you have a two-hour call-out during the day, the first two hours worked that evening applies to regular work hours.

**If you are paid straight time, it is calculated as follows:**

Hours Worked x Grade Rate x 2 = **Total Overtime Compensation**

**If you are on Piece Rate, it is calculated in two parts as follows:**

1. Total number of pieces for the day x Piece Rate =
   **Total incentive pay for the day (TIP)**
   (plus)
2. Total incentive pay for the day (divided by) Total hours worked for the day =
   **Average Hourly Rate**
   (then)
   Average Hourly Rate x Overtime Hours Worked = **Overtime premium for the day**

**Add Parts 1 & 2 together to arrive at the total pay for the day.**

**Example:** Someone works 7.25 regular hours and 4.25 overtime hours in a day. A total of 648 pieces are completed for the day at a rate of .012 per piece. The calculation is as follows:

648 pieces x .012 = $7.77     (then)
Take $7.77 (divided by) 11.5 hours (worked that day) = $.67/hour (and)
$.67/hour x 4.25 overtime hours = $2.85

**Total Pay for the Day        $10.62**

## Overtime Pay (Straight time during the day and Piece Rate during Overtime)

If a Grade 2 (.92/hour) works straight time for 7.25 hours, it will be:

7.25 hours x .92 = $6.67

At night, he works at a piece rate of $.02 and does 400 pieces for 4.25 hours:

400 pieces x .02 = $8.00 (then)
$8.00 divided by 4.25 (hours of overtime) = $1.88 Hourly Rate (so)
$1.88 x 4.25 hours = $8.00

**Total pay for the day would be $22.67.**

## Holiday Pay -

There are two parts when it concerns holiday pay:

1. You are paid holiday pay (whether your work or not) which is calculated as follows:

    GRADE RATE x 7.25 hours

2. If you work on the holiday for 7.25 hours, you are paid as follows **(in addition to #1)**

    GRADE RATE x 7.25 hours
    (or)
    PIECE RATE AMOUNT x # of PIECES THAT DAY

**Note:** To receive holiday pay, you must work the day prior and the day after the holiday.

Case 1:06-cv-00621-RWR    Document 43-2    Filed 02/29/2008    Page 14 of 14