UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Autry Lee Jones
      Plaintiff

                                                  06-0621(RWR)

v.

United States of America, through
the Department of Justice, et al.

PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO RECONSIDER PLAINTIFF'S MOTION TO
PROCEED IN FORMA PAUPPERIS

RECEIVED
MAR 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE CASE

On or about April 4, 2006 Plaintiff file a complaint in the cabove cause.

Plaintiff therein stated the statement of the case, The statement of the case has also been stated in Plaintiff's response to Defendant's motion to dismiss and/or for summary judgment and therefore need not be repeated here.

ARGUMENT

The Defendant's herein moves the court to reconsider Plaintiff's motion to proceed in forma pauperis.

Defendant claim that this court should reconsider same because of the three strike law.

The Defendants claim that evidence in support of their motion to reconsider is based on a recent search of federal court systems, it was found that Plaintiff has file over six actions in the federal system.

The Defendant's is moving the court to reconsider based on newly discovered evidence.

Plaintiff avers in order to prevail on newly discovered evidence the defendant must show due diligent.

The Defendant fail to use due diligent for just as present counsel for defendants found the prior filings by plaintiff so could prior-counsel have found same.

## PRIOR FRIVOLOUS ACTIONS AND APPEALS

The defendant is correct in stating that 28 USC § 1915 govern Plaintiff's motion to proceed in forma pauperis, what the defendant fail to state is the courts interpreting 28 USC § 1915 stated that the courts must determine whether the Plaintiff could have made any rational argument in law or fact to support his claim for relief William v. Faulkner, 837 F.2d 308 and House v. Belford 956 711 at (11).

Further once the court orderes plaintiff to pay a parital filing fre the case can not be dismissed as frivolous In re Epps 888 F.2d 964,967.

The courts have held that the partial fee requirement is intended to deter pro se prisoners from filing frivolous law suits. By requiring a prisoner to make a discrete choice between the law suit and a small purchase, in spending his limited funds, the partial fee policy requires an indigent prison-plaintiff to think twice before filing suit.

The gist of the issue whether in the prior suits Plaintiff file, was Plaintiff required to pay a partial filing fee.

Plaintiff avers that every suit which the defendant claim

was dismissed as frivolous, there was never a determination that Plaintiff could have made any rational argument in law or fact.

to prove that Plaintiff paid the partial fee see exhibit (A) which is some of the receipts which Plaiantiff still have to show same.

## CONCLUSION

Wherefore Plaintiff prays that the court will deny Defendant's Motion to Reconsider Plaintiff's Motion to Proceed in Forma Pauperis in all things.

RESPECTFULLY SUBMITTED

/S/ *[signature]*
Autry Lee Jones

## CERTIFICATE OF MAILING

I hereby certify under the penalty of perjury that on the ___ day of February 2008 I mail a copy of the foregoing Amended Complaint and a copy of Plaintiff's Opposition to Defendant's Motion to reconsider Plaintiff's forma pauperis status to attorney of record Mr. Brian P. Hudak Assistant United States Attorney at 555 4th Street, NW Washington, DC 20530 by placing a copy of same in the hands of the stamp distribution room at FCI Otisville, New York P.O. Box 1000 zip code 10963.

RESPECTFULLY SUBMITTED

*[signature]*
Mr. ~~Autry~~ Lee Jones

```
Wed Jun  2 09:21:54 2004

UNITED STATES DISTRICT COURT

HOUSTON      , TX

Receipt No.   4 544965
Cashier       steveng

Tender Type   CHECK

Check Number: 17985786

Transaction Type   AR

DO Code   Div No    Acct
 4679       4      5100PL

Amount        $    39.16

PARTIAL FILING FEE FOR H04-CV-113 JO
NES v JUDGE OF THE 129TH

PD BY US TREASURY FOR AURTY LEE JONE
S # 52873-080




    bn
```

AO62
(Rev. 4/90)

ORIGINAL     403838

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF TEXAS**
at _Austin_

RECEIVED FROM _Aurty Lee Jones_
_USP Pollock_
_PO Box 1000_
_Pollock, LA 71467_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 5100PL | 56 46 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 56.46 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference |
| 322360 | Miscellaneous Fees | 1:03-CV-594 |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | PLRA payment |
| 504100 | Crime Victims Fund | payor # 1030594 |
| 613300 | Unclaimed Monies | $46(31) IPFF satisf. |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.   2777 2075

| DATE 1-9-06 | Cash | Check ✓ | M.O. | Credit | DEPUTY CLERK: _Arevalo_ |

## Receipt 360762

**AO82 (Rev. 4/90)**

**ORIGINAL**  **360762**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT —**
**for the**
**WESTERN DISTRICT OF TEXAS**
at Austin

RECEIVED FROM: Autry Lee Jones
5283-080-131-4-423
P.O. Box 2099
Pollock, LA 71467

| Fund | ACCOUNT | AMOUNT |
|---|---|---|
| 6855XX | 086900 | 4490 |
| 604700 | 6855XX | 853 |
| 508800 | | |
| 085000 | | |
| 086900 | | |
| 322340 | | |
| 322350 | | |
| 322360 | | |
| 143500 | | |
| 322380 | | |
| 322386 | | |
| 121000 | | |
| 129900 | | |
| 504100 | | |
| 613300 | | |
| 510000 | | |
| 510100 | | |
| | TOTAL | 58.43 |

Deposit Funds
Registry Funds
General and Special Funds
Immigration Fees
Attorney Admission Fees
Filing Fees
Sale of Publications
Copy Fees
Miscellaneous Fees
Interest
Recoveries of Court Costs
Restitution to U.S. Government
Conscience Fund
Gifts
Crime Victims Fund
Unclaimed Monies
Civil Filing Fee (½)
Registry Fee

Payor no: 1040101

Case Number or Other Reference: 1:04-CV10144

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE: June 28, 2004
Cash / Check ✓ / M.O. / Credit
$2221 Legume
DEPUTY CLERK: D McGee

---

## Receipt 357947

**AO82 (Rev. 4/90)**

**ORIGINAL**  **357947**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT —**
**for the**
**WESTERN DISTRICT OF TEXAS**
at Austin

RECEIVED FROM: Autry Lee Jones
P.O. Box 2099
Pollock, LA 71467

| Fund | ACCOUNT | AMOUNT |
|---|---|---|
| 6855XX | 086900 | 60 00 |
| 604700 | 510000 | 90 00 |
| 508800 | | |
| 085000 | | |
| 086900 | | |
| 322340 | | |
| 322350 | | |
| 322360 | | |
| 143500 | | |
| 322380 | | |
| 322386 | | |
| 121000 | | |
| 129900 | | |
| 504100 | | |
| 613300 | | |
| 510000 | | |
| 510100 | | |
| | TOTAL | 150.00 |

Deposit Funds
Registry Funds
General and Special Funds
Immigration Fees
Attorney Admission Fees
Filing Fees
Sale of Publications
Copy Fees
Miscellaneous Fees
Interest
Recoveries of Court Costs
Restitution to U.S. Government
Conscience Fund
Gifts
Crime Victims Fund
Unclaimed Monies
Civil Filing Fee (½)
Registry Fee

Case Number or Other Reference: A-03-CA-594
Paperwide waited 10.9.03
Jones VS
City Attorneys Office

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn. #9297 887759

DATE: 10-23-2003
Cash / Check ✓ / M.O. / Credit
DEPUTY CLERK: Kelley A. Gilliam