UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0621 (RWR) |
| UNITED STATES OF AMERICA *et al.*, | ) ) ) |
| Defendants. | ) ) |

ORDER

Defendants move for reconsideration of the Order of August 8, 2006, granting plaintiff leave to proceed *in forma pauperis* ("IFP"). They claim that prior to filing this civil action, plaintiff, a federal prisoner, had six actions or appeals dismissed as frivolous while incarcerated and is therefore barred from proceeding IFP under the three-strike rule of the Prison Litigation Reform Act, codified at 28 U.S.C. § 1915(g). The applicable provision states as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Based on the documented cases, *see* Def.'s Mot. at 3-4, and the lack of any indication from the complaint that plaintiff is under imminent danger of serious physical injury, defendants' motion will be granted and the IFP order vacated.

Although plaintiff has paid the $350 filing fee applicable to civil cases, *see* Clerk's Entry of October 20, 2006, this ruling is not without consequence. Plaintiff has pending a motion for court officers to serve process pursuant to 28 U.S.C. § 1915(d), presumably upon

any new defendants named in his amended complaint formally filed on February 29, 2008. Because plaintiff is no longer proceeding IFP, this motion will be denied. Accordingly, it is

ORDERED that defendants' motion to reconsider [Dkt. No. 41] is GRANTED; it is further

ORDERED that the Order granting plaintiff leave to proceed *in forma pauperis* [Dkt. No. 6] is VACATED; and it is further

ORDERED that plaintiff's motion to serve process [Dkt. No. 36] is DENIED.

_____/s/_____
RICHARD W. ROBERTS
DATE: March 7, 2008                United States District Judge