UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, through<br>the DEPARTMENT OF JUSTICE, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 06-0621 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants the United States of America, H. Lappin, D. Roach, D. Lair, R. McGowan, and J. Flatter (collectively, "Existing BOP Defendants"), and Condoleezza Rice (together with the United States of America, "State Defendants") (collectively, "Defendants") respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Amended Complaint filed in this action. Specifically, Defendants request that the Court extend the deadline for responding to the Amended Complaint from March 20, 2008 to April 11, 2008. Defense counsel has not attempted to consult Plaintiff, who is a prisoner proceeding *pro se*, to determine his position on this motion because Local Civil Rule 7(m) does not require such consultation with prisoners proceeding *pro se*. The grounds for such relief are set forth below.

Plaintiff alleges a variety of claims in his complaint, including Freedom of Information Act ("FOIA") claims against the State Defendants seeking certain information on the U.S. Justice System, claims seeking to collaterally challenge his conviction, and claims against the

Existing BOP Defendants premised upon alleged violations of Plaintiff's due process rights. According to the Certificate of Mailing attached to the Amended Complaint, Plaintiff mailed a copy of the Amended Complaint addressed to undersigned counsel on February 26, 2008. On February 29, 2008, the Court docketed the Amended Complaint. Presumably due to delays associated with screening undersigned counsel's mail for security purposes, defense counsel only received a copy of the Amended Complaint after it was docketed by the Court, and has yet to receive a service copy. After Plaintiff filed his Amended Complaint, the Court revoked Plaintiff's *in forma pauperis* status by Order entered on March 7, 2008.

Immediately upon receipt of Plaintiff's Amended Complaint, defense counsel contacted agency counsel for the Existing BOP Defendants and the State Defendants, and began to review and digest the Amended Complaint. However, due to matters and deadlines in other pending cases, defense counsel requires additional time to analyze the Amended Complaint and formulate an appropriate response. Accordingly, Defendants seek this extension.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This Motion represents Defendants' first request for an extension of this deadline. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants a reasonable amount of time to formulate an appropriate response to the Amended Complaint serves the interests of the parties and this Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Amended Complaint be extended to, and including, April 11, 2008. A proposed order is attached.

Dated: March 10, 2008
       Washington, DC

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


          /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March, 2008, a true and correct copy of the above Motion for an Extension of Time to Respond to the Amended Complaint, was served upon *pro se* Plaintiff Autry Lee Jones, by first class United States mail, postage prepaid, to:

Autry Lee Jones, R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, N.Y. 10963

Respectfully submitted,

 /s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov