UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES,                                )<br>                                                                 )<br>           Plaintiff,                                    )<br>                                                                 )<br>      v.                                                      )     Civil Case No. 06-0621 (RWR)<br>                                                                 )<br>UNITED STATES OF AMERICA, through )<br>the DEPARTMENT OF JUSTICE, et al.    )<br>                                                                 )<br>           Defendants.                              )<br>                                                                 ) | |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to Respond to the Amended Complaint, filed March 10, 2008, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall have up to, and including, April 11, 2008 to file their response to the Amended Complaint in this action.

SIGNED:


_____                                    _____
Date                                                                    RICHARD W. ROBERTS
                                                                                United States District Judge