UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Civil Case No. 06-0621 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, through   ) | |
| the DEPARTMENT OF JUSTICE, et al.    ) | |
| ) | |
| Defendants.        ) | |
| ) | |

**SECOND MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants the United States of America, H. Lappin,

D. Roach, D. Lair, R. McGowan, and J. Flatter (collectively, "Existing BOP Defendants"), and

Condoleezza Rice (together with the United States of America, "State Defendants")

(collectively, "Defendants") respectfully move, by and through their undersigned counsel, for an

enlargement of time to respond to the Amended Complaint filed in this action.  Specifically,

Defendants request that the Court extend the deadline for responding to the Amended Complaint

from April 11, 2008 to May 16, 2008.  Defense counsel has not attempted to consult Plaintiff,

who is a prisoner proceeding *pro se*, to determine his position on this motion because Local Civil

Rule 7(m) does not require such consultation with prisoners proceeding *pro se*.  The grounds for

such relief are set forth below.

Plaintiff alleges a variety of claims in his complaint, including Freedom of Information

Act ("FOIA") claims against the State Defendants seeking certain information on the U.S.

Justice System, claims seeking to collaterally challenge his conviction, and claims against the

Existing BOP Defendants premised upon alleged violations of Plaintiff's due process rights.

According to the Certificate of Mailing attached to the Amended Complaint, Plaintiff mailed a copy of the Amended Complaint addressed to undersigned counsel on February 26, 2008.  On February 29, 2008, the Court docketed the Amended Complaint.  After Plaintiff filed his Amended Complaint, the Court revoked Plaintiff's *in forma pauperis* status by Order entered on March 7, 2008.  On March 10, 2008, Defendants moved for additional time (*i.e.*, until April 11, 2008) to respond to the Amended Complaint, which the Court granted on April 3. 2008.

Immediately upon receipt of Plaintiff's Amended Complaint, defense counsel contacted agency counsel for the Existing BOP Defendants and the State Defendants, and began to review and digest the Amended Complaint.  Due to matters and deadlines in other pending cases, however, defense counsel requires additional time to analyze the Amended Complaint and formulate an appropriate response.  Indeed, undersigned counsel is in the midst of trial preparation for *Howard v. Gutierrez*, Civ. A. No. 04-0756 (PLF), and has unexpectedly been forced to address a motion for temporary restraining order and preliminary injunction in *Howard v. Gutierrez, et al.*, Civ. A. No. 08-0421 (PLF).  Accordingly, Defendants seek this extension.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This Motion represents Defendants' second request for an extension of this deadline.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  Allowing Defendants a reasonable amount of time to formulate an appropriate response to the Amended Complaint serves the interests of the parties and this Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Amended Complaint be extended to, and including, May 16, 2008.  A proposed order is attached.

Dated: April 10, 2008
       Washington, DC

Respectfully submitted,

_____

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


       /s/
_____

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2008, a true and correct copy of the above Second Motion for an Extension of Time to Respond to the Amended Complaint, was served upon *pro se* Plaintiff Autry Lee Jones, by first class United States mail, postage prepaid, to:

Autry Lee Jones, R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, N.Y. 10963

Respectfully submitted,

/s/

BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov