UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUTRY LEE JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 06-0621 (RWR) |
| UNITED STATES OF AMERICA, through the DEPARTMENT OF JUSTICE, et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Second Motion for an Extension of Time to Respond to the Amended Complaint, filed April 10, 2008, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall have up to, and including, May 16, 2008 to file their response to the Amended Complaint in this action.

SIGNED:

_____    _____
Date                                                    RICHARD W. ROBERTS
                                                              United States District Judge