UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 06-0621 (RWR) |
| UNITED STATES OF AMERICA, through the DEPARTMENT OF JUSTICE, et al. | ) ) ) ) |
| Defendants. | ) ) |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2008, a true and correct copy of the above Second Motion for an Extension of Time to Respond to the Amended Complaint, was served upon *pro se* Plaintiff Autry Lee Jones,[1] by first class United States mail, postage prepaid, to:

Autry Lee Jones, R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, N.Y. 10963

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

---

[1] Counsel discovered this date that a copy of the aforementioned filing was inadvertently not placed into the mails until today, April 11, 2008.