UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-0621 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, through ) | |
| the DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss the Amended Complaint, or in the Alternative, For Summary Judgment or to Transfer, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that the Amended Complaint is hereby DISMISSED with prejudice and as frivolous under 28 U.S.C. § 1915.

SIGNED:

_____    _____
Date                                                      RICHARD W. ROBERTS
                                                                 United States District Judge