UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

RECEIVED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Autry Lee Jones,
    Movant

NO. 06-0621(RWR)

v.

The United States et al.,
    Respondant's

MOTION FOR ENLARGEMENT OF TIME

MAY IT PLEASE THE COURT:

Comes now Autry Lee Jones hereinafter referred to as Movant in this his Motion for an Enlargement of time in which to reply to Defendant's Motion to Dismiss and Motion for Summary Judgment for the following reasons:

Plaintiff is Autry Lee Jones; Defendant's is The United States of America et al.,

2. Plaintiff sued defendant for violation of his constitutional rights to-wit:(1) Deprivation of his First Amendment rights, his Fifth and Eighth Amendment rights.

3. The Defendant file a thirty five page motion to dismiss and or motion for summary judgment which raises complex issues which Movant did not contemplate when Movant first responded to Defendants first motion to dismiss and or motion for summary judgment.

The Defendant's request that said case be dismiss because Movant has fail to serve the defendants, Movant was of the opinion that this court had granted Movant's motion to proceed in forma pauperis and therefore the Marshal's was to serve the defendants.

PAGE TWO OF MOTION
FOR ENLARGEMENT OF TIME

When Movant file his amended Complaint he submitted a Motion to renew his motion to serve the court as has been the case has fail to respond on Movants motion to serve.

4. Movant must responde to Defendants motion's by June 30, 2008.

5. Movant file a motion to modify his term of imprisonment by way of 18 U.S.C.A § 3582(c)(2) in the United States District Court at Austin, Texas in United States v. Autry Lee Jones cause number A-90-CR-177-(1)(JRN).

The honorable judge James R. Nowlin denied same and Movant started to prefect his appeal and motion to proceed in forma pauperis.

Movant according to institutional rules must work eight hours per day five days per week, wherefore Movant has only a limited time in which to use the Law Library which comes to two hours per day that is if there is staff to open same.

Movant has been put in the position of having to work on two legal issues at one time.

7. Movant do not request this enlargement of time for delay but so that he may more effectively present his issues to the court.

8. Movant moves this court under Federal rules of Civil Procedural Rule 6(b). Movant receive this court's order on June 5, 2008 see attached envelope which shows the date in which Movant receive this order from the court.

CONCLUSION

Movant has complied with the Federal Rules of Civil

PAGE THREE OF MOTION
FOR ENLARGEMENT OF TIME

Procedural Rule 6(b), in that the circumstances that triggered the need for this motion is not frivolous, that as soon as Movant receive the courts order he saw that he would not be able to comply with the court's deadline and therefore he submitted this motion in a timely manner.

Movant request that the court grant an enlargement of time for thirty days to enclude July 30, 2008.

RESPECTFULLY SUBMITTED
/S/ _____
Autry Lee Jones

## CERTIFICATE OF MAILING

I, Autry Lee Jones Movant in the foregoing Motion for Enlargement of Time do certify by way of Title 28 § 1746 of U.S.C.A that i mail a copy of same to the attorney of record to-wit Brian P. Hudak of 555 4th Street, NW Washington, D.C. 20530 by placing a copy of same in the United States Mail this 8 day of June 2008.

RESPECTFULLY SUBMITTED
/S/ _____
Autry Lee Jones

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

AUTRY LEE JONES
R52873-080
OTISVILLE FEDERAL
P.O. Box 1000
Otisville, NY 10963



SPECIAL MAIL
RECEIVED
JUN 05 '08
FCI OTISVILLE
Mail Room



UNITED STATES POSTAGE
$00.420
MAILED FROM ZIPCODE