```
7003 2260 0004 7108 0365
```

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Autry Lee Jones BU-4-423

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: Colin L. Powell
Street, Apt. No.; or PO Box No.: 2201 C. Street N W
City, State:

EXHIBIT NO. 1

---

**SENDER: COMPLETE**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colin L. Powell
2201 C. Street
Washington, DC
20001

**THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
W. MOSES, Sr. | 11/08/04

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from ...)
7003 2260 0004 7108 0365

PS Form 3811, July 1999                    102595-99-M-1789

| | | |
|---|---|---|
| 06/16/2006 | 5 | MOTION for Leave to Proceed in forma pauperis by AUTRY LEE JONES. (jf, ) (Entered: 06/21/2006) |
| 08/08/2006 | 6 | ORDER granting 45 Plaintiff's Motions for Leave to Proceed in forma pauperis, and ordering payment of partial filing fee. Signed by Judge Richard W. Roberts on 8-4-06.(jpm) (Entered: 08/08/2006) |
| 10/13/2006 | 7 | MOTION for Reconsideration re 6 Order on Motion for Leave to Proceed in forma pauperis, and ordering payment of partial filing fee by AUTRY LEE JONES. (jf, ) (Entered: 10/20/2006) |
| 10/20/2006 | | According to the Court's records, plaintiff has now paid the filing fee in full, as ordered by the Court at the initiation of this action. The office having custody and direction of plaintiff's prison account is directed to deduct nothing further from plaintiff's prison account for payment of the filing fee for his case. Receipt No. 139615 ($100.00 paid 10/19/06) (adc) (Entered: 10/30/2006) |
| 10/31/2006 | 8 | ORDER granting 2 Plaintiff's Motion to Serve, denying as moot 7 Plaintiff's Motion for Reconsideration. Signed by Judge Richard W. Roberts on 10-31-06. (jpm) Additional attachment(s) added on 2/7/2007 (jf, ). (Entered: 10/31/2006) |
| 12/18/2006 | 9 | MOTION to Dismiss by AUTRY LEE JONES. (jf, ) (Entered: 12/21/2006) |
| 01/31/2007 | 10 | MOTION for Leave to File Exhibit by AUTRY LEE JONES. (Attachments: # 1 Exhibit)(jf, ) (Entered: 02/05/2007) |
| 03/01/2007 | 11 | MOTION to Appoint of a Magistrate Judge by AUTRY LEE JONES. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(jf, ) (Entered: 03/02/2007) |

BP-S622.060 **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM
JUL 99
U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| Patient Identification<br>Name, Register Number, Institution | Age 62 | Sex M | Examination Requested |
|---|---|---|---|
| JONES, AUTRY<br>52873-080<br>DOB 07-12-1943<br>USP POLLOCK, LA | Pregnant ☐ Yes ✓ No<br>Diabetic ✓ Yes ☐ No<br>Requested by J. Flattery, MD<br>USP/FPC Pollock, LA | | KUB<br>Unit HSU<br>Date Requested 9-12-04 |

Specific reason(s) for request (complaints and findings)
2 wk Hx of Pain in Lumbar Region + One Sacro Iliac Jnt

| Date of Examination 9-15-04 | Date of Report 09/19/04 | Date of Transcription 09/19/04 | Film# |
|---|---|---|---|

Radiologic Report

ABDOMEN: Comparison is made to a prior exam of 4/13/04 and shows no interval change. Large spurring is again noted along the left paraspinal area at L1-L2. There is a normal appearance to the bowel gas pattern.

CONCLUSION: Unremarkable abdomen.

**REVIEWED**
E. TAN, M.D.
CLINICAL DIRECTOR
USP/FPC POLLOCK

SEP 27 2004

J. RANKIN, M.D./mpb
Signature                                    Location of Radiologic Facility USP Pollock, LA

Original - Medical Record; Copy - Physician; Copy - Radiology
This form may be replicated via WP                    This form replaces BP-S611 dtd AUG 96

Printed on Recycled Paper

Mr. Autry Lee Jones
52873-080-BU-4-423
P.O. Box 2099
Pollock, LA 71467

EXHIBIT P

April 10, 2004

Regional Director
Federal Bureau of Prison
4211 Cedar Springs Rd
suite 300
Dallas, TX 75219

Dear Sir:

    Enclose please fine the copies of the call out for the second day of March 2004, I made a mistake when I mail my B P 10, in to the Regional Office and did not put the enclose call out in the envelope.

    I am thanking you for your time help, and concern in this matter.

                                                  Sincerely
                                                  /S/
                                           Mr. Autry Lee Jones

