UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUTRY LEE JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, through ) <br> the DEPARTMENT OF JUSTICE, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 06-0621 (RWR) |

## MOTION FOR AN EXTENSION OF TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants the United States of America, H. Lappin, D. Roach, D. Lair, R. McGowan, and J. Flatter (collectively, "Existing BOP Defendants"), and Condoleezza Rice (together with the United States of America, "State Defendants") (collectively, "Defendants") respectfully move, by and through their undersigned counsel, for an enlargement of time to file their Reply in further support of their Motion to Dismiss the Amended Complaint ("MTD"). Specifically, Defendants request that the Court extend the deadline for filing their Reply to October 3, 2008. Defense counsel has not attempted to consult Plaintiff, who is a prisoner proceeding *pro se*, to determine his position on this motion because Local Civil Rule 7(m) does not require such consultation with prisoners proceeding *pro se*. The grounds for such relief are set forth below.

Plaintiff alleges a variety of claims in his complaint, including Freedom of Information Act ("FOIA") claims against the State Defendants seeking certain information on the U.S. Justice System, claims seeking to collaterally challenge his conviction, and claims against the Existing BOP Defendants premised upon alleged violations of Plaintiff's due process rights. On May 16, 2008, Defendants moved to dismiss the Amended Complaint. On August 20, 2008,

undersigned counsel first received Plaintiff's Opposition to Defendant's MTD. That is, although Plaintiff's certificate of service indicates that he served undersigned counsel by regular mail sent on August 12, 2008, counsel first received Plaintiff's Opposition through the Court's CM/ECF system when it was docketed on August 20, 2008.

Promptly upon receipt of Plaintiff's Opposition, defense counsel contacted Agency counsel and began to review and digest the Opposition. However, due to matters and deadlines in other pending cases, defense counsel requires additional time to analyze Plaintiff's Opposition and formulate an appropriate Reply. Accordingly, Defendants seek this extension.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This Motion represents Defendants' first request for an extension of this deadline. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants a reasonable amount of time to formulate an appropriate Reply to Plaintiff's Opposition serves the interests of the parties and this Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for filing a Reply on their MTD be extended to, and including, October 3, 2008. A proposed order is attached.

Dated: August 26, 2008
          Washington, DC

                              Respectfully submitted,

                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


          /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2008, a true and correct copy of the above Motion for an Extension of Time to Reply, was served upon *pro se* Plaintiff Autry Lee Jones, by first class United States mail, postage prepaid, to:

Autry Lee Jones, R52873-080
Otisville Federal Correctional Institution
P.O. Box 1000
Otisville, N.Y. 10963

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov