UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTRY LEE JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, through )<br>the DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendants. )<br>) | Civil Case No. 06-0621 (RWR) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for an Extension of Time to Reply, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall have up to, and including, October 3, 2008 to file a Reply in further support of their Motion to Dismiss the Amended Complaint [Docket Entry No. 49].

SIGNED:

_____     _____
Date                             RICHARD W. ROBERTS
                                 United States District Judge