P.S. Administrative Remedy NO: 326909-F2

```
  POLDN                         POLLOCK USP                  03-01-2004
  PAGE 002                                                   14:32:34
                              UNT  NE CAMP
  REG NO      NAME      FROM    TO          TIME  CATEGORY(2)  CATEGORY(3)
                                                  QTR ASGN     WRK ASGN
  CALLOUTS FOR  03-02-2004
  -----------------------------
                                HOSP XRAY    1030  A03-323U    A3 ORDERLY
  18485-004   DUNHAM            C TEAM UP    1800  C04-412L    UNICOR 9
  18167-074   DUNWOODY          EDUCSA       1830  C03-339U    C3 ORDERLY
  98354-024   EDWARDS           EDUCSA       1830  B02-256U    HVAC 2
  33205-007   FLYNN             DENTAL HYG   1400  B02-207U    UNICOR 10
  85976-079   GARCIA-SAN        HOSP LAB     1030  B04-459U    LAUNDRY AM
  76975-079   GARZA             A2 CSW       1700  A02-217L    UNICOR 5
  11248-007   GIBBS             HOSP LAB     0730  B02-243L    UNICOR 3
  09156-035   GREEN             HOSP RN      1230  A01-128L    UNICOR 8
  12634-064   GREEN             EDUCSA       1830  C02-244L    HVAC 2
  22690-009   GREEN             EDUCSA       1830  C04-409U    YARD
  14810-076   HARRIS            HOSP LAB     0730  B04-415U    PM DINING
  32638-007   HAYES             HOSP LAB     0730  C01-138L    REC AM-1
  08096-035   HIGNITE           HOSP DR3     1700  A01-122L    A1 ORDERLY
  06132-089   HOLLAND           EDUCSA       1830  C01-121U    C1 ORDERLY
  18594-076   HOOD              CDE_A1O      1400  A01-101LH   GM2 PAINT
  11081-040   HOPKINS           RECORDS      0900  B04-429L    YARD
  12410-007   HUMPHRIES         CDE_A1O      1400  A01-156L    CHAPEL
  02659-078   HUSBAND           HOSP XRAY    0900  B02-206L    UNICOR 8
  49733-053   ISAAC             HOSP RN      0900  B03-364L    AM COOK
  11262-007   ISLER             C TEAM UP    1800  C02-213U    UNICOR 4
  03586-095   JACKSON           EDUCSA       0730  B04-447L    BAKERY
  18662-076   JACKSON           HOSP DR3     1700  C04-402LH   YARD
  72755-012   JACKSON           EDUCSA       1830  B02-263L    B2 ORDERLY
  17061-112   JACOBS            HOSP LAB     0900  C03-341U    MED IDLE3
  08476-003   JOHNSON           EDUCSA       1830  C04-446U    EDUC AM
  19656-056   JOHNSON           HOSP LAB     1030  C02-220L    PLUMBING 2
  63062-065   JOHNSON           EDUCSA       0730  C01-110L    TRASH PM
  53893-066   JONES             HOSP LAB     1030  C02-251L    FACL OFF
  60863-079   JONES             B TEAM UP    1400  B03-314U    MED FS PND
  35938-048   JUNOR             R&D          1030  C02-234L    UNICOR 5
  15387-056   LEMON             HOSP XRAY    1030  B01-101LH   MED CONVAL
  23504-001   LEWIS             CDE_A1O      1400  A01-123L    AM DINING
  17633-076   LINEBACK          EDUCSA       1830  A01-123L    AM DINING
                                HOSP XRAY    1030  B02-242U    UNICOR 3
  18808-076   LOTT              EDUCSA       1830  B01-136U    REC AM-1
  39513-018   LUMMUS            EDUCSA       1830  C02-261L    E CORR PM
  18354-076   MARTIN            EDUCSA       1830  B02-239L    B2 ORDERLY
  20035-179   MARTINEZ-S        HOSP XRAY    0730  C02-223L    A&O
  23932-016   MASSEY            HOSP RN      1230  B03-320L    B3 ORDERLY
  11697-076   MCQUISTON         A2 CSW       1230  A02-250L    UNICOR 7
  14247-039   MERIDETH          DENTAL       1400  B01-162L    REC PM-2
  16599-074   MONDAY            EDUCSA       1830  B04-445U    UNICOR 4
  16811-180   NAVA-SOTEL        EDUCSA       1830  A03-310L    EDUC PM
  06500-043   NELSON            HOSP XRAY    0730  C01-118U    C1 ORDERLY
  22405-009   NELSON            EDUCSA       1830  C01-106U    C1 ORDERLY
  07920-003   NICKELS

  G0002      MORE PAGES TO FOLLOW . . .
```



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 2, 2007

EXHIBIT (i)

VIA FIRST-CLASS MAIL

Autry Lee Jones, #R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

    Re: <u>Jones v. United States of America, et al., 06-CV-0621</u>

Dear Mr. Jones:

In Plaintiff's Reply to Defendant's Motion to Dismiss, Docket Entry No. 29, you allege that you "could not comply with 22 C.F.R. § 171.2(b) and 171.5(a) for same is not in the law library." I have enclosed, as a courtesy, a copy of the relevant regulations concerning FOIA requests to the Department of State.

                                   Sincerely,
                                   JEFFREY A. TAYLOR
                                   UNITED STATES ATTORNEY

                  By:
                                   Sherease Pratt
                                   Special Assistant United States Attorney

Enclosures

EXHIBIT (i)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) P. Flynn SOE | DATE: 7/5/07 |
|---|---|
| FROM: A. Jones | REGISTER NO.: 52873-080-EA |
| WORK ASSIGNMENT: Unicor Line 3 | UNIT: EA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On or about July 3, 2007 I receive a Motion to Dismiss from the AUSA which cited 22 CFR § 171.2(b) and 171.5(a). When I went to the Law Library I was told by the clerk that this Law Library do not have that book, With out that book I can not meet my dead line to respond to the Governments Motion. Would you provide me with a copy of the above sections of the CFR?

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